UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10294 MMM (JCGx) | Date | October 11, 2012 |
|---|---|---|---|
| Title | Gerald Morawski v. Lightstorm Entertainment Inc., et al. | | |

| Present: The Honorable | Jay C. Gandhi, United States Magistrate Judge | |
|---|---|---|
| Beatriz Martinez | None | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**Proceedings:** **(IN CHAMBERS) ORDER RESCHEDULING HEARING ON MOTION TO COMPEL**

On its own motion, the Court hereby reschedules defendant's motion to compel. [*See* Docket No. 34.]

The currently-scheduled hearing set for October 23, 2012 at 2:00 p.m. is now **VACATED**.

The motion shall now be heard on **October 30, 2012 at 2:00 p.m.** in Courtroom 827-A of the U.S. Courthouse, 8th floor, 312 N. Spring Street, Los Angeles, California 90012.

A final brief word is in order. The Court has preliminarily reviewed the motion, and it would behoove the parties to further meet and confer, fully and diligently, on the relief sought by this motion. The Court reminds all parties that "[t]he great operative principle of Rule 37(a)(5) is that the loser pays." *See, e.g.*, 8B CHARLES ALAN WRIGHT, *et al.*, FEDERAL PRACTICE & PROCEDURE § 2288 (3d ed. 2012). The Court further cautions all parties that discovery gamesmanship is not countenanced, and severe sanctions may be imposed for such tactics.

If the parties are able to resolve their discovery dispute, as the Court now anticipates, the parties shall so advise the Courtroom Deputy Clerk within **seven (7) calendar days** of the hearing date and file a notice of withdrawal of the motion to compel.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10294 MMM (JCGx) | Date | October 11, 2012 |
|---|---|---|---|
| Title | Gerald Morawski v. Lightstorm Entertainment Inc., et al. | | |

*It is so ordered.*

                                                                            :

Initials of Preparer    bm