FILED
CLERK, U.S. DISTRICT COURT
OCT 15 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GERALD MORAWSKI,<br><br>    Plaintiff,<br>    v.<br><br>LIGHTSTORM ENTERTAINMENT, INC., a California corporation; JAMES CAMERON, an individual; and DOES 1 through 10,<br><br>    Defendants. | CASE NO. CV-11-10294 MMM (JCGx)<br><br>Hon. Jay C. Gandhi<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF DEFENDANTS LIGHTSTORM ENTERTAINMENT, INC. AND JAMES CAMERON'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL; AND (2) EXHIBIT 1 TO DECLARATION OF ELAINE K. KIM IN SUPPORT |

Mitchell Silberberg & Knupp LLP
4897444.1

1

[PROPOSED] ORDER ON APPLICATION TO SEAL

The Court, having reviewed Defendants' Application To File Under Seal (1) Portions of Defendants' Supplemental Brief which contain descriptions of Plaintiff's deposition testimony; and (2) Exhibit 1 to the Declaration of Elaine K. Kim in Support of Supplemental Memorandum In Support of Defendants' Motion to Compel, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Defendants' Application To File Under Seal is HEREBY GRANTED. The following shall be filed under seal:

- Portions of Defendants' Supplemental Brief which contain descriptions of Plaintiff's deposition testimony; and
- Exhibit 1 to the Declaration of Elaine K. Kim in Support of Supplemental Memorandum In Support of Defendants' Motion to Compel.

IT IS SO ORDERED.

Dated: 10.15.12

Hon. Jay C. Gandhi
United States Magistrate Judge