1 ROBERT H. ROTSTEIN (SBN 72452),
  rxr@msk.com
2 ELAINE K. KIM (SBN 242066),
  ekk@msk.com
3 MITCHELL SILBERBERG & KNUPP LLP
  11377 West Olympic Boulevard
4 Los Angeles, California 90064-1683
  Telephone: (310) 312-2000
5 Facsimile: (310) 312-3100

6 Attorneys for Defendants,
  Lightstorm Entertainment, Inc. and
7 James Cameron

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| GERALD MORAWSKI, | CASE NO. CV 11-10294-MMM (JCGx) |
|---|---|
| Plaintiff, | Hon. Jay C. Gandhi |
| v. | **DECLARATION OF ELAINE K. KIM IN SUPPORT OF DEFENDANTS LIGHTSTORM ENTERTAINMENT, INC. AND JAMES CAMERON'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PROVIDE DAMAGES DISCOVERY** |
| LIGHTSTORM ENTERTAINMENT, INC., a California corporation; JAMES CAMERON, an individual; and DOES 1 through 10, | |
| Defendants. | |
| | Time: 2:00 p.m.<br>Date: November 13, 2012<br>Ctrm.: 827-A |

Mitchell Silberberg & Knupp LLP

DECLARATION OF ELAINE K. KIM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PROVIDE DAMAGES DISCOVERY

4920003.1/42040-00006

## **DECLARATION OF ELAINE K. KIM**

I, Elaine K. Kim, declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of California and before this Court. I am an associate in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Defendants Lightstorm Entertainment, Inc. ("LEI") and James Cameron (collectively, "Defendants"). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the July 12, 2012 deposition transcript of Plaintiff Gerald Morawski.

3. Attached hereto as **Exhibit 2** is a true and correct copy of certain of the documents produced by Green Path Debt Solutions in response to Defendants' subpoena served on September 13, 2012. Plaintiff's Profit & Loss Statement, which is dated November 4, 2009, asserts that Plaintiff was owed $10,000 from LEI for the use of his concepts in *Avatar*.

4. Attached as **Exhibit 3** hereto is a true and correct copy of Plaintiff's Second Supplemental Response to LEI's Interrogatory No. 6.

//
//
//
//
//
//
//
//

2

DECLARATION OF ELAINE K. KIM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PROVIDE DAMAGES DISCOVERY

5. Attached as **Exhibit 4** hereto is a true and correct copy of Plaintiff's Responses to LEI's Requests for Admission Nos. 7 and 8.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed October 19, 2012, at Los Angeles, California.

*/s/ Elaine K. Kim*

Elaine K. Kim

Mitchell Silberberg & Knupp LLP

4920003.1/42040-00006

3

DECLARATION OF ELAINE K. KIM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PROVIDE DAMAGES DISCOVERY