1  ROBERT H. ROTSTEIN (SBN 72452),
   rxr@msk.com
2  ELAINE K. KIM (SBN 242066),
   ekk@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendants,
   Lightstorm Entertainment, Inc. and
7  James Cameron and specially
   appearing third party Twentieth Century
8  Fox Film Corporation

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11                    WESTERN DIVISION

| | |
|---|---|
| 12  GERALD MORAWSKI, | CASE NO. CV 11-10294-MMM (JCGx) |
| 13      Plaintiff, | Hon. Jay C. Gandhi |
| 14      v. | **DECLARATION OF ROBERT B. COHEN IN SUPPORT OF DEFENDANTS LIGHTSTORM ENTERTAINMENT, INC. AND JAMES CAMERON'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PROVIDE DAMAGES DISCOVERY** |
| 15  LIGHTSTORM ENTERTAINMENT, INC., a California corporation; JAMES CAMERON, an individual; and DOES 1 through 10, | |
| 16 | |
| 17 | |
| 18      Defendants. | |
| 19 | Time:  2:00 p.m.<br>Date:  November 13, 2012<br>Ctrm.: 827-A |

Mitchell
Silberberg &
Knupp LLP

28  DECLARATION OF ROBERT B. COHEN IN SUPPORT OF FOX AND DEFENDANTS' OPPOSITION TO
                              PLAINTIFF'S MOTIONS TO COMPEL

4926414.1/42040-00006

## DECLARATION OF ROBERT B. COHEN

I, Robert B. Cohen, declare as follows:

1. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Compel Non Party Twentieth Century Fox Film Corporation to Produce Documents in Response to Subpoena. I am an Executive Vice President of Legal Affairs for Twentieth Century Fox Film Corporation ("Fox"). The facts stated in this Declaration are true based on my personal knowledge. If called as a witness, I could and would competently testify to all facts within my personal knowledge.

2. Fox produced and distributed *Avatar* to the general public. I have worked at Fox for over 15 years and have more than 30 years of experience working as a lawyer in the entertainment industry. Because of my position at Fox, I am familiar with the agreements Fox has with Lightstorm and James Cameron; with many of the agreements between Fox and other parties regarding *Avatar*; as well as with financial information regarding *Avatar*. I have reviewed Plaintiff's subpoena to Fox. The documents sought by Plaintiff, including especially the documents sought by Requests for Production Nos. 6-17, seek highly proprietary and confidential documents and information.

3. The agreements between Fox and Lightstorm that contain financial and other negotiated contractual terms, and the agreements between Fox and Mr. Cameron, are highly confidential. This information is known only to the limited number of people within Fox and Lightstorm who need to know. Even many senior executives at Fox do not have access to this information. The information is kept in a secure area where only those limited individuals with access rights have access to it. The terms of these agreements have never been disclosed publicly.

This information is strictly confidential in recognition of the fact that Fox's competitors would gain an unfair advantage knowing the terms of Fox's deals with Lightstorm and Mr. Cameron. Fox's competitors could use this information in their negotiations with their higher level talent. Fox would also be at a competitive disadvantage in negotiating future arrangements with other directors and producers were the terms of these agreements disclosed.

4. Similarly, payments related to *Avatar* made to either Lightstorm or Mr. Cameron, as well as participation statements related to *Avatar* sent to either Lightstorm or Mr. Cameron, are regarded as highly confidential. This information also is known only to a limited group of people who need to know it, and has never been disclosed publicly. Disclosure of this information would give Fox's competitors an unfair advantage over Fox in negotiation with higher level talent, as well give such higher level talent an unfair competitive advantage in negotiating with Fox.

5. Fox's detailed financial information relating to *Avatar*, including revenue, net profits, costs, expenses, and deductions, as well as accounting or other financial statements related to *Avatar*, are regarded as highly confidential. Even many senior executives at Fox do not have access to this information. Only those who need to know this information have access to it. *Avatar* financial information is strictly confidential. The detailed financial information requested provides Fox's blueprint for making this cutting-edge, state-of-the art movie. The cost and expense information involve payments to actors, vendors, and others. Many of the relationships between Fox and such persons and entities were the subject of negotiations. Fox's competitors would gain an unfair advantage if this information is made public because they will know what Fox was able to negotiate and will know Fox's movie-making blueprint for this film. This type of information is

3

DECLARATION OF ROBERT B. COHEN IN SUPPORT OF FOX AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS TO COMPEL

Mitchell Silberberg & Knupp LLP

4926414.1/42040-00006

1 highly confidential in the industry. Fox would also be at a competitive
2 disadvantage in negotiating future arrangements with others were the terms of
3 these agreements disclosed.
4     6. Moreover, compiling the financial information called for by Requests
5 for Production Nos. 7, 8, 16, and 17 would be extremely burdensome. The
6 information is not all stored in the same place, and Fox would have to pull together
7 many documents stored in various locations and review information stored in
8 various locations in order to provide the information requested. I estimate that it
9 would require diverting multiple people from their ordinary jobs and dedicating
10 them to finding, compiling and reviewing documents over the course of several
11 weeks to compile all of the documents requested by Plaintiff.
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25
26
27
28

4

DECLARATION OF ROBERT B. COHEN IN SUPPORT OF FOX AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS TO COMPEL

Mitchell Silberberg & Knupp LLP

4926414.1/42040-00006

7. Agreements between Fox and other persons that provide for payments to Fox related to *Avatar* are also regarded as highly confidential trade secrets. Many of these agreements, which include Fox's agreements with distributors, licensees, and others, were the subject of negotiations. This information also is known only to a limited group of people within Fox who need to know it, and has never been disclosed publicly. Fox's competitors would gain an unfair competitive advantage over Fox if the terms of these agreements were disclosed. Fox would also be at a competitive disadvantage in negotiating future arrangements with other distributors, licensees, and others were the terms of these agreements disclosed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed October 2nd, 2012, at Los Angeles, California.

Robert B. Cohen

5

DECLARATION OF ROBERT B. COHEN IN SUPPORT OF FOX AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS TO COMPEL

Mitchell Silberberg & Knupp LLP

4926414.1/42040-00006