ROBERT H. ROTSTEIN (SBN 72452),
rxr@msk.com
ELAINE K. KIM (SBN 242066),
ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants,
Lightstorm Entertainment, Inc. and
James Cameron

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERALD MORAWSKI,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTSTORM ENTERTAINMENT, INC., a California corporation; JAMES CAMERON, an individual; and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV 11-10294-MMM (JCGx)<br><br>Hon. Jay C. Gandhi<br><br>**DECLARATION OF JON LANDAU IN SUPPORT OF LIGHTSTORM ENTERTAINMENT, INC. AND JAMES CAMERON'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PROVIDE DAMAGES DISCOVERY**<br><br>Time:  2:00 p.m.<br>Date:  November 13, 2012<br>Ctrm.: 827-A |

DECLARATION OF JON LANDAU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS TO COMPEL

4914251.2/42040-00006

# DECLARATION OF JON LANDAU

I, Jon Landau, declare as follows:

1. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motions to Compel Defendants to Provide Damages Discovery and in support of Defendants' Opposition to Plaintiff's Motion to Compel Non-Party Twentieth Century Fox Film Corporation ("Fox") and Defendant Lightstorm Entertainment, Inc. ("Lightstorm") to Produce Documents. I am the Chief Operating Officer of Lightstorm. I have worked for Lightstorm since 2000, and I was a producer on *Avatar*. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as witness, I could and would competently testify thereto.

2. The agreements entered into between Fox and Lightstorm related to *Avatar* are highly confidential, constitute trade secrets and contain confidentiality provisions. The content of these agreements is known only to the limited number of people within Fox and Lightstorm who need to know. Aside from James Cameron and me, no employees of Lightstorm have access to the agreements. The terms of these agreements have never been disclosed publicly. This information is strictly confidential in recognition of the fact that Lightstorm's competitors would gain an unfair advantage knowing the terms of Lightstorm's deals with Fox. Lightstorm would also be at a competitive disadvantage in negotiating future arrangements with other distribution companies were the terms of these agreements disclosed.

3. The agreements entered into between Mr. Cameron and Lightstorm related to *Avatar* are also highly confidential and proprietary. Again, apart from Mr. Cameron and me, no employees at Lightstorm have access to these agreements

or know their contents. The terms of these agreements have never been disclosed publicly. The agreements are strictly confidential in recognition of the fact that Lightstorm's competitors would gain an unfair advantage knowing the terms of Lightstorm's deals with Mr. Cameron. Lightstorm would also be at a competitive disadvantage in negotiating future arrangements with other directors were the terms of these agreements disclosed.

4. Participation statements given to Lightstorm by Fox and payments made by Fox related to *Avatar* are highly confidential trade secrets. Apart from Mr. Cameron and me, no employees of Lightstorm have seen these statements or know their content. They have never been disclosed publicly. Lightstorm's competitors would be able to discern the financial terms of Lightstorm's agreements with Fox from payment information, and would thereby gain an unfair competitive advantage over Lightstorm.

5. Payments made to Mr. Cameron related to *Avatar* are highly confidential trade secrets. Again, apart from Mr. Cameron and me, no employees of Lightstorm know what he has been paid.

6. Lightstorm did not finance the production of *Avatar*. Fox did. The only documents that Lightstorm has relating to the "profits" of *Avatar* are periodic accounting statements that are submitted to it by Fox.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October __, 2012, at Los Angeles, California.

[signature]

DECLARATION OF JON LANDAU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS TO COMPEL

Mitchell Silberberg & Knupp LLP
4914251.1/42040-00006
2520-00155/1870369.2