ROBERT H. ROTSTEIN (SBN 72452),
rxr@msk.com
ELAINE K. KIM (SBN 242066),
ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants,
Lightstorm Entertainment, Inc. and
James Cameron

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERALD MORAWSKI,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTSTORM ENTERTAINMENT, INC., a California corporation; JAMES CAMERON, an individual; and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV 11-10294-MMM (JCGx)<br><br>Hon. Jay C. Gandhi<br><br>**DECLARATION OF JAMES CAMERON IN SUPPORT OF DEFENDANTS LIGHTSTORM ENTERTAINMENT, INC. AND JAMES CAMERON'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PROVIDE DAMAGES DISCOVERY**<br><br>Time:   2:00 p.m.<br>Date:   November 13, 2012<br>Ctrm.:  827-A |

DECLARATION OF JAMES CAMERON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTIONS TO COMPEL

4913933.2/42040-00006

## DECLARATION OF JAMES CAMERON

I, James Cameron, declare as follows:

1. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motions to Compel Non-Party Twentieth Century Fox Film Corporation ("Fox") and Defendant Lightstorm Entertainment, Inc. ("Lightstorm") to Produce Documents. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as witness, I could and would competently testify thereto.

2. It is my understanding that Plaintiff is seeking agreements between Fox and Lightstorm related to *Avatar*. Such documents are highly confidential, constitute trade secrets and contain confidentiality provisions. I have never disclosed the terms of these agreements, or the payments made to me or Lightstorm pursuant to these agreements. Disclosure of the terms of Lightstorm's agreements with Fox could prejudice me in negotiating deals on my future projects with others.

3. It is also my understanding that Plaintiff is seeking documents relating to compensation paid to me for my work on *Avatar*, including participation statements given to Lightstorm by Fox related to *Avatar*. This information is also highly confidential – it reveals my personal income.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 22, 2012, at Gaviota, California.

_____
James Cameron

DECLARATION OF JAMES CAMERON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS TO COMPEL

Mitchell Silberberg & Knupp LLP
4913933.1/42040-00006
2520-00135/1870365.2