ROBERT H. ROTSTEIN (SBN 72452),
rxr@msk.com
ELAINE K. KIM (SBN 242066),
ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
Lightstorm Entertainment, Inc. and
James Cameron

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERALD MORAWSKI,<br><br>        Plaintiff,<br><br>    v.<br><br>LIGHTSTORM ENTERTAINMENT, INC., a California corporation; JAMES CAMERON, an individual; and DOES 1 through 10,<br><br>        Defendants. | CASE NO. CV 11-10294-MMM (JCGx)<br><br>Hon. Margaret M. Morrow<br><br>**DECLARATION OF JAMES CAMERON IN SUPPORT OF DEFENDANTS LIGHTSTORM ENTERTAINMENT, INC. AND JAMES CAMERON'S MOTION FOR SUMMARY JUDGMENT**<br><br>Time:        10:00 a.m.<br>Date:        January 14, 2013<br>Ctrm.:        780<br><br>[Notice of Motion and Motion for Summary Judgment; Separate Statement of Undisputed Facts and Conclusions of Law; Supporting Declarations, and [Proposed] Judgment filed concurrently herewith] |

Mitchell
Silberberg &
Knupp LLP

DECLARATION OF JAMES CAMERON

# <u>DECLARATION OF JAMES CAMERON</u>

I, James Cameron, declare as follows:

1.      I am a motion picture director, screenwriter and producer.  I am the Chief Executive Officer of the film production company, Lightstorm Entertainment, Inc. ("Lightstorm"), a California corporation.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as witness, I could and would competently testify thereto.

2.      Among others, I have directed as well as written the screenplays for the films *The Terminator* (1984), *Aliens* (1986), *The Abyss* (1989), *Terminator 2: Judgment Day* (1991), *True Lies* (1994), and *Titanic* (1997).  *Titanic* won the Academy Award for Best Picture and I received the Academy Award for Best Director for my work on that film.

3.      My most recent motion picture was *Avatar*, which I also both wrote and directed.  *Avatar* premiered in London on December 10, 2009.  *Avatar* was nominated for nine Academy Awards, including Best Picture and Best Director, and it won three Academy Awards, for Best Cinematography, Best Visual Effects, and Best Art Direction.

4.      Unequivocally, the story for *Avatar* is the result of my independent creation.  More specifically as it relates to this case, in creating *Avatar*, I did not use any ideas or materials provided by Plaintiff Gerald Morawski.

5.      I met Mr. Morawski in 1991.  At that time, I was interested in some of his artwork, which featured light being depicted in unusual ways.  Mr. Morawski called this "Light Art."  I contemplated using his art in connection with a project called *Burning Chrome*, based on the short story by William Gibson, about a wounded war veteran who comes back into society as a partial cyborg.  I purchased

Mitchell Silberberg & Knupp LLP

four items of Mr. Morawski's Light Art in 1991 and paid him $4,000.  Ultimately, *Burning Chrome* was not produced.

6.    Subsequently, in or around January, 1992, Mr. Morawski asked that I loan him money because he said he was in desperate financial straits.  Since I had been a struggling artist myself in my post-college years, I was sympathetic.  I loaned him $5,000.  It was never repaid.

7.    I understand that Mr. Morawski claims that he pitched me the story for *Avatar* in 1991.  He claims that he did so in a "project" of his entitled "Guardians of Eden."  I have no recollection of Mr. Morawski pitching me "Guardians of Eden."  In any case, his "Guardians of Eden" project was certainly not the basis of *Avatar* or any element within it.  As addressed by others in connection with this motion, Plaintiff's "Guardians of Eden" does not materially resemble *Avatar* in any way whatsoever.  In this regard:

a.    Lightstorm has in its possession a written document entitled "Conceptual Summary of 'Guardians of Eden,'" which apparently was submitted by Mr. Morawski, a true and correct copy of which is attached as **Exhibit 1**.  The document does not constitute the story of *Avatar*.

b.    Lightstorm also has in its possession a set of pitch notes from Anne Damato, dated December 4, 1991, a true and correct copy of which is attached as **Exhibit 2**.  Ms. Damato was a Lightstorm employee and her job responsibilities at the time included attending pitch meetings and writing down pitches as presented.  Ms. Damato's notes reflect that there was a pitch meeting with Mr. Morawski on or about December 4, 1991.  But her notes do not reflect that Mr. Morawski pitched the story of *Avatar* or anything remotely like it.  Rather, her notes are consistent with the story contained in Mr. Morawski's "Conceptual Summary."  Simply stated, Mr. Morawski's "Guardians of Eden" story as reflected in his written submission, and as reflected in Ms. Damato's notes, is not *Avatar*.  In

DECLARATION OF JAMES CAMERON

Mitchell
Silberberg &
Knupp LLP

1   creating *Avatar* I did not use anything either contained in Mr. Morawski's

2   "Conceptual Summary" or reflected in Ms. Damato's notes summarizing the story

3   idea he pitched.

4         8.     In 1995, I wrote a lengthy "scriptment" for *Avatar*, which was my

5   initial effort at putting down the story in writing.  Attached as **Exhibit 3** is a true

6   and correct copy of the scriptment for *Avatar* that I wrote in 1995.  I called it a

7   "scriptment" because it was a heavily detailed script-length treatment that, like a

8   treatment, was in a narrative rather than dialogue form, and laid out the story,

9   characters, setting and many of the visual images for *Avatar*.  The *Avatar* story that

10  I created in 1995 and which is contained in the scriptment was an accumulation of

11  ideas, themes, characters, and images that I had been using and considering for

12  decades.  Virtually all of this long preceded my having met Mr. Morawski in 1991.

13  Nothing in the scriptment was taken from anything Mr. Morawski claims to have

14  pitched to me or Lightstorm.

15        9.     As I will describe in greater detail in the balance of this declaration,

16  *Avatar* was based on and flowed out of my fascination with and love of science,

17  nature, the environment, science fiction, history, and philosophy.  *Avatar* contains

18  images, themes, and characters that I had created and explored in previous

19  unproduced projects that I had written, as well as in many of my pre-1991

20  produced motion pictures.  None of this has anything whatsoever to do with, or

21  came to me from, Mr. Morawski; whether or not Mr. Morawski was influenced by

22  my work I cannot say.

23        10.    In paragraphs 11 through 133 below, I will describe in great detail the

24  genesis of the ideas, themes, storylines, and images that came to be *Avatar*.

25

26

27

Mitchell
Silberberg &
Knupp LLP

28

---

4

DECLARATION OF JAMES CAMERON

**Early Background: 1960s-1970s**

11.    Since childhood, I have been extremely curious about the natural world.  I dreamed of being a scientist, so that I could personally investigate the great mysteries.  When other kids were playing sports or watching TV, I was out exploring the woods around my village in Canada, collecting samples, or staying up late to look at the moons of Jupiter through my 4-inch reflector telescope.  I would catch and study any animal I could find, from snakes to butterflies.  I made collections of leaves and flowers.  I would collect samples of pond water and study them under the microscope, making drawings of protozoa.  I even formed a Nature Club with other curious kids in the neighborhood.  We collected animal skeletons and dissected frogs, creating elaborate drawings.  One of my favorite things to do was to look at the tail of a living tadpole under my small Tasco microscope and watch the red blood corpuscles racing through the transparent capillaries with every beat of its heart.

12.    In high school, I became president of the science club.  I was so enthusiastic about science that I spent my free time studying for fun, not for credit, such as attending a geology seminar at a local college, in which all the other students were adults.  In the twelfth grade, I attended a series of science lectures at the University of Buffalo, also on my own time and for no credit.  One of these lectures was given by a diver named Frank Faleczyck, who was the first human to breathe liquid.  This inspired me, the following week, to write a short story called "The Abyss," which almost two decades later, became the nucleus of my screenplay and film of the same name.  In my short story, scientists at a deep sea research station are exploring ever deeper into the unknown using an experimental fluid breathing system.  Their curiosity about what lay deeper and deeper ultimately lures them to their demise.  This story was meant as a tribute to the

1    passion of science and the lure of the unknown, both important formative factors

2    for me.

3          13.    Beginning in junior high school and throughout high school and

4    college in the 1960s and 1970s, I was also an avid fan and voracious reader of

5    science fiction.  During those years, I read and viewed hundreds of science fiction

6    books, stories, comics, and movies.  Among my favorite science fiction authors

7    were Arthur C. Clark, Ray Bradbury, Robert Heinlein, Poul Anderson, Theodore

8    Sturgeon, and Isaac Asimov.  My favorite movie was *2001: A Space Odyssey*

9    (1968), in which Man, the explorer, meets an incomprehensible alien intelligence

10   and undergoes a transcendental metamorphosis into a highly-evolved being.

11         14.    My intense curiosity about the natural world formed a positive

12   feedback loop with my love of science fiction.  Combining those interests, I began

13   conceiving of and drawing alien planets with phantasmagoric environments with

14   unique flora.  For example, in the eleventh grade, I did a pen drawing entitled

15   "Spring on Planet Flora," a true and correct copy of which is attached as **Exhibit 4**.

16   This drawing depicts an oversized jungle environment of an alien world that I

17   conceived, which I called "Planet Flora."  The drawing shows a tiny human figure

18   in a spacesuit walking on one of many gigantic trees, far larger than one would see

19   on Earth.  These trees have large, interconnected branches moving transversely,

20   and are overgrown with vines and epiphytes.  The back of the drawing says "11A,"

21   my homeroom in the eleventh grade in Niagara Falls, Canada.

22         15.    The landscape depicted in "Spring on Planet Flora" is essentially the

23   same in concept and detail to the alien jungle landscape on the moon Pandora, on

24   which much of the action in *Avatar* takes place.  As shown in Exhibit 1 to the

25   Declaration of Jon Landau ("Landau Declaration"), the characters in *Avatar* walk

26   on the huge branches of the trees on Pandora as they move through the forest, as

27   does the tiny figure in my eleventh-grade drawing "Spring on Planet Flora."

Mitchell Silberberg & Knupp LLP

28

DECLARATION OF JAMES CAMERON

16.     After moving to California in 1971, I took up scuba diving, and became fascinated with the almost otherworldly plant life and organisms in the deep ocean.  In college I majored in physics, and studied marine biology and astronomy, hoping to go into a career in the sciences.  Eventually my career path took me to the entertainment industry, but in doing so I constantly remained attuned to science and other worlds.

**Chrysalis**

17.     In or about 1973, I wrote a story called *Absense* for a college project, which was developed in 1974 into a short film script entitled *Chrysalis*, co-written with a friend, Randy Frakes.  True and correct copies of the script and artwork that I created for *Chrysalis* in or about 1974 are attached as **Exhibit 5**.  The script describes a cosmic journey of self-discovery and transcendence taken by a wheelchair-bound man who elects to surgically remove all external sensory input, so that he can journey through his own mind.  In this mental journey, the man is able to stand and finds himself in an alien landscape and a forest full of giant trees. His quest connects him to a heightened state of reality in which he is able to physically repair his own central nervous system; the script describes the imagery of each nerve fiber glowing with activity.  The script ends with the man, in his real life, being able to rise from his chair, made whole through his transcendental journey.

18.     This concept of a disabled man, in a wheelchair, going on a mental journey beyond his body, and achieving freedom or transcendence of his human physical state, was one that I revisited decades later in *Avatar*, and is directly connected to those early ideas.  Jake Sully, the main character of *Avatar*, is a wheelchair-bound paraplegic who goes on a quest that includes entering a state of sensory deprivation, inside a Link pod, and traveling mentally to another place,

1    where his body is whole.  At the end he achieves transcendence, by shedding his

2    human body and permanently inhabiting his avatar form.

3

4    **Xenogenesis**

5         19.    In the late 1970s, I worked on a project called *Xenogenesis*, co-writing

6    a treatment and draft script for *Xenogenesis* with Mr. Frakes.  In *Xenogenesis*, I

7    further developed the concepts that I explored in my eleventh-grade drawing and in

8    *Chrysalis*.  Attached as **Exhibits 6** and **7** are true and correct copies of relevant

9    portions of the treatment and draft script that I wrote with Mr. Frakes in or about

10   1977-1979.  These documents contain my proprietary and confidential work,

11   disclosure of which would harm me because they contain material that was not

12   used in the *Avatar* film but may be used in *Avatar* sequels.  In addition to these

13   written materials, I drew and painted artwork for the *Xenogenesis* project in the

14   same period, *i.e.*, in or about 1978-1979.  Again, this was more than a decade

15   before I met Mr. Morawski.  As I will describe below, much in *Avatar* can be

16   traced back to this early project.

17        20.    As the treatment describes, *Xenogenesis* is the saga of the voyage of

18   *Cosmos Kindred*, a mile-long spaceship employing a fusion ramjet interstellar

19   drive unit.  In the face of destruction of the Earth, scientists engage in a last-ditch

20   effort to preserve a nucleus of humanity by trying to find a new planet on which to

21   live.  *Cosmos Kindred* carries a cyber (artificial intelligence) that has cell samples,

22   which, under the cyber's direction, will be developed into cloned individuals once

23   the spaceship finds a suitable new home planet.

24        21.    The central section of the *Xenogenesis* story focuses on the human

25   drama of the pilot dealing with a female stowaway who has been raised by the

26   cyber.  They experience exotic, danger-filled alien landscapes on different planets

27   that I created, on which they see bizarre flora and fauna, and take samples.

28

8

22.     I modeled *Avatar*'s Pandora on one of the planets that the characters explore in *Xenogenesis*.  This planet in *Xenogenesis*, the Luminous Planet, has a beautiful forest with a vast network of interconnected, bioluminescent trees.  The human characters cannot survive on this planet because of its deadly atmosphere.

23.     The treatment describes this planet's environment in detail:  "The surface of this world is a surrealistic forest of twisted shapes alive with leaping pulses of blue-green bio-luminescence.  Between these glowing tangles flows a river of swirling phosphorescent colors."  Exhibit 6 at LIGHTS00116.  The script describes:  "It is a scene of surreal elegance.  The slightly rolling ground is covered with a low moss which glows with a dim, violet light.  The underbrush nearly consists of translucent stalks with leaves like moth-wings and trees that are twisted overgrown fungi shot through with networks of faint light. . . . Throughout the night-darkened landscape all the way to the horizon, pa[t]terns of light glow in pastel blues and greens, with a dash of purple and brilliant accents of scarlet.  A bright band of light meanders in the distance, a glowing river whose currents agitate the bioluminescent protozoa to fluoresce brilliantly."  Exhibit 7 at LIGHTS000125.

24.     Just as in *Avatar*, *Xenogenesis*'s Luminous Planet comes alive at night.  As the *Xenogenesis* script describes:  "The planet's sunlit side seems Earth-like, but the night side glows softly with reticulated radiance of pastels of blue and green."  Exhibit 7 at LIGHTS000124.  One of the characters notes that "[t]he orbital surveys show it's a natural phenomenon.  Bio-luminescence on a grand scale."  *Id.*

25.     Just as on *Xenogenesis*'s Luminous Planet, on *Avatar*'s Pandora, the forest has a slightly rolling ground covered with a low moss that glows with a violet light in the nighttime.  In *Xenogenesis*, as the characters' "feet touch the ground little ripples of light expand at the impact."  Exhibit 7 at LIGHTS000126.

DECLARATION OF JAMES CAMERON

Mitchell Silberberg & Knupp LLP

1 The very same thing happens in *Avatar* when the male protagonist Jake Sully, in

2 his avatar form, follows after his love interest Neytiri through the forest, as seen in

3 Exhibit 2 to the Landau Declaration.

4       26.    The characters in *Xenogenesis* encounter strange creatures on this

5 planet, including what the script describes as "[a] flat spinning disc of orange and

6 ultramarine about a meter in diameter, which startles them as it floats across the

7 screen toward a tree." Exhibit 7 at LIGHTS000126. "Upon contacting a limb, the

8 disc folds up like a Japanese fan, revealing a small, black lizard-like creature,"

9 which "surveys them with gem-like eyes then re-opens its fan with a sudden snap

10 that sends it spinning out into the glowing woods." *Id.* Attached as **Exhibit 8** is a

11 true and correct copy of a detailed pen sketch that I did in or about 1978-1979 of a

12 fan-lizard sitting on a branch with its disk membrane partly unfurled.

13       27.    The fan-lizard as depicted in that early drawing and as described in

14 the *Xenogenesis* script is virtually identical to the final design of the fan-lizard in

15 *Avatar*, even down to the faceted bug-like eyes and the patterns on its disk

16 membrane, as seen in Exhibit 3 to the Landau Declaration.

17       28.    *Xenogenesis*'s Luminous Planet has a unique sort of willow tree,

18 which is described in the script as "a glorious hybrid of a fiber optics lamp, a sea

19 anemone and a willow; a fountain of gossamer tendrils swing from each delicate

20 stalk." Exhibit 7 at LIGHTS000125. Attached as **Exhibit 9** is a true and correct

21 copy of artwork that I did in or about 1978-1979, depicting these willow-like trees

22 with the gossamer tendrils, together with the purple bioluminescent moss, a

23 bioluminescent river, and bright fan-lizards spinning and flying in the glowing

24 woods.

25       29.    I called these willow-like trees with gossamer tendrils "willows" in

26 my *Avatar* scriptment. These trees ultimately were called "*Utraya mokri*," or

27 "Tree of Voices," in the film. As seen in Exhibit 2 to the Landau Declaration, the

28

*Utraya mokri* are virtually identical to the willow-like trees depicted in my artwork from 1978-1979 and described in the *Xenogenesis* script. The forest landscape as a whole depicted in my prior artwork is the same as the forest in *Avatar*, accurate from the bright fan-lizards fly through the glowing woods, down to the exact colors later used in *Avatar* – a palette of cyans with accents of purple.

30.     A very large *Utraya mokri*, called "The Tree of Souls," sits at the center of the vast amphitheater that is the centerpiece of the entire third act battle sequence in *Avatar*. This tree is the physical manifestation of Eywa, the nature goddess at the heart of the story. The iconic image of this great glowing willow tree is central to *Avatar*, and the origin of that tree is clearly traceable to Exhibit 9, my artwork from 1978-1979.

31.     In about 1978-1979, I did a pencil sketch, entitled, "Exploring the exotic environment of a luminous planet," a true and correct copy of which is attached as **Exhibit 10**. The sketch shows a male and female character on an alien planet, with a spaceship in the background, and a tree with the spiral shape of a "Christmas tree worm." This tree was the basis for, and is almost identical to, the *helicoradian* exotic plants in *Avatar*, depicted in Exhibit 4 to the Landau Declaration.

32.     In Exhibit 10, overgrown tree roots over the ground appear like the brain coral on the ocean floor. This was the basis for the brain coral floor around the Tree of Souls in designs for *Avatar*, shown in Exhibit 5 to the Landau Declaration.

33.     The willow-like trees in *Xenogenesis* have a consciousness beyond plants that exist on Earth. In the *Xenogenesis* script, the gossamer tendrils of the willow-like trees "sway inward" toward the female lead as she passes by, "as if drawn to her," and they "wrap around her arm in a caress." Exhibit 7 at LIGHTS000127. Two of the characters kiss beneath the tendril trees. *Id.* at

LIGHTS000129.  I re-used this element in *Avatar*:  The tendrils of the *Utraya mokri* sway towards Jake's avatar and Neytiri as they pass by, and wrap around Neytiri's arm.  A love scene between Jake and Neytiri also takes place amongst *Utraya mokri*.

34.     In *Xenogenesis*, the Luminous Planet itself is sentient – *i.e.*, it can sense and react to others – like Pandora in *Avatar*.  In *Xenogenesis*, the Luminous Planet reacts to the arrival of the main characters and seeks to trap them and keep them on the planet by lulling them into a state of bliss, like the "Lotus Eaters" of Homer's epic *The Odyssey*.  As one of the characters says in the script:  "The plants are acting as *esper* resonators, amplifying your desire to stay here and feeding it back to you.  You're caught in a feedback loop."  Exhibit 7 at LIGHTS000131.

35.     As a result, in *Xenogenesis*, the protagonist becomes immobile and lies on the ground for three days.  During that time, "[h]e is overgrown with creeper-like tendrils from the surrounding plants embracing him."  Exhibit 7 at LIGHTS000132.  Analogously, in the final scene of *Avatar*, Neytiri places Jake's weakened human body underneath the Tree of Souls, and he is overgrown with creeper-like tendrils from the roots of the Tree of Souls, as depicted in Exhibit 6 to the Landau Declaration.

36.     The idea of nature as a single sentient being is ancient, and goes back to the earliest animist religions, which I studied in college, in both "Folklore and Mythology" and "Cultural Anthropology" classes at Fullerton Junior College, in 1972 and 1973.  For example, the pantheistic religions, such as Druidism, worship a deity that infuses all living things, including the trees.  In fact, trees are literally worshipped as sacred manifestations of the deity.  I was well aware of this principle in my college days.  In the mid-1970s, I also became aware of and was influenced by the Gaia Hypothesis, as famously proposed by environmental

Mitchell
Silberberg &
Knupp LLP

1    scientist James Lovelock, which stated that the natural world functions as a single

2    vast, self-regulating organism.  This theory has been widely known for decades.

3         37.    The idea of a sentience behind all nature or a "world mind" is also a

4    well-established concept in literary science fiction, in which I was well read.  For

5    example, in *Solaris*, by Stanislaw Lem (1961), which I read in the early 1970s (and

6    saw a film version made by Russian film director Andrei Tarkovsky in 1972) a

7    world mind in the form of an intelligent ocean planet communicates with human

8    explorers by sending them physical manifestations, including what appear to be

9    living people, gleaned from their memories.  The human characters spend the story

10   trying to understand the alien mind, which is a single being embodied in the ocean

11   that spans the entire planet of Solaris.  I applied this idea of a world mind, or

12   sentient global entity in *Xenogenesis* and also in *Avatar*.

13        38.    In the *Xenogenesis* script, the characters encounter "a small flying

14   creature which we will call the tinkerbell thing because it resembles a glowing

15   dandelion seed about the size of a butterfly with gently swaying filaments that it

16   uses to propel itself on the wind currents," which "drifts into the palm of [the

17   female character's] hand."  Exhibit 7 at LIGHTS000126.  The female character

18   tells the male character not to startle it, but when it "takes flight and circles around

19   [him]," he "bats at in mild annoyance."  *Id.*  Then, "more of the tinkerbell things"

20   arrive, "forming a glowing swarm around" the male character.  *Id.*

21        39.    These same "tinkerbell things" or "glowing dandelion seeds" appear

22   in *Avatar* and are called "woodsprites" in the film.  I transplanted this scene from

23   *Xenogenesis* virtually unchanged into *Avatar*:  Jake and Neytiri meet at night, and

24   the forest lights up around them.  Just as in *Xenogenesis*, in *Avatar*, these floating

25   creatures form a glowing swarm around Jake, who initially tries to bat them away,

26   as depicted in Exhibit 7 to the Landau Declaration.

27

28

Mitchell
Silberberg &
Knupp LLP

DECLARATION OF JAMES CAMERON

40.     The characters in *Xenogenesis* also explore a planet where they see tall, "upthrust columns of rock" surrounded by clouds.  The script describes this scene in detail:  "[The lander] passes between columns of boiling clouds which are streaked with lightning.  The dark cumulus masses billow up from stygian darkness below, while above is a ceiling of whorled cloud strata.  The lander heads toward a window of light in the angry dimness and passes above the cloud-shelf into an upper level.  The cloud blanket rolls away beneath into the distance where it is pierced by upthrust columns of rock.  These towering masses reach up to higher cloud levels.  The turbulent whirl of shifting streamers occasionally parts to admit a few shafts of sunlight into the overcast gray. . . . Streamers of mist swirl over the crest of the hill and blow across the foreground on a moderate wind.  The effect is of being within the cloud cover topping the mesa."  Exhibit 7 at LIGHTS000140.

41.     I made detailed paintings of this scene in or about 1978-1979, true and correct copies of which are attached as **Exhibit 11** and **Exhibit 12**.  These documents contain my proprietary and confidential work, disclosure of which would harm me because they contain material that was not used in the *Avatar* film but may be used in *Avatar* sequels.  These paintings show jagged, vertical mountains or cliffs wreathed by clouds and mist.  I retained similar jagged mountains in *Avatar*, although in *Avatar*, the Hallelujah Mountains also consist of some mountains that are floating, as seen in Exhibit 8 to the Landau Declaration.

42.     In *Xenogenesis*, the male protagonist, while on this mesa with steep cliffs, is attacked by "an aerocoelenterate, a balloon-like creature resembling a terrestrial Man-o-war jelly fish," as well as "air-sharks (vaguely resembling Japanese dragon-kites with needle-like teeth)."  Exhibit 6 at LIGHTS000119.

43.     My painting from 1978-1979 attached as Exhibit 11 depicts the male protagonist in *Xenogenesis* after he has been captured by the large floating jellyfish-like creature.  The *Xenogenesis* script describes this scene in detail:  "He

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

1    looks up at the translucent bladder creature from which the tentacles originate.

2    Like a bloated man-o-war jellyfish, the gas-bag is about twelve meters in diameter

3    and is a blue-veined, milky sac filled with biochemically produced hydrogen.  At

4    its center, surrounded by the roots of the tendrils, is a pulsating manubrium, a

5    hideous pulpy maw into which Jorden is now slowly being hoisted."  Exhibit 7 at

6    LIGHTS000144.

7       44.    More than a decade later, I incorporated this scene into the *Avatar*

8    scriptment, including the name "aerocoelenterate" for the jellyfish-like creature.

9    *See* Exhibit 3 at LIGHTS000333-335.  That scene was in the first draft of the

10    *Avatar* script, but was removed before the shooting script.  The jellyfish-like

11    creature that I painted for *Xenogenesis* was the basis for the jellyfish-like creature

12    that I initially wanted to include in *Avatar*, as seen in Exhibit 9 to the Landau

13    Declaration.

14       45.    My painting from 1978-1979 attached as Exhibit 12 depicts the male

15    protagonist in *Xenogenesis* as he is being attacked by the "air sharks."  The

16    *Xenogenesis* script describes these creatures in detail:  "From their eyries along the

17    fluted walls of the mesas come air-sharks, four or five membranous creatures like

18    airborne manta rays. . . . Its slit of a mouth parts and like a cat's claws, needle

19    fangs unfold from sheath-like gums.  They are overlarge and retract like snake

20    fangs, designed for tearing at other airborne creatures, made to sink in and rend

21    delicate flesh."  Exhibit 7 at LIGHTS000144-145.

22       46.    I transplanted these air sharks, as described in *Xenogenesis*, directly

23    into the *Avatar* scriptment, including the description of their "distensible jaws" and

24    "glassy daggerlike teeth."  Exhibit 3 at LIGHTS000334.  The detailed anatomy of

25    these distensible jaws and fangs appear in a pen drawing that I did in or about

26    1978-1979, a true and correct copy of which is attached as **Exhibit 13**.

27

28

47.     In the *Avatar* scriptment, I renamed the air sharks "bansheerays," but the basic concept of a <u>flying manta ray</u> with teeth was not changed at all.  See Exhibit 7 at LIGHTS000334.  Later, in the design development of the creatures in 2005, we changed the design, and when it became less ray-like, I changed the name in the script to simply "banshee."  Even in the final banshee design, the idea of the glassy fangs in distensible jaws was retained, as seen in Exhibit 10 to the Landau Declaration, which shows a clear evolutionary progression from my idea for the banshee which was written, drawn, and painted in detail in 1978-1979.  In *Avatar*, the indigenous Na'vi warriors ride the banshee, and Jake tames and rides a legendary banshee called "Toruk" to prove to the Na'vi people that he can be trusted.

48.     Attached as **Exhibit 14** is a true and correct copy of a very detailed painting I did of the spaceship in *Xenogenesis*, called *Cosmos Kindred*, which has a long central truss, engines glowing red with heat separated by a long boom from the habitability module in front, and cyro-capsules used for suspended animation. *Cosmos Kindred* was the basis for my design of the starship in *Avatar*, called *Venture Star*, as can be seen from Exhibit 11 to the Landau Declaration.

49.     In *Xenogenesis*, there also was a walking machine called the "spider" that is operated by arm "waldos."  Exhibit 7 at LIGHTS000123.  Attached as **Exhibit 15** is a true and correct copy of a detailed painting I did of the spider in or about 1978-1979.  The *Xenogenesis* script contains a detailed battle scene between the spider and a machine called the sweeper.  Exhibit 7 at LIGHTS000123-124. In or about 1978-1979, Randy Frakes and I made a short film of a small portion of the *Xenogenesis* script, a true and correct copy of which is attached as **Exhibit 16**. That short film depicts the fight sequence with the spider.  I built a physical model of the spider, which I filmed in the short *Xenogenesis* film using stop motion animation.

DECLARATION OF JAMES CAMERON

Mitchell Silberberg & Knupp LLP

50.     I used significant elements of this scene in *Avatar*.  The spider from *Xenogenesis* was the basis of the AMP (Amplified Mobility Platform) suit in *Avatar*, which the Colonel Quaritch character operates, also by arm waldos, as seen in Exhibit 12 to the Landau Declaration.  In the final battle scene, Colonel Quaritch uses this AMP suit to fight Jake and Neytiri.

51.     *Xenogenesis* explored the concept of actual "linking" between human and machine, or mind-machine interfacing.  For instance, the male protagonist links to the spider to control it.  Exhibit 6 at LIGHTS000120.  The female character has been implanted with link sockets through which she could experience "alternative realities…electronic fantasy worlds [she] could see, hear, feel." Exhibit 7 at LIGHTS000135.

52.     The characters in *Xenogenesis* also visit a world called "Techno-Planet."  On this world, our main characters discover an advanced civilization that has collapsed because the people withdraw into highly realistic fantasy worlds generated by computers.  The alien characters of this advanced civilization are seen only as skeletons, lying long dead within their liquid-filled, womb-like eggs, their skulls still connected by cables to the central computer.  The characters discover that the inhabitants had "gathered to fuse their individual minds together into one super-entity using advanced cybernetic networks, and the results were so pleasant or offered such god-like perceptions that they were unwilling to give it up, but chose to live vicariously in an electronic reality, dying without the replacement of procreation."  Exhibit 6 at LIGHTS000117-118.

53.     The idea of people being fully conscious, and reacting to sensory input from outside their own mind, coming to them from a synthetic avatar, also has its roots in literary science fiction.  Two examples, which I read in the mid-1970s, are the Nebula Award winning short story *In the Imagicon* (1967) by George Henry Smith, and the novel *City and the Stars* (1956) by Arthur C. Clarke.

Mitchell
Silberberg &
Knupp LLP

1   In both cases, characters in the story use computers to inhabit synthetic versions of

2   themselves inside fully fleshed-out and vivid worlds that are indistinguishable

3   from reality, though they are computer generated and fed into the mind of the

4   participant. *In the Imagicon* even anticipates the great surprise of *The Matrix*, in

5   which the supposed real world turns out to be the computer generated one. These

6   are not new ideas to those of us versed in science fiction literature.

7        54.    I carried over the same concept in *Avatar*. The term "link" in *Avatar*

8   is used to describe the process of machine-assisted "psionic" projection of the

9   mind into the distant avatar body. My idea in *Xenogenesis* of the liquid-filled pod

10  was based on sensory deprivation experiments of the early 1970s, and the popular

11  "Samadhi tanks," which allowed the body to float weightless in liquid, without

12  external sound or light, while the user meditated, creating an altered state of

13  consciousness. I applied the same idea in *Avatar*: The design of the psionic link

14  units in *Avatar* was intended to suggest a technology that reduced external

15  awareness so the operator could focus on the sensory input coming in from the

16  avatar body. The use of a gel-filled pad form-fitted to the operator was meant to

17  suggest the fluid suspension of a Samadhi tank.

18       55.    In *Xenogenesis*, the genetically engineered individuals who are "born"

19  after the *Cosmos Kindred* reaches the new home planet have blue skin. The script

20  describes adults and children, who are all a "robin's egg blue." Exhibit 6 at

21  LIGHTS000121; Exhibit 7 at LIGHTS000149. In or about 1979, I did a large

22  painting which shows a tall, thin woman with blue skin, who is wearing skin-tight

23  purple pants. A true and correct copy of that painting is attached as **Exhibit 17**.

24  The *Xenogenesis* pilot film, Exhibit 16 attached hereto, includes a montage of

25  some of that artwork, including the image of the blue girl.

26       56.    These tall, slender, blue-skinned, and genetically engineered

27  characters became the basis for the appearance of the indigenous people, the Na'vi,

and the genetically engineered avatars in *Avatar*.  The skin-tight purple pants on the blue woman in Exhibit 17 are very similar to the ones that Neytiri wears in *Avatar*, as seen in Exhibit 13 to the Landau Declaration.

57.     In the *Xenogenesis* script, the blue-skinned humanoids ride "horses with purple coats with indigo manes, genetically altered livestock from Earth."  Exhibit 7 at LIGHTS000150; Exhibit 6 at LIGHTS000121.  These horses were the basis for the purple dire-horses of *Avatar*, depicted in Exhibit 14 to the Landau Declaration.

58.     In *Xenogenesis*, the final planet that is visited has magenta grass, and when the wind ripples through it, it appears like "billowing scarlet wheat."  Exhibit 6 at LIGHTS000121; Exhibit 7 at LIGHTS000148.  I also illustrated this planet in my painting from 1979 (Exhibit 17).  The grassland of magenta grass is a seminal image for the environment that is the home of the "horse people of the plains" in *Avatar*, depicted in Exhibit 15 to the Landau Declaration.

59.     In short, much of what I used in creating *Avatar*, was based on images, themes, and ideas that I had created in connection with *Xenogenesis* in the late 1970s – more than a decade before I met Mr. Morawski in 1991.

**Mother**

60.     In 1980 or 1981, I wrote notes and an initial treatment for a science fiction story that I initially called "E.T.," meaning extraterrestrial, a commonly used term in science fiction literature.  As I was writing it, I found out that Steven Spielberg was making a film called "E.T.  The Extraterrestrial," so I promptly changed the title of my story.  I used "Protein" as an interim working title, but then switched the title to "Mother," because the story concerned a female genetically engineered creature attempting to ensure the survival of its young.  True and

1  correct copies of the notes and treatment that I wrote in 1980-81 for "Mother" are

2  attached hereto as **Exhibit 18**.

3       61.    In *Mother*, humans have plundered Earth and look to exploit another

4  planet.  As I wrote in 1980-81:  "It was a … plan, born of desperation.  For Earth

5  was becoming hell too, crushed beneath a sea of homo sapiens, and they needed

6  new territory.  Not simply a new continent: an entire world was required.  And so

7  they came."  Exhibit 18 at LIGHTS003197.  This effort is spearheaded by an

8  international and interplanetary consortium called Triworld Development

9  Corporation, or "the Company," which sets up mines on another planet, possibly

10 Venus or an extrasolar planet or moon such as Titan.  *Id.* at LIGHTS003199, 3192.

11 Due to the planet's extremely high temperatures and a toxic atmosphere of carbon

12 dioxide at high pressure, humans cannot survive there without environment suits.

13 *Id.* at LIGHTS003196, 3198.  But that does not stop the Company.

14       62.    I used this same scenario in *Avatar*:  The international consortium

15 called the Resources Development Administration (RDA) sets up mines on

16 Pandora, a moon that orbits an extrasolar planet, whose atmosphere is toxic to

17 humans.

18       63.    In *Mother*, in addition to mines on this planet, the Company sets up

19 stations devoted to research and development.  Because the planet's environment is

20 dangerous to humans, a "xenomorph," my term for a genetically engineered alien

21 creature, is created based on a local life form in order to serve the needs of the

22 Company.  As my notes for *Mother* show, I conceived the idea that these

23 genetically engineered aliens could be used as workers in the mines.  Exhibit 18 at

24 LIGHTS003192, 3205.  In my scriptment for *Avatar*, a primary purpose of the

25 Avatar Program is to create a human/Na'vi hybrid which can live and work on

26 Pandora, which will ultimately lead to a workforce.  Exhibit 3 at LIGHTS000313.

27

28

Mitchell
Silberberg &
Knupp LLP

64.     As stated in my notes for *Mother*, these xenomorphs are controlled via a "psychic link w/ an 'adept' or an "electronic link w/ a trained controller." Exhibit 18 at LIGHTS003192.  In *Avatar*, I combined these two ideas to create the technology called "psionic link," which encompasses both the natural mental power of the individual to link with his genetically matched avatar and the idea of technology used to focus and project that connection over great distances.  In *Mother*, one of the controllers is crippled, just as in *Avatar* and like my protagonist in *Chrysalis*, so as to illustrate and highlight the significance of the experience provided by this mental/technological link.

65.     In *Mother*, one of the Company's research and development stations is run by a female senior operator, who was the controller of the xenomorph prototype.  She is employed by the Company and has a lab staff.  Exhibit 18 at LIGHTS003201.  This character in *Mother* is a prototype of Dr. Grace Augustine in *Avatar*, who is the head of the Avatar Program set up by the RDA.

66.     In the final confrontation in *Mother*, a human in a "power suit" (a utility exoskeleton that is a sort of cross between a fork-lift and a robot) fights the alien creature that I called the "Skraath" or "Skraith," a black six-limbed panther that I had previously created for another project called *Labyrinth*.  Exhibit 18 at LIGHTS003206, 3192, 3195 (showing my sketch of the Skraath).  That creature was the basis for the black six-limbed panther in *Avatar*, called a "Thanator" in the film and a "Manticore" in my scriptment.  Exhibit 3 at LIGHTS000336.  In the final confrontation in *Avatar*, Neytiri, riding a Thanator, fights Colonel Quaritch in his AMP suit.

67.     *Mother* was not produced, although I incorporated many elements of it into subsequent films, including *Avatar*.

Mitchell Silberberg & Knupp LLP

21

DECLARATION OF JAMES CAMERON

## Other Pre-1991 Works

68.     Many of my other pre-1991 works deal with the themes and ideas that I subsequently used in *Avatar*, including threats to human civilization and the environment, space travel, colonization of alien planets, a single sentient being, telepresence and control of remote bodies, the benefits and dangers of technology, and the role of science.  Many of these works also explored the related themes and ideas of corporate greed, militarism, and guerilla warfare waged by seemingly more primitive groups of people banding together to prevail over a technologically superior force.  I revisited these themes and ideas again in *Avatar*.

69.     In *Aliens* (1986), the Weyland-Yutani Corporation sends the strong female lead played by Sigourney Weaver and "Colonial Marines" to investigate the loss of contact with a human colony on another planet.  The corporation and the Colonial Marines, unbeknownst to Weaver's character, seek to obtain alien specimens for experimentation to create biological weapons.

70.     In *Aliens*, the human antagonist is a greedy and self-serving corporate executive who commands a force of heavily armed and armored future Marines at a colony on an alien world.  In *Aliens*, Carter Burke, played by Paul Reiser, is a direct prototype for the character of Parker Selfridge, played by Giovanni Ribisi, in *Avatar*.  Selfridge, as Administrator of the colony on the alien world of Pandora, represents the RDA and commands a private military force, known as Sec-Ops, many of whom are former Marines.

71.     Although technologically superior, the Colonial Marines in *Aliens* find that the aliens are not easy to conquer.  I drew inspiration for the *Aliens* story from the Vietnam War.  I was quoted in a 1986 *Time* article, a true and correct copy of which is attached as **Exhibit 19**, as stating about the Colonial Marines: "Their training and technology are inappropriate for the specifics, and that can be seen as analogous to the inability of superior American firepower to conquer the

unseen enemy in Vietnam: a lot of firepower and very little wisdom, and it didn't work."  In *Avatar*, I revisited this theme – the more technologically advanced military cannot defeat the natives (the Na'vi) either.  Both stories owe thematic and visual roots to Vietnam-era military hubris.

72.     Even before *Aliens*, in or about 1983, I wrote a draft script for *Rambo II*, entitled *First Blood II: The Mission*, a true and correct copy of which (as posted on the Internet) is attached as **Exhibit 20**.  In my draft script, the protagonist, John Rambo, is a Vietnam veteran who goes back into the Vietnamese jungle on a mission to locate POWs.  He is aided by an "[i]ndigenous agent," a beautiful young Vietnamese woman named "Co" with whom Rambo falls in love.  With Co's help navigating the rainforest, Rambo locates the POWs.  Well-armed Russians, working with the North Vietnamese, unleash "tremendous destruction" on the landscape.  Rambo "pits skill against technology, using the agility of his craft as his primary strategy," and wins in an air battle against the Russian helicopters.  The heavily armed and armored Russian helicopter gunships called Mil Mi 24 "Hind D's," which are depicted in this 1983 script, were also the inspiration for the heavily armed gunships in *Avatar*.  I conducted extensive research into Russian military aircraft and the U.S. army in the Vietnam War in drafting this script, which I also drew upon in writing the script for *Aliens*, and later, *Avatar*.  Again, the theme of less sophisticated warriors defeating a technologically superior military is a central storyline in all three of these films, culminating in *Avatar*.

73.     *Aliens* contained the idea of a gritty future military that seemed a logical extension of a contemporary military.  Prior to *Aliens*, military characters in science fiction movies were either the white-armored drones of *Star Wars* or they were clad in skin-tight spandex and brandishing laser pistols, as in *Star Trek* and *Forbidden Planet*.  *Aliens* created the sub-genre of military sci-fi, the so-called

1   "grunts in space" approach, in which the characters were common Marine corps

2   "groundpounders" (grunts), who talked like war-weary Vietnam or WWII-era

3   fighters, had aged and worn camouflaged battle armor, and carried bullet-firing

4   automatic weapons.  The look and feel of the military characters in *Avatar* has its

5   roots in my own work, the film *Aliens*.  The Sec-Ops troopers in *Avatar* are

6   seasoned, hardened, "grunts in space" carrying automatic weapons and wearing

7   camouflaged battle gear.  They even have helmet cameras, just as the Marines in

8   *Aliens* did.  It is absurd for Mr. Morawski to suggest that I needed his influence to

9   dream up sci-fi military characters, when I established the "grunts in space" sub-

10  genre myself years before I met him.

11      74.    In my film *The Abyss* (1989), the corporation running the undersea

12  oil-rig puts its employees at risk by cooperating with the U.S. Navy, in a perilous

13  recovery operation at a downed nuclear sub.  The Navy Seal special-forces

14  operators who are sent down to the rig eventually try to kill the protagonists and

15  detonate a nuclear weapon to destroy a bioluminescent alien life form in the ocean.

16  This is a clear example of military villains.  In *The Abyss*, Michael Biehn's

17  character, Lieutenant Coffee, is the prototype of the out-of-control military leader,

18  powerfully muscled and deadly, who confronts the hero in single combat

19  (including wielding a knife), which is strongly and directly echoed in *Avatar*, when

20  Colonel Miles Quaritch, played by Steven Lang, has his final mano-a-mano fight

21  to the death with Jake Sully.  I see this as an intentional resonance with my earlier

22  work, to create familiar touchstones for fans of my oeuvre.

23      75.    The Navy Seals in *The Abyss* are stopped by the crew-boss of the

24  underwater oilrig and his estranged wife, along with a ragtag group of oilrig

25  workers.  The estranged wife character, Lindsey Brigman played by Mary

26  Elizabeth Mastrantonio, believes that the aliens are peaceful.  The concept of

27  peaceful aliens threatened by military conquest is revisited in *Avatar*.

28

76.     The alien intelligence in *The Abyss* uses water as an "effector."  As one character in the film describes it:  "I think it's their version of an ROV" meaning a Remotely Operated Vehicle.  The water tentacle forms faces, imitating the humans, and attempts to communicate with them using expressions.  It is an alien body, controlled remotely from far away – in other words, an avatar.

77.     In *The Terminator* (1984), and in *Terminator 2: Judgment Day* (1991), which I wrote in 1990 and which was released in July 1991, before I met Mr. Morawski, a powerful neural-net computer becomes a sentient world-mind and takes over.  In *Avatar*, a biological neural-net is an already existing world-mind, which Dr. Grace Augustine has just discovered.  In the *Terminator* films, the computer system was created by a defense contractor, and when installed by the military, it destroys the human world in a nuclear holocaust.  Again, business and military combined are the human antagonists.

78.     In *Terminator 2*, I created a sympathetic scientist character named Miles Dyson.  Dyson's brilliance and curiosity lead him to a breakthrough in neural-net computing which is the basis, ultimately, of the computer nemesis of mankind, called Skynet.  When he finds out the truth, Dyson does his best to correct the situation, and dies in the process, sacrificing himself for the good of mankind.  Miles Dyson dies attempting to save others, and is the "sacrificial lamb" of the story, as is Grace Augustine in *Avatar*, who dies defending the rights of the indigenous Na'vi.

79.     In short, the concepts of a world mind, intelligence within nature, the idea of projecting force or consciousness using an avatar, colonization of alien planets, greedy corporate interests backed up by military force, the story of a seemingly weaker group prevailing over a technologically superior force, and the good scientist were all established and recurrent themes for me in my writing and

1  movies prior to 1991.  They were conceived by me without Mr. Morawski or his

2  story.

3

4  **Wind Warriors**

5      80.     Another project that I worked on prior to ever meeting Mr. Morawski

6  in 1991 was entitled *Wind Warriors*.  Although the film was never produced, I

7  wrote a treatment for this project in or about 1986-1988 along with Randy Frakes

8  and Bill Wisher, a true and correct copy of which is attached as **Exhibit 21**.

9      81.     The basic story of *Wind Warriors* was this:  An aviatrix crashes into

10  the Brazilian rainforest and mysteriously disappears.  Her daughter travels to the

11  jungle in order to search for her mother and, together with an archaeologist who

12  speaks the language of the natives, hire a bush pilot to take them upriver in his

13  converted World War I bomber plane.  They are attacked by mercenaries under the

14  command of a greedy industrialist, who is seeking a mysterious but extremely

15  valuable metal.  The industrialist has an airship, which the indigenous warriors

16  believe to be a god, and he uses the airship to make them dig for more of the metal.

17  The indigenous warriors ingest the root of a plant that makes them invincible, but

18  causes others to have terrible visions that drive them mad and die.  The

19  protagonists are captured by these warriors, but are not killed because they ingest

20  the plant to prove their acquaintance with the gods.  The protagonists fight the

21  mercenaries, who wear gas masks.  When the protagonists, aided by a huge South

22  American condor, destroy the airship, the shaman calls his people to rise up against

23  the mercenaries, who are forced to withdraw.  The archaeologist discovers that the

24  metal is actually a remnant of an alien ship that crashed there.

25      82.     Certain elements that I included in *Avatar* are also present in *Wind

26  Warriors*:

27

28

- A main character who is a veteran.  (In *Wind Warriors* he was a World War I vet.)
- A jungle setting.  (In *Wind Warriors*, it was the Amazon rainforest.)
- Industrialist villains seeking a rare alien metal and willing to destroy the jungle and the native local cultures to get it.  (In *Wind Warriors*, the villain was a German industrialist with a private army.)
- Mercenaries fighting against the natives and protagonists in the jungle.
- The natives fighting the more powerful military with primitive weaponry (e.g. bows and arrows).
- An air battle over the jungle.  (In *Wind Warriors*, it was a zeppelin; in *Avatar*, it's the Dragon Gunship.)

83.    I do not mean to suggest that *Wind Warriors* was the same as, or even very similar to, *Avatar*.  They are completely different projects and tell far different stories.  But *Wind Warriors* (from the late 1980s) contained certain settings, characters, and themes that were of interest to me and that I revisited in *Avatar*.

**<u>Avatar</u>**

84.    As stated previously, I wrote the scriptment for *Avatar* in 1995.  The impetus for this was my desire to make a motion picture that would showcase the work of Digital Domain, a digital special effects company that I had founded, and allow it to push the envelope in terms of computer graphics.  Therefore, it was important that the story be full of imaginary creatures and characters.  My goal was to have them appear on screen as realistic and believable – in a way that had never been done before.

85.    As detailed above, many of the core concepts and elements that I used in *Avatar* to accomplish that goal came from my prior work and ideas, including

1    *Xenogenesis*, other unproduced projects, and my produced films – all of which I

2    created long before I ever met Mr. Morawski.

3         86.    Attached as **Exhibit 22**, **Exhibit 23**, **Exhibit 24**, **Exhibit 25**, and

4    **Exhibit 26** are true and correct copies of notes and outlines that I created in the

5    process of writing the *Avatar* scriptment.  These notes and outlines are my

6    proprietary and confidential materials, disclosure of which would cause me

7    competitive harm by revealing my methodology and creative process for creating

8    my films.  The redacted portions concern ideas that were not used in *Avatar*, but

9    may be used in *Avatar* sequels.

10        87.    These exhibits expressly cite some of the pre-1991 works – of mine

11    and others – that I was inspired by or drew upon when creating *Avatar*.  For

12    example, these exhibits show that I expressly referred back to *Xenogenesis* in

13    creating *Avatar*.  In this regard, the description of the Pandoran landscape in my

14    notes for *Avatar* (1995) is almost identical to the description of the Luminous

15    Planet in *Xenogenesis* (late 1970s).  Compare Exhibit 22 at LIGHTS000653 ("a

16    scene of surreal elegance.  The rolling ground is covered with a carpet of moss

17    which glows with a dim violet light.  The underbrush nearly consists of translucent

18    stalks with leaves like moth wings, and trees that are twisted, overgrown fungi shot

19    through with networks of faint light. . . ."), with Exhibit 7 at LIGHTS000125 ("It is

20    a scene of surreal elegance.  The slightly rolling ground is covered with a low moss

21    which glows with a dim, violet light.  The underbrush nearly consists of translucent

22    stalks with leaves like moth-wings and trees that are twisted overgrown fungi shot

23    through with networks of faint light. . . .").  In writing *Avatar*, I made notes to

24    myself to "find Xenogenesis art," and that "design of Cosmos Kindred could

25    work."  Exhibit 24 at LIGHTS000775.  I also noted that I should use elements

26    from the "end of Xenogenesis," *i.e.*, the new race of genetically-engineered, blue-

27    skinned humanoids.  *Id.* at LIGHTS000770.

28

88.     As shown in my notes, I also drew upon *Mother* in writing *Avatar*. *See* Exhibit 24 at LIGHTS000770 ("can include elements of . . . Mother").

89.     The main themes and storylines of *Avatar* permeated my prior work and were inspired by historic events, existing literature, and my personal experience.  They did not come from Mr. Morawski.  I will further address this in paragraphs 90 through 133 below.

### *Nature as a Sentient Being*

90.     As stated previously, the idea of nature as a single sentient being was one I was very familiar with in the 1970s, and was one that I explored in *Xenogenesis*.  Similarly, in the *Terminator* films, I conceived of the world mind taking the form of a vast computer network, Skynet, which is aware of everything that is happening on Earth.  In *Avatar*, I named the world mind "Eywa," the goddess made up of all living things accessible through the Tree of Souls.  I conceived of Eywa being "a vast biocomputer mind" that the Na'vi can physically link into, like the inhabitants of one of the planets in *Xenogenesis* who have fused "their individual minds together into one super-entity using advanced cybernetic networks."  Exhibit 6 at LIGHTS000117-118; *see* Exhibit 24 at LIGHTS000791 ("they draw on this vast biocomputer mind").

91.     I had previously conceived of the concept of willow-like trees with motile tendrils in connection with *Xenogenesis*.  Out of this I gave the Na'vi "hair" actually made up of living tendrils that can literally plug into the tendrils of the Tree of Souls.  Consistent with this concept, the Na'vi warriors can also connect with certain animals through these tendrils.  *See* Exhibit 24 at LIGHTS000775 ("Perhaps the avatars have the ability to extend neural tendrils into other creatures and control them (the equivalent of riding a horse, but with perfect fusion of

Mitchell Silberberg & Knupp LLP

purpose.")); *id.* at LIGHTS000784 ("do the natives have the liability to 'ride' or neurologically control large animals… like the horses of the plains indians").

### *Colonization*

92.     Like *Mother* and *Aliens*, *Avatar* is about the human colonization of another planet.  The concept of a different people indigenous to that other planet followed directly from that premise.

93.     The European destruction of native peoples, using military force, in order to acquire their land and resources, is the obvious basis for the *Avatar* story, as has been pointed out in numerous reviews.  *See* Exhibit 22 at LIGHTS000634 ("model it on Spanish or English colonial mission… priests (teachers and propagandists, scientists, soldiers… businessmen, colonial government)").  *Avatar* has its roots in clash between colonial European forces, with their superior technology of muskets, cannons and horses, and the native Americans with their more primitive technology and nature worshipping culture.  The underlying history is well known to all of us.  These are widely known historical facts, documented in thousands of books.  It is our inescapable shared history in this country.  And the references in the movie are deliberate and obvious, some critics would say to the point of cliché.

94.     *Avatar* is a science fiction retelling of the history of North and South America in the early colonial period.  *Avatar* very pointedly made reference to the colonial period in the Americas, with all its conflict and bloodshed between the military aggressors from Europe and the indigenous peoples.   Europe equals Earth.  The native Americans are the Na'vi.   It's not meant to be subtle.

Mitchell
Silberberg &
Knupp LLP

***Corporate/Military Antagonists***

95.     *Avatar*, at its heart, is a plea for understanding of what we have done, and continue to do, to our own natural world and its indigenous peoples, in the metaphor of a science fiction story set on an alien world.  If the metaphor is colonialism and deforestation, then the bad guys are going to be big business.  That is almost a given, and is reflected in my pre-1991 works such as *Mother* and *Aliens*.

96.     The military is an obvious and necessary component of this metaphor, dictated by historical precedent.  It's always the military that enforces manifest destiny, such as in the annihilation of the Comanche by the US Army, to say nothing of the Cherokee, the Sioux, and all the other indigenous nations.  According to David Stannard in his book *American Holocaust*, there were 100 million native people in the Americas in 1492.  By the end of the 19th century almost all of them had been exterminated.  It was not Mr. Morawski who made me conscious of five centuries of history.

97.     As in most stories about colonialism, the colonizers in *Avatar* have more technologically advanced weaponry than the colonized.  Because I based the Na'vi on the native Americans, it logically followed that their weapons would be spears, bows, and arrows.   Exhibit 22 at LIGHTS000638 ("[T]here is an existing indigenous population, technologically equivalent to American Indians… metaphor is European/American Indian relations… leading to genocide."); *id.* ("like Afghani rebels against the Russian war juggernaut, the avatar rebels go up against massive aircraft (Hind D) and ground machines (tanks, walkers) with simple weapons and guerrilla tactics").  Based on my work on *Aliens*, I conceived of the security forces, Sec-Ops, flying gunships reminiscent of the helicopters used by U.S. forces in the Vietnam War and by the Russians in Afghanistan.

Mitchell Silberberg & Knupp LLP

DECLARATION OF JAMES CAMERON

98.     As described above, the so-called military-industrial complex is the nemesis in four of my films prior to 1991, when I had first contact with Mr. Morawski.  In the case of both *Aliens* and *Avatar*, the corporate characters, backed up by military strength, were meant to evoke the historical precedent of big business opening up the colonial frontier in the Americas, using military force. The Weyland Yutani Corporation in *Aliens* and the RDA in *Avatar* are nothing but future versions of the Dutch West India Company and the Hudson Bay Company. And of course, the most vivid example of military force being used to open up a colonial frontier is the Conquistadors of Spain, who plundered and subjugated Central and South America with the superior technology of muskets, armor, cannons and horses.

99.     In the *Wind Warriors* treatment, written in 1985-1988, the antagonist is also an industrialist backed up by private military strength.  In that story, a powerful German industrialist, with his own private army of ground troops and aircraft, is searching the Amazon rainforest for an extremely valuable new metal of unknown origin.  The industrialist believes that metal will be the key to untold new technologies.  These ideas all preceded any contact that I had with Mr. Morawski.

### *Valuable Minerals in an Alien Land*

100.   I conceived of the idea that the colonizers in *Avatar* (the RDA) obsessively pursue the mining of a valuable mineral because this is historically a significant motivation for colonization (gold, diamonds, oil).  As described above, in *Mother*, one of the motivations for the Triworld Development Corporation to colonize the alien planet is to mine it for its resources.  Both *Mother* and *Avatar* address the theme of humans trying to tame a new frontier on a distant virgin world.

DECLARATION OF JAMES CAMERON

Mitchell
Silberberg &
Knupp LLP

101.   For the story to make sense, the mineral had to be rare and valuable
enough for a corporation from Earth to spend significant amounts of money and go
through all the trouble of setting up operations on a very distant moon.  As in *Wind
Warriors*, in *Avatar*, the bad guys are also after a metal that is the key to space
flight (it makes possible the anti-matter drives in their ISVs (InterStellar Vehicles))
and the production of energy back on Earth.  In *Wind Warriors*, the German
industrialist predicts that the new metal will make possible space travel to the
moon.

102.   Reflecting my interest in physics, I decided to make the mineral a
room-temperature superconductor that is highly valuable as an energy source – a
fictional metal that I called "unobtanium."  I knew about the concept of a room-
temperature superconductor from the 1970s, and since then wanted to incorporate
that element into motion pictures.  In science and engineering since the 1950s, the
term "unobtainum" has been used jokingly to describe a material that is extremely
rare or impossible, *i.e.*, unobtainable.

103.   I had the idea that there should be floating mountains, so I conceived
that the nearby planet would have a strong magnetic field that would cause huge
outcroppings of unobtanium to rip loose from the ground and to float, as a result of
the repulsion of a superconductor from a magnetic field.  It naturally followed
from the fact that the mountains were filled with a room-temperature
superconductor and suspended in extremely powerful electromagnetic fields (the
"Flux Vortex") that they would interfere with aircraft navigation systems.

104.   In *Avatar*, the corporate bad guys are destroying the virgin rainforest
of Pandora in order to get the new valuable metal.  They will stop at nothing,
including the use of high-tech military force against indigenous people armed only
with bows and arrows, in order to get what they want.

105.   Similarly, the villains in *Wind Warriors* will stop at nothing, including using machine guns and explosives against natives armed only with bows and blow guns, to get the new, invaluable metal.  *Wind Warriors* even has aerial battles over the jungle, and the use of an enormous airship, a Zeppelin, to intimidate the natives and destroy their most sacred site.  The same is true in *Avatar*, in which the military antagonists use an enormous aircraft called The Dragon to intimidate the Na'vi people and attack them, destroying their home.  I did not require access to Mr. Morawski's purported story to create these concepts, since they appear in a work I wrote years earlier.

### *Love Story*

106.   All of my movies are love stories, whether it's the star-crossed lovers of *Titanic*, the love of a mother for a child in *Aliens*, or the love of an estranged husband and wife in *The Abyss* – they are all love stories, and *Avatar* is not an exception.

107.   As can be seen in my notes for *Avatar*, I initially considered two possible basic plotlines for the love story:  (A) the male protagonist could fall in love with a fellow human avatar operator, or (B) he could fall in love with a local girl and "go native."  One of the classic stories that has the second basic plotline is the story of Pocahontas:  A white outsider falls in love with the chief's daughter, who becomes his guide to the tribe and to their special bond with nature.  *See, e.g.*, Exhibit 23 at LIGHTS000672 ("PLOT B  GUY WITH LOCAL GIRL -- GOING NATIVE (POCOHANTAS)"); Exhibit 22 at LIGHTS000639 ("reference Pocahontas for the feeling of **magical naturalism,** the animistic forest, alive with invisible dynamic forces, spirits.  Primal people in touch with forces we no longer see and feel.").  The historical story of Pocahontas has been famous for four centuries.

Mitchell
Silberberg &
Knupp LLP

108.   If the good guys are the native people with their innate respect for nature, and the bad guys are military, then that is the central axis of conflict.  I decided that there was no better way to understand this deep cultural divide between the two world-views – that of the takers, and that of the care-takers – than to have the two lovers of this love-story be on either side of the conflict.  It's a proven dramatic technique from *Romeo and Juliet* on down, for 500 years of storytelling since those star-crossed lovers defied their two warring houses.  If Neytiri were to be my Pocahontas, then Jake would have to be a member of the human military forces.

### *Protagonist as a Military Man*

109.   I had previously written stories about a military veteran as a hero in the 1980s (*e.g.*, *Rambo II* and *Wind Warriors*).  Further, my male protagonist in *Aliens*, Corporal Hicks (played by Michael Biehn) was an active Colonial Marine.  Michael Biehn also played the future soldier Kyle Reese, who was the male protagonist in my first film, *The Terminator* (1984).   This was not new territory for me.

110.   In *Avatar*, having a *Romeo and Juliet* story meant that our human character, Jake Sully, had to represent the military.  It was a given, or at least a very obvious choice.  That choice led inevitably to the idea that he would be a paraplegic ex-soldier, because it would add great poignancy to his experience of living in the avatar body, able to run on long powerful legs and be free.  The seeds of the idea of a paraplegic who fulfills his spiritual quest and transcends his crippled body came from *Chrysalis*, which I had written in or about 1973-74.  See paragraphs 17 and 18 above.

111.   This concept resonated fully with me in the early nineties, only a few years after my youngest brother John David Cameron fought in Desert Storm as a

Mitchell
Silberberg &
Knupp LLP

U.S. Marine.  Thankfully he returned in one piece, but my anxiety over his well-being during the US liberation of Kuwait, in which he saw active combat (his unit re-took the airport in Kuwait City), left an indelible impression.  I wanted to tell the story of a Marine.  The values of the Marine Corps, as I had learned them from my younger brother, greatly impressed me, especially their motto of "adapt, improvise and overcome."  While I had used Marines in *Aliens*, I had not captured the spirit of Marines, and I wanted to do it better.  John David Cameron was a technical advisor to me on *Avatar*, and in fact was responsible for Sam Worthington's military training in preparation for the role of Jake.

112.   Jake starts out as aligned with Sec-Ops, but over the course of the film, as he falls in love with Neytiri, he switches allegiance and ultimately joins forces with the Na'vi to defeat his former comrades.  The idea of a former military man "going native" and switching sides was not a new one.  In writing *Avatar*, I was inspired by *Lawrence of Arabia*, one of my favorite films, as well as *Dances With Wolves*, *The Mission*, and Edgar Rice Burroughs' *John Carter* series, which follow an outsider, usually one with a military background, as he encounters and immerses into a foreign culture and then ultimately joins that group to fight other outsiders.  I wanted *Avatar* to have a happy ending, which is why the Na'vi prevail in the end.

### *Telepresence or Control of Remote Bodies*

113.   In *Avatar*, Jake operates an avatar.  It must be stressed that the operator of the remotely controlled avatar body, in the film *Avatar*, is not asleep or "dreaming."  In a dream, one is unconscious and sensory input from the outside world is cut off.  The mind is subject only to internal inputs, from its own subconscious.  When controlling an avatar, whether a virtual one such as in the cyberspace world of *Second Life*, or a real living avatar body, as in the movie

*Avatar*, the mind is fully conscious, not asleep or dreaming, and is receiving sensory input from an outside source.  In *Avatar*, the operators of avatar bodies control them remotely using their minds, and rely on sensory input received from the body in the form of images, sounds and physical sensations.  They are not dreaming.  It is a real-time, real-world experience, with real consequences and independently verifiable interactions between the avatar and other people, places and things in the real world.

114.   As previously described, I had explored the concept of a virtual body in *Chrysalis* in the early 1970s:  the wheelchair-bound man is able to use his legs again through a virtual journey in his mind.  In *Xenogenesis* in the late 1970s, I explored the concept of a physical link between mind and machine.

115.   In the early 1980s, I further developed this concept in *Mother*, in which humans control genetically engineered aliens using psychic abilities coupled with advanced technology.  In *Mother*, as in *Avatar*, the human controllers are scientists employed by a corporation that seeks to mine the planet.  *See* paragraphs 60-66 above.

116.   I expanded my experience with "telepresence," or the control of remote "bodies" when writing and making *The Abyss*.  Fascinated by the robotic vehicle used by Dr. Robert Ballard to explore the Titanic wreck, I wrote *The Abyss* to include ROVs (Remotely Operated Vehicles).  But since the story involved contact with an extraterrestrial intelligence, I made the cognitive leap to ask the question:  what would an advanced alien ROV look like?  And so the story also included the aliens' version of an ROV, called the "pseudopod" in the script.  The pseudopod was a large tentacle composed of seawater, controlled and shaped by advanced alien technology, which the aliens controlled from afar.  The water tentacle enters the human base and makes contact with them, observing them and communicating by taking on the facial aspect of the two main characters.  It takes

Mitchell Silberberg & Knupp LLP

DECLARATION OF JAMES CAMERON

1  on the appearance of what, to it, is an alien life form, in order to bridge the cultural

2  gap and build trust.

3      117.   *Avatar* is the same story inverted.  We humans are the alien invaders,

4  trying to communicate and build trust with the natives of the planet through a

5  remotely operated body that has taken on their physical aspect.  It's the same

6  concept that was used in *The Abyss*.

7      118.   As an ROV pilot with many hours of experience controlling

8  underwater vehicles remotely, I am well aware of what I call the "telepresence"

9  experience" or the "avatar experience."  In a state of deeply focused telepresence,

10  such as after many hours of continuous operation of a remotely operated vehicle,

11  the operator's consciousness seems to inhabit the vehicle itself. The vehicle seems

12  to become the operator's body.  The operator even gets a strong illusion of

13  "physical sensation" or haptic feedback, even though the sensory feedback is

14  actually only visual.  After hours of driving a remotely controlled vehicle, the

15  operator "feels" the vehicle as if it were one's own body.  I have spoken of this

16  many times in interviews over the years, in conjunction with *The Abyss*, my

17  numerous deep ocean expedition projects, and the movie *Avatar*.

18      119.   After my experience of making the movie *The Abyss*, which included

19  actually piloting ROVs such as the Benthos Mini-Rover Mark II, and the Benthos

20  Super Sea Rover (seen in the movie as the robotic characters Little Geek and Big

21  Geek, respectively) I was well informed of, and had direct personal experience

22  with, the idea of remotely operating an avatar body.  Working with my brother,

23  Mike Cameron (a leading deep sea engineer), I developed my own advanced ROV

24  for exploring the interior of the Titanic shipwreck, 12,500' down in the North

25  Atlantic.  Called Spiderbots, they were able to explore extensively inside the

26  shipwreck, much as the pseudopod "water tentacle" in *The Abyss* explores inside

27  the humans' deep sea station.  I spent many hours piloting our two small bots

28

1  inside the Titanic wreck.  I named the bot I flew the most "Jake" and it was Na'vi

2  blue.  This demonstrates the strength of my association between the ROV piloting

3  experience and the avatar concept in principle.

4      120.  Again, *The Abyss* was written in 1987 (and produced in 1988).  I was

5  fascinated at that time, in the late 1980s, and still am by the idea of avatars, in all

6  forms.  The term "avatar" came into common use, in the context of virtual

7  computer generated worlds, as a result of the "cyberpunk" movement in literary

8  science fiction in the early 1980s, as pioneered by William Gibson and Bruce

9  Sterling, with their seminal novels "Neuromancer" and "Islands in the Net"

10  respectively.  I was an avid reader of both these writers, and was very aware of the

11  cyber-punk sub-genre right from its inception.  In this sub-genre of science fiction,

12  humans are able to travel, interact, and even live within computer generated virtual

13  worlds.  It was at this time that terms like "the Net" and "cyberspace" were coined,

14  as well as the use of the term "avatar" to describe one's synthetic persona in the

15  virtual world.

16      121.  Avatar is an ancient Sanskrit word meaning "descended one,"

17  referring to deities in the Hindu religion descending to Earth and taking living

18  flesh.  The skin of Hindu deities is blue.  These ideas are thousands of years old.

19  And the word avatar itself is of course highly relevant, since Jake Sully is not

20  operating a virtual body, as in the cyberpunk books, but a living, breathing

21  biological body.  He has taken flesh to walk the world.  I was aware of all of these

22  ideas long before I met Mr. Morawski.

23

24  ### *Hostile Planet Where Humans Can't Breathe*

25      122.  On Pandora, no humans can breathe the air due to high concentrations

26  of carbon dioxide and hydrogen sulfide.  I conceived of this aspect of Pandora

27  because humans cannot breathe in outer space or on other planets.  In *Xenogenesis*,

28

after landing on the new home planet, the male protagonist, who is human, cannot breathe the air and dies.  The blue-skinned humanoids, however, are able to breathe the air on this new planet.  Exhibit 6 at LIGHTS000120-12; Exhibit 7 at LIGHTS000148.

123.   Similarly, in *Mother*, humans cannot survive when exposed to the planet's atmosphere and must wear environment suits.  This prompts the corporation to genetically engineer aliens so they can be used as mine workers.  *See* Exhibit 18 at LIGHTS003198, 3205.

124.   In order to colonize Pandora, the humans had to be able to exist there.  That is why I came up with the exopack, a lightweight atmosphere filtration system, which the humans wear when outside.  Jake in his human form cannot breathe the Pandoran air even when he is linked to his avatar.  Because the avatars are genetically engineered Na'vi-human hybrid bodies, Jake in his avatar form can breathe the air without an exopack.  I did not need Mr. Morawski to come up with the idea that humans cannot breathe the air on the alien planet or the idea of an exopack.  I used the same concept in *Xenogenesis* more than a decade earlier; there I called the filtration system worn by the male protagonist an "outpack."  Exhibit 6 at LIGHTS000119.

**_Female Scientist_**

125.   Grace Augustine, played by Sigourney Weaver in *Avatar*, is a character who emerged from my desire to show scientists in a favorable light.  I believe that Hollywood usually treats scientists in a stereotypical fashion, either as socially hopeless nerds or as evil masterminds.  Hollywood believes that they represent the average person's point of view by doing this.  I believe we need to do better, and *Terminator 2*, *Avatar*, and my documentary work, such as *Aliens of the Deep*, show scientists in a positive light as role models.  I have a deep respect for

the sciences, and for the passionately curious people who become scientists, and created a character to represent that.  My deep respect and love of science has been an intrinsic part of my personal nature since early childhood.

126.   Many of my film projects have characters who are scientists or are deeply interested in the sciences.  In *Xenogenesis*, the protagonists collect samples of flora when visiting each alien planet for testing.  In *Mother*, which I wrote in 1980-81, a female protagonist is a scientist who operates a remotely controlled alien/human hybrid creature as part of the science research conducted by a big mining company on an alien world hostile to human life.  She is the equivalent of Grace Augustine in *Avatar*, who operates a remotely controlled alien/human hybrid creature as part of the Avatar Program run by a big mining company on an alien world hostile to human life.

127.   In *Terminator 2*, I created a sympathetic scientist character named Miles Dyson.  Dyson is working on a neural-net computer and dies in an attempt to save the world.  Not coincidentally, Grace Augustine in *Avatar* is also researching a neural-net computer, in this case the vast biological network which is the brain of Eywa, the goddess-like being who runs the Pandoran ecosystem.  Grace Augustine, too, dies because of her effort to do good.

128.   All of my films feature strong women.  The Lindsey Brigman character in *The Abyss* is a brilliant engineer who designed the deepwater drilling station in which the story takes place.  Her intelligence and courage make possible the team's survival.  In a scene in *The Abyss* that is a direct precursor of the scene in *Avatar* in which Grace Augustine attempts to convince the skeptics about the existence of the alien intelligence Eywa, Lindsey is infused with excitement and wonder as she describes the alien beings she has discovered living in the deep. The two scenes are similar in tone and message, and in both, an extremely

Mitchell
Silberberg &
Knupp LLP

intelligent, capable, open minded, curious and passionate woman takes a leadership position in understanding and accepting an alien intelligence.

129.   The Grace Augustine character combines these two themes that form a pattern in my work:  the good scientist, meant as a role model, and the strong intelligent woman, also a positive role model.

130.   My real-life inspirations for Grace's character included researchers like ethnobotanist Wade Davis.  I read his early book, *Serpent and the Rainbow*, in the mid-1980s, as part of my general interest in anthropology and indigenous cultures.  In college I took a class in Cultural Anthropology and became fascinated with indigenous cultures.  During college I also read the best-selling books of Carlos Castenada, who worked with Yaqui shaman Don Juan to understand the spiritual properties of consciousness-altering plants.

131.   In *Wind Warriors*, there is a scientist character named Dr. Ian MacTerry, who is described as an "archeologist."  However, he functions in the story more as an ethnobotanist, studying an indigenous tribe and a (fictional) psychotropic drug they are using called yupumo.  He believes that the visions induced by the drug contain real information that will lead him to the object of his quest.  Just as Grace Augustine ultimately dies in the process of experiencing a vision, in which she contacts the alien mind of a plant-based being called Eywa, MacTerry risks death, and indeed almost dies, to experience a vision created by plants which reveal themselves to be of alien, intelligent origin.

132.   The themes of scientists in general, specifically a scientist studying alien plants in a rainforest setting, and even more specifically a female scientist who runs a science research program created by a mining company on an alien planet and who operates a genetically engineered alien via a mental and technological link, all precede my first contact with Mr. Morawski, as

DECLARATION OF JAMES CAMERON

Mitchell
Silberberg &
Knupp LLP

1  demonstrated by my prior works.  And these prior works can be traced to

2  influences which are in the public domain and widely recognizable.

3      133.   As shown above, there is a direct through-line between my interests,

4  activities, and creative output in the 1970s and 1980s, right through to the resultant

5  concepts that appear in the treatment for *Avatar*, written in 1995.  I required and

6  received no input whatsoever from Mr. Morawski in order to form these concepts.

7

8  **Development of Avatar**

9      134.   In 1996, I sent copies of my scriptment for *Avatar* to Twentieth

10  Century Fox Film Corporation ("Fox"), and Lightstorm initiated negotiations with

11  Fox for initial funding for design and technology development in order to make

12  *Avatar*.  From about 1995 to 1997, I met with others at Lightstorm and members of

13  Digital Domain to brainstorm about the technology needed to make *Avatar*, known

14  also as "Project 880."  However, I elected not to go forward with the project at that

15  time because I believed that the technology needed to make *Avatar* was not

16  sufficiently developed.

17      135.   In 2005, I decided to re-explore whether the technology had

18  sufficiently developed to make *Avatar*.  In December 2005, Lightstorm signed an

19  agreement with Fox assigning Fox rights in *Avatar*, including the scriptment I had

20  written in 1995.

21      136.   Beginning in or about late 2005, and continuing through

22  approximately April 2006, I wrote the first draft of the script for *Avatar*.  In or

23  about January 2006, I was forwarded a letter that appeared to be from Mr.

24  Morawski, in which he apologized for interrupting my "writing session" and asked

25  for a meeting with me before I "start[ed] shooting [my] upcoming feature."

26  **Exhibit 27** is a true and correct copy of that letter.  To the best of my knowledge,

27  when I received this letter I had not spoken with Mr. Morawski since 1991.

28

DECLARATION OF JAMES CAMERON

Mitchell
Silberberg &
Knupp LLP

1    137.   Fox officially green-lit the production of the movie in January 2007.

2    Principal photography began in April 2007.

3

4    **Summary**

5    138.   In writing *Avatar*, I had many other reference points and sources of

6    inspiration.  It would be impossible to name them all.  In addition to those

7    mentioned previously, my reference points were diverse, from serious films about

8    Europeans or Americans immersing in indigenous cultures such as *Lawrence of*

9    *Arabia*, *The Man Who Would Be King*, *The Emerald Forest*, *Medicine Man*, and

10   *The Mission* to animated films such as *The Jungle Book* and *FernGully*.  They

11   included the Tarzan jungle stories and science fiction novels of Edgar Rice

12   Burroughs and the adventure stories of Rudyard Kipling and H. Rider Haggard.

13   Examples of such stories would be "The Man Who Would Be King" by Kipling,

14   and the *John Carter* series by Burroughs.  Also included are the widely known

15   historical stories of Pocahontas, Sacajawea, and the native girl La Malinche (who

16   guided and translated for Hernan Cortes in his conquest of New Spain).

17   139.   I have described *Avatar* in numerous interviews as my most personal

18   film.  By this I mean that the themes and ideas of the film are the most personal to

19   me of any film I've done.  In this declaration I have demonstrated that the ideas,

20   themes, the very conceptual fabric of *Avatar*, is innate to me, based on a

21   systematically developed pattern of artwork, story concepts, interests, and

22   activities beginning in my elementary school days and stretching forward through

23   high school, college, and my earliest career as a writer and filmmaker.

24   //

25   //

26   //

27   //

28

Mitchell
Silberberg &
Knupp LLP

DECLARATION OF JAMES CAMERON

1      140.   The written pitch which Mr. Morawski apparently sent Lightstorm in

2  December 1991 is not in any remote way the *Avatar* story.  *See* Exhibit 1.  Nor do

3  Anne Damato's pitch notes of her meeting with Mr. Morawski reflect the *Avatar*

4  story in any way whatsoever.  *See* Exhibit 2.  In any event, the ideas, themes,

5  images, and concepts that I created for *Avatar* long preceded the time, in 1991, that

6  I had any contact with Mr. Morawski.

7

8      I declare under penalty of perjury under the laws of the United States that

9  the foregoing is true and correct.

10

11      Executed October _31_, 2012, at ___*Malibu*___, California.

12

13

14           James Cameron

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell Silberberg & Knupp LLP

45

DECLARATION OF JAMES CAMERON