# EXHIBIT 18



E.T./PROTEIN NOTES 1980

MORAWSKI V. (E)

CONFIDENTIAL

LIGHTS003191

EXH. 18   PG. 191

- heavy gravity creature - Skraath
  - tears through walls etc.
  - lift segment from labyrinth

① - a xenomorph is created based on
  a local lifeform at terraforming
  station on   a) Venus
              b) other planet (Titan?)
                  - extrasolar?
              c) heavy gravity world
                  (station in orbit)

② - it is controlled by
              a) psychic link w/ an 'adept'
              b) electronic link w/ a trained
                  controller
③ - controller is crippled — unable to
  experience life normally, but very
  professional and very good at his/her
  work

④ ~~it is designed~~ Xenomorph is designed
  as a) 'herder' of food animals
     b) worker for mines or other
     resource industry

⑤ It rebels and turns against the
  project personnel
     Why?   a) maternal instincts of
              female controller combined

MORAWSKI V. LEI

with sense of power and
urge to survive cause the
'digger-wasp'-like creature to
seek human hosts for its eggs
— horror of hatching,
larva lifecycle, slow hideous
death
— sexual allegory of penetration
by ovipositor (à la 'Rabies')

⑤ It disables the station
a) if Venus station (Hellworld, Inferno)
— hell allegory (Ninth Circle of Hell)
— power reduced, sections of
station allowed to heat
up — death of crewman in
red-hot room (bacon scene)
— hot, panting, sweaty
terror — good for revealing
skin on cast — reminiscent
of old disabled sub' movies
problem — justify creatures
ability to live at two extreme
temperatures ~~vice humans~~
~~out~~ and pressures

~~able to integrate sand/shafts~~
idea? (not after Blob)
— (separate from Xenomorph ?
— action climax

MORATSILLE

**CONFIDENTIAL**

LIGHTS003193

EXH. 18   PG. 193

- last survivor tries to reach crashed shuttle

Xenomorph
   Strengths — bullet proof,
        — fast, powerful,
           intelligent

   — Achilles heel could be when
   ovipositor spine slider over
   its sheath — not armored
   like rest of body
   — hero/heroine must wait
   until they are injected, then
   strike back (female? cutting
   tool — missing tool
   established earlier)
   — this information could come
   from a researcher who becomes
   a host — 'walking dead'

— Scenario
   — operator (A) is rejected by
   protagonist
   — protag. falls for girl B
   — A, bitter, goes schizo and
   starts implanting the research
   team
   — they & kill a researcher who is
   host, another won't declare himself
   — they kill A, but xenomorph

MORAWSKY EXHIBIT E



has taken on her personality,
- power is destroyed/heat up
- host is found out, they kill him,
  larvae pour out
- death in red hot steel corridors
- they withdraw to one small
  area, seal all doors, creatures
  approaches (they run — à la Shower
  scene in labrynth)
- they break into 'operator' lab,
  kill A, but creature has taken
  on her personality
- prot. and B are last survivors,
  they run for shuttle, crashed
  midday (or connecting tubeway
  destroyed) — must go overland,
  in it's environment
- they make it but — 'B'
  is lost, . . prot. shoots her
- decides to go back
- confronts Xenomorph
- lets it inject him, at last moment
  strikes back
- final battle
- used scrap of steel from non-cooled
   area is countering icon to burn out
  eggs, survives

CONFIDENTIAL

Venus is hell.

Temperature at the surface is hot enough to melt lead. Air pressure is the equivalent of being 600 feet beneath the ocean. ~~Blistering winds howl at hurricane force~~ The landscape screams in agony as blistering winds howl at hurricane force.

It took ~~many decades of depleted resources and burgeoning population pressure on Earth to create the incentive, but it is symptomatic of human nature that we should get there sooner or later. When~~

And though ~~it~~ Venus is the sister world to Earth, most similar in size ~~and~~ atmosphere and distance from Sol, ~~it~~ Mars and the moons of Jupiter and Saturn had all been explored before any human set foot on ~~~~ the surface of the Venerian inferno.

CONFIDENTIAL                    LIGHTS003196

When humans came to Venus, it was not to explore, for their hardy robots had, mapped its surface and preceded them, recording all data of interest. They came with a mission, a monumental task that would take centuries to complete: terraforming. By altering the composition of the upper atmosphere they planned to reverse the greenhouse-effect which made the planet's surface a blast-furnace, allowing rain to fall and stay without boiling off, forming seas, allowing terrestrial life to gain a foothold. It was a brave and magnificent plan, born of desperation.

For Earth was becoming hell too, crushed beneath the ~~press~~ a sea of homo sapiens, and ~~the~~ they needed ~~a new and whittled~~ new territory. ~~of which~~ Not simply a new continent: an entire world was required. And so they came.

The hardiest ~~of~~ ~~of~~ of space-weaned

MORAVKSXTV LE!

CONFIDENTIAL

LIGHTS003197

EXH. 18   PG. 197

stock, from the lunar mines and the orbiting O'Neil colonies, they came to build on a world that seemed to hate human life with a passion. They found that living and working there was not as hard as they imagined — it was harder than they could have imagined. If the cooling unit on your environment-suit failed, you'd be dead before they could reach you, and the texture of crisp bacon before they could get you back inside. A leak in the hull of a building meant superheated gas blasting in at a thousand miles an hour, ripping the contents of a room into shreds and setting them on fire. The oxygen content was kept so low, to protect against the constant threat of fire, that you'd be panting after mild exertion. And it was always hot. The walls were sometimes too hot to touch, even when the coolers were working properly.

DRAMSKY NOVEL

CONFIDENTIAL

At dusk, sometimes, when the superheated wind was shrieking, the tips of the finer structures on the installations could be seen to glow a dull cherry red.

But the money was good.

You could retire back on Earth, with what Tri-world Development paid for a six month tour.

The Tri-world Development Corporation, called 'the Company' by those to whom it was their world, was an international and interplanetary (orbital and lunar colonies included) consortium representing every sort of speculative business interest. They built a communication relay and staging station in synchronous orbit around the burning world. Then, one by one, came the mines and terraforming stations dotted across the surface beneath the perpetual cloud layer. There were also a number

CONFIDENTIAL

LIGHTS003199

of stations devoted solely to research and development. As a matter of course, most of the results of this research were made public to the larger scientific community, ~~I~~ after issuance of ~~a~~ patents where appropriate. ~~But ~~ But on the remote surface of Venus the only authority was the Company, and sometimes there were ~~that as~~ the Company preferred were never revealed

Shuttle —
   Ellen "Stick" Strickland — shuttle pilot
      (tough veteran — 4th tour)
   Gabriel Carpenter — first-time down,
      engineer (soft by Stick's standards)
   Stacy Kim — Ellens co-pilot, punk-lookin'
      — nice smile, powerful, professional
   Adam Staedtler — corporate 'troubleshooter'
   Carter Burke — world-weary senior
      engineer, going down to the
   main station w/ Staedtler to justify

CONFIDENTIAL

LIGHTS003200

— several miners and technicians ~~(has)~~ (6 altogether) — two veterans, 4 newcomers

Theta Station
- ~~(has)~~ Marian Lydekker
  — senior 'operator',
  controller of the 'Project
  Geryon' prototype xenomorph

— skeleton lab staff, terrified by
circumstances (how much do they
know) Derek, Tosh, Alex
  - a) assume they don't know
    creature is under Lydekker's control
    (think it's acting 'instinctually')
  b) they know about the 'host'
    situation, kill and burn any
    host immediately
  c) 'hosts' are told, either by Lyd. or
    through monitor by creature that
    they can live if they let the
    larvae mature — that they don't feed
    on necessary tissue, (they do) — they are
    desperate enough to believe it

**CONFIDENTIAL**

LIGHTS003201

EXH. 18   PG. 201

Intro

- Gabe on Gateway Island, synchronous staging ~~way~~ station for planetary operations — prepping for first trip 'down' — meets 'Strick' — she ~~rides~~ him about being new — he calls her psychotic for re-upping 4 times

- loading bay, shuttle is being prepped for launch, ~~the~~ loaders move huge connexes around with power-suits, sort of a cross between a fork-lift and a robot that you wear.

- 'Strick' welcomes the passengers, a respectful handshake for returning veterans, a snide comment for first-timers

- they ~~at~~ re-enter, malfunction, Strick looks for a flat spot to belly-flop — crash à la 'Necropolis'

- they skid in, ship is damaged but not destroyed — one death, one injury (comatose) no hull breach

CONFIDENTIAL

Strick takes command — after
argument with Staedtter (exec) who
wants to stay put and wait —
they examine area maps on
video, plot range in surface-suit
against possible outposts — the
only thing within range is an
installation marked restricted, & sealed,
off-limits, with a death penalty
clause in the ~~enuend~~ warning —

NOTE — could have Staedtter know
something about this but not
say (corporate conspiracy —
project was closed down but skeleton
staff left behind — or, knows how
project went away but doesn't
know that Lydbekker is still there)
— they misinterpret his fear of
leaving as fear of burning death
in a surface-suit in a (Venerean
sand hurricane

— they opt to make the trek when,
they find their comm gear is

CONFIDENTIAL

shot and rescue could take weeks, if
ever (low priority)
— Gabe refuses to leave the injured
miner (w/whom he was sitting) a
likable old piece of leather named
Kretone.    Strick assures him he's
as good as dead. Kretone agrees.
Gabe stuffs him in a suit and drags
him along anyway. Strick calls
Gabe all manner of fool and assure's
him he's dead too.
— They set out.
— the trek, Gabe falls behind, Strick relents and helps h...
— Kretone dies, Gabe restocks from his
suit and ~~catch~~ they catch up with
the others.
— could have them pass 'her' house, a
mound of rocks, but recognizably
an artifact (or save for later)
— they ~~reach~~ the ~~base~~ 'base', dead
and ominous looking — they apreach
cautiously — ~~expect~~ to ~~get~~ shot
— they find a main entryway near the
landing field which is drifted over
w/sand

MORATNSKY V. LEE

CONFIDENTIAL                    LIGHTS003204

EXH. 18   PG. 204

— "Just ask if you can use the phone,"
Strick tells Gabe as he pushes the
entry-code override request switch.
Nothing happens. He pulls the
panel and hot-wires his way
in — earning a little respect in
Strick's eyes

— they find the base functioning,
with air at normal pressure, on
powered-down status — eerie, empty, silent

— they pass an empty loading bay with
two power suits and a sand-track (large
treaded vehicle) gathering dust

— they meet Lydekker et al — how, dramatical

— they get Lyd's version — project to create
the first real Venerian — a worker 'drone'
capable of surviving on the surface,
reproducing, living off available resources —
to build the terraforming stations and
work the mines and factories
(note: a doomed race — they are suited to
an environment which they would be
working to destroy — motivation?)

MORKOWSKY FILE

**CONFIDENTIAL**

scenes

use this
opening scene → - play back tape of Lydekker reacting as creature
- death of Lydekker — shot by ~~her~~

- It smashes through plexiglass wall
  of tunnel leading to shuttle
  bay — implosion, fire — barely
  escape (not a smart move by creature)
- ~~in~~ crash of shuttle (rescue) ship
- final confrontation w/ power suit
- creature cripples suit's power supply,
  hero trapped in foam suit, can't
  get free before it's upon him —
  has rocket-flare launcher ~~strapped~~
  taped to ~~his~~ leg

Boards
① Sloop
② ~~Attack~~ Morgue
③ Attack on Frank
④ Attack on Island
⑤ Attack on Leah ← beach/main attack
                    Ralph
                    Ray
                    Tyler
⑥ Gabby's death
⑦ Dive — attack
         explosion

MORAW SKY FILE!

**CONFIDENTIAL**                                        LIGHTS003206

EXH. 18   PG. 206

# EXHIBIT 19

http://www.time.com/time/subscriber/printout/0,8816,961839,00.html



 Back to Article    🖨 Click to Print

# TIME

Monday, Jul. 28, 1986

## Cinema: Help! They're Back!

By Richard Schickel

Glance again to the right. These are rare photos, records of something no one expects to find in a high-speed, high-tech, high-action movie these days. They are pictures of a character acting not out of the dictates of a harum-scarum plot but because she is heeding the call of a vulnerable heart. Amazing! What will they think of next?

The premise of Aliens, its emotional essence, is contained in the smaller picture: a woman, her formerly unacknowledged maternal instinct raised to full inner scream by exotic and terrifying circumstances, takes a frightened child into desperately protective custody. The payoff is in the large photo: the climactic confrontation between this woman and her chief tormentor, leader of the alien monsters and -- ironically, grotesquely -- a single mom herself. Since she is a well-armored insect about 14 ft. tall, determined to propagate her kind, and since that activity requires human lives to be accomplished -- as many as she and her innumerable brood can lay merciless pincers on -- she is not a creature to be taken lightly either by Ripley (the heroine) or the audience.

Ripley? Ripley? That name rings a bell. Why, sure. She's the woman from Alien, isn't she? Must be. That movie had practically the same title as this one. You mean to say she's gone and got in trouble again? And they've made a sequel about that? And it's good? And we're supposed to take it seriously?

The answers to those last four questions are: yes, yes, that's an - understatement and de gustibus. And they all hinge on the fact that the trouble Ripley has found this time is exponentially bigger and scarier than anything she encountered in Ridley Scott's memorably minimalist, eerily elegant 1979 film.

The wit of that picture lay in its relocation of that classic device of the horror genre, the haunted house. Instead of being a Gothic pile isolated on a bleak moor, it was a spaceship visiting an unwelcoming planet in an obscure corner of the universe. But the situation was the immemorial one: a monster, in this case an alien life-form requiring human hosts for gestation, is stalking the spaceship's endless, ill-lighted corridors, picking off victims one by one. But there was only one creature, six frightened earthlings and little more subtext (or, for that matter, dialogue) to the film than there was to Friday the 13th or Halloween. Alien lived as a demonstration of the power of style and sheer moviemaking technique to transform tosh into terror that continues to haunt the memory.

http://www.time.com/time/subscriber/printout/0,8816,961839,00.html

And possibly it lives also as Sigourney Weaver's debut movie, for she was wonderfully effective as Ripley, the junior officer who must finally face down the monster in single combat. Cool, intelligent, yet vulnerable (and, of course, striking in appearance), she brings all these qualities to the sequel, which, seven years later, should make her a major star. For this movie stands to be something its predecessor was not, a megahit. And it deserves to be, for it is a remarkable accomplishment: a sequel that exceeds its predecessor in the reach of its appeal while giving Weaver new emotional dimensions to explore.

The premise is a straightforward one. As Ripley was drifting through space after her previous close encounter of the unspeakable kind -- a flight that used up the equivalent of 57 earth years -- the alien planet was colonized. But now, suddenly, it has fallen silent. Is it possible that this wild tale of rampaging monsters she keeps telling is true? A party of Marines is sent out to investigate, and Ripley reluctantly accompanies them as a sort of Cassandra-cum-consultant.

Arriving at their destination, they find the colonists' space station deserted, except for Newt (Carrie Henn), a traumatized child who is the only survivor. The first film had merely mobilized Ripley's basic fight-or-flight instincts. The presence of Newt allows her to discover stronger, higher impulses, gives her positive rather than negative emotions to act upon. The audience too has a much stronger rooting interest in Ripley, and that gives the picture resonances unusual in a popcorn epic.

At that last, simple level, the movie gives not just good weight but astounding value. The space outpost is not merely a more capacious haunted house than the first film's spaceship; it is the spookiest such structure in the history of movies, big enough to contain not only the large pool of potential victims but squads of monsters who keep coming at them from all directions.

Better still, it gives the movie's creators room to move around. Much of Aliens' originality results from the fact that the filmmakers have not confined themselves to the conventions of the horror genre. Without strain, and with a kind of manic good cheer, they meld into the film elements from many another pop tradition: action, adventure, even military comedy, anti- Establishment preachment and a well-taken satire on the yuppie mentality.

All of this is splendidly orchestrated in quickstep tempo. Aliens never forgets that its basic business is escapist, provided, of course, that your idea of escape is to give yourself over to a 2-hr. 17-min. movie that takes you up the ladder from apprehension to anxiety to fear to flat-out horror. Those big bugs are smart in their yucky way, and they are everywhere. Each time one of their human opponents opens a door or rounds a corner, you know terrible trouble is about to ensue. Anytime someone confidently announces what looks to be a foolproof plan to exterminate the aliens, you can be equally sure that this is another example of pride going before a slimy fall. Add to this plenty of snappy dialogue, gloriously staged combat sequences, imaginative hardware and special effects, the assured direction of James Cameron, and you have the elements that should add up to this summer's inescapable movie.

Yet all this splendid craftsmanship, popular moviemaking at its best, is in the service of building rooting interest in the story of a woman who keeps finding ways to transcend the limits that unexamined custom often imposes on her sex. In action pictures, women are supposed to swoon or retreat to a safe corner (or, at best, praise the Lord and pass the ammunition) while the male lead protects them and defends Western civilization as we know it. In Aliens, it is the guys who are all out of action at the climax and Ripley who is in a death duel with evil. As Director Cameron says, the

http://www.time.com/time/subscriber/printout/0,8816,961839,00.html

endless "remulching" of ( the masculine hero by the "male-dominated industry" is, if nothing else, commercially shortsighted. "They choose to ignore that 50% of the audience is female. And I've been told that it has been proved demographically that 80% of the time, it's women who decide which film to see."

Credit for this accomplishment belongs primarily to just two people, Cameron, who will turn 32 in August, and his wife Gale Anne Hurd, a year younger, who produced the picture and had an editorial say in the script ("Jim does most of the writing; I do most of the deleting"). It was their passion for the project, very much the result of adolescent years spent watching movies and reading science fiction, that rescued Aliens from being one of those tempting ideas that Hollywood loves to lunch over and hates to launch.

In fact, Cameron and the idea, then known as Alien II, met when both were more or less unloved orphans in the industry. The 1979 Alien had turned a good profit for 20th Century-Fox, but not enough to create a compelling desire among the studio's management for a sequel. In any event, various alien life- forms kept coming and going in the executive suite. Some loved the "concept" while others deplored it, citing declining grosses for horror films.

Enter Cameron, a college dropout but a graduate of Roger Corman's famous schlock shop, where directors as divergent as Francis Coppola and Martin Scorsese had done their early professional work. There he also met his future wife, who was Corman's executive assistant. Cameron left in 1982 to direct his first feature, Piranha II. By 1983 Cameron and Hurd had written an original script called The Terminator, and Alien's proprietors were impressed with it. They called Cameron in to discuss another project, about which they could not reach agreement. Before he left, however, Producer David Giler threw out the possibility of working on a new Alien. "I felt like he was digging out an old bone in the backyard," Cameron recalls, "dragging out something no one had been thinking much about."

Nobody but Cameron, that is. He thought Alien was the best science-fiction horror film ever made, "a high-water mark in the genre . . . There was a total philosophy in that film -- the way the actors were cast, the costumes, the way the sets looked functional and used and a bit grungy, the sounds of clinking chains, dripping water . . . People really believed while they were watching it that it was a true experience."

Cameron knew that the success of the Scott film derived not from any single gimmick -- like the famous moment when the alien, nurtured unawares by John Hurt's character, pops bloodily out of his chest. Rather, the filmmaker, "using all the tools at his disposal," had created an atmosphere in which every shadow spooks and every sound alarms.

Since Alien had brilliantly exploited this limited form right up to its limits, "everyone said there was no upside to doing a sequel," Cameron says. "The logic was that if we turned out a hit, it was because Alien was a hit; if it was a flop, it was because we did it." He needed to find ways of cross-referencing to it, reminding viewers of a beloved source, which he managed in both small and large ways (they still serve corn bread on spaceships, and Aliens' voyagers do not like it any better than the Alien crew did). At the same time, Cameron and Hurd, who had by now become partners, had to find ways of bursting generic bonds.

At this point Cameron did his usual unusual thing. He went into hibernation with a stack of legal pads, denying himself all sensory stimulation except music he deemed appropriate to the project (Gustav Holst's The Planets). He

EXH. 19   PG. 209

believes in junk-food diets as an aid to inspiration, "provided you don't take it past four months." Four days, fortunately, was all the time it took him to work up a treatment for Aliens that typed out at about 45 single-space pages.

The first tactic, of course, was to open up the new film and populate it. Aside from the fact that combat-trained women are fully integrated into the group, the crew members are 20th century grunts unregenerately projected into the far future. Led by the usual by-the-books lieutenant who is incompetent and by the usual kick-ass sergeant who is supercompetent, their numbers naturally include Hudson (Bill Paxton), a coward, and Hicks (Michael Biehn), a quiet, steadfast type, who turns out to be the bravest of the lot.

They provide comic relief, especially Hudson, whose "Let's get out of here" response to every situation makes him a kind of audience surrogate. For Cameron, however, the Marines have another unstated use: "Their training and technology are inappropriate for the specifics, and that can be seen as analogous to the inability of superior American firepower to conquer the unseen enemy in Viet Nam: a lot of firepower and very little wisdom, and it didn't work."

Two members of the party carry a heavier symbolic weight. Bishop (Lance Henriksen), an android who proves himself a distinct improvement over the traitor robot of the first film. Bishop offers a prejudice Ripley has to overcome and, in the end, some surprising heroics for the audience to cheer. The other outsider is a different case. Burke (Paul Reiser) is a junior executive in "the company," the monopoly that has all of space to profit from. He has absorbed its corporate culture all too well. In Alien, of course, company leaders, without warning employees of the danger, callously ordered them to bring an alien back alive, hoping it could be domesticated for use in the weapons division. Now Burke, who has the insinuating manner of an inside trader, is trying to do the same thing, but merely to advance his sleazy career. Perfectly capable of reminding Ripley and Hicks of "the substantial dollar value" of the space station when they propose blowing it up in order to rid the universe of aliens, he is a wonderfully observed, comical version of the mid-'80s yuppie.

The largest function of all these people is to provide a bustling background for Ripley's quieter, more intense development. In the first film she was a smart, self-contained careerist, essentially a reactive character, desperately fighting against something but not for anybody or anything except her own life. The sequel gives her something, someone wonderful to fight for.

This is little Newt, the only survivor of the human colony. The role is endearingly played by Carrie Henn, 10, winner of a talent search among American girls living in England, where Aliens was filmed. She looks like a Dickensian waif and turns out to have the soul of one as well, brave and clever but never self-sentimentalizing. She is discovered as a silent little creature, scuttling through air ducts too small for the aliens to penetrate, living an almost rodent-like existence. Her plight would be enough to touch anyone's heart, but in this context, only Ripley has the time and the wit to appreciate her.

Ripley's bonding with Newt is inevitable, as Hurd says, "because they were both survivors of their own particular group's encounter with extraterrestrial species. They knew what they were up against, and the others didn't. In Alien, people had to fight or die. Now Ripley could save herself but chooses to fight to save Newt." It is, in part, the

http://www.time.com/time/subscriber/printout/0,8816,961839,00.html

unexpectedness and depth of her feelings that give the film its propulsive power, fueling the final hour to at least two more heart-stopper endings than the average thriller has.

All of this was beginning to take promising shape on paper in late 1983. But paper is not celluloid. And Cameron and Hurd needed a track record to support their developing vision. Luckily, it came in a rush. First, casting and finance finally came together for The Terminator script, which he directed and she produced. (It was during postproduction that their professional relationship turned into a romance that led to marriage ten months later.) In the meantime, he finished the script on which Sylvester Stallone did his usual devastating rewrite -- and turned into Rambo. The Terminator was a low-budget ($6.5 million) job, perhaps the most original movie of 1984 and a surprise critical and commercial hit. Rambo, of course, was Rambo, the movie phenomenon of the following year. ("I recognize parts of it," Cameron says manfully, but adds, "I was trying to create a semirealistic, haunted character, the quintessential Viet Nam returnee, not a political statement.")

The back-to-back suc- cesses made the pair a force to be reckoned with and probably led the studio to let them produce and direct Aliens. Certainly the film would not have been so effective without the experience they gained on The Terminator. Cameron developed his directorial manner in that film -- the low-angled camera, always moving with the action, never allowing the viewers to draw back into objectivity; the quick cutting that never lets them draw a deep breath. Says an admiring Scorsese: "What makes him interesting is his sense of surprise. Every scene builds on the last, then tops it."

A slight, soft-spoken woman, Hurd gained practice in the frugality and tough-mindedness that brought Aliens in on its relatively modest $18 million budget. She is capable of denying her husband the time or the equipment he needs for one of his on-set brainstorms. When he insisted on a laser scanner for the picture's first sequence, she made him pay for it himself. All her grit was needed to cope with ten months of Aliens production in unenlightened England. "The British view of female producers proved to be a big problem for Gale," says her husband. "They didn't know such a creature existed. She was like a unicorn . . ." "Except that they like unicorns," she cuts in.

It could perhaps be said that one of the themes of their film, "bonding under pressure," as Cameron puts it, is one of the themes of their lives, their love affair having developed out of their high-velocity work on The Terminator. And, in fact, they do not have much in common in their backgrounds. The daughter of a well-to-do private investor, she was raised mainly in Palm Springs, Calif. A confessed academic overachiever, she graduated Phi Beta Kappa from Stanford. He was born in Canada, the son of an electrical engineer, and ended up in Brea, Calif., where he spent five semesters at local colleges, dropping out and eventually drifting into Corman's orbit. As adolescents, she was a reader, while he was a drawer, often of fantastic sci-fi visions. She liked "film," as he put it, while he was drawn to the "movies." And he has been heard to wonder if, in her Palm Springs days, she would have dated a boy from across the tracks, as he was. "There are no tracks in Palm Springs," she replies airily.

They needle each other constantly, using, as they do in the film, humor to relieve the pressures of a life that revolves obsessively around their work. Their professional style is based on the belief that the producer-director team that works harder than anyone else and knows in detail every aspect of the production is bound to command respect. Cameron can be demanding on the set. Recalls Reiser: "Working with him wasn't like a frolic." Says Henriksen, who has completed three locations with Cameron: "He is the bride in every wedding and the corpse at every funeral." Most

of the couple's decisions are mutual, except when he is staging a scene or working with his designers (she acknowledges that his visual sense is stronger than hers), or when she is working through the details of the business side of a movie (where he knows he would be more indulgent).

But something more delicate and interesting than their style of conducting their joint careers may be emerging from the Cameron-Hurd collaboration. It is something that, if their success achieves exemplary status, could influence the immediate future of the movies. It is the restoration of something like an adult sensibility to the action movie, a belief, shared by such classicists of the genre as John Ford and Howard Hawks, that besides telling a rattling good yarn at a nerve-busting pace, pictures of this kind can carry a theme, even -- shocking word these days -- a moral.

This sensibility begins, perhaps, with Cameron's willingness to let his wife "delete" what she calls his "truck driver" language and their desire to make their action films "intense, uncompromising, but with the amount of gore restrained and deaths inferred offstage -- even those of people you'd like to see torn limb from limb," as he puts it. It proceeds through the fact that in both The Terminator and Aliens, evil is symbolized by nonhuman characters; it continues with the demonstration, in both pictures, that "it's more interesting to see a normal person in abnormal circumstances than a highly trained person like Superman or James Bond." People who try to act like superheroes in Aliens all end up dead because, finally, "the movie is about finding personal resources: will, courage, whatever." Or, as Weaver puts it, "I like to think the real message is love."

Sounds odd, doesn't it? But that is only because the movies have lately forgotten a fact that never used to escape them, which is that love can turn up in the strangest places. And is never more welcome, as a sign of human grace, than when the pressure of deadly events is at its height.

🖨 Click to Print

**Find this article at:**
http://www.time.com/time/magazine/article/0,9171,961839,00.html

Copyright © 2012 Time Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.
Privacy Policy  |  Add TIME Headlines to your Site  |  Contact Us  |  Customer Service

EXH. 19   PG. 212

# EXHIBIT 20

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html





The Internet Movie Script Database (IMSDb)



Search IMSDb

Alphabetical
# A B C D E F G H
I J K L M N O P Q
R S T U V W X Y Z

Genre
Action      Adventure   Animation
Comedy      Crime       Drama
Family      Fantasy     Film-Noir
Horror      Musical     Mystery
Romance     Sci-Fi      Short
Thriller    War         Western

Sponsor

FIRST BLOOD II: THE MISSION

by

James Cameron

December 22, 1983

FADE IN:

TITLE SEQUENCE

EXT.  V.A. HOSPITAL - DAY

A drab GREEN SEDAN with U.S. ARMY printed on the door
stops at the steps of a fortress-like colonial-style
building.
Iron bars cover the windows.
The lawn sprinklers snap mindlessly to themselves.
A CRT-style printout appears at the bottom of FRAME:

        D-MINUS 117 HRS
        FAYETTEVILLE, NORTH CAROLINA

LIGHTS001271

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html



TV Transcripts
Futurama
Seinfeld
South Park
Stargate SG-1
Lost
The 4400

Movie Software
Rip from DVD
Rip Blu-Ray

Latest Comments
Newbies          10/10
Jurassic Park    7/10
Equilibrium      9/10
Conan the Barbarian  10/10
Scarface         10/10

Movie Chat



Name
Message

ANGLE ON SEDAN

as the doors open and TWO POWERFUL MPs, one of whom was
driving, emerge.  The other opens the rear door for
COLONEL SAMUEL TRAUTMAN who stands, eyeing the imposing
facade of the hospital.
Trautman is in his early fifties and wears the mantle of
command sternly but without arrogance.

He takes the stairs with purposeful strides, the MPs
falling in behind him.

HOLD ON THE SIGN above the main door as they go inside:

              VETERANS ADMINISTRATION HOSPITAL

INT.  HOSPITAL

A gray metal door bearing the sign "NEUROPSYCHIATRIC WING"
bangs open and a massive ORDERLY in white passes through.
He is followed by the two MPs, Trautman, and a SHORT
DOCTOR who hustles to keep up with the others.

LOW ANGLE DOLLY PRECEDING the entourage as they stride
forward.
The MPs are grim-faced and walk in step.

Trautman and a doctor SINGLETERRY silently walk through
the corridor.

They pass the open day-room where somnambulistic patients
sit like statuary watching "The Young and the Restless" or
watching the wallpaper fade.
Bleak light from an overcast day filters through the
barred window.

The vets seem older than their years and although some
show the physical scars of combat, there is no doubt that
the greatest trauma for these men is behind the eyes.

As they pass the open doors of the rooms of the "chronic
ward", haunted eyes turn toward them.

As they approach the nurse's station for the "chronic
ward" the orderly nods.
The HEAD NURSE turns to her console.

INSERT - AS NURSE'S HAND

hits a button on the console.

TIGHT ON SECURITY DOOR

as a solenoid-operated bolt snaps back with a loud BUZZ
CLACK.
The orderly's good hand shoves the door open.

INT.  "VIOLENT" WARD

The entourage enters a long narrow corridor lined with
locked doors.

POV DOLLYING ALONG CORRIDOR

Occasionally faces appear at the safety-glass windows set
in the doors.  Men whose souls have fled.
Their eyes track us as we move past.

An emaciated MAN in an untied hospital smock and bare feet
stands as if lost in the center of the corridor.

REVERSE ON GROUP

DOLLYING as they detour around the man, whose clawlike

LIGHTS001272

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html



ALL SCRIPTS

hand catches at Trautman's tunic.
A hoarse, demented SHOUTING issues from one of the doors,
a desperate WAILING from another.

INT.  STAIRWELL

CLOSE ON DOOR LATCH as keys RATTLE and the door opens.

WIDER as the group enters a dark service stairwell.  The
single fluorescent light flickers stroboscopically, a
pulsing twilight.

                    LEWIS
              Shit.  Maintenance never gets down
              here.

They descend two flights to a door of steel bars on a
sliding track.

The MPs flank Lewis as he unlocks the door.

                    SINGLETERRY
              So what am I supposed to do?  Can't
              transfer him to Leavenworth.  He's
              civilian.  So I put him in an
              isolation cell that hasn't been used
              since the Spanish Inquisition.

TIGHT ON BARRED DOOR

rolling aside on metal tracks.  CLANG.

INT.  CORRIDOR

This area of the hospital's basement has been used for
little but storage in recent years.
Stacks of obsolete equipment gathers dust, leaving only a
narrow walkspace.

The steel doors of the isolation cells yawn open, except
for the last one.

                    TRAUTMAN
              Maybe you should have tried cutting
              him some slack.

Lewis opens a cabinet near the single locked cell and
removes a SMALL RIFLE.  He feeds a SYRINGE-LIKE SHELL into
the single-shot bolt action.

                    TRAUTMAN
                 (continuing)
              What's that?

                    SINGLETERRY
              Tranquilizer syrette gun.  Borrowed
              it from the Animal Control
              Department.

Trautman pushes the barrel aside with a contemptuous snort
and steps up to the cell door.

                    TRAUTMAN
              Gimme a break.
                 (nods toward door)
              Open it.

The two MPs flank the door.  One pulls on the latching
lever.  Bolts slide.  The door swings open, revealing
blackness.

                    LEWIS
                 (muttering)
              Thinks he's the fucking Prince of

LIGHTS001273

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                        Darkness.

           One MP tries the switch beside the cell, flicking it
           several times.  Nothing.

           He glances apprehensively at the other MP and they step
           into the dark cell.

           INT.  CELL

           TIGHT ON A HAND, dimly outlined, as it twists a light bulb
           a half-turn in its socket.

           In the sudden light the MPs face an imposing figure.

           JOHN RAMBO, wearing only a pair of filthy jeans, stands
           "ready" before them.  The single light bulb on the low
           ceiling sends glistening highlights over his taught body.
           A nasty piece of machinery.

           Long, matted hair coils onto his shoulders, and an unkempt
           beard heightens the cheekbones beneath eyes which are
           deep, reptilian.  Intense.

           His position, though not overtly threatening, suggests a
           willingness to strike without warning which gives the
           M.P.'s pause.

           Trautman steps forward between the MPs.

                             TRAUTMAN
                        At ease, Rambo.

           MED. ON RAMBO

           rising from his slight crouch to stand composed,
           balanced... parade rest.

                             TRAUTMAN
                        (continuing to MPs)
                        Wait outside.

           He closes the door until it latches.

                             TRAUTMAN
                        Hello, John.

                             RAMBO
                        Colonel.

                             TRAUTMAN
                        Mind if I sit down?

           Rambo motions to the narrow bunk, dropping into an
           Oriental squat himself as the Colonel sits.

           Trautman's manner with Rambo is familiar, somehow
           paternal.  A bit of an ironic grin twitches briefly.

                             TRAUTMAN
                        (continuing)
                        I hear you're not enjoying it here.

                             RAMBO
                        I could take it or leave it.

           Trautman sighs and leans back.

                             TRAUTMAN
                        Seems like I'm always pulling you
                        out of some goddamn toilet or other,
                        doesn't it?

                             RAMBO
                        Am I out of here?

**LIGHTS001274**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                              TRAUTMAN
                    That depends on you.
                              (pause)
                    Christ, look at you.  I give you
                    this easy duty until I can get you
                    an assignment... all you have to do
                    is eat ice cream and watch soap
                    operas... and you have to make it
                    Rambo's last stand.

                              RAMBO
                    There were treating me like a
                    headcase.

                              TRAUTMAN
                    Hard to believe.  You shoot up one
                    little town in Oregon with a fifty
                    caliber machine gun... one little
                    dogpatch town... and everybody
                    figures your wrapper's broken.  No
                    sense of humor.
                              (pause)
                    What did you expect?  An engraved
                    plaque from the chamber of commerce?

          Rambo looks at his hands.  When he finally speaks his
          voice seems distant, disembodied.

                              RAMBO
                    In 'Nam I flew gunships.  Million
                    dollar equipment.  Back here nobody
                    trusts me to park cars.  I keep
                    thinking it's going to be okay...
                    but I've been out six years and it's
                    not okay.  Sometimes I feel like I'm
                    coming right out of my skin.

          The colonel nods slowly.  He notices a battered shoebox on
          the floor beside the bed.  The cell is absolutely devoid
          of personal articles otherwise.

                              TRAUTMAN
                    This your stuff?

                              RAMBO
                    That's it.  My life.

          TIGHT ON SHOEBOX

          as Trautman flips through a number of worn snapshots of
          the men in Rambo's special forces unit.

          They are horsing around, in and out of uniform.  A
          younger, cleanshaven Rambo is among them.  He is grinning
          broadly in one shot.
          It seems uncharacteristic of the hardened man we see now.

                              TRAUTMAN
                    Hardcore outfit.  The best I ever
                    trained.

                              RAMBO
                              (coldly)
                    Those men are all dead.

                              TRAUTMAN
                              (glancing up)
                    You're not.

          He fishes something from among the pathetic debris of
          Rambo's life.

                              TRAUTMAN
                              (continuing)
                    Congressional Medal of Honor.

**LIGHTS001275**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                    RAMBO
                (bitterly)
        Yeah.  Big time.

                    TRAUTMAN
        Plus, what else?  Two Silver Stars,
        four Bronze Stars, two Soldier's
        Medals, four Vietnamese Crosses of
        Gallantry and... uh, a handful of
        Purple Hearts.

                    RAMBO
        Five.  I never wanted that stuff.

                    TRAUTMAN
        What did you want?

                    RAMBO
                (haltingly)
        I just wanted... I don't know...
        after all that... I just wanted one
        person, one person, to come up to me
        and say "you did good, John." And
        mean it.  That's all.
                (pause)
        After all that.

                    TRAUTMAN
        You just picked that wrong war to be
        a hero in.

The colonel studies Rambo a moment, then stands abruptly.

                    TRAUTMAN
                (continuing)
        Let's take a walk.

                                                CUT TO:

EXT.  V.A. HOSPITAL - DAY

Rambo and Trautman cross the manicured grounds, escorted
by the two grim MPs.

A number of wheelchair-bound vets enjoy the sunshine B.G.
and a desultory game of volleyball is in progress.

Still, the impression is of the detritus of war left
scattered on a huge lawn like broken toys.

As the two approach a conservatively dressed MAN waiting
on a bench under a plane-tree, stands.

                    TRAUTMAN
        Jason Kirkhill... John Rambo.

Kirkhill extends his hand in greeting, but Rambo coolly
half-turns to reveal his hands, locked in WRIST-CUFFS
separated by a steel bar so that they can hang comfortably
at his sides.
Kirkhill grins affably.  Drops his hand.

                    KIRKHILL
        Good to meet you, Rambo.  How are
        you?

Rambo scans Kirkhill's face, noting the cold scrutiny all
but concealed in the smile lines.

                    RAMBO
                (coldly)
        You a spook?

Kirkhill drops the smile.

**LIGHTS001276**

**EXH. 20   PG. 218**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                              KIRKHILL
                    That's right.  CIA Special
                    Operations Division.

Rambo turns to Trautman.

                              RAMBO
                    I don't work with spooks.  Not after
                    that op in Cambodia.

                              KIRKHILL
                    I'm authorized to get you out of
                    here.  I thought that's what you
                    wanted.

                              RAMBO
                         (considering)
                    What's the job?

                              KIRKHILL
                    Classic special forces op... hit
                    fast... in and out.  Two men.  Two
                    days.

                              RAMBO
                    Why me?

                              KIRKHILL
                         (shrugs non-
                         committally)
                    We like you.
                         (pause)
                    At least the computer at Langley
                    likes you.  Pulled your file because
                    of various factors.  Service record.
                    Area familiarity.

                              RAMBO
                    Where?

                              KIRKHILL
                    Not yet.

                              RAMBO
                    I'm not jumping blind.

Kirkhill's eyes get hard..

                              KIRKHILL
                    It's yes or no.  In or out... now.
                    If it's "out," we will not have had
                    this conversation.  If you come in,
                    you will not be working for us.  No
                    knowledge.  No comment.  Do you
                    understand?

Rambo seems about to turn away.

                              TRAUTMAN
                         (to Kirkhill)
                    Tell him.  I'll take responsibility.

Kirkhill looks pained, like he has gas.

                              KIRKHILL
                    North Vietnam.  What they call the
                    Democratic Republic of Vietnam now.

TIGHT ON RAMBO

as he takes that in.  His eyes seem to see all the way
there already.  Emotions go through him.  Exhilaration
mixing with terror of the demon he can't turn away from.
He nods slowly.

                              TRAUTMAN

LIGHTS001277

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

We left some people behind there,
John... POWs.

                    RAMBO
          This just occurred to somebody, now?

                    KIRKHILL
          We don't leave our men, Rambo.

Rambo and Trautman lock eyes.
Something flows there... Trautman knows his soul.

                    RAMBO
          You got it.  I'm in.

He whips one hand around from his side, tossing the
manacle bar at a surprised Kirkhill's feet.
The wrist-cuffs are still closed.

                                        CUT TO:

INT.  RAMBO'S CELL

Rambo stands alone in his cell, the door open behind him.
He hefts the shoebox filled with his worldly possessions,
the scraps of memory, dead friends, and symbols of valor
and violent death.

He upends the box, spilling everything into the open
toilet.

Flushes it.  And walks out.

                                        CUT TO:

EXT.  FORT BRAGG - DUSK

                    D-MINUS 84 HRS
                    FORT BRAGG, NORTH CAROLINA

TIGHT ON BOOTED FEET

clomping in rhythmic lockstep as a platoon of recruits
marches past in close order drill.
The drill sergeant bellows cadence.

                    SERGEANT (O.S.)
          Three-fo-your-lef, lef-right-lef...
          Other lef shithead!  Square those
          pieces away... square 'em away
          girls!  I said...

WIDER

as the platoon marches past, EXITING FRAME to reveal a
sign mounted beside a security checkpoint in a formidable
chain-link fence.

                    AIRBORNE SPECIAL FORCES GROUP
                    OPERATIONS CENTER

INT.  CORRIDOR

Kirkhill, accompanied by his basilisk-eyed AIDE, strides
past Rambo's two MPs flanking the door, into a small
room.

INT.  BRIEFING ROOM

The room is an austere cubicle with the army's typically
drab furniture in "early functional."
The cold eye of a surveillance camera stares down at a
single table with a seated figure... Rambo, looking like
he may have been there for centuries.

LIGHTS001278

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

The aide hands Rambo a sealed folder and extends a
clipboard and pen for him to sign off.

                    KIRKHILL
          This is your mission packet...

                    AIDE
              (quietly overlapping)
          Sign here, please.  And here.

                    KIRKHILL
          Memorize it here.  It doesn't leave
          this room.

Rambo unseals the folder, removing a sheaf of photocopied
documents, as Kirkhill perches on the table next to him.

                    KIRKHILL
                (continuing)
          The twenty-four hundred American
          servicemen missing in action in
          Vietnam, Laos and Cambodia are
          officially listed "Presumed
          Killed." Certainly most of them
          are.

Rambo is leafing through the contents of his PACKET.  He
skips a stack of reports and fishes out several grainy 8 X
10 prints.

                    KIRKHILL
                (continuing)
          But reports keep filtering in.
          Sightings by refugees.  Nothing
          verified.  Finally, we feel we've
          got enough to proceed on.

Rambo studies the prints.  They seem to be high altitude
surveillance photos of a small COMPOUND OF BUILDINGS,
surrounded by forests.

                    KIRKHILL
                (continuing)
          Memo E-7 on top will cover the
          details.  An abandoned Vietnamese
          Army base in the North-central
          highlands may have a compound used
          as an internment camp.  As you can
          see the intelligence is soft.  These
          LANDSAT photos show huts...
          barracks.  It could be anything.

                    RAMBO
                (flat)
          What's the plan?

                    KIRKHILL
          This operation is in two phases.
          Recon and rescue.  You are phase
          one.  Your two-man team will probe
          the site, confirm the presence of
          American POWs, if any, make
          photographic and tactical
          observations, then proceed to the
          extraction point without engaging
          the enemy.

                    RAMBO
          We don't try to pull out any of our
          guys if we find them?

                    KIRKHILL
          Negative.  Absolutely not.  The
          phase two assault team will get them
          out.

**LIGHTS001279**

**EXH. 20   PG. 221**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                              RAMBO
                         (not pleased)
                    We just take pictures?

                              KIRKHILL
                    Don't look so disappointed.  It
                    should be hairy enough... even for
                    you.

                                                    CUT TO:

INT.  DON MUANG AIRPORT - LATE AFTERNOON

Kirkhill's VOICE continues over the image of: The crowded
airport terminal, as Rambo, carrying a cheap flight bag,
weaves among jostling Orientals.

                              KIRKHILL (V.O.)
                    Your flight to Bangkok is at 06:30.
                    Commercial carrier.  Low profile.
                    Rendezvous with Colonel Trautman at
                    the Indra.  Room 618.  You'll meet
                    your number two man, Lieutenant
                    Brewer.  He doesn't get a packet...
                    you brief him verbally.

After a flurry of passport stamping Rambo clears customs
and makes his way to the main exit.

EXT.  TAXI STAND - STREET - LATE AFTERNOON

Rambo emerges into the stifling humid heat of Bangkok in
May and stands, scanning for a cab.

                    D-MINUS 51 HRS
                    BANGKOK, THAILAND

Bangkok is a city of fervid motion and the street is
chaotic with traffic.
Stepping through throngs of Asians and tourists Rambo
reaches for the door of a beat-to-hell Citroen taxi
hunkered low at the curb like some metal lungfish.

He spins as a hand lightly touches his shoulder.

                              MAN
                    Sorry old buddy, I saw it first.

An American in his late twenties, the man speaks with one
of those hard-to-dislike Southern accents.  Probably North
Carolina.
He is lanky but muscular, with boyish good looks and hair
cut so short it barely qualifies as stubble.  Though
dressed in a loud Hawaiian shirt and Madras slacks, it is
painfully obvious the man is military.

His arm is draped around a gorgeous but overly made-up
Thai girl.

                              MAN
                         (affable)
                    I kinda got an important date.

Rambo's eyes narrow as he turns wordlessly and climbs into
the taxi.

The American grins cockily and tosses his bag to Rambo.

                              MAN
                    No problem.  We'll share it.  Get
                    your tail in there, sweet thing.

INT./ EXT.  TAXI

**LIGHTS001280**

**EXH. 20   PG. 222**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

The American and the girl pile into the broad front seat, to the chagrin of the lizard-faced Thai driver.

                    MAN
               (to driver)
           Indra Hotel.  And don't take the
           scenic route, Smiley... I know my
           way around this burg.  Comprende?

Rambo speaks quietly to the driver in Thai.

                  RAMBO
              (Thai/subtitled)
           Same place for me.

The girl giggles as the American slips his hand up from her stockinged knee, between her thighs.

                  MAN
           Ah, you fair flower of the Orient.

She giggles, like a chirping bird.

                  MAN
            (continuing to Rambo)
           She thinks everything I say is
           funny.  Don't you, Angel-pie?  Man,
           Thai women are the best.  Got the
           kinda legs I like... feet at one end
           and pussy at the other.

He turns to Rambo, who hasn't commented or taken any observable notice of him.

                  MAN
             (continuing)
           You don't say a helluva lot, do you,
           pal?  You speak English?

                  RAMBO
              (coldly)
           Sometimes.

The girl coos to the American in pidgin English.

                THAI GIRL
           You got money?  I stay you whole
           week.

                  MAN
           Sweet thing, there's nothin' I'd
           like more than to wugga-wugga with
           you for a week, but tonight's all we
           got.

He lowers his voice conspiratorially, leaning close to her.

                  MAN
             (continuing)
           See, I'm on this secret mission, and
           tomorrow mornin' I head out to...

Rambo grabs the man brutally by his collar.

                  RAMBO
           That's enough, Brewer.

The American freezes at the sound of his name.  Turns slowly.

                  BREWER
             (realizing)
           You're Rambo?
             (pause)

LIGHTS001281

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Ke-rist!

Rambo speaks sharply to the girl in Thai.

                    RAMBO
                 (Thai/subtitled)
          Get out. Now!

The driver, confused, skids to a stop and the girl gets
out into the din of a cluttered shop district. A flash of
slit skirt and then only fading curses behind them as the
taxi moves on.

                    BREWER
                 (brightening)
          Jeez, I never would have guessed.
          You undercover, Lieutenant? Great
          disguise.

                                        CUT TO:

INT. INDRA HOTEL ROOM - DUSK

Trautman, sipping a gin tonic at the window, spins around
as the door flies open. Brewer storms in, followed a few
paces back by Rambo, who closes the door.

                    BREWER
                 (to Trautman)
          He says he's team leader on this
          show.

                    TRAUTMAN
          That's correct.

                    BREWER
                 (controlling his
                  fury)
          Begging the Colonel's pardon but I
          understood I was up to lead my next
          mission.

                    TRAUTMAN
          Not this one. You're on
          communications and camera. Same
          image-intensified gear you used in
          El Salvador last year.

                    RAMBO
          This clown almost blew mission
          security on the street. I'm not
          jumping with him.

                    BREWER
                 (spinning)
          Clown? Now back up there, buddy...

                    TRAUTMAN
                 (sharply)
          Listen up. You two are married as
          of now. Get used to it.

                    RAMBO
                 (to Trautman)
          I say we tape him to a chair.

                                        CUT TO:

EXT. OPERATIONS BASE CAMP - DAY

                 D-MINUS 36 HRS
                 BAN BUNG KHLA, THAILAND

A small airstrip transects a meadow bounded by rain-
forested slopes. Wreathed in low clouds the mountains
march into the distance in increasingly subtler shades of

LIGHTS001282

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

gray like a Japanese watercolor.

Near a cluster of small buildings the scene is one of manic but efficient activity as the high tech base camp is assembled.

An enormous SIKORSKY CH-54 "SKY CRANE" lowers a Winnebago-sized conex container as another roars by.  An Army Corps of Engineers work crew, stripped to the waist, scurries through the rotor wash.  The blasting air raises curtains of muddy spray and drowns out the yelled commands of the supervisors.

A Vietnam era HUEY UH-1D HELICOPTER nimbly touches down nearby.  Rambo, in the pilot's seat, slips off his HEADSET and climbs down.  Brower and Trautman, in fatigues, jump out and join him as Kirkhill approaches.

DOLLYING WITH THEM as they emerge from the rotor noise and Kirkhill motions them toward the MOBILE TACTICAL OPERATIONS CENTER (MTOC).

                    KIRKHILL
          I didn't know you were a stick man,
          Rambo.

                    RAMBO
          I was crossed-trained in gunships.

                    TRAUTMAN
               (to Kirkhill)
          How long have you been setting up?

                    KIRKHILL
          About 22 hours on site.

                    TRAUTMAN
          Nice work.

They pass a tent-like CAMOUFLAGE CANOPY under which an ALL-BLACK SIKORSKY UH-60 "BLACKHAWK" HELICOPTER squats ominously.  It has no markings or insignia. There is another canopy behind it, the contents of which are screened from view.

Nearby is a cluster of CONEX AIRLIFT CONTAINERS, two of which are joined together to form a building like a double-wide mobile home.

Another unit contains a roaring generator, a fourth is topped by TRACKING GEAR.  Cables snake through the mud, connecting the units.

Kirkhill notices THREE WORK PARTY "GRUNTS" kibitzing nearby, taking pictures of each other with a pocket Instamatic.  He snatches the camera from a surprised young corporal.

                    KIRKHILL
          This is a covert operation,
          numbnuts.

He opens the camera and drops the film in the mud.  The corporal reaches petulantly for the camera.  Kirkhill drops it casually in the mud as well.

                    KIRKHILL
               (to Trautman
                entourage)
          Check out the command hut.

He opens the door to the large conex unit and follows the others inside.

INT.  MTOC

LIGHTS001283

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

The "hut" turns out to be a humming electronic womb.
In the subdued light banks of VIDEO MONITORS glow, and the
status lights of UPRIGHT COMPUTER UNITS line one wall.
Workstations for TRACKING, COMMUNICATIONS, AND LONG-RANGE
COORDINATION create a claustrophobic jumble of modular
equipment racks.

                    BREWER
          Mission control!

They wipe their muddy feet and enter the air-conditioned
command center.

Rambo gazes around at the jumble of gear.  He runs his
hand over one console, causing a seated technician to
glare at him.

                    RAMBO
          All this is for us?

                    KIRKHILL
          That's right.

                    BREWER
             (to Rambo)
          They call us the field-unit meat-
          puppets.

                                        CUT TO:

INT./ EXT.  CAMOUFLAGE CANOPY - DAY

Rambo and Brewer walk in under an expanse of net
camouflage on poles.
Sunlight streams through the foliage cover, creating
bright mottles on a black object F.G.

CAMERA PULLS BACK and BOOMS UP as Rambo moves forward to
reveal the object as an ALL-BLACK JET.  It is a modified
Gulfstream "Peregrine," a small sleek single-engine
executive model, with all insignia and I.D. numbers
removed.

MED. ON RAMBO AND BREWER

as they consider the aircraft.

                    BREWER
          Ever do this from a jet?

                    RAMBO
          No.

                    VOICE (O.S.)
          It's easy...

They turn to see a lanky long-haired man in a leather
flying jacket duck under the fuselage from the far side
and approach them.

                    MAN
             (grinning)
          Just have to jump fast.

Two other air crewmen jump down from the open rear
passenger door of the plane.

                    RAMBO
          You the pilot?

                    MAN
             (extending hand)
          Yeah.  Doyle.
             (he gestures to the
             two in the door)

LIGHTS001284

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Lifer and Fuhrman.

Doyle is a product of the sixties' school of ultra-cool, his brain a little torched by too many methed-out night-missions.
Fuhrman, the co-pilot, grins too much and Lifer's eyes are just plain scary.

                    RAMBO
          You boys Air Force?

                    DOYLE
          Marines.  'Ex' though.  We're
          private contractors now.

                    LIFER
          You ever do a tour 'in-country'?

                    RAMBO
          Two.  'Eye-corps' mostly.

                    DOYLE
              (to Brewer)
          How about you?

                    BREWER
              (defensive)
          Vietnam was a little before my time.
          So was Korea, know what I mean?

Rambo and Doyle glance at each other... solidarity before new-meat bozos.

EXT.  CAMOUFLAGE CANOPY

DETAIL ON THE GROUND

as the head of a torque-wrench finishes a rough map of local Southeast Asia, scratched hastily in the dirt.

                    DOYLE (O.S.)
          Thailand.  The Mekong.  Laos.  'Nam.

With each word he plops the torque-wrench onto the appropriate place.

ON DOYLE

Gesturing as he continues.

                    DOYLE
          A straight dash across the Laotian
          panhandle, through the Annamese
          Mountains... some good dicey bits
          there... and on to the drop zone.
          Eighteen minutes each way in
          communist airspace.

                    RAMBO
          We go low to stay off radar?

                    DOYLE
          In the rhubarb, babe.

                    FUHRMAN
              (grinning)
          Mowin' the lawn.

                    LIFER
          Dig it.

INT.  MOTC - COMMAND HUT

Trautman, looking a bit uncomfortable in Kirkhill's

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

electronic lair, paces behind the seated Special
Operations Officer.

                          TRAUTMAN
              How long before you're fully on
              line?

                          KIRKHILL
              Couple hours.  Let me buy you a
              coffee.

He turns to a vending machine nestled improbably between
two racks of electronics.

                          TRAUTMAN
              You think they'll find any?

                          KIRKHILL
                    (feeding in change)
              POWs?  I don't know.  But either
              way it'll get that subcommittee off
              our necks.  Cream?

                          TRAUTMAN
              Black.  No sugar.

                          KIRKHILL
              The League of Families leans on
              Congress.  Then they lean on us.
              Like we don't have enough to worry
              about in a dozen dirtwater
              countries.  Damnit!

He pounds the machine, which refuses to vend.
Trautman watches the Special Operations Officer banging
ineffectually on the COIN RETURN, amid a million dollars
worth of equipment.

EXT.  FLIGHT TENT

A tent next to the camouflage canopy serves as a flight
shack for Doyle and his ground crew.  Crates serve as
tables and stools, and 50-gallon fuel drums are the back
wall.
Doyle, with Rambo and Brewer, continues the game plan.

                          DOYLE
              A couple klicks from insertion we go
              vertical to ten thousand and you
              punch out.  Navigate in free fall
              like a regular HALO jump.  You'll
              have a good moon.

                          LIFER
                    (to himself)
              I got your moon right here...

                          BREWER
              No problem.  Duck soup.

Doyle notices that Brewer has casually lit up a cigarette.

                          DOYLE
              Hey, man... we got fuel on the deck.
              I don't like flying without a plane.

Brewer glances at the pool of jet fuel around the pumping
area.
Rambo plucks the cigarette from Brewer's lips.

                          RAMBO
              No smoking on this mission.  It's
              not healthy.

He looks Brewer in the eye and flicks the lit butt into

LIGHTS001286

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

```
                the pool of gas.
                Which puts it out.

                                 BREWER
                          Son of a bitch!

            Rambo saunters away.

                                 DOYLE
                          (appreciatively)
                          Nice trick.  Works nine times out of
                          ten.

            EXT.  BASE CAMP - RUNWAY - DUSK

            The steel planking of the pre-fabricated runway rings
            under their feet as Rambo and Brewer run laps.  Brewer,
            between breaths, is chanting a monologue as they draw
            near.

                                 RAMBO
                          Again.

                                 BREWER
                          Insertion.  Call in to base camp by
                          TRANSAT.  Proceed to point Tango
                          November for rendezvous with our
                          ground contact.  Indigenous agent.
                          Co Phuong Bao.
                                 (in same tone)
                          We've been over this three times.

                                 RAMBO
                          You stopped.

            Brewer rolls his eyes.

                                 BREWER
                          Co Phuong Bao.  The guide takes us
                          twelve klicks upriver to target at
                          Ban... at Ban... Bo Peep.  Shit!

                                 RAMBO
                          (flatly)
                          Start over.

            EXT.  BASE CAMP - NIGHT

            Face-down in the dirt near the flight-line, Rambo and
            Brewer are banging off pushups under the floodlight.

                                 BREWER
                          (mechanically)
                          ... to target at Ban Kia Na.  We
                          probe the site...

                                 RAMBO
                          (to himself
                          overlapping)
                          Ninety.

                                 BREWER
                          ... then proceed downriver to
                          extraction at point Echo Delta.
                          Doyle takes us out by helicopter, we
                          all live happily ever after and
                          that's the last time, Rambo!  I
                          swear to Christ.

                                 RAMBO
                          One hundred.

            They both collapse, face-down, breathing heavily.  Brewer
            rises first.
```

**LIGHTS001287**

EXH. 20    PG. 229

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                         BREWER
               Gettin' old, huh?

                         RAMBO
               Yeah.
                    (pause)
               Second set.  Let's go.

When Rambo rises it is in pushup position, only this time
using one arm.  He starts.  One, two, three...

INT./ EXT.  EQUIPMENT TENT - DAY

          D-MINUS 11 HRS

Brewer lifts an OLIVE-DRAB BOX onto the table inside the
open-tent.  It looks like a large field radio with a
complex console set in the top.

                         BREWER
               Transponder-satellite relay.
               TRANSAT.

He taps a small collapsible DISH ANTENNA on a tripod
connected to the box by a curly-cord.

                         BREWER
                    (continuing)
               The signal's coded into infrared
               pulses, picked up by the spy
               satellite, bounced to the ground
               station in Okinawa and relayed to
               the hut...

He points to the MTOC nearby.

                         BREWER
                    (continuing)
               No radio source.  Nothing for the
               bad guys to triangulate on.

                         RAMBO
               Show me how it operates.

                         BREWER
               That's what I'm here for.

                         RAMBO
               Show me in case you get zapped as
               soon as we land.

                         BREWER
                    (frustrated)
               We're leaving tonight, not in a
               week.

He sees Rambo's expression.

                         BREWER
               Alright.  Alright.

INT.  RAMBO'S TENT - DUSK

Rambo sits on his cot hunched over some minute work.

DETAIL

With surgical precision he hones the trigger mechanism of
a FLAT-BLACK CROSSBOW PISTOL.

ANGLE

Rambo raises the crossbow, cocked but empty.

LIGHTS001288

CLICK.  It fires smoothly, to his satisfaction.

INT.  EQUIPMENT CONEX - NIGHT

CLOSE ON SHIPPING CRATE as a crossbar pries the lid off.

ANGLE ON BREWER

as he raises a telescope-like piece of equipment.

WIDER

revealing Brewer surrounded by shipping crates.  He sets the scope on a long empty table and attacks another crate, working under a harsh fluorescent lighting unit.

SEVERAL CLOSE ANGLES - JUMP CUTS

Brewer pulls electronic test gear out of bubble-pack and sets the units on the table.

He hefts an automatic rifle and checks the action.

Another electronic gadget joins the growing array on the table.

Another, smaller automatic, a MAC-10 MACHINE PISTOL, is lifted out of packing.

CLOSE as Brewer's hands thread a silencer onto the barrel of the Mac-10.

INT.  RAMBO'S TENT

TIGHT ON RAMBO'S HAND, holding a special forces LILE-KNIFE.  He runs a whet-stone along the blade, methodically.

INT.  EQUIPMENT CONEX

Brewer is calibrating his STARLIGHT-SCOPE image-intensifier using a wave-form oscilloscope.
Satisfied, he begins mounting it atop the assault rifle.

INT.  RAMBO'S TENT

VERY TIGHT ON RAMBO, working in almost total darkness, streaking his face with two shades of green camouflage makeup.
The effect is unearthly.

INT.  EQUIPMENT CONEX

Brewer, wearing headphones, is running a calibration tone through the audio-processor of his TELESCOPIC MICROPHONE.
He clamps it onto the assault rifle.

INT.  RAMBO'S TENT

TIGHT ON RAMBO'S HANDS

covered with green greasepaint.
Using a candle he expertly darkens the blade of his Lile-knife.

INT.  EQUIPMENT CONEX

Brewer is standing at the end of the long table which is now laid out like a banquet with an incredible assortment

LIGHTS001289

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

of gadgets, weapons, supplies, kits, canteens, rations, etc.

Doyle lounges nearby watching the bugs dog-fighting around the fluorescent work light.

                    RAMBO (O.S.)
            You jumping with all that?

They turn to see Rambo watching them from just outside the pool of light.
A spectral figure.

Brewer glances at the array of stuff.

                    BREWER
            Yeah.  Why not?

                    RAMBO
            You break your leg, I'll have to
            shoot you.

He turns and vanishes in the dark.

                    DOYLE
            I think he means it.

                    BREWER
            Crazy fucker.

                    DOYLE
            Well, son.  You got that right.
            Anybody ever tell you about that
            guy?

Brewer turns quizzically toward him.

                    BREWER
            What about him?

                                        CUT TO:

EXT.  RUNWAY - NIGHT

                    D-MINUS 28 MINUTES

TIGHT ON TURBOJET INTAKE

A black maw.  The vanes begin to turn.  The RISING WHINE becomes a STEADY ROAR.

C.U.  FUEL COUPLER

as a ground CREWMAN disconnects hoses from the sleek, black fuselage.

ON PEREGRINE - WIDER

as the blue fire roars in the exhaust throat.  The air convulses.

WIDER - TRACKING A VAN

moving beside the black ship, past the wing to the rear door.

TIGHT ON VAN

as it comes to a stop, the side door FILLING FRAME.  Lifer ENTERS SHOT, reaches for the door latch.

INT.  VAN

Total blackness, until light spills in from the opening door.

LIGHTS001290

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Rambo sits, statue-like, hands on knees, wearing a BLACK BLINDFOLD. Adjusting his eyes for night vision. He's dressed for the mission: tiger stripe cammies, jump pack, chute pack, hands and face mottled with camouflage greasepaint. Ferocious looking. Demonic.

Lifer leads him out.

EXT.  AIRFIELD

DOLLYING BEFORE RAMBO, being led as if to execution. Blue and red TAXI LIGHTS send strobe-flashes of color across his face as he approaches the aircraft.

INT.  PEREGRINE

Rambo is led to the seat next to Brewer's. Trautman helps Lifer strap him in. Plugs in his intercom jack.

Brewer eyes him cautiously.
He'd move away but all the other seats have been removed.

                    DOYLE (V.O.)
                    (filtered)
             Ready to roll, Lieutenant.

Rambo adjusting his headset.

                    RAMBO
             Let's do it.

                    TRAUTMAN
             Keep it clean, Rambo, or I'll nail
             your hide to the shed.

                    RAMBO
             You got it, sir.

Trautman exits and the steps are rolled away.

INT.  COCKPIT

Doyle is all business now.

                    DOYLE
             Zen Rollercoaster, requesting
             clearance.

                    VOICE
                    (filtered)
             You are cleared, Zen Rollercoaster.

EXT.  PEREGRINE

The wheel jacks are pulled.
The jet rolls forward.

EXT.  AIRSTRIP

The aircraft hurtles down the runway, gathering speed.
The nose picks up.
It clears the end of the runway and then the treeline by a few feet.

INT.  PASSENGER COMPARTMENT

The interior is lit only by a single red light above the door.
Brewer watches the forest below through the open doorway.
The door itself has been removed.

LIGHTS001291

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

The ROAR OF THE AIRSTREAM is ferocious.

EXT.   PEREGRINE

A sleek silhouette above the moonlit forest, the jet
flashes across the rolling terrain just above the
treetops.

MOVING WITH THE AIRCRAFT as it dips and rises with the
land's contour.  The rain forest below is a rushing blur.
This is known as some serious flying.

INT.   COCKPIT

Doyle is hunched forward, nose inches from the canopy.
Eyes wide.
Drinking in the jungle.
All the lights in the cockpit are turned off.

Fuhrman uses a TAPED-OVER PENLIGHT to read the
instruments.
Doyle is beyond instruments.

                    FUHRMAN
          Switching communications to burst
          mode.

INT.   WTOC

Kirkhill and Trautman are hunched at the main console.

                    TECHNICIAN
          AWACS Two-Five has acquired.  They
          are holding timeline.

Trautman watches the glowing dot representing the drop-jet
crawling almost imperceptibly across a computer-generated
map of Central Laos.

EXT.   PEREGRINE

The sleek jet races toward the towering Annamese range
ahead.

INT.   COCKPIT

Fuhrman is grinning.  That's bad.

                    DOYLE
                (into mike)
          Here comes the sexy part.

INT.   PASSENGER COMPARTMENT

Rambo, sitting impassively, removes his blindfold.
The plane begins to pitch and plummet wildly.

Brewer lets out a rebel yell.

                    BREWER
          Whoo-ya!  I love it!

EXT.   PEREGRINE

MOVING WITH IT as it slices through a twisting canyon like
a knife.
It slithers between the mountainous flanks.

LIGHTS001292

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

INT.  PASSENGER COMPARTMENT

Rambo is methodically checking his pack and harness,
seemingly oblivious to the insanity outside.

                    DOYLE (V.O.)
                  (filtered)
              We just entered Viet airspace,
              gentlemen.  Eight klicks to
              insertion.

                    RAMBO
                  (to Brewer via
                  headset)
              Stay tight on me, Brewer.  I don't
              want to have to go looking for you.

                    BREWER
              Check.

INT.  MTOC

A TECHNICIAN turns from the secondary console.

                    TECHNICIAN
              AWACS Niner-One via Subic Bay
              reports them approaching insertion.
              Five-by-Five.

EXT.  PEREGRINE

          D-MINUS TWO MINUTES

The mountains fall behind and the tiny jet hurtles down
across the foothills, flying nap-of-the-earth.

INT.  PASSENGER COMPARTMENT

Rambo slips his free-fall goggles into place.

                    DOYLE (V.O.)
                  (filtered)
              Stand by to climb.

EXT.  TRAIL - VIETNAM

A VIETNAMESE FARMER trudges down the road with two heavy
buckets on a pole-carry across his shoulders.
A distant WHINING becomes an approaching ROAR.
Like a thunderbolt the black jet flashes over the top of
the hill just ahead, thirty feet off the deck.

The farmer is tumbled by the blast of air.
He looks up.
The jet has gone into a ball-busting vertical climb and is
instantly lost among the stars.

                    FARMER
                  (Viet/subtitled)
              Son of a bitch!

INT.  PASSENGER COMPARTMENT

Doyle's voice is matter-of-fact despite the gees they are
pulling.

                    DOYLE
              Approaching ten thousand.  Eleven
              seconds to insertion.  Ten, nine...
              Slowing to two-thirty...

LIGHTS001293

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

The ready light changes from red to yellow.  Rambo
unbuckles from his seat.  Rises.
Brewer follows.
Lifer steadies them at the door.

                              DOYLE
                         (continuing)
                    ... three seconds.  Two.  One.  Have
                    a nice day.

The ready-light turns GREEN.

                              LIFER
                    Go!

Rambo takes a single, powerful running stride from the
opposite wall and is out the door.  Gone.
Brewer is right behind him.

EXT.  PEREGRINE

The jet dwindles and is gone in a moment above the
tumbling figures.

ON RAMBO stabilizing his fall.
He switches on his pack strobe.

                              RAMBO
                         (shouting into mike)
                    You read me, Brewer?

                              BREWER (V.O.)
                         (faint)
                    Read you.

                              RAMBO
                    Home on my strobe.

ON BREWER

diving skillfully.  He sees the distant flash of Rambo's
strobe below him and banks toward it like a fighter plane.

He comes alongside the Team Leader and they dive together.
Rambo cuts the strobe.

ANGLE DOWN as a solid layer of cloud rushes up.
They plunge through and the landscape below is an awesome
vista.  An unbroken carpet of dark rain forest with a
narrow, meandering river, like a platinum ribbon.

Rambo sights on a distant bend in the river, spreads his
feet and dives.  Brewer follows.
They shoot across the uprushing landscape at 135 mph.

INSERT - RAMBO'S L.E.D. ALTIMETER

Numbers flicking: 1,200 feet.  1,000.  800.

Rambo signals.
Their canopies deploy with a MUFFLED CRACK,
simultaneously.

RAMBO'S POV

looking down past his swaying feet as the moonlit jungle
rushes up... and up...

A mahogany tree lunges like a huge hand.
The dark maw swallows us in blackness.

EXT.  RAIN FOREST

Moonlight filters down through the foliage of massive

LIGHTS001294

EXH. 20   PG. 236

trees, showing as shafts in the swirling night mists.

This is one of the most primeval forests on the planet, a place of violent growth and death-filled shadows.

Massive tree roots grip the earth, entwined with vines that climb swaying into the vaulted canopy above. Water drips constantly.

And life is everywhere. Furtive. Timeless. Churning in the shallow pools, under the bark, in the sweating fruit... leaping through the matted foliage above.

A FIGURE rises behind a rotting log, like a being from interstellar space. Rambo removes his goggles and headset, then shrugs out of his chute harness.

He looks around slowly. Taking it in.

>                    RAMBO
>                 (to himself)
>          Man, what are you doing back here?

Brewer's voice is a reedy chirp from his headset. He raises it to his ear.

>                    RAMBO
>          You okay?

>                  BREWER (V.O.)
>          Keep it down, man. I got problems.

                                          CUT TO:

**EXT. RAIN FOREST - BARNYARD**

Brewer is face-to-face with a mangy PIG, which grunts its annoyance.
He is stuck up to his knees in the mud of a small fenced yard containing a few pigs and chickens.

The yard is adjacent to a large THATCH HUT, and four or five additional HOOTCHES are visible farther downslope, nestled among the trees.

Brewer holds a finger to his lips, cautioning the pig to silence. He lays backward in the black slop as a VIETNAMESE MAN in peasant pajamas comes to the door of the nearest hootch, an island of light in the dark forest.

Smoking a cigarette he looks around, perhaps scanning for the source of the faint crashing he heard a moment before.

Following a dirt road, little more than a trail between the hootches, an OLD WOMAN approaches. She is barefoot, and pushes a rusting bicycle laden with an enormous bundle of firewood.

Brewer struggles to free himself, straining in silence as the pigs step disdainfully around him.

The man flicks away the cigarette. He laughs raucously at something the old woman says and hurries to help her carry the firewood inside.

Brewer looks up, at his chute billowing quietly in the branches overhead.

The old woman pauses at the door, spits a shot of betelnut juice into the yard, and goes inside.
The door bangs shut.

**TIGHT ON BREWER**

sighing with relief.

LIGHTS001295

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

SUDDENLY A DARK OBJECT SHOOTS INTO FRAME, seizing him. Brewer's head snaps around.  The object is Rambo's hand, painted camo-green.

Rambo drags him with a sucking POP from the mud.

The Team Leader glares.

> RAMBO
> (a freezing whisper)
> That's one.

Brewer pauses a moment, assimilating the implicit warning. Then reaches for his harness buckles to free himself.

> CUT TO:

EXT.  RAIN FOREST - TRAIL

With the hootches visible B.G., Rambo moves silently off along the trail.
Brewer, lumbering under the enormous pack, CRASHES through foliage to catch up.  He curses under his breath.

Rambo moves wraith-like through the undergrowth, appearing and vanishing, there... then not there.

Brewer stumbles over a root, THUDS to the ground.

Rambo stops, looking back.  His expression grim.
He turns and moves on, disappearing into the foliage.

Brewer scrambles up, following.

EXT.  RAIN FOREST - CLEARING

TIGHT ON TRANSAT SCREEN as the last letters of the following message appear:

> SLM DNK FIELD TM TO SLM DNK
> CONTROL/REPORT INSERTION COMPLETED/
> PROCEEDING TO RENDEZVOUS/END MESSAGE

WIDER

revealing Brewer hunched over the tiny CRT screen atop the transponder box, typing at a keyboard the size of a pocket calculator.
Rambo squats motionless, watching intently.

Brewer hits the "SEND" button.

> CUT TO:

INT.  COMMAND SHACK

The chief telecom tech turns to Kirkhill.

> TECH
> It's coming in.

Kirkhill watches the message print out on the main screen. Turns to Trautman.

> KIRKHILL
> They're in!  On the money.

A cheer goes up in the command center.  The home team just scored.

EXT.  RAIN FOREST - CLEARING

Rambo squats, studying his WATERPROOF TERRAIN MAP.
He glances at Brewer who has finished assembling his

LIGHTS001296

EXH. 20   PG. 238

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

weapons and gear.

**REVERSE ON BREWER**

looking like a Martian stormtrooper with his exotic
weapons and surplus equipment.
He is sighting through the scope of his assault rifle.
Fully assembled it is as big as a Chrysler and looks
straight out of Star Wars.

                    RAMBO
          What do you call that?

                    BREWER
              (crisply)
          Modified M-16 A2 and over-under M-79
          grenade launcher, with Sionics sound
          suppressor, Tracor starlight scope
          and LAC/R-100 Laser sighting system.

                    RAMBO
          Batteries not included.

                    BREWER
              (wounded)
          This is state-of-the-art firepower.

Rambo picks up another device, a cylinder like a
flashlight with a curly-cord running to a pair of
earphones.

                    RAMBO
          What's this?

                    BREWER
          AC-System 'Big-Ear' telescopic
          mike with built-in audio processor.
          Can pull a whisper out of a loud
          cocktail party at 50 meters.

Rambo gazes around him.

                    RAMBO
          Cocktail party.  Uh huh, right.
              (pause)
          Let's saddle up.

                    BREWER
          Where's your stuff?

Rambo flips open his rucksack.

                    BREWER
              (incredulous)
          That's it?  Some C-4, a map and a
          knife?

                    RAMBO
          There's a compass in the handle.

Brewer gestures at the Russian-made AK-47 slung over
Rambo's shoulder.

                    BREWER
          And a beat-to-shit AK?  Every
          twelve-year-old in Nam's got one of
          those.

                    RAMBO
          Exactly.

Brewer hefts the separate rucksack containing the TRANSAT.

                    BREWER
          Uh... this thing's pretty heavy.
          You got room for it?

LIGHTS001297

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Rambo snorts disgustedly.

                    BREWER
          Just a thought.


EXT.  RAIN FOREST

Using a stream bed to navigate through dense growth, Rambo
glides his legs smoothly through knee-deep brackish water.
Brewer follows, swatting and batting at clouds of
mosquitos.

A VIPER glides past them, roiling the surface, and
disappears into twisted tree roots.

                    BREWER
          You wanna know why I stood up for
          this show?

                    RAMBO
                    (moving off)
          No.

                    BREWER
          I was in the brig.  They gave me a
          deal.  I blew up this Colonel's golf
          cart with an M-19.  He wasn't in it
          or anything... it was the symbolic
          value.  Seemed like a good idea at
          the time.

                    RAMBO
          That's a real good reason to wind up
          in 'Nam.

                    BREWER
          I've seen worse places.

                    RAMBO
          There are no worse places.


EXT.  RAIN FOREST - LATER

Rambo leads them up a steep trail as a dense NIGHT FOG
creeps over the ridgeline above.

FOLLOWING RAMBO - HANDHELD

as he moves along a narrow game trail.
Shapes loom out of the mist, revealed as harmless trunks
or vines only at the last second.

As they top the rise, the trail opens out onto a plateau-
like cleared area.

Ahead, an ENORMOUS STONE FACE, wreathed in vines, looms
from the mist.

WIDER

as the two walk into the atrium of a RUINED "WAT", or
BUDDHIST TEMPLE.  Brewer looks awed.


EXT.  RUINS OF WAT

Serene despite the ravages of centuries, two stone Buddhas
thirty feet tall sit flanking the stairs to the ruined
temple.  Trees and vines all but obscure the cracked and
tumbled forms of ornately carved walls.

The central courtyard is open to the sky.  Spire-like
structures are dimly visible in the fog beyond.


LIGHTS001298


EXH. 20   PG. 240

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                                   BREWER
                               (hushed)
                       This place is a trip.

                                   RAMBO
                       Buddhist monastery.  Fifteenth
                       century.

                                   BREWER
                       Damn!  Leeches.

He has pulled up his pant-leg to reveal THREE SQUIRMING
BLACK WORMS attached to his calf, sucking on him.

Rambo moves off, scanning, unconcerned.

                                   RAMBO
                       Get used to 'em.

TIGHT ON BREWER

lighting a cigarette, his hands tightly cupped around the
glow.  Rambo slaps it out of his hand.
Stomps it out.

                                   BREWER
                               (hissing)
                       You fucking crazy?  I need it to
                       burn these things off.

                                   RAMBO
                       No cigarettes.

                                   BREWER
                       I had it cupped.

Rambo takes the pack from Brewer's breast pocket and
grinds it into the mud under his boot.

                                   BREWER
                       Look, Rambo.  I've had enough of
                       your bad-ass Indian-scout bullshit.
                       You're years out of date... I'm
                       makin' a career out of teaching you
                       the hardware.  As far as I'm
                       concerned you're just along to back
                       me up.  And I heard about you...
                       about how twitchy you really are.
                       Kill any civilians lately?

Brewer is hurled against a stone wall and pinned with a
knife to his throat so rapidly he's not sure how it
happened.  Rambo is in his face, speaking very softly.

                                   RAMBO
                       Listen real careful, freshmeat.  I
                       don't know why they sent you.  Maybe
                       they didn't want to waste a good
                       man.  But you screw up once more and
                       I'll kill you myself.

Rambo whips away, moves quietly off.

Shaking with rage, Brewer levels his weapon at Rambo's
back.  Then he realizes how silly that would be.
Frustrated, he jogs to catch up.

                                   BREWER
                       Man, are you strict.

Moving in the shadows, Rambo walks through the ruins
noiselessly.  A voice emerges from the mist behind them,
an almost childlike lilt.

                                   VOICE (O.S.)

LIGHTS001299

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

You are first tourist here in long
time.

Brewer whips around, centering the AIMING DOT of his
sighting laser on a FIGURE sitting on a ledge above them.

Sitting cross-legged and unperturbed is a diminutive
VIETNAMESE WOMAN of about 28.  The dot of Brewer's laser
is centered on her forehead like a Hindu prayer mark.

She is absolutely beautiful, with wide, calm eyes and
strong but sensuous mouth which curves now in a small
quirky grin.

                    WOMAN
          You come here see Buddha... ask for
          truth?  Or just lost?

                    BREWER
                 (whispering)
          Should I waste her?

Rambo pushes his rifle barrel aside and takes a step
forward.  When he speaks it is in FLUENT VIETNAMESE.

                    RAMBO
                 (Viet/subtitled)
          I'm not lost.  Just looking for
          someone.

                    WOMAN
                 (Viet/subtitled)
          Someone called maybe 'Night Orchid'?

                    RAMBO
                 (Viet/subtitled)
          That's right.

                    WOMAN
                 (Viet/subtitled)
          I'm Co Phuong Bao.

                    RAMBO
                 (to Brewer)
          She's our contact.

                    BREWER
                 (grudgingly
                 impressed)
          I didn't know you spoke Vietnamese.

Co slides down from the ledge and stands before them,
almost two heads shorter than Rambo.  Her lithe figure is
not entirely concealed by her loose black "pajamas".  She
wears her hair in a long single braid and has the delicate
hands of a child.

                    RAMBO
          I'm Rambo.  This is Brewer.
                 (to Brewer)
          Her name is Co.

                    CO
          It means "virgin."  My mother was
          comedian.

                    BREWER
          Howdy, Co.

He sticks out his hand but Rambo motions "no".  She bows
slightly.

                    BREWER
          Uh, you speak pretty good English.
          Where'd you learn?

**LIGHTS001300**

**EXH. 20   PG. 242**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                              CO
                    University of Saigon.  Have Masters
                    Degree in economics.  Not use too
                    much now... Communists in charge.
                    You got time... want to eat?

                              RAMBO
                    Sure.  Whattaya got?

Co reaches up onto the ladge, her previous perch, and
pulls down a small PACK, actually a FOOD TUBE of the sort
worn over one shoulder by Viet Cong and other Vietnamese
guerrillas.

                              CO
                         (opening it)
                    Nuac mam.

She unrolls several rubber tree leaves holding rice with a
pungent sauce.  Rambo takes the food and the proffered
CHOPSTICKS and, squatting, begins shoveling it expertly.

                              RAMBO
                    You really got a Masters Degree?

                              CO
                    Sure.  I only sound like forty-year-
                    old in your language.

Brewer fumbles with the sticks.  Switches to fingers.

                              BREWER
                    What's this stuff on the rice?

                              RAMBO
                    Fermented fish sauce.

Brewer's expression is less than enthusiastic.

                                             CUT TO:

EXT.  RAIN FOREST - RIVER TRAIL - NIGHT

With Co leading through the maze of aimless game trails
the group makes its way parallel to a modest RIVER, THE
CA.

                              RAMBO
                    How do we get upriver?

                              CO
                    I have arranged transportation.  We
                    meet soon.  But I think you to be
                    disappointed.

                              RAMBO
                    Why's that?

                              CO
                    I go up to this camp two months ago.
                    Nobody there.  Empty for years.

Rambo stops, puzzled.

                              RAMBO
                    Why would they send us to a deserted
                    camp?

                              BREWER
                    Who cares?  Let's just do it and get
                    out.  Go have a Jacuzzi and get laid
                    in Bangkok.  Know what I mean?

Rambo moves on, still concerned.  Something's a bit off.

                              RAMBO

**LIGHTS001301**

**EXH. 20   PG. 243**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

We'll check it out.

                    BREWER
How come we didn't just drop near
the camp... save this hassle?

                    RAMBO
Brewer.  Does a jet make noise?

                    BREWER
Yeah...

                    CO
            (switching to Viet
             subtitled)
Where did you find this clown?

                    RAMBO
            (Viet/subtitled)
I thought he was with you.

                    CO
            (Viet/subtitled)
Crazy motherfucker.

                    BREWER
What's she saying?

                    RAMBO
She likes you.  Says you're dinky-
dau.

                    BREWER
What's that?

                    RAMBO
Powerful warrior.

                    BREWER
Yeah.  Dinky-dau, that's me.  Hey,
Co.  You wanna meet Jake the one-
eyed snake?

Rambo motions suddenly for a "freeze".  Co walks on ahead,
toward the river, as the Americans melt into the shadows.

EXT.  RIVER - MARSHY INLET

A HOUSE-SAMPAN wallows among the naked tree roots in a
brackish inlet off the main river.  On deck are TWO MEN,
loosely speaking.  Possibly two of the most misbegotten
specimens the Orient has to offer.

They raise their AK-47s as Co approaches.  Exchange a few
quick syllables and Co turns, motioning Rambo and Brewer
forward.

As they pass, two more equally unwholesome-looking men
emerge from concealment and follow them to the sampan.

Everybody grips their weapons tightly.

                    BREWER
            (under his breath)
These guys look like they'd sell
their mothers.

                    RAMBO
Sometimes they do.  They're river
pirates.  Opium runners.

                    BREWER
            (hissing)
Pirates?  No kidding?

**LIGHTS001302**

**EXH. 20   PG. 244**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Before they step across onto the sampan, Co introduces the "captain" in Vietnamese.

Wearing all manner of jewelry, including four wristwatches and a pair of filthy western-style jeans a size too large, CAPTAIN TRONG KINH grins and motions them aboard.

The grin reveals bare gum where his upper front teeth would be.  Obviously broken out in a fight.

> CAPTAIN TRONG KINH
> Wa-ky number one.  You come number one sampan.

> RAMBO
> (Viet/subtitled)
> Thank you, Captain, for your hospitality.  You speak English very well.

Grinning wider, Captain Kinh motions them inside the CABIN, a rambling and dilapidated structure of corrugated sheet metal and woven bamboo.

Kinh barks orders at his men, who cast off from their moorings and jump aboard.  The first light of dawn is breaking through the trees.

INT.  SAMPAN CABIN

A raisin-faced WOMAN in an ao-dai, holding an infant, shuffles aside as Rambo steps down into the dim smoky interior.
Brewer, Co and Kinh follow.

The two Americans must stoop in the scaled-down structure. Every conceivable space is crammed with scavenged or looted detritus: ammo cases, hubcaps, radios, a TV with no back, books, dead chickens, an ice-cube tray, a Toyota bumper, outboard motors... there is no operant logic to most of it.

> BREWER
> Looks like my room in college.

> CO
> We sleep here today.  Safe here while we go up river.

> RAMBO
> What about patrol boats?

Kinh opens a greasy wooden locker, takes out his pride and joy, a Russian-made RPG-7 ROCKET-GRENADE LAUNCHER.

His grin glistens evilly in the gloom.

                                        CUT TO:

EXT.  BASE CAMP - DAWN

A beautiful sunrise backs the treeline, stretching long shadows across the quiet camp.

INT.  KIRKHILL'S TRAILER

The interior resembles that of a motor home, complete with bunks, kitchenette and a small bar.

Kirkhill is on the phone, pacing... agitated.  His reptilian aide lounges on a bunk.

> KIRKHILL
> (to phone)

LIGHTS001303

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

No, sir... we're already committed.
They're in the jungle right now.  I
say we play the hand through... if
they find something we just bury the
report later.  It's still airtight.
          (pause)
Yes, sir.

He hangs up.  Runs a hand through his hair.

                    KIRKHILL
          (to aide)
Goddamn it!  Now the goddamn
satellite shows the camp occupied...
some trucks or something.

                    AIDE
          (grimly)
Oh, boy.  It's getting dicey.

Their manner becomes guarded when a KNOCK at the door
interrupts them.
The aide unlocks it and admits Trautman.

                    KIRKHILL
What's up?

                    TRAUTMAN
Listen, Kirkhill.  I'm a bit of a
fifth wheel in your setup here... I
thought I'd go out with the
extraction team tonight.  Unless you
have an objection.

                    KIRKHILL
          (not liking it)
It's not necessary.

                    TRAUTMAN
I know.

                    KIRKHILL
That's a pretty hairy ride.  Full
Colonels are supposed to be above
that sort of thing.

Trautman is calling him on it with a deadpan response.

                    TRAUTMAN
I know...

                    KIRKHILL
          (shrugs expansively)
Have fun.

EXT.  CA RIVER – DAY

Kinh's hideous sampan churns upriver slowly, powered by an
ancient outboard motor.  It passes other river traffic,
small hand-powered sampans manned by figures in broad
conical coolie hats.

With the exception of a rare powered craft, the scene is
that of a Vietnam unchanged by centuries.  The ebb and
flow of regimes and ideologies has little altered the
basics of life here.

INT.  SAMPAN

Rambo watches through a chink in the sheeting of the cabin
as the timeless landscape rolls past.

RAMBO'S POV

LIGHTS001304

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

A view of the shoreline as brown children splash naked in the shallows where a row of hootches marches up the hill on stilts. The SQUEALS and LAUGHTER come clearly across the water.

Rambo turns his gaze to the sampan interior.
Two of Kinh's men, Co and Brewer all sleep soundly.

Rambo watches Co, her face serene in sleep. Childlike. Beautiful.

                                                    DISSOLVE TO:

EXT.  CA RIVER - LATE AFTERNOON

The water is coppery, silhouetting the sampan as it churns on.

Kinh's wife squats on the foredeck, smoking a long-stemmed clay pipe.

                                                    DISSOLVE TO:

INT./ EXT.  SAMPAN - SUNSET

The walnut-faced woman hands Rambo two bowls of nuoc mam. He passes one to Brewer.

                    RAMBO
          Have some armpit sauce.

Brewer groans. Opens a C-ration can.

                    RAMBO
               (to Co)
          How did you get started working for
          the spooks?

                    CO
          Spooks?

                    RAMBO
          Intelligence work.

                    CO
          Oh. They talk to me at university
          before fall of Saigon. Make deal.

                    BREWER
          Everybody's makin' deals.

                    CO
          My brother captain in ARVN... need
          papers to go United States, or North
          Vietnamese will execute. They make
          deal... I stay here and do work...
          my brother and my son can go United
          States.

                    RAMBO
          Your son?

Co's eyes drop and her whole demeanor deflates slightly.

                    CO
          Nguyen. He twelve now. Not see him
          for eight years.

                    RAMBO
          Where's his father?

Co shrugs.

                    CO
          Dead. Killed in war.

LIGHTS001305

EXH. 20   PG. 247

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Her voice and expression convey the fatalistic acceptance
of one who has seen death in all its forms.  Expects it as
an element of daily life.

                         RAMBO
             Where's Nguyen now?  What city?

                         CO
                   (noting his concern)
             Huntington Beach, California.

                         RAMBO
             It's nice there.  He's probably
             digging every minute.  Got a
             surfboard.  Breaking girls' hearts.

                         CO
                   (distractedly)
             Nguyen is good boy.

Co gazes at the sunset beyond the door.  A tear runs down
her cheek.  She catches herself.  Wipes it away almost
brutally.  She abruptly goes on deck.

                         BREWER
             Some hardened guerrilla fighter they
             gave us.

Rambo freezes him out with an evil look.
Suddenly there is a commotion on deck.  The roar of a
powerful ENGINE.  Co bursts in a moment later.

                         CO
             River patrol!

A FAST LAUNCH roars toward them, silhouetted by the
setting sun.  UNIFORMED SOLDIERS on deck bring twin 50-
caliber machine guns to bear.

Rambo and Brewer dive under filthy bunks.  Lock and load
their weapons.  Co pushes junk in over them.
Kinh rips open the cabinet.  Slams the shaft of a rocket
grenade into the launch tube.

Co barks an order at him.  He hesitates.  Lowers the
weapon.

Co removes a small packet of North Vietnamese bills from
inside her blouse and hands it to Kinh.


EXT.  SAMPAN

The patrol boat pulls up in an arc, almost swamping them.
The soldiers on deck wear the uniforms of the North
Vietnamese navy.

The deck gunner racks the bolt on his R.P.K. MACHINE GUN.
The captain shouts RAPID VIETNAMESE en a loud hailer.

Kinh's men lounge on the sampan indolently, looking like
fishermen on an evening trawl.

The scrawny woman feeds an infant at one sagging breast.

The PATROL CAPTAIN draws his service pistol and jumps down
into the sampan, entering the cabin.
Co sits demurely on one bunk as Kinh greets the officer.

The officer begins poking through Kinh's possessions.
He tugs at the crate under the bunk where Rambo lies
concealed.

TIGHT ON RAMBO

absolutely motionless.  The crate beside his head moves.

LIGHTS001306

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

The officer's boot is visible through a widening crack.
An ARGUMENT IN VIETNAMESE is heard heating up.

BREWER

grips the MAC-11 tightly, releases, grips, releases.
Sweat runs into his eyes.

THE OFFICER

looks severe as he contemptuously thumbs through a sheaf
of bills.
Kinh, gesticulating pathetically adds some more to the
stack.

After a tense moment the officer kicks the crate next to
Rambo and stalks out, tucking the payola in his tunic.

He jumps off the sampan and the patrol boat ROARS on.

INT.  SAMPAN

Rambo and Brewer allow themselves to exhale.

                    RAMBO
          How you doing, Brewer?

                    BREWER
               (shaken)
          I need a vacation.

EXT.  RAIN FOREST - PRISON CAMP - NIGHT

With Co leading, Rambo and Brewer move furtively along a
tortuous trail.  It has rained recently and the forest is
alive with glistening reflections, dripping water.
The trail winds up a steep embankment.

As they reach the top of the rise, CAMERA BOOMS UP over
the shoulder of the embankment to reveal a COMPOUND
beyond, dark except for moonlight.

RAMBO

watches from concealment in the foliage.  He is invisible
with his camo-makeup except for darting eyes.

RAMBO'S POV

looking between the leaves, scanning the prison camp.

Two shabby WOODEN GUARD TOWERS stand at diagonally
opposite corners of the compound.  There is a simple fence
of barbed wire on wooden posts enclosing the area and a
main gate with a sentry box.
THREE LONG WOODEN BARRACKS form a U, filling most of the
compound.  The place seems deserted.

                    RAMBO
          Check the tower with your scope.

Brewer raises the rifle, sighting through the massive
starlight scope.

BREWER'S POV - TELEPHOTO

The image is bright, lurid... black and white with a
greenish cast.  Like contrasty daylight.  He pans up the
tower.  A Russian-made P.K. 7.62mm machine gun sits
pointing skyward.  The tower seems unoccupied.

                    BREWER
          Nobody home.  Wait a minute!
          Cigarette.

LIGHTS001307

EXH. 20   PG. 249

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

A brief glow of light illuminates the face of a TOWER GUARD hidden in shadows.

                    BREWER
               What's he here for?

Nearby, another GUARD saunters out of the forest dressed in NVA regular private's uniform with the sleeves rolled up casually.  His AK-47 is slung over his shoulder.

BREWER

slips the telescopic microphone out of his rucksack and clamps it to the side of his scope.

He slips on a pair of small earphones and pans the rifle-scope-mike over the nearest barracks unit.

                    BREWER
                 (intently)
               Snoring.  Five, six guys.
               Mumbling... Vietnamese.  Somebody
               talking in his sleep.  A toilet
               flushing.

                    RAMBO
               Guard barracks.  Take some shots.

Brewer locks a 35mm SLR camera to an adapter on the starlight scope.
He starts clicking off some shots.

Brewer then scans the long hut across the compound.

                    BREWER
               Breathing.  Moaning.
                 (suddenly)
               Shit!

He whips off the earphones in pain as a LOW SCREAM echoes across the camp.
It fades into a delirious moaning.  Stops.

                    RAMBO
                 (nodding grimly)
               Bad dreams.  Prisoner's barracks.
               Shoot some.

Brewer clicks away.

A TINY ENGINE WHINING draws their attention to the main gate where a YOUNG WOMAN on a LAMBRETTA SCOOTER pulls up to the sentry shack.
Brewer zeros on her as she greets the GATE GUARDS.

                    CO
               Cyclo-girl whore from village.
               Business slow there.

Rambo takes the earphones, listening to the girl's distant chattering.

                    RAMBO
               She's making him a pretty good deal.

Apparently the guard agrees because he opens the gate and the girl slips inside.

                    RAMBO
               What's that?  By the far tower.

Brewer pans to the distant shape.

                    BREWER
               It's a guy in a cage.

**LIGHTS001308**

EXH. 20    PG. 250

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                    RAMBO
          American?

                    BREWER
          Can't tell.  Pretty tall.  He's real
          scrunched up in that thing.

                    RAMBO
          Let me see.

RAMBO'S POV THROUGH SCOPE

The image is of an EMACIATED FIGURE slumped in a bamboo
cage.  The man's skin is ghostly white.  He seems almost a
living skeleton, dressed only in ragged shorts.

His wrists are clamped in a wooden STOCK and blood runs
down his arms from the abraded sores.

THE IMAGE ZOOMS CLOSER, MOVES ONTO HIS FACE.  TIGHT.

Though gaunt and filthy, he is clearly CAUCASIAN.

                    RAMBO
          Roundeye.

                    BREWER
          Alright.  Home run.

                    RAMBO
                (angrily)
          Torture cage.  Can't stand... can't
          sit... for days.  Sometimes weeks.

                    BREWER
          Bastards.  Let's get some shots.

ON RAMBO

MOVING SLOWLY IN as he hands the kluge back to Brewer.

                    RAMBO
          That guy's not going to make it.

                    BREWER (O.S.)
          Nothing we can do, man.

Rambo decides in that moment.

                    RAMBO
          I'm getting him out.

                    BREWER
          What?  Are you crazy?  We're
          supposed to take pictures and split.
          You're gonna blow the whole program.

                    RAMBO
          You never been in one of those
          things.

                    BREWER
          I suppose you have...

Rambo holds his wrists up, right under Brewer's nose...
showing the chafing scars.

                    BREWER
          It's orders!  You remember... when
          they tell you to do something and
          then you do it.  John Wayne is dead,
          man.

                    RAMBO
                (rising)

LIGHTS001309

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

>                   You take pictures and split.  I'm
>                   going in.

Brewer throws down his rifle.  He's apoplectic.
He can barely form words.

>                        BREWER
>                   Fuck it.  Fuck it.  Aw... ke-rist.

Then a slow grin spreads.

>                        BREWER
>                   How we gonna do it?

>                                              CUT TO:

EXT.  CAMP PERIMETER - LATER

MOVING WITH BREWER as he belly crawls to the edge of the
cleared area, just a few yards from the wire.  He is right
under one tower, hidden among ferns.

BREWER'S POV THROUGH SCOPE

as Rambo's silhouette crosses to the wire farther down.

EXT.  COMPOUND

DOLLYING WITH RAMBO at ground level as he crawls under the
wire and undulates from shadow to shadow.

He reaches the nearest building.  Hugs it.
Rambo moves on in silence.  He is barefoot, the pale skin
smeared with mud, and carries only the PISTOL CROSSBOW.
Without rifle, pack, harness or grenades to clatter, he
moves like a spirit in the material world.

Rambo raises one eye slowly over a window ledge.
Inside several guards sleep soundly under mosquito
netting.  Their rifles are stacked against the far wall.

ANGLE ON GUARD

snoring ludicrously loud.  He bats at a mosquito,
grunts... turns over.

ANGLE UNDER GUARD BARRACKS

MOVING with Rambo as he crawls among the support posts.

He freezes as a light is snapped on above him.
It streams down through cracks between floorboards.

Moving very slowly, Rambo squints through a gap.

RAMBO'S POV

A LOW ANGLE on a UNIFORMED GUARD rummaging in a tiny
prehistoric refrigerator, humming to himself.

He takes out a can of COKE, recognizable, although the
label is in Chinese characters.  Rolls it slowly across
his sweaty forehead.  Pops it.  The foam now runs onto the
floor, drips into Rambo's eyes.

The light snaps off.  FOOTSTEPS.  Rambo moves on.

EXT.  PRISONERS' BARRACKS

There are two rows of rusted iron bunks set out like a
hospital ward.  Most of them are empty.  Seven aren't.

SEVEN AMERICAN PRISONERS OF WAR

LIGHTS001310

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Like the man in the cage they are gaunt, scabrous.
Dressed in ragged peasant clothes too small for them.

One man, bathed in sweat, moans and tosses with malarial
fever.  Another is wrapped so tightly in a fetal position
his face is between his knees.

They have padded the bare springs of their cots with
mattresses of rubber leaves.

Rambo stands a few feet from them as if giving a
benediction, the crossbow raised in one hand.  He moves
on, leaving no trace.

EXT.  GUARD TOWER

The GUARD reclines in a folding chair, nodding to the beat
of unheard music.  A SONY WALKMAN is clipped on his belt
and he has the earphones over his GRAY PEAKED CAP.
He takes a last drag and tosses a cigarette over the
parapet.

EXT.  PERIMETER - RAIN FOREST

TIGHT ON BREWER hugging the ground as the smoldering butt
lands five feet from him... in the pool of light from a
floodlight.  He groans, watching the smoke curl up.

Starts creeping his hand toward the butt.

EXT.  COMPOUND - CAGE

The man inside opens his eyes when Rambo touches his
broomstick neck, feeling for a pulse.

His lips are parched and there is a horrible bruise around
one eye.

                    PRISONER
                (barely audible)
          Who're you?

                    RAMBO
          American.  Come to get you out.

                    PRISONER
          Man, you are one scary-looking
          motherfucker!

                    RAMBO
          Can you walk?

                    PRISONER
          I could a couple of days ago.  Gonna
          be... stiff.

Rambo quickly picks the lock on the wrist clamps and then
slips his LILE KNIFE from its sheath.
Starts cutting the lashings on the bamboo cage.

                    RAMBO
          What's your name?

                    PRISONER
          De Fravio.  Dave De Fravio.
          Lieutenant... Air Force.

The door gives way and Rambo steadies De Fravio as he
slumps forward.

                    RAMBO
                (shakes his hand)
          Good to meet you, Dave.  I'm Rambo.

LIGHTS001311

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Okay, I'm going to carry you.  Don't cough or make any noise.

                    DE FRAVIO
          Sure thing, Rambo.  You gettin' the
          other guys, too?

                    RAMBO
          Not this time.  We'll be back.

Rambo slings De Fravio's gaunt six-foot frame over his shoulder in a fireman's carry and heads off in a crouching run.

LONG SHOT ON RAMBO

crossing a pool of light B.G. as the sentry lounges in his shack.

EXT.  PERIMETER - RAIN FOREST

Brewer seems to have lost sight of Rambo.  He scans the camp to the treeline and back.
The filterless cigarette is smoked almost to his lips.

WHAM!  A BOOTED FOOT SMASHES DOWN on his rifle, pinning one hand.  He looks up at...

A NORTH VIETNAMESE GUARD who holds an AK-47 in Brewer's face.

With his headphones on Brewer hadn't heard the quiet approach from behind.

Brewer closes his eyes in profound misery.
There is a soft THUNK.

Brewer opens his eyes as the AK-47 falls into the grass.
Looks up to see...

The guard is leaning back against a tree, motionless.
The VANED TAIL of a CROSSBOW BOLT protrudes from his neck under the jaw.  He is pinned to the tree, quite dead.

Rambo appears from the undergrowth, still carrying De Fravio, crossbow in hand.

                    RAMBO
                 (to Brewer)
          That's two.

EXT.  RAIN FOREST

Brewer and Rambo, carrying the POW, rejoin Co on the ridge, where they had left their gear.

Rambo sets De Fravio down and reaches for his boots.
The POW looks dazedly at his rescuers.

His eyes, in hollow sockets, track from one to the other.

                    DE FRAVIO
                 (weakly)
          You guys are real... aren't you?

                    BREWER
          Huh?

                    DE FRAVIO
          Sorry, I mean... I talk to people
          all the time... I know a lot of them
          aren't there.  But this is real,
          isn't it?  You're taking me home
          now?

LIGHTS001312

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                         BREWER
                  That's right, buddy.

De Fravio sits frozen for a moment, then a dry sob wracks
his entire body and he puts his arms around Brewer.
He cries with utter abandon, quietly, while Brewer looks
at him helplessly.

                         DE FRAVIO
                  Thank God... thank you...

Brewer looks at Rambo with a stricken expression.  Then
puts his arms clumsily around De Fravio, like somebody
holding a baby for the first time.

Co touches Rambo's hand.  Motions "let's go" with a cock
of her head.  He nods.

                                                 CUT TO:

EXT.  RAIN FOREST - NEAR PRISON CAMP - LATER

A stocky SERGEANT OF THE GUARD stands over the partially
concealed body of the guard Rambo killed.

He raises his whistle and sends a SHRILL BLAST across the
camp.
Lights come on in the guard barracks.

                                                 CUT TO:

EXT.  RAIN FOREST - RIVER BANK - NIGHT

The sampan waits beyond a screen of trees as Brewer calls
in on the TRANSAT.  Co is helping De Fravio walk
unsteadily down to the boat, B.G. The river bandits eye
the tall, death-like figure suspiciously.

                         RAMBO
                  We'd better go for the emergency LZ
                  at point Zulu Sierra.  Tell them
                  we've got some heat but don't
                  mention De Fravio.

Brewer starts typing.

                                                 CUT TO:

EXT.  STAGING AREA - THAILAND

Doyle's ground crew is removing the camouflage canopy from
the UH-60 "Blackhawk" helicopter.
The turbines are warming up with an ASCENDING WHINE.

Doyle and Trautman, F.G., turn as the door to the command
trailer bursts open and a TECH runs out.

                         TECH
                  You're go for extraction.  Mr.
                  Kirkhill says wind 'er up.  Here's
                  the hardcopy.

Trautman takes the printout.

                         TRAUTMAN
                      (to Doyle)
                  Alternate LZ Zulu Sierra at 0500.
                  It says "May have heat.  Don't be
                  late.  All our love."

                         DOYLE
                      (scowling at his
                       watch)
                  Let's get that tent down!

LIGHTS001313

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                                                        CUT TO:

INT.  SAMPAN - CA RIVER - NIGHT

De Fravio seems a little more in focus as he sits huddled
with the others in the cramped cabin.

                         DE FRAVIO
               I gotta tell you, it's just luck you
               guys came when you did.  They move
               us around a lot... We only been at
               that camp a week.  Got a smoke?

                         BREWER
                    (pointedly)
               No.

                         DE FRAVIO
               What kind of raggedy-ass rescue you
               call this?

                         RAMBO
               Why were you in the box?

                         DE FRAVIO
               Well, I caught this cobra, see...

                         BREWER
               You mean the snake?

                         DE FRAVIO
               Yeah.  It's not hard once you get
               the hang of it.  In the wrist.
               Anyway, I did what I always do when
               I get one...

                         BREWER
               What's that?

                         DE FRAVIO
                    (straight-faced)
               Put it in the guard's barracks.
                    (pause)
               Man they got pissed.  They beat the
               crap out of me, but... it's kind of
               a tradition.  You oughta see 'em run
               around.

                         RAMBO
                    (chuckling)
               You got a bad attitude.

De Fravio grins, showing bad teeth as well.

                         DE FRAVIO
               I know it.

De Fravio eyes Co as she hands him a plate of rice and
meat.

                         DE FRAVIO
               Thanks lady.  You're pretty cute...
               doing anything this weekend?

                         CO
                    (smiling)
               Eat slowly.  Don't make yourself
               sick.

She exits with the dirty cooking utensils.

EXT.  SAMPAN

When Co closes the door to the cabin, Kinh sidles up to
her and rapidly whispers something in Vietnamese.

LIGHTS001314

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

He seems to be eliciting a response and eyes her warily.

Co freezes indecisively, then nods yes.

In the stern, B.G., one of Kinh's men is talking quietly
on a beat-up military-style FIELD RADIO.
His voice is masked by the sound of the outboard motor.

Co whispers something and holds out her hand, palm up.
Kinh grins, gaptoothed.  He pulls a .45 PISTOL from his
belt and slips it to her.  Runs his finger along the curve
of her neck.  She quietly pulls the cocking slide,
chambering a round.

EXT.  CA RIVER - INLET

The sampan glides into the brackish estuary amid half-
submerged trees.  It is the original rendezvous point.

Everyone assembles on deck, with Rambo helping De Fravio
through the cabin door.
Brewer checks his watch.

                    BREWER
          Twenty-five minutes.  We'd better
          roll.

Rambo freezes... looks down.
An AK-47 muzzle is pressed into his kidney, held by one of
Kinh's men.
Two more are covering Brewer, who had just handed his
rifle to Co, while donning his pack.

Kinh steps up, grinning.  Takes Rambo's rifle.  A fourth
guard eases an arm around his neck, a long knife held
under his jawline.

It has all happened smoothly and with precision planning.

                    KINH
          Wa-ky number ten.  Do-ma.

                    DE FRAVIO
          Yeah, fuck your mama-san, too.  In
          the...

Kinh backhands him to the deck.

TIGHT ON RAMBO

his eyes cold, looking at Co.

She advances on him.  Her black almond-shaped eyes
glitter, alien as the depths of space.

She spits in his face.
Kinh snorts a feral laugh.
Rambo doesn't react.

E.C.U. CO

Her eyes dart to the side.

RAMBO AND CO

something, a microsecond flash of understanding, passes
between them.

                    BREWER
                 (enraged beyond
                  belief)
          You slope bitch!

She whirls on him, drawing the .45.  It is enormous in her
child's hand.  Her expression is terrifying.

LIGHTS001315

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

SHE FIRES

The renegade behind Brewer ROCKETS BACKWARD, his FACE
EXPLODING.

Rambo moves, slapping his guard's elbow, driving the knife
across and away.  His teeth snap shut on the man's
forearm.  The knife falls.

Rambo's hands are simultaneously seizing the other guard's
AK-47 just as he fires.  Rambo holds his hand on the man's
trigger hand, AIMING THE GUN.

BULLETS RAKE FROM GROIN TO FACE on the third man standing
opposite them.
HE SPINS BACK, his rifle BLASTING AWAY harmlessly into the
sky.

Co places the muzzle of the .45 against Kinh's temple.
His grin is long gone.
SHE FIRES WITHOUT HESITATION.

Rambo drives the butt of the second man's AK-47 into his
stomach twice.  The bandit lets go.

Firing blind over his shoulder, Rambo vaporizes the head
of his guard, whose hand he still grips viciously in his
teeth.  He releases the hand.  Almost like spitting out
the dead man.

Clutching his stomach, the last bandit leaps to the shore.
FIFTEEN ROUNDS FROM BREWER'S SILENCED MAC-11 stutter
quietly into him.  He pitches face-down in the mud.

A cloud of blue cordite smoke disappears in silence.
The whole thing lasted four seconds.

> > > DE FRAVIO
> > > (slowly)
> > Wow!

> > > BREWER
> > What just happened?

Rambo moves over to Co.
She seems to sag, depleted.  In shock.
He takes the .45 from her limp fingers.

> > > RAMBO
> > > (Viet/subtitled)
> > Are you okay?

> > > CO
> > > (answering in
> > > English)
> > Yes.  But I lose many merits in next
> > life.  Very bad.

> > > RAMBO
> > Why'd they want us?

> > > CO
> > They heard about escaped prisoner on
> > radio.  Make deal.  More than we pay.

> > > BREWER
> > They sold us out?  Now I'm pissed.

> > > CO
> > They were fools.  To think there
> > would be reward.  And to ask my
> > help.

Rambo puts his hands on her shoulders.

LIGHTS001316

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

RAMBO

Thanks.

CO

Rambo.  NVA coming.  Pig dog Kinh say meet them here.  Whole garrison from Con Cuong is out.

RAMBO
(nodding grimly)
Let's go.

CUT TO:

EXT.  RAIN FOREST - LAOS - NIGHT.

At treetop level the all-black UH-60 ROARS down a forested valley at 180 mph, using no illumination but the moon.

MOVING WITH THE HELICOPTER

as it rises and drops with the terrain.

INT.  UH-60

Once again Doyle is night-flying in a blacked-out cockpit, putting the landing skids through the treetops.

Trautman stands behind the seats in the main bay.

Night air ROARS in the open door and Lifer, on door gun, dangles his legs in the windstream.  The rain forest is a dim blur very close below.

LIFER
(shouting)
Back in Indian country.  Just like old times.

He racks the bolt on his M-60 and grins.
Trautman nods politely and looks at his watch.

CUT TO:

EXT.  RAIN FOREST - NEAR WAT - PRE-DAWN

Rambo's group circles the ruins as they head for the landing zone.

The trail skirts an escarpment which drops over a hundred feet to the Ca River below.  Not far from the overgrown spires of the Wat is a stream which breaks over the cliff in a graceful waterfall dropping unimpeded into a lagoon.  The vista is quite stunning in the moonlight.

Brewer is struggling with both packs plus the heavy Transat, since Rambo has De Fravio and Co has her own pack.  Brewer scrambles, slipping back on the steep trail.

BREWER
Let's ditch this Transat.  We don't need it.

Rambo considers for a moment, then pulls away some underbrush beside a collapsed wall of the ruin.

RAMBO
Bury it here.  Work fast.

Brewer gets out his entrenching tool.

A cold pre-dawn light suffuses the rain forest, giving it an expectant quality.
Rambo scans the ridgelines with Brewer's scope.

LIGHTS001317

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

RAMBO'S POV - TELEPHOTO

Figures of TWENTY OR MORE VIETNAMESE SOLDIERS can be seen threading among the trees.

                    RAMBO
               (to Co)
          You better take off.

                    BREWER
          Ain't you coming with us, sweet
          thing?

                    CO
          My orders stay here.

She turns to head off along a diverging trail,  Rambo touches her shoulder.  She turns.

                    RAMBO
          See you in California.

Her grin is ironic.

                    CO
          Land of big PX.  Maybe I take you
          for a ride in my Cadillac.

Rambo watches her go.  A tiny, anonymous peasant girl.

INT./ EXT.  UH-60 - DAWN

Trautman watches over Doyle's shoulder as the helicopter roars between the walls of a mountain pass.  The ship is buffeted by turbulence, bouncing and dropping violently.

                    FUHRMAN
               (turning)
          Three minutes.

The steep slopes fall away and Doyle dives the ship across the rolling foothills.

We HEAR a faint call, barely audible over static.

                    VOICE
               (filtered)
          Zen Hammer this is Slam Dunk One, do
          you copy?  Over.

                    FUHRMAN
          Roger, Slam Dunk One... what is your
          position?

EXT.  RAIN FOREST - NEAR PADDIES - DAWN

Rambo is crouched with Brewer and De Fravio in a hollow beside an earth dike.

They are taking AUTOMATIC WEAPONS FIRE from the trees nearby.
Spurts of earth leap up around them.

Rambo is shouting in a controlled articulate voice into a small PRC-90 FIELD RADIO while Brewer lays down SUPPRESSING FIRE with his M-16 A2.

                    RAMBO
               (yelling)
          Zen Hammer... the heat's on.  We're
          taking fire.  Watch for my smoke.
          Red and green.  Northwest corner of
          a big paddy.
               (to Brewer)

LIGHTS001318

EXH. 20   PG. 260

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Let's move.

Rambo and Brewer, carrying De Fravio, charge up and over the dike as the ground is ripped around them.

Rambo hurls two SMOKE-GRENADES down the dike wall. Columns of red and green smoke begin rolling upward.

The dike on which they are pinned down forms part of the enclosure for a complex of terraced RICE PADDIES which occupy the few flat acres of this hilly terrain.  The flooded fields reflect the pre-dawn sky like plates of burnished metal.

Rambo slams in another clip and fires in short, controlled burst.  Brewer hands a captured AK-47 to De Fravio. The ex-POW opens up with a vengeance.

                    BREWER
          Go for it, man.  Good therapy.

EXT.  RAIN FOREST - NEARBY

VARIOUS ANGLES as THREE TROOP TRUCKS slide to a halt on a rutted jungle road, disgorging squads of NVA TROOPS.

Mortars are set up.  Roughly aimed.  THEY FIRE with a CHARACTERISTIC WHUMP.

ON THE DIKE

The Americans duck as a mortar round explodes in the paddy behind them, throwing up a geyser of mud.  Brewer picks up the PRC-90 mike.

                    BREWER
               (on radio)
          You guys comin' or what?

INT.  UH-60

Through the front canopy distant wisps of red and green smoke can be seen.  The paddies rush by below in a blur.

                    FUHRMAN
          Roger... we have you on visual.  We
          are coming in.  How many are you?

                    BREWER (V.O.)
               (filtered)
          Three.  We got an American POW with
          us.

                    TRAUTMAN
          Relay to command.  They have one of
          ours.

INT.  COMMAND SHACK - THAILAND

Kirkhill is pacing behind the main console.

                    TELECOM TECH
          Mr. Kirkhill... I have an AWACS
          relay.  Zen Hammer reports the
          ground team has an American POW with
          them.

Kirkhill's reaction is unexpected.  He whips around.

                    KIRKHILL
          What did you say?

                    TELECOM TECH

LIGHTS001319

EXH. 20   PG. 261

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                         (grinning)
                    They've got one of ours.

TIGHT ON KIRKHILL

as a look of frustrated rage is replaced by deadly calm.

                         KIRKHILL
                         (loudly)
                    This station is now on Condition
                    Bravo.  Harrison.  Meyers.  Goodell.
                    Out... now!

The puzzled techs drop their headsets and leave.

                         KIRKHILL
                         (continuing to tech)
                    Go to your COMINT priority
                    frequency.  Give me the mike... Zen
                    Hammer, this is Coach One.  This is
                    an Alpha-Kilo-Victor command
                    priority.

                         FUHRMAN (V.O.)
                         (filtered)
                    Roger, Coach One... go ahead.

                         KIRKHILL
                    I want you to abort the operation
                    immediately.

INT.  UH-60

Fuhrman can't believe it.

                         FUHRMAN
                    Say again, Coach One?

He presses the helmet-headphone tight to his ear, then
turns to Trautman, cupping his hand over the mike.

                         FUHRMAN
                         (to Trautman)
                    He wants us to abort before pick-up.

                         TRAUTMAN
                    Confirm it.

                         FUHRMAN
                    It is confirmed.
                         (to mike)
                    Coach One... we have them in
                    sight...
                         (pause)
                    Yes, sir.

Doyle looks at both of them and shrugs.

                         DOYLE
                    Turnin' around.

                         FUHRMAN
                         (to Doyle)
                    I thought you liked those guys.

                         DOYLE
                    I do.  But they ain't payin' the
                    rent, Jack.

                         TRAUTMAN
                    Stay on your heading, Captain.

                         DOYLE
                    Sorry, Sir.  Can't do it.

**LIGHTS001320**

**EXH. 20    PG. 262**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                    TRAUTMAN
          That's an order.

                    DOYLE
              (implacable)
          Sorry, Sir.

Trautman has his hand on the butt of his .45 when he hears
the clack of a rifle bolt over the rotor noise and turns.

Lifer has an M-16 in his lap, not exactly aimed at the
colonel, but not aimed away, either.

                    LIFER
              (smirking)
          We ain't Uncle Sam's misguided
          children no more, Colonel.  We're
          independent contractors.

                    FUHRMAN
          That's right, Sir.  We don't like
          this, but we are working for Mr.
          Kirkhill.

                    TRAUTMAN
          You pathetic scum.

                    DOYLE
              (looking down)
          Well, if there weren't POWs before,
          there are now.

EXT.   RICE PADDY

Rambo half-supports De Fravio with one arm and fires his
AK with the other as they slog through the calf-deep
water.  Mortar rounds explode on all sides.  They watch
the UH-60 skimming in low across the paddies, blasting up
a curtain of spray.

Almost to them...

It veers in a tight bank and climbs out.

Heads away.

                    BREWER
          Where's he going?
              (to radio)
          Hey, Zen Hammer, where are you
          going?
              (pause)
          Do you read, Zen Hammer?  Over.  Son
          of a bitch!  They're ditching us!

The water is shot into spray around them.  A mortar shell
lands so close it knocks them down, drenching them with
slimy black mud.  The radio disappears in the water.
Rising, Brewer takes a round in the thigh.  Drops.
Disappears for a second... comes up gasping.

Rambo watches the UH-60 diminishing to a black dot.
He is so consumed with rage that his expression goes
slack... blank... a murderous disconnection from
conscience.
And yet, in that same moment, a tremendous surge of blind
will clears his mind, a determination to survive, to get
out at whatever cost... to find whoever did this.

It is no longer just a mission.  It is a very personal
piece of business.

He turns and lets his rifle drop into the water.  He takes
De Fravio's and throws it away.

LIGHTS001321

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                              BREWER
                          (through gritted
                           teeth)
                    The fuckers left us, man... they
                    left us.

          Brewer wallows weakly, his blood streaming out into the
          muddy water.

          De Fravio looks stunned, lost... eviscerated.
          He sags to his knees.

                              DE FRAVIO
                    Oh... God.

          It gets quiet.
          In a ragged line, the NVA soldiers advance to the top of
          the dike.  Twenty.  Forty.  Finally almost eighty, looking
          down at the Americans.  Rambo slowly raises his hands.

          EXT.  RAIN FOREST - HILL NEARBY

          OVER THE SHOULDER of Co, watching from behind a screen of
          foliage as the ring of NVA troops converge on the tiny
          figures of Rambo, Brewer and De Fravio.

          REVERSE

          TIGHT ON CO, her expression enigmatic.  She turns and
          darts away, vanishing into the forest.

                                                       CUT TO:

          INT.  KIRKHILL'S TRAILER

          Kirkhill is pouring scotch over ice in two glasses as the
          door behind him bangs open.

          Trautman's expression could slice a steak.

                              KIRKHILL
                    Have a drink.

          Kirkhill offers a glass to Trautman who ignores it.

                              TRAUTMAN
                    Why?

          Kirkhill sets the glass down and sits at the dinette,
          motioning Trautman to sit as well.

                              KIRKHILL
                          (shrugs)
                    You got five hours?  I'll tell you
                    about Secretaries of State, and
                    funding committees and diplomatic
                    relations...

          Trautman slowly sits opposite him, his demeanor becoming
          more reasonable.

                              TRAUTMAN
                    Take your time.

                              KIRKHILL
                    Look, Colonel... we're all adults
                    here.  This is a war.  A very quiet,
                    very intense war.  People get
                    sacrificed.

                              TRAUTMAN
                    Not my people.

          Kirkhill freezes, glancing down.
          The muzzle of Trautman's service .45 is jammed into his

LIGHTS001322

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

groin.

>                    TRAUTMAN
>                  (continuing)
>           But you're right... some people do
>           get sacrificed.  Now tell me why you
>           pulled the plug.

>                    KIRKHILL
>           You think I'm some whacko?  I like
>           to hurt people?  I'm doing a job
>           here.  If I knew what's right or
>           wrong I'd be a goddamned priest,
>           right?  So I follow directives... I
>           do what I'm told.  It's simple.  If
>           your boy had done what he was told,
>           there wouldn't be a problem.

>                    TRAUTMAN
>           Don't dance me, Kirkhill.  You'll be
>           walking funny.

Trautman leans on the .45 a bit and Kirkhill backs into
the seat cushion.

>                    KIRKHILL
>           Look, it was a screw-up, alright?
>           They weren't supposed to find
>           anything.  We thought that camp was
>           empty.

>                    TRAUTMAN
>           This mission was a scam from the
>           word go?

>                    KIRKHILL
>           Word came down... they wanted an
>           answer.  And they knew the answer
>           they wanted; no POWs.  But it had
>           to look good.  Best effort.  The
>           whole dog-and-pony show.

Kirkhill takes a healthy pull from his scotch.

>                    TRAUTMAN
>                  (realizing)
>           Rambo and Brewer were selected as
>           write-offs.

>                    KIRKHILL
>           It was clean.  Very clean... Rambo
>           was a decorated Vietnam vet, a
>           former POW himself... if he came out
>           and said "No POWs" the sub-committee
>           would buy it.  He gets himself
>           caught he's a private citizen, a
>           whacko, acting on his own.  If he
>           gets proof, it gets lost somewhere
>           between here and D.C.  Airtight.
>           But no... Rambo's gotta be a hero.
>           Thinks he's starring in his own war
>           movie or something.  He put me in a
>           corner.  No choice.

>                    TRAUTMAN
>           "Terminate with extreme prejudice."

>                    KIRKHILL
>           That's a crock.  We don't say that.
>           Do you have any idea the shitstorm
>           if he'd gotten back with that guy?
>           If it went public?  The White House
>           would have to act through channels.
>           We're talking ransom.  Four billion
>           bucks in war reparations to Vietnam
>           to get the others back.  That's

**LIGHTS001323**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                  billion, Colonel.  With a "B".  For
                  a few guys that've had their brains
                  in a blender for ten years?  A pain
                  in the ass to everybody?  No way.
                  There's no way.

The colonel has let the pistol drop, until it is dangling,
forgotten.

                      TRAUTMAN
                  So there never was a Phase Two
                  rescue team?

                        KIRKHILL
                  Of course not.  You can't get
                  approval to rescue a kitten from a
                  tree after Tehran.

After a long silence, Trautman nods.

                      TRAUTMAN
                  I understand.

Kirkhill relaxes.  It's going to be okay.  The colonel is
one of the boys.

                        KIRKHILL
                  Here.  Drink.

Trautman doesn't take the glass.

                      TRAUTMAN
                    (reasonably)
                  I understand your position.
                    (pause)
                  I understand how a maggot like you
                  can just slide out of a jam on a
                  trail of slime.  And call it --
                  expedience.
                    (viciously)
                  Expedience!

Kirkhill slams his empty glass down.  His tone becomes
self-righteous.

                        KIRKHILL
                  You're out of your depth, Trautman.
                  Way out.  I'm acting correctly here.
                  Not you.  Not your gung-ho jungle
                  ace.
                    (pause)
                  It's over.  Walk away.

                      TRAUTMAN
                  It's not over.  You made one
                  mistake.

                        KIRKHILL
                  What that?

Trautman clicks the safety and reholsters the .45.

                      TRAUTMAN
                  Rambo.

EXT.  PRISON CAMP - VIETNAM - DAY

                  D-PLUS 36 HRS
                  BAN KIA MA
                  REPUBLIC OF VIETNAM

TIGHT ON RAMBO

his eyes ablaze, face crusted with dried mud and sweat.

LIGHTS001324

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

WIDER

revealing him under guard, arms bound painfully tight
behind him, in the back of a troop truck.

He is seized by TWO VIET SOLDIERS and dragged forward, off
the truck.
De Fravio hits the ground behind him, and Brewer, moaning
on a stretcher, is unloaded.  His fatigues are matted to
the skin by dried blood from hip to knees.

Camp commander CAPTAIN VO'QUOC VINH strides across the
compound.  He is fairly twitching with suppressed rage at
the loss of face brought on by his useless guards.

He screams orders as the troops dismount, roughly dragging
forward the three captives.

A VIET SERGEANT turns the captives over to CHIEF GUARD
SERGEANT TRAN VAN TAY with a quick salute.

The instant Vinh stops shouting Tay begins, like a relay.
The prisoners are prodded forward.

Rambo walks beside a wide-eyed Brewer.

                    BREWER
          Are they going to torture us?

                    RAMBO
               (distantly)
          Yes.

                    BREWER
          What... whattaya do?

A GUARD shoves Rambo on ahead as Brewer's carriers stop at
the door of an isolation cell.

                    RAMBO
               (looking back)
          Hope they kill you by mistake.

Rambo's guard slams his rifle butt into the American's
belly, half-doubling him over.

                    GUARD
          No talk!

INT.  ISOLATION CELL

The door to a tiny fetid room is opened and Brewer is
dumped off the stretcher and flung inside.  He lands on
his knees and gasps in pain, clutching his leg.

The door clangs shut, leaving stifling gloom.

                    BREWER
               (groaning)
          This ain't happening.

INT.  PRISONERS' BARRACKS

De Fravio is helped back to his bunk by one of the other
prisoners.  There are few moments in human experience as
devastating as the return to prison (especially this
prison).  The absolute abandonment of hope.

Several of the POWs sit near him, silently offering their
support.  It is evident that two of the men, B.G., are as
autistic as De Fravio, having succumbed to that withdrawn
plane long before.

JENSEN, a prisoner with one leg, settles beside De Fravio

LIGHTS001325

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

on his bunk.  Puts a spidery hand on his shoulder.

>                    JENSEN
>          We were pulling for you, Dave.  We
>          hoped you'd make it.

De Fravio's eyes focus.  The merest spark of the old
defiant De Fravio glimmers wanly.

>                    DE FRAVIO
>          Next time.

                                        CUT TO:

INT.  INTERROGATION ROOM - DUSK

LOW ANGLE on Sgt. Tay, powerful and vicious-looking as a
rabid ferret.  He raises one fist, holding a LENGTH OF
RUBBER STRAP cut from a truck tire, and smashes it down
OUT OF FRAME.

There is a SICKENING THUD against flesh.

TIGHT ON RAMBO

grimacing from the blow.
There are board red welts over both collarbones, oozing
blood in places.

WIDER

showing Rambo on his knees, at the center of a bare
CONCRETE ROOM.  A single window admits a shaft of red
dusk-light, like a spotlight.
Rambo sways in the spotlight, glistening with sweat,
stripped to his G.I. shorts.
In the four corners of the small room are guards with
rifles.  Others crowd in the doorway, grinning and
jostling to see.

WHAM!  The truncheon descends against Rambo's face.
He sprawls onto the floor face-down, nose streaming blood.

Capt. Vinh enters with a strident shout, stopping Tay
from another blow.  The two officers exit at a run,
leaving Rambo on his face before the guards.

EXT.  CAMP COMPOUND - DUSK

An unearthly wind and the THUNDER of several helicopter
rotors fills the camp.
Two American-made "HUEY" HELICOPTERS descend to lumpy
landings near the guard towers.

One is a UH-1D "Slick" troop carrier and the other is a
UH-1B Gunship outfitted with a pedestal-mounted MINIGUN
and M-60 door gun.
Captured from the ARVN in 1975, both ships bear the
insignia of the Republic of Vietnam.

Beyond the guard tower, and dwarfing the two Hueys, an
ENORMOUS HELICOPTER ROARS out of the setting sun.
RUNNING LIGHTS and STROBES FLASH as the massive silhouette
drops into the courtyard raising a blast of dust.

It is a SOVIET MIL MI-24 assault helicopter.

Its double blister canopies look like huge insect eyes.
The STUBWING WEAPONS PODS bristle with rockets and
cannons.
It is painted with jungle camouflage and bears the red
star insignia of the SOVIET NAVAL AIR WING.

The Viet officers and guards cringe against the rotor
blast as the ship settles.  The side door slides open.

LIGHTS001326

EXH. 20   PG. 268

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

DOLLY BACK, PRECEDING TWO RUSSIAN OFFICERS who tower above the Vietnamese as they stride across the camp.

Vinh points to the concrete blockhouse and the officers stride past him without slowing.  He falls in behind them, trying to keep up.

INT.  PRISONERS' BARRACKS

Jensen turns from the window as the MIL MI-24's jet-whine fades.

                    JENSEN
          It's those Russian interrogators
          again.

Everyone looks grim.

INT.  INTERROGATION ROOM

Vinh sends the gawking guards scurrying with strident yells as he follows the two Russians into the room.  The Soviets stand in front of Rambo.  The shorter of the two, LIEUTENANT COMMANDER YATI PODOVSK, has the slight build and unremarkable features of a bank clerk, though for a man in his forties he is in superb condition.  The other, LIEUTENANT PALYUSHIN, is another story.  He is a tall broad slab of combat muscle, his black hair cut short as a scrub brush.  Thick and functional as state sculpture, his features cannot fill his broad, flat face.

Both wear the khaki field dress and black beret of the Naval Spetznatz Brigada, The "Special Operations Brigada".

At Palyushin's feet, Rambo finds himself looking up at his Soviet opposite number, the BLACK BERET.

                    PODOVSK
                 (in Russian)
          Put him in the chair.

Palyushin hauls Rambo onto a wooden stool against the wall.  Podovsk sits next to him on a small metal desk.

It is almost dark and the only light is from a single bare bulb.

                    PODOVSK
                 (Viet to Vinh)
          Thank you, Captain Vinh.  Leave one
          guard, please.

Vinh exits with Tay and the other three Viets.

Podovsk adjusts his wire-rim glasses and considers Rambo. He turns Rambo's bloodied face gently, examining the injuries.

                    PODOVSK
          These people are so... vulgar in
          their approach.  I am Lieutenant
          Commander Podovsk.  I do not know
          who you are.  Will you tell me?

Podovsk's English is lightly accented but clear and articulate.  He has a nasal condition, however.  Rambo doesn't answer.

                    PODOVSK
                 (continuing)
          No?  Not even your name?
                 (silence)
          This is a poor beginning for an

**LIGHTS001327**

EXH. 20   PG. 269

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                    intimate relationship.  By tomorrow
                    or the next day you will tell me
                    things you would not tell a lover.

          Podovsk notices the long criss-crossed scars on Rambo's
          chest and back.

                              PODOVSK
                            (continuing)
                    I see you are no stranger to pain.
                    Then of course you must know how
                    senseless it is to resist in the
                    long run.  Is it possible you have
                    been among my Vietnamese comrades
                    before?

          Podovsk catches something as Rambo breaks his gaze,
          looking away.

                              PODOVSK
                            (continuing)
                    Yes.  I think that must be it.
                    Where were you held?  Hanoi?  Son
                    Tay?  I apologize.  I'm getting
                    ahead.  Sometimes I get too eager.
                    My comrade and I, in our capacity as
                    advisors, have been sent from our
                    center at Cam Ranh Bay to discover
                    from you certain things... for
                    example: whether you are working
                    directly for the American
                    government... Who your contacts
                    were... and on and on.  Quite a
                    list.  Will you tell me these things
                    now?

          Rambo gazes at a point in space.

                              PODOVSK
                            (continuing)
                    Of course you won't.  But, as a
                    moral man, I felt compelled to ask.

          He stands with a shrug of finality and gestures to his
          massive assistant.

                              PODOVSK
                    This is Lieutenant Palyushin.  To
                    him you are a piece of meat.
                            (in Russian to
                            Palyushin)
                    Proceed.

          LOW ANGLE

          on Palyushin walking forward.

          EXT.  CAMP - MAIN GATE - NIGHT

          The guard in the sentry box glances up from a newspaper at
          the SOUND of an approaching MOTORBIKE.  A YOUNG WOMAN
          wearing an ao-dai and coolie hat rides up on a HONDA
          SCOOTER and stops by the shack.

          OVER THE GIRL'S SHOULDER

          as she steps up to the guards box and coos something to
          the sentry.  He grins to see a new face among the whores
          from the village, and one so pretty... great luck.

          REVERSE ON GIRL

          revealing that she is Co, as she dickers price through the
          sentry box window.  He unlatches the gate.

**LIGHTS001328**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

INT.   INTERROGATION ROOM

An IRON BED FRAME has been brought in and leaned vertically against the wall opposite the door.

Rambo has been tied to the frame spread-eagle by lengths of COAT HANGER WIRE around his ankles, neck and forearms at the elbows.

Palyushin is setting up a box-like PIECE OF EQUIPMENT on the small desk.  There are wires running from the bedframe and from a METAL PLATE about the size of a paperback book taped to Rambo's belly.

Palyushin clamps the other ends of the cables to terminal posts on the box, which has a large RHEOSTAT knob and several switches and dials.

                    PODOVSK
          I was sent here because of my
          command of your language.  It will
          be frustrating if we cannot have a
          nice chat.  Very frustrating.
               (Russian to
                Palyushin)
          Ready?

Palyushin nods and douses Rambo with a BUCKET OF WATER.

                    PODOVSK
               (Russian)
          Test please.

Palyushin, without ceremony, twists the knob.

Rambo convulses with an explosive muscle contraction. Slams against the springs.  His veins swell as if to burst.

EXT.   CAMP COURTYARD

The lights of the camp dim, flickering, under the current load.

INT.   INTERROGATION ROOM

Rambo slams convulsively against the electric grid formed by the steel bed.  His teeth are clenched as if he has tetanus.

INT.   PRISONERS' BARRACKS

The lights come up to normal brightness.
De Fravio closes his eyes, sharing a ghost of the pain.

INT.   INTERROGATION ROOM

Rambo hangs from his bonds, heaving and shivering.

Podovsk turns to him conversationally, as if he were an acquaintance at work rather than a man being tortured.

                    PODOVSK
          Oh, yes.  Here is something you
          might be interested in.

He draws a folded piece of paper from his pocket.  Opens it.

                    PODOVSK
          A transcript of the conversation

LIGHTS001329

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                          between your helicopter pilot and
                          his commander, intercepted and
                          unscrambled by our overworked
                          cryptography staff.
                              (reading)
                          Mmm.  "Zen Hammer... Slam Dunk."
                          Colorful names.  Here we are: "Ah,
                          Coach One...We have them in sight."
                          And the reply: "Abort immediately.
                          Return to base camp."

He graciously shows Rambo the printout.

                              PODOVSK
                          It seems they intentionally
                          abandoned you on direct orders.
                          There are the people you protect
                          with your silence?  With your pain?

He snaps his fingers and Palyushin cranks the knob.
The lights dim.

Rambo fights the scream unleashed within him with every
fiber of his being.  Straining like a demon, every muscle
sharply defined and rock Hard.

                              PODOVSK
                              (almost kindly)
                          But you must scream.  You must.
                          There is no shame.

It bursts out, a roar that frays his vocal cords.


EXT.  CAMP COURTYARD

Co, moving stealthily in the shadow of a wall, pauses at
the SOUND of the scream.  Notes its direction.


INT.  ISOLATION CELL

In the darkness Brewer rages against the inhuman
screaming, pounding the wall.

                              BREWER
                          Bastards!


INT.  INTERROGATION CELL

Rambo hangs so limply that he might be dead.  Podovsk
moves in to check as Rambo's head begins to rise.

TIGHT ON RAMBO

as he looks up.  His eyes seem like diamond drills.
There is such determination born of rage in his expression
that Podovsk stops.  Takes a step back.
Snaps his fingers.

Rambo convulses and begins to scream.  Podovsk nods to his
assistant.

INSERT - PALYUSHIN'S HAND

cuts off the current.  But the scream CONTINUES.  GETS
LOUDER.

BACK TO SCENE

The Lieutenant looks up, puzzled.
Rambo is going berserk.  His body is an out-of-control
machine, lashing and tearing at the frame.  The scream
breaks and becomes a FEROCIOUS HOWL..


**LIGHTS001330**


**EXH. 20   PG. 272**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

The Viet guard steps forward, alarmed and unnerved.
His rifle is raised, warding off evil.

Podovsk motions him back and steps closer himself.
The bedframe begins to twist, creaking and warping under
Rambo's frenzied assault.

TIGHT CUTS - RAPID SUCCESSION

A weld.  Springs pop.
Podovsk takes a reflexive step forward.
Rambo's hand shoots out, free suddenly, like a grappling
hook.
Palyushin hits the CURRENT.
Rambo jerks Podovsk into a headlock, a death embrace.
Podovsk screams.  Convulses.

                    PODOVSK
               (to Palyushin)
          Nyet!  Nyet!

The Russian lashes about, convulsing in the current.

The lieutenant cuts the power.

Rambo snatches Podovsk's MAKAROV PISTOL from his holster.
Aims it at his temple before Palyushin can reach for his.
The Black Beret eases his hand away from his holster.

ON THE GUARD

Frozen.  A FIGURE slips through the door behind him.  Co
cuts his throat in one motion with a BUSH KNIFE.

She covers Palyushin with the guard's AK-47 as she circles
to Rambo who is still enmeshed in metal wreckage.
Rambo smashes the Makarov into Podovsk's temple twice,
then holds Palyushin transfixed by his pistol sights as Co
works quickly at his bonds.  There are superficial cuts on
his forearms, ankles and neck from the wire.

Rambo SCREAMS hideously and with cold premeditation to
mask the sound of her work.  The effect is bizarre,
surreal, maniacal.

                    CO
               (whispering)
          We get out.  Split up.  They not
          want me.

Rambo steps from the wreckage and advances on the hulking
Black Beret, pistol ready.

Again he screams, almost a war cry now, and smashes his
fist into the Russian's face with the force of his entire
body behind it.  The big man's head ricochets off the wall
into a second piledriver punch.
Palyushin goes down.

Podovsk groans and stirs until Rambo twists the knob.
Despite a bad connection, Podovsk jerks spasmodically
under the collapsed metal frame, lying in the puddle of
water.

Before Co can use the knife on Palyushin, Capt. Vinh
enters, his expression agape.  He turns and bolts.

INT.  CORRIDOR

Vinh dashes out, SHOUTING MANIACALLY.  Behind him Rambo
hurtles through the door, a blur, and smashes Vinh against
the concrete wall.

Vaulting over the crumpled camp commander without slowing,
Rambo hits the outside door at a full run.  Just as Sgt.

LIGHTS001331

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Tay is opening it from outside.

EXT.  COURTYARD

Tay's AK flies from his hands as he tumbles back.
Rambo spins into him with a FLYING ROUNDHOUSE KICK which
pitches him onto his back, an inert heap.

INT.  INTERROGATION ROOM

The transformer box shorts out under the continuous load,
frying with a bright FLASH.
The lights of the camp go out completely.

EXT.  COURTYARD

With Co close behind him, Rambo runs toward the compound
fence.

A SHOUT FROM NEARBY.  A RUNNING GUARD and Co open up with
their assault rifles simultaneously.

The guard dives for cover.
Rambo lifts the wire for Co to wiggle under.  She
reciprocates for him as the TOWER GUARD spins his long-
unused PK MACHINE GUN and opens fire.
Co fires from the shoulder.
The tower guard flinches at the unexpected return fire.
Dives.  His shots go wild.  Co's AK empties.  She drops
it.

Rambo and Co make it into the forest, running full out.
MORE AKs OPEN UP behind them.  Both TOWER PKs.

EXT.  RAIN FOREST

HANDHELD PRECEDING RAMBO at a dead run as he crashes
through foliage.  The forest is an insane blur.
TRACERS WHIP BY, ruler-straight lines of red light...
deadly fireflies.

BARK EXPLODES from tree trunks around them.  Leaves are
ripped into green confetti.

They angle away from the blind firing.  Stop at a GAME
TRAIL.

                    RAMBO
                  (panting)
            You are amazing.

Co is furious at his dawdling.

                     CO
              (pointing down trail)
           Di di mau!  Go!  Go!

She spins and sprints away along the trail, disappearing
in a moment.  Rambo hesitates an instant, then runs the
other way.

INT.  INTERROGATION ROOM

Palyushin, his nose and mouth streaming blood, claws his
way up the desk and reels across the dark room to Podovsk.
He hurls the metal frame off his superior, who groans
feebly.

EXT.  COURTYARD

**LIGHTS001332**

**EXH. 20   PG. 274**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

A guard holds Sgt. Tay's shoulders as he retches.
Palyushin strides out of the interrogation blockhouse and
jerks the sergeant to his feet by his collar.  He points
to the forest.

                    PALYUSHIN
                 (Viet/subtitled)
          Find!  Now!

He releases the Viet sergeant and briskly walks toward the
MIL MI-24.  Tay Weakly calls orders B.G., rounding up his
guards.

The RUSSIAN PILOT is waiting dutifully near his machine as
Palyushin approaches.  The Black Beret makes a circular
hand signal... WIND HER UP.


EXT.  RAIN FOREST

Rambo at a dead run zig-zags along the dark game trail.

The path steepens and he claws at exposed roots...
climbing as much as running.  Behind him is the rising
sound of rotors.


EXT.  RAIN FOREST - NEAR CAMP

Using HAND LIGHTS to follow his footprints, Tay's SQUAD OF
SIX GUARDS jogs into the jungle.  Behind them, through the
trees, the massive assault helicopter and its escort of
Hueys rise into the night.

The three choppers switch on their HIGH INTENSITY
SEARCHLIGHTS as they thunder overhead.
Shafts of light pierce the jungle.  Sweeping.  Searching.


EXT.  FOREST

Rambo is climbing rapidly, using roots as handholds to
ascend the steep trail.

The WHUMP-WHUMP of the helicopters approaches, the glare
of light flickering behind him.
Rambo moves into a densely woven thicket.  Freezes,
watching.  Moves on.


EXT.  FOREST - NEARBY

The guards are ascending the trail like hounds.


EXT.  FOREST - TRAIL

Rambo crashes through foliage as a SEARCHLIGHT SWEEPS
TOWARD HIM.
It races over him, backlighting him as he dives off the
trail.
The searchlight flicks past him.  Snaps back.

TRACERS rip down through the trees.
RED SLASHES OF DEATH.
Rambo tumbles, rolls, comes up running.  He tears through
the jungle in a frenzy.
The foliage is alive with blasting air.

He dives over the edge of a muddy ravine, dropping through
tangled vines.  Catching, clawing, dropping.
He runs on.
Totally manic.
They can't target him.

He hits a solid trail and sprints, really covering ground.


**LIGHTS001333**


**EXH. 20   PG. 275**

The shaft of light scans back and forth behind him.
Then farther away. They've lost him. For the moment.

ANGLE ABOVE JUNGLE CANOPY

as the choppers circle, seemingly dueling with lances of
light.

EXT. TRAIL - NEARBY

Rambo, moving rapidly, but more carefully, glides among
the trees. He stops at the BANK OF A TINY STREAM, setting
down knife and pistol. Scooping stinking BLACK MUD from
the stream bed, he begins to slather it over his pale skin
with quick, sure strokes. Arms. Legs. Body...

TIGHT ON RAMBO'S FACE

eyes closed, as he smears the goo thoroughly over every
exposed area. His eyes open. It is a neolithic, feral
visage that turns away into the foliage.

ON THE GUARDS

moving forward cautiously. Unfamiliar with tracking, and
little else really except bullying weak prisoners, they
crash around clumsily, falling and cursing in the dense
thicket.

CLOSE ON RAMBO

moving in absolute silence nearby. He freezes.
Fifteen meters away is a SMALL WILD PIG, asleep under a
knot of vines. Rambo fires the makarov, hitting the earth
near the pig. It squeals and leaps up.

THE GUARDS

wave their AKs, looking for the source of the shot. They
hear something crashing through the undergrowth to the
right. Movement in dense brush. They open fire.

The CRASH OF SUSTAINED FIRE is deafening. They blast
blindly away, lighting up the forest.
Their attention is so focused, the din so loud, they do
not notice a dark figure moving up behind them.

Rambo snatches the wayward last guard into a thicket,
knife buried to the hilt, hand over his mouth.

Tay shouts repeatedly to cease firing and the others
finally stop.

They move away, advancing on their "target."
Tay gingerly parts woven branches, revealing the pig,
riddled with hundreds of 7.62mm rounds. He turns to the
others.

                    TAY
                (Viet/subtitled)
            Where's Trang?

The other guards look around, puzzled.

ON RAMBO

A shadow in shadows. He slips the clip from the AK-47 he
has liberated, but finds it almost empty. Sets it down
quietly.
Tay spreads his men out to sweep the area in an arc.
The guards advance, stricken with a growing unease.

EXT. RAIN FOREST

LIGHTS001334

EXH. 20   PG. 276

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

LOW ANGLE through the trees as the Soviet assault
helicopter passes overhead, its searchlight sweeping.
The canopy of foliage lashes violently as the rotor wash
blasts through it.  Monkeys SHRIEK and leap about.

ON RAMBO - FOREGROUND

as the godlike shaft of light moves through the brush
behind him.  Searching.  Passing within a meter of him.
He moves quickly off.

The disk of hideously bright light passes over two guards,
blinding them.  One trips and goes down.  The other, the
outermost man of the sweep, waits for him to rise.  And
waits.

                    GUARD
                 (Viet/subtitled)
          Vuoc?  You alright?

The guard moves cautiously to his friend's last position.
Ahead face-down in a shallow stream, is the BODY OF VUOC,
his blood running away with the water.

Approaching the body warily, the guard plays his
flashlight around him in a full circle.  Nothing.

DETAIL ON MUDBANK

Featureless matted vines and mud.  Suddenly A PAIR OF EYES
SNAP OPEN.

ON THE GUARD

kneeling over Vuoc in the F.G. Behind him there is silent
movement among the gnarled roots and vines in a muddy
embankment.
Blending flawlessly with the mudbank, Rambo's mud-
encrusted figure has been in PLAIN VIEW, YET CONCEALED,
until he opened his eyes and moved.  He emerges
noiselessly and moves up behind the guard, looming above
him.

INT./ EXT.  MIL MI-24

Palyushin mans the forward cockpit, the WEAPONS BAY.
His hands clutch the handles of a machine gun as he scans
the jungle below.  The pilot directs the searchlight as he
flies.

Palyushin touches his nose gingerly.  It is clearly
broken, becoming a thickened, purplish mass.

EXT.  RAIN FOREST

Realizing they are without their flankers, the two CENTER
GUARDS call out and move toward their last positions.
They stand together at the top of the mudbank, gaping at
the two bodies sprawled below.

ANGLE ON TAY

isolated, calling for his men to sound off.  He hears a
distant shout, then a quick burst of gunfire.

                    TAY
          Bui?  Phong?  Than?

There is no answer.

INT.  MIL MI-24

Palyushin points at something on the ground.

LIGHTS001335

The pilot banks, arcing around his searchlight's target.

**EXT.  RAIN FOREST**

Tay moves forward hypnotically, as if transfixed.

The celestial shaft of the searchlight burns down ahead.
He approaches.  Like a vision he sees the BODIES OF HIS
MEN sprawled in the quivering disk of light.  One has been
stripped of his clothing.  He stares around, terrified,
staggers back, lip quivering.

Tay drops his rifle and runs back through the jungle.

**EXT.  RAIN FOREST - RIDGE**

Rambo climbs steadily.  The mud, dissolving in sweat, runs
in streaks off his body.  He has stopped to slip on the
FATIGUE PANTS he took from one of the guards.  The pants
come to mid-calf but the material will protect against
brambles and insects.

He has also acquired an AK-47 with EXTRA MAGAZINES.
His pockets bulge with SOVIET-MADE GRENADES.

Rambo moves on into the mountains.

**EXT.  RAIN FOREST - DIRT ROAD**

Tay stumbles out of the underbrush into a pool of light.
The headlight of a VIET ARMY TROOP TRANSPORT.

A squad of men runs past him into the jungle, fanning out.
Another truck arrives.
The search is on in force.

**INT./ EXT.  FLIGHT CENTER - NAKON PHANOM AFB - DAWN**

An F-4 PHANTOM JET taxis amid MOVING GROUND EQUIPMENT
under the floodlights as the sky slowly lightens.

> **D-PLUS 53 HRS**
> **NAKON PHANOM, THAILAND**

PAN OFF THE FLIGHTLINE onto Trautman gazing out the window
of a small office.  He looks haggard.  Soul-weary.
With the receiver cradled at his ear he is waiting for a
call to connect.

> **TRAUTMAN**
> Bob, hi.  Did you get my telex?
> (pause)
> Yeah, I know what time it is
> there... do you know what time it is
> here?  Look, is there anything you
> can do up the line?  You owe me one.
> I'm calling it in.
> (pause)
> Yes, this time.
> (pause)
> I know you're a general and I'm only
> a colonel.
> (long pause)
> So that's it, huh?  Back off.  Come
> home... that's it?
> (pause, then frostily)
> Thanks, buddy.

He slams the receiver into its cradle, and sits,
pondering.  He is about to make a somewhat bizarre
decision for a full colonel.

LIGHTS001336

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Trautman opens the door and the young corporal in the office beyond turns in his chair.

                TRAUTMAN
       Get me a "Losch," I'm going back out
       to Ban Sung Kia.

                CORPORAL
       Yes, sir.

INT.  ISOLATION CELL

BLACK SCREEN.  There is a SCRAPING SOUND and light appears as a CEMENT BLOCK is removed at floor level.  De Fravio's face appears in the rectangular hole.

                DE FRAVIO
            (whispering)
       Hey, Brewer.  You okay?

Brewer crawls stiffly to the opening, squinting at the glare.

                BREWER
            (hoarsely)
       I could use a beer.

EXT.  GUARD BARRACKS - CELL

The cement-block wall of the cells adjoins the raised wooden barracks.  De Fravio and Jensen have belly-crawled beneath the building to the cell, where they have long used a loosened block to communicate with prisoners in "the hole."

                DE FRAVIO
       Your buddy made it out last night.
       The place went apeshit.

                BREWER
       Really?  How come he didn't take me?

                DE FRAVIO
       Maybe because you're shot in the
       leg.

                BREWER
       Oh, yeah.  Listen, how long do they
       keep you in this disease hole?

                JENSEN
       Who knows?  I was in there for a
       month once.  De Fravio did three
       months.

                BREWER
       How do you keep from coming unglued?

                JENSEN
       Concentrate on a problem.  Like, I
       built my dream house in my head,
       brick by brick.  Board by board.  If
       something really takes a day, I
       thought about it for a whole day.
       Like that.

                DE FRAVIO
       I built a shopping mall.

                JENSEN
            (urgently)
       Guards.  See ya.

They slide the block into place and Brewer sits in front

LIGHTS001337

EXH. 20    PG. 279

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

of it, COUGHING TO HIDE THE SCRAPE as the door is opened
by two guards.

Morning light blasts in; blinding him, as one guard hauls
him roughly to his feet, despite his wounded leg.

                    BREWER
                  (menacingly)
         Watch it.  Don't fuck with me, man!
                  (jerks a thumb at
                   himself)
         I'm dinky dau!

The guards guffaw and drag him off.


EXT.  RAIN FOREST - MORNING

A line of Viet soldiers moves through the shimmering
jungle.

CAMERA BOOMS UP

as they move past, revealing others beyond, and the tops
of parked trucks.
The MOVE ENDS ON RAMBO, watching from the branches of a
tree as they move by only a few meters below.  The
choppers search methodically nearby.


INT.  INTERROGATION ROOM

Brewer is trussed tightly, his elbows tied together and
drawn up painfully by a cord attached to a ceiling
fixture.
Palyushin looms in front of him, holding the truck-tire
bludgeon.

Podovsk, looking the worse for wear with a bandage
covering half his face, sits on the stool.  The gaze of
his exposed eye is malevolent.

                    PODOVSK
                  (wearily)
         I think you know where he is going.
         Is there a rendezvous point?  Some
         guerrilla contract?  A transmitter
         perhaps.

                    BREWER
                  (earnestly)
         No way.  If I say anything... that's
         three.

The interrogator scowls, briefly perplexed.

                    PODOVSK
                  (rising)
         I cannot be responsible for the
         safety of the prisoners if he is not
         captured.  This government now
         considers the existence of POWs an
         embarrassment.  An unmarked grave in
         the jungle may be their solution.  I
         am only an advisor.

                    BREWER
         Advise my dick, you Siberian
         scumbag.

Palyushin explodes with a brutal blow to Brewer's ribs,
which doubles him over in agony.  He struggles to regain
his breath, dragging at the air like a terminal emphysema
patient.  Brewer slowly raises his head.
                    BREWER

LIGHTS001338

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                                    (sneering)
                            Ke-rist.  Whattaya trying to do,
                            man, tickle me?

          Palyushin snarls and smashes the truncheon down even
          harder.


          EXT.  RAIN FOREST - DAY

          Rambo runs crouching along a shallow gully, trying to duck
          around the end of the advancing line of Viet troops.
          He emerges from dense foliage onto a DIRT-TRACK SIDEROAD
          only to see a FLANKING SQUAD of about ten men jogging
          toward him.  They shout and hit the deck, opening fire, as
          he dives on into the underbrush.

          Rambo runs, zig-zagging radically as small-arms fire laces
          the woods around him.  He crashes through foliage,
          abandoning stealth.

          LONG LENS WHIP-PANNING with Rambo as he charges down a
          long slope, the trees a green blur.  He crosses his arms
          over his face and batters through the brush with blind
          force.


          EXT.  HOOTCH

          Rambo bursts out of the dense tangle, dragging streamers
          of vines, and finds himself in an EXPLOSION OF SQUAWKING
          CHICKENS.

          He is in the muddy door-yard of a rural HOOTCH, part of a
          SMALL HAMLET, of about a dozen buildings.
          Pigs scatter, grunting their surprise, as Rambo sprints
          across the yard.  Over a low rail fence.  Between the
          hootches.

          Soldiers charge down the slope behind him.


          EXT.  HAMLET

          Rambo emerges onto the main "street" at a dead run,
          tearing a swath through the everyday village activities.

          The Viet peasants scatter as the fierce American charges
          through their midst.  A giant by their standards to begin
          with, Rambo is now a mud-caked nightmare, trailing vines
          and brambles... his face a mask of dark streaks topped by
          encrusted hair.

          He crashes into a panic-stricken young man on a bicycle,
          spilling them both.  Rolls.  Comes up running.

          Rambo changes course to intersect with an ANCIENT TRUCK
          which is accelerating away, headed out of the village.
          The truck, rusted and mud-caked into a brownish lump on
          wheels, is hauling a load of CHICKENS in a WIRE MESH CAGE
          on the flat bed.

          Rambo leaps onto the running board of the cab and points
          his pistol through the window at the terrified OLD MAN
          driving.

                                    RAMBO
                              (Viet/subtitled)
                            Keep driving.


          EXT.  ROAD

          Rambo clings tightly as the truck rattles and bounces over
          the rutted road, which shortly emerges from a stand of
          trees to run along a field of ELEPHANT GRASS.


**LIGHTS001339**


**EXH. 20   PG. 281**

Rambo sees soldiers converging on the road through the trees on the other side.  Behind him, more emerge from the village and open fire.

A bullet shatters the filthy windshield and the old driver loses control.  The truck veers into a ditch, slews, hurling up a sheet of water and flops ignominiously on its side.

Rambo lands clear.  The old man begins to sob helplessly. The chickens scatter in all directions.

CLOSE ON RAMBO, freeing a RUSTED GAS CAN from the twisted wreck of the truck bed.

WIDE from behind the soldiers as they pour AK-47 bursts into the truck 50 meters away.  A figure dashes from the now-burning vehicle into the field of tall grass, disappearing.

EXT.  ROAD - EDGE OF GRASS

Two troop trucks are deploying soldiers as a group of OFFICERS stands near the chicken truck.  Sgt. Tay climbs down from a six-by cab.  Directing operations is Capt. Vinh.  His face is bruised and abraded, and one arm is on a sling.

Vinh motions Tay impatiently toward where he stands at the edge of the elephant grass, and Tay wades into it, joining him.  Beyond them the coarse grass becomes an impenetrable wall almost EIGHT FEET HIGH.

Vinh snorts in disgust at Tay and points at some trampled stalks.  There is a bright smear of blood, and beyond, another.  Vinh cuffs his sergeant.

                    VINH
                (Viet/subtitled)
        You see?  Not a demon.  A man.  Now,
        we find where he's crawled to die.

Tay indicates that the others should go ahead of him, to have that honor.

A line of THIRTY REGULARS moves into the grass.  Only the RADIO ANTENNAS of the squad leaders are visible above the waving stalks.  The helicopters arc in from the distant ridgeline, converging.

EXT.  ELEPHANT GRASS

POV, HANDHELD, MOVING SLOWLY THROUGH THE GRASS.  The point man parts the stalks ahead.  It is a quiet, eerie world, with only the SWISH OF THE GRASS and the occasional SOUND-OFF CALLS of the troopers.  There is a clear trail of blood smeared on the grass, indicating a serious wound.

VARIOUS CLOSEUPS of the regulars as they advance, each man realizing how utterly isolated he really is, in his own island of space in the green sea.  It is hot.  Some of the soldiers have their fatigues unbuttoned, sleeves rolled up.  Sweat pours off them.

POV, HANDHELD, following the trail of blood.  The grass is parted ahead and a small clearing comes into view. Slowly moving up on SOMETHING LYING IN THE GRASS. TWO CHICKENS, THEIR THROATS CUT, are lying beside the gas can, which is upright with its cap off.  A bizarre little shrine.  There is no sign of Rambo.

REVERSE on the squad leader, puzzled, wary.

LIGHTS001340

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

INSERT - RAMBO'S HAND strikes a match, igniting a wet
trail of SPILLED GAS with a WHOOSH.

The squad leader looks up, seeing the river of fire
snaking toward him through the waving stalks.

He turns, panicked. Crashes into the men behind him.

Shrieks at them to move. They trample over each other to
run as the trail of fire reaches the can.

VOOM!

Tay sees a tremendous fireball erupt ahead. Hears
SCREAMING. He freezes in his tracks as the nightmare
begins again. Shrieking, a man runs toward him, ON FIRE,
charging past.

Vinh shouts futilely into a radio. Firing blindly,
several troopers open up.

EXT.  ROAD

From the trucks it is apparent that the grass is burning
on its own, in a long line where the "fuse" was laid out
and in a widening circle around the explosion site.

EXT.  IN THE GRASS

Black smoke rolls through the grass, and troopers stumble
about, coughing as the wind carries it toward them.

The choppers have moved in close overhead and their rotor-
wash fans the fire, adding to the confusion.

FAST HANDHELD PRECEDING RAMBO

as he snakes rapidly through the stalks. He stops. Hurls
a grenade. Runs on, navigating by instinct in the dense
smoke.

VINH

is knocked down as a grenade detonates near him.

A trooper helps him up, sees a figure running nearby...
fires. Hitting one of their own.
More grenades. Random firing. The din is incredible, the
pandemonium absolute.

A VIET SOLDIER, reels through the grass. Obviously a
recent conscript, the soldier is probably only 18 years
old, and like all Vietnamese, looks even younger. He is
terrified.

He stumbles over the body of another trooper. As he
rises, a shape slashes through the grass right in front of
him.
He has never seen an American, but it looks as monstrous
as the descriptions.

He raises his AK but Rambo is quicker, kicking it out of
his hands. The kid flops on his butt and finds himself
staring up Rambo's rifle barrel. He closes his eyes and
pops into his mouth his BUDDHIST PRAYER MEDALLION, hanging
from a chain around his neck. He bites down and waits for
oblivion.

When he opens his eyes there is nothing in front of him
but grass.

Nearby, Vinh leads the retreat as his men fall back, dim
shapes rushing blindly through the murk.
He staggers, coughing, out of the stand of grass to see

LIGHTS001341

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Tay, sitting dazed nearby.  Tay gives him an evil smirk.

Barking orders like a maniac, Vinh calls for MORTARS to be
set up.  Five mortars are positioned.  Elevation set.
Mortar bombs poised above the launch tubes.  The
helicopters clear off.

When the last wounded man is dragged clear, Vinh signals
for a sighting round.
It EXPLODES beyond the wall of flame.  The mortars open
fire.

The field explodes seconds later with the first salvo.
Earth and shredded grass are hurled skyward.  A second
salvo lands.  A third.  And on and on, pulverizing the
entire area.

EXT.  TREELINE - NEARBY

Rambo watches, fascinated by the tremendous destruction
unleashed on innocent acreage nearby.

He slips slowly into the woods, glancing back frequently
at his trail.  He stops occasionally to replace a
disturbed twig or leaf, or to rearrange branches when he
passes through.  Total "sterilization."
The mortars thud on distantly as he creeps away.

INT.  INTERROGATION ROOM

FULL SHOT as Palyushin delivers a crippling blow to
Brewer's ribs.  Brewer cries out hoarsely and slumps.

CLOSE ON BREWER as his head slowly rises to look at the
big Russian.

                    BREWER
                  (panting)
          This your first day?

Podovsk catches his assistant's hand before he swings.

                    PODOVSK
          You think you can provoke us into
          beating you unconscious?  We are not
          that... unskilled.

                    BREWER
          I've had it with you, ratface.
          Don't piss me off!

Podovsk takes the "fan belt" from Palyushin and smashes it
across Brewer's face.  Again.  Brewer scream hideously.
And again.

CLOSE ON BREWER

We see only the top of his head.  We don't want him to
rise up, but he does, agonizingly.  Blood streams over the
area where his eye is already swelling shut.
Don't say anything, Brewer.

                    BREWER
                  (hoarsely)
          Aaargh.  God damn that... was...
          good!
                  (shouting)
          Do it again, you fuck!
                  (screaming)
          Come on... I love it!  You hear
          me... I LOVE IT!

Podovsk looms before us, swinging in slow motion, INTO THE
LENS.  The scene FADES OUT.

**LIGHTS001342**

**EXH. 20    PG. 284**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

EXT.  RAIN FOREST - DAY

Under overcast sky Rambo emerges at a steep-walled ravine.
There is a swaying SUSPENSION BRIDGE of rope and woven
vines crossing to the jungled slope beyond.

Looming at the top of that slope is the ruin of the Wat on
its plateau, wreathed in streamers of blowing mist.

Not far away is the waterfall, pouring itself into the
gorge below.

Rambo stops at the far side of the bridge, examining the
vine-cables.
He starts pulling grenades out of his pockets.

EXT.  PRISON CAMP - DAY

Palyushin crosses the compound to the Huey gunship which
has just touched down.  The other Huey hovers above the
trees B.G.

The big Russian appreciatively pats the MINIGUN bolted in
the main door as he climbs in.
Palyushin enters the cockpit, motioning for the VIETNAMESE
PILOT to take off as he slips a headset over his black
beret.
The ship rises, and the two Hueys bank across the jungle.

INT.  MOTC - THAILAND

                    D-PLUS 58 HRS

The telecom tech turns as Kirkhill enters.

                         TECH
                    (handing him a sheaf
                     of papers)
               More AWACS intercepts.  The Russian
               takes time to translate.

Kirkhill scans a long PRINTOUT TRANSCRIPT.

                         KIRKHILL
               He's giving them a run for their
               money.  Says here they've got two
               Hueys from Danang.  I didn't know
               those dinks had Hueys.

                         TECH
               Half their air force is our stuff.
               Captured.

                         KIRKHILL
               Typical...

                         TECH
               Sir, there's something else... a
               TRANSAT relay.  Just came through.

                         KIRKHILL
               What?

He snatches the sheet from the tech.

E.C.U. - PRINTOUT SHEET

It reads:

               KIRKHILL/I'M COMING FOR YOU/RAMBO

     KIRKHILL

LIGHTS001343

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

stares at the sheet for a long time.

EXT.  RAIN FOREST - NEAR WAT - DAY

Rambo finishes dismantling the TRANSAT unit.  He sets the
pieces back into the hole of the CACHE he and Brewer
buried before their run through the jungle.

He begins shoveling earth back into the hole.
A beautiful PURPLE MOTH-ORCHID drops onto the ground by
his hand.  He freezes.

                    VOICE
          You not so hard to catch, dinky dau
          Rambo.

Rambo looks up along the tumbled stone wall.  Sitting near
the top in shadow, perched on a tree limb, is Co, beaming
like a Cheshire cat.

                    RAMBO
                 (relaxing)
          Christ.  How'd you get here?

                    CO
                 (climbing down)
          Took bus, most of way.  I knew you
          would come here.

He helps her down the last few feet, and stands looking at
her, marveling.

                    RAMBO
          And how'd you sneak up like that?

                    CO
          Carefully.  Don't want to get shot
          by you.  Bad karma.  Anyway, you
          need me.

                    RAMBO
          I do?

                    CO
          You think you are... (she uses a
          Viet word).

                    RAMBO
                 (translating)
          Invulnerable.

                    CO
          In-vui-nerabo.  But you get ass
          kicked without me.

Rambo has to laugh.

                    RAMBO
          Yeah.  We're a pretty good team.

Co looks him over carefully.  She touches his forehead.

                    CO
          You look like hell.  Wounds
          infected.  Come up to the ruins, I
          have medical kit.

Rambo lets her lead him to the path up the hill.

EXT.  RUINS OF WAT

The stone Buddhas look on complacently as Co attends to
Rambo's minor wounds.  During the ensuing conversation she

LIGHTS001344

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

cleans, applies salve and bandages the wire-lacerations
and the numerous slashes from brambles and saw-edged
elephant grass.

                    CO
            You try get across Laos?  Get to
            Thailand?

                    RAMBO
                (nodding)
            Yeah.  Got some business there.
            What are you gonna do?

                    CO
                (shrugs)
            Go United States.  See Nguyen.
            Maybe teach economics.  Buy
            Cadillac.  Watch "Dynasty."

                    RAMBO
            How you going to get there?  You
            can't trust the spooks to pull you
            out.  They'll use you up and throw
            you away.

                    CO
            I know.  I go with you.

                    RAMBO
            I couldn't get you in.

Co stops her work and replies very quietly.

                    CO
            Yes you can.

                    RAMBO
            How?

Co's gaze holds his and her Cheshire grin flickers.

                    CO
            As wife.

Rambo realizes she is serious.  The silence drags when he
realizes how good that sounds to him at this moment.  And
how small a price that is to repay her.

                    RAMBO
                (with finality)
            Okay.  Done.  You got it.

She seems a bit shocked, then smiles impishly.

                    CO
            You too easy.

Co's hands have been all over him but only now does he
become aware of them on his shoulders.

She draws her face up to his but Rambo pulls back from the
kiss.  Co looks puzzled as he slowly disengages from her
contact.

                    CO
            You don't feel love, Rambo?

He leans back against the wall.

                    RAMBO
            Look, Co...

                    CO
            Why you don't feel love?  Not
            allowed?
                (her tone becomes

LIGHTS001345

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

```
                              aggressive)
                    Dead inside, maybe?  You make
                    yourself dead already so they can't
                    kill you?  In-vulnerabo?  Bullshit!

         She advances on him until her face is close to his, her
         words finding their mark.

                              CO
                         (continuing)
                    Bucu bullshit!
                         (pause)
                    I have enough death already.
                    Husband.  Mother.  Father.
                    Brothers.  Death everywhere.

         She points into the undergrowth nearby, to a ghostly
         blossom growing there among the tangled vines.

                              CO
                    You see?  A flower like that need
                    good soil to grow.  Many time under
                    earth is bones of animal... or
                    person.  Killed in jungle.  Make
                    soil rich.  Grows most beautiful
                    flower.  You call orchid.  Many
                    deaths in jungle.  Vietnamese, V.C.,
                    American.  Many beautiful flowers.

         Rambo studies her intently.  An emotional moment for him.
         He takes her flawless face in his hands, draws her closer.

         Suddenly his head snaps around.  A distant THUDDING of
         COPPER ROTORS becomes audible, growing slowly louder.

         Rambo leaps up, sprinting to a crumbled parapet.
         Below, in the valley, the two Hueys are slowly scanning,
         like angry insects.


         EXT.  SUSPENSION BRIDGE

         A COLUMN of VIET SOLDIERS jogs across the swaying bridge.

         ANGLE PAST AN OBJECT IN F.G.

         as the lead man approaches, almost across the bridge.  The
         object is a CLUSTER OF GRENADES lashed to a tree to which
         one of the main support cables of the bridge is attached.

         A FINE WIRE runs down to the bridge walkway.

         PING.  The wire pulls a pin.


         EXT.  WAT RUINS

         Rambo whips around as an explosion rips through the
         jungle.


         EXT.  BRIDGE

         The bridge begins to collapse, dumping half the soldiers
         into the ravine as one side drops.  The others run back.
         The second cable tears away.  The bridge swings down,
         spilling the remaining men.


         EXT.  RAIN FOREST - TREETOP LEVEL

         The two Hueys bank steeply and ROAR straight TOWARD
         CAMERA, passing overhead.


         EXT.  RAIN FOREST - NEAR WAT
```

LIGHTS001346

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Rambo and Co head into a trail which leads down the
backside of the plateau. Rushing toward them is a PLATOON
of VIET REGULARS.

Rambo opens fire, scattering them off the trail.
He and Co make it back to the Wat as return fire rips
through the jungle.

Rambo throws two grenades down the hill and sprints with
Co deeper into the maze of the ruined monastery.

The soldiers fall back as the grenades detonate ahead of
them.

INT./ EXT.  HUEY ONE

Palyushin speaks into his helmet radio.

                    PALYUSHIN
                 (Viet/subtitled)
            Get your men back.  I'm beginning an
            attack run.

The Huey THUNDERS toward the ruins, banking in an arc to
aim the "minigun."

EXT.  RUINS

Rambo sees the Huey coming in on a high arcing trajectory
and knows he's in trouble.  Dragging Co, he dives under a
section of wall which has collapsed like a lean-to.

INT./ EXT.  HUEY ONE

Palyushin's thumb depresses the FIRE CONTROL SWITCH.

An AWESOME ROAR fills the sky.  A COLUMN OF ORANGE FIRE
blasts from the minigun as its gatling-gun barrels rotate
in a blur.

One of the most ferocious anti-personnel weapons used in
the Vietnam war, the GENERAL ELECTRIC M-134 Minigun fires
six thousand 7.62mm rounds per minute.  Since every fifth
round is a tracer, the impression is of a solid shaft of
fire sustained between ship to ground.

The SOUND is not that of a machine gun but rather a SOLID
HELD NOTE OF THUNDER, like a god belching.
One of its nicknames was "Puff the Magic Dragon."

EXT.  RUINS

The effect on the ground is unbelievable.  Trees are blown
to kindling.  The foliage is pulverized, and blown upward
like mist.

The tracers hit the ground like an orange curtain
stripping the stones of growth, blasting up a cloud of
emulsified jungle.

In their crevice, Rambo and Co huddle, covering their
ears,
A fusillade of chips and splinters whips around them.

Suddenly, the thunder cuts off.

Rambo rolls out.  Fires well-aimed bursts at the
retreating Huey.

INT.  HUEY ONE

LIGHTS001347

EXH. 20   PG. 289

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Palyushin hears rounds whacking the underside of the ship.
He calmly orders the pilot to turn back.

EXT.  RUINS - CREVICE

Rambo crouches in the opening, watching the ship bank.

                    CO
                 (terrified)
          What was that?

                    RAMBO
          Minigun.  Come on.  Let's move.
          He's coming in on our open side.

They sprint across the courtyard as the minigun ROARS
again.  The CURTAIN OF DEVASTATION sweeps toward them as
they run.  They make it behind one of the Buddhas, just as
the hail of death passes across it.
The rounds blast a layer of weathered stone off the serene
face.

Behind Rambo the second Huey pops above the trees, firing
with a conventional door gun, an M-60.
Rambo fires back.
Tracers flash around him.  He reloads.  FIRES.

CO CRIES OUT.  She is SLAMMED AGAINST THE WALL.
The second Huey banks away.  Rambo crouches beside Co's
crumpled figure.

INT.  HUEY ONE

Palyushin turns to the pilot.

                    PALYUSHIN
                 (Viet/subtitled)
          Return to staging area.  We have to
          reload.

EXT.  RUINS

Rambo cradles Co, whose blouse is drenched with blood.
It runs over his hands as he holds her helplessly.

She is as white as the jungle orchid.  Her eyes focus
slowly on Rambo.

                    CO
                 (almost inaudible)
          Dinky-dau-Rambo.

Rambo is rocking her, willing the life to stay in her, his
expression anguished.

                    RAMBO
          John.  My name is John.

                    CO
                 (very weak)
          It doesn't hurt.  Why doesn't it
          hurt?

INT.  HUEY ONE

Palyushin coordinates the air operation.

                    PALYUSHIN
                 (Viet/subtitled)
          Air Two, circle in a holding
          pattern.

LIGHTS001348

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

                              (Russian/subtitled)
                         Air Three, are you in position?

          INT./ EXT.  MIL MI-24

          In the spacious MAIN COCKPIT which overlooks the lower
          WEAPONS BAY blister, PODOVSK is seated with the Russian
          pilot.

                              PILOT
                              (Russian/subtitled)
                         Ready, Air Command.

                              PALYUSHIN (V.O.)
                              (Russian/subtitled)
                         Begin your run.

          The pilot turns to Podovsk.

                              PILOT
                              (Russian/subtitled)
                         How many are down there?

                              PODOVSK
                              (distantly)
                         One.

          The pilot looks at him strangely.  The massive assault
          helicopter noses down and thunders forward across the
          jungle.

          EXT.  RUINS

          VERY CLOSE ON RAMBO, rocking gently.

                              RAMBO
                         ... you're gonna love it there.
                         It'll be great.  We can do what we
                         want... you and me... go to the
                         beach... with Nguyen... watch him
                         ridin' his surfboard...

          Co's eyes are glazed, half-open.  She is gone.

          Rambo sobs.  Somehow this one tragedy renders all the
          others pale.

                              RAMBO
                              (continuing)
                         Oh, God...

          He kisses her mouth fiercely.  Trying to make her live, to
          infuse her cooling flesh with some of his vast will.

          INT.  MIL MI-24

                              PILOT
                              (Russian/subtitled)
                         500 meters.  Final approach.

          EXT.  RUINS

          Rambo lays Co with infinite gentleness in the lap of the
          stone Buddha.  In the lap is one slightly cupped hand,
          palm upward, stripped of foliage by the minigun.
          Co lies in the palm, barely filling it.

          Single sniping rounds WHACK occasionally near Rambo.
          He is oblivious.

          Rambo removes the tiny BUDDHIST PRAYER MEDALLION from
          around her neck and puts it on.  Straightens her clothing.

LIGHTS001349

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Looks up at the broad stone countenance.

Its expression is, as always, enigmatic.

He turns as the assault chopper approaches, running dead
at him.

TWO LONG METAL CYLINDERS detach from the stub wings and
drop, beginning their characteristic TUMBLING.

                        RAMBO
                       (awed)
                  'Palm.

He spins and runs, leaving his rifle.


EXT.  RAIN FOREST

Rambo slashes through the trees like a madman, running
with everything he has.

Behind him the NAPALM CANISTERS hit the ground at the edge
of the ruins.

An ENORMOUS FIREBALL blossoms through the jungle.
The canisters' inertia carries them forward, SPEWING
TWENTY-METER-LONG ARCS OF FLAME.  The inferno engulfs the
Buddhas and rolls forward through the trees, silhouetting
the tiny running figure of Rambo.

Just as the firestorm reaches him he dives at a dead run
off an embankment.  Into a rushing MOUNTAIN STREAM about
five meters wide.

UNDERWATER SEQUENCE

Rambo dives to the bottom as a sun-bright CANOPY OF FIRE
rushes across the surface with a muffled ROAR.

The stream is only about two meters deep and is swiftly
flowing.  The napalm on the surface lights the bottom
orange despite the daylight.  He seems suspended in a
fiery maelstrom.

MOVING WITH RAMBO'S figure we dive at giddy speed over the
tortuous streambed like some weird amusement park ride.
Rambo tumbles over and between smooth boulders.

He strains to hold his breath as the fire diminishes
above.
Then it is gone.  He is clear.

Suddenly the rocks END, dropping away.


EXT.  RAVINE - WATERFALL

Rambo tumbles clear of the falling water as he drops down
the face of the CATARACT seen earlier.

He hits the surface of the pool with a tremendous SPLASH.

ANGLE ON WATER

boiling with turbulence as he surfaces, gasping.
He weakly sculls at the surface as the current carries him
along.

Above, on the escarpment, a FIRE-STORM rages, lighting up
the jungle.

The Buddha is at the heart of the holocaust, reminiscent
of a self-immolating monk.  Co's pyre is magnificent.


**LIGHTS001350**

**EXH. 20   PG. 292**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

EXT.  BRACKISH ESTUARY

The pool at the base of the cataract empties into
swampland near the Ca River.
Rambo lets the increasingly torpid flow carry him until he
catches sight of a familiar object: The abandoned sampan
of the river bandits, still moored among the huge tree
roots.

EXT.  SWAMP - SAMPAN

Rambo clambers aboard and goes into the cabin.
Still in its wooden locker is the RPG-7 ROCKET GRENADE
LAUNCHER and a rack of ROCKETS in a carrying pack.
With rapid movements Rambo dons the pack and picks up the
launcher.  Moves to the stern.  Pulls hard on the starter
rope of the filthy outboard.

Across the estuary one of the Hueys is moving over the
trees, getting closer.  The motor starts on the third
pull.

INT./ EXT.  HUEY TWO

The VIET PILOT banks, motioning to his door gunner.  Below
them is the sampan, chugging across the estuary.

The pilot descends as the gunner opens fire.  The .30
caliber slugs riddle the sampan, sending splinters flying.

It EXPLODES, its incredible hoard of junk hurled flaming
into the swamp.

The Huey lowers farther, rotorwash whipping the water into
churning froth.

The Viets scan the debris, spotting a FLOATING BODY.

ANGLE AT WATER LEVEL

as the corpse rolls slowly over.  It is Kinh, the crazy
bandit leader.

EXT.  MARSH - NEARBY

WATER LEVEL.  The Huey, hovering 40 meters away, begins to
turn toward us.

SOMETHING RISES from the surface scum in CLOSE F.G. among
the gnarled tree roots.
A HULKING FIGURE dripping water and mud and strands of
swamp weed.

Rambo.

The launcher tube across his shoulder.

REVERSE - CLOSE ON RAMBO

as he wipes filthy water out of his eyes and returns to
the SCOPE-SIGHT, blinking, taking his time.

WIDER

The Huey's M-60 opens up, walking a parade of waterspouts
toward him across the water.

Rambo FIRES.
With a tremendous BACKBLAST the rocket leaps out, a fiery
arrow, and strikes the Huey square in the canopy.

FLASH!  CRACK!  The Huey drops into the swamp, its rotors
twisting up and flying off.  The FUEL TANKS EXPLODE,

**LIGHTS001351**

**EXH. 20   PG. 293**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Rambo pivots, reloading. He takes aim and fires again.
The rocket roars into the rain forest, the blast sending
approaching soldiers scattering.

He reloads. Fires again, flinching away from the rocket
exhaust. His expression is grim, his movements
methodical.
He pivots again. Fires.
Rounds start hitting around him. He holds position.
Reloads.
Fires.

Beyond the trees, off the river road, the troop trucks are
parked. Nearby is a REFUELING TRUCK for the helicopters.
Rambo's rocket makes a direct hit.
A FIREBALL BLASTS UP AND OUT, seeming to fill the jungle.

INT.   HUEY ONE

Palyushin sees the smoke rising from the carnage ahead as
he returns with the minigun reloaded.
He motions the pilot to hover over the partially submerged
wreckage of the other Huey.

EXT.   SWAMP

WHIP PANNING with Rambo as he sprints along the horizontal
trunk of a fallen tree.
He vaults off the end.
Catches a skid of the hovering Huey with one hand.

Palyushin's door gunner swings his sling-mounted "free 60"
around to bear. Too late.
Rambo's hand shoots up, catches him, pulls him out.

INT.   HUEY

The pilot feels the weight shift and looks back, seeing
Rambo on the skid. He "pulls pitch" hard.
The Huey climbs, arcing radically.

EXT.   HUEY

Rambo slips, dangles.
He crashes through the upper branches of a tree as the
Huey climbs, banking in a tight arc.
The rain forest rolls beneath his dangling legs.
He heaves himself up.

INT.   HUEY

Palyushin lurches out of his seat.
He spins in time to see a filthy, bloody and very intense-
looking Rambo clambering in the gun door.

He rushes Rambo with a kick but Rambo ducks and swings the
M-60 door gun on its mount, blocking the Russian.
The two lock eyes and square off, crouching in the low
compartment.

The pilot turns around and gapes in amazement, allowing
the craft to sideslip.

Palyushin lunges as the Huey pitches wildly.
Rambo blocks in a sweeping SHAO-LIN CHUN ROUNDHOUSE,
ending in a fierce hammer punch to Palyushin's face.
They trade blows and blocks furiously, finally grappling
like wrestlers.

They crash together into the wall by the minigun AMMO

LIGHTS001352

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

CANISTER.  The Huey yaws and recovers.  Open space roars outside as they strain near the doors, trying desperately to maintain footing on the pitching floor.

Palyushin goes half out the door but clings tenaciously, surging back inside.
He hammers into Rambo, slamming him mercilessly back.
A vicious kick drops Rambo.  The Black Beret grabs his hair and HURLS HIM TWO-HANDED TOWARD THE DOOR.

Rambo desperately catches the handles of the door gun, stopping his plunge into space.  His weight swings the gun around in its sling, pointing it into the ship.

Completely outside the helicopter, Rambo hangs from the handle with one hand.  Pulls the bolt with the other.

And drills a long burst into Palyushin at point blank range, blasting him out the far door in an explosive spray of blood.

The pilot turns, terrified, as Rambo advances on him.
Rambo eases up beside him, slipping his hand onto the COLLECTIVE STICK.

Reaching across he opens the pilot's door.  And FLINGS HIM OUT!

EXT.  MARSH

A figure tumbles from the low-flying Huey and splashes into the estuary.  The Huey dips and bucks, then rights itself and flies off as the pilot surfaces, gasping.

                                                    CUT TO:

INT.  MOTC - THAILAND

Kirkhill looks like he hasn't slept in days as he stirs his ten thousandth cup of machine coffee.

                          KIRKHILL
                  Well, have they got him yet?

The tech rereads the COMINT transcript.

                          TECH
                  Um... actually, no.  It looks like
                  he shot down one of their
                  gunships...

                          KIRKHILL
                  Christ almighty.

                          TECH
                  ... and then he, uh... took the
                  other one.

                          KIRKHILL
                      (exploding)
          What?

                          TECH
                  He... took it.

Kirkhill sinks slowly into a chair.

EXT.  PRISON CAMP - VIETNAM - AFTERNOON

Sgt. Tay is sitting on the steps of the guard barracks, looking a bit like a lost soul.
The sound of a rotor gets louder.

A shadow falls upon him.  He looks up squinting.

**LIGHTS001353**

**EXH. 20   PG. 295**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

A shape, an outline... in the glare of the sun.
Tay has a moment of apprehension.
Then...

EXT.  RAMBO'S HUEY

Rambo unleashes the minigun.  The left guard tower
VANISHES IN A CLOUD OF FALLING SPLINTERS as thunder rolls
across the valley.

The Huey pivots nimbly.  The minigun roars again.
An orange lightning bolt vaporizes the right tower.

VARIOUS ANGLES IN CAMP

as the thunder fades.

Tay starts to run.
The prisoners dive for cover.

Three off-duty guards in the guards barracks go for their
rifles.
They don't make it.

FROM RAMBO'S POV

The guards barracks seems to disintegrate as the minigun
sweeps across it... a SHOCK WAVE OF DESTRUCTION behind
which only flying kindling remains.

He pivots a last time and annihilates the sentry post with
a one-second burst.  Three guards have managed to take
cover behind a truck by the main gate.  They begin firing.

LOW ANGLE ON THE HUEY, a roaring silhouette in the
metallic mist.  The minigun speaks.

The truck is ripped open like aluminum foil, shrapnel
flying.  The guards CEASE TO EXIST.

A spray of red mist and tattered scraps of uniforms
settles to the ground.

It is all over in seconds.

The Huey settles to earth in the center of the compound.
Tay, crouching, squints against the rotor blast.
Wild-eyed, Capt. Vinh steps from his partially collapsed
office and raises his side-arm pistol.

Tay snatches it from him with a terrified cry and an
expression which says: ARE YOU OUT OF YOUR FUCKING MIND?

The Sgt. flings the pistol away and turns toward the
Huey.

Out of the boiling, blasting dust and smoke a FIGURE
EMERGES.

To Tay, Rambo is Death incarnate.

He is encrusted with dried mud, dried blood, streaked with
rivulets of sweat.  His eyes burn.

Rambo has detached the door gun from its sling and, with
the feed belt over one shoulder, carries it like a rifle.

He motions with the muzzle.  Tay and Vinh flop forward,
face to the earth, hands laced behind their heads.

Rambo moves past them, eyeing the wreckage of the camp
warily.

**LIGHTS001354**

**EXH. 20   PG. 296**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

INT.   ISOLATION CELL

Darkness.
The door is kicked open and Rambo is there, silhouetted.

Brewer is a sorry mess, but alive.  He raises his head, blinking.

> BREWER
> Gawd, you look awful.

> RAMBO
> You comin'?

> BREWER
> (trying to rise)
> Hold your pantyhose.  Here, gimme a hand.

Rambo helps Brewer, who is nearly crippled with pain, to his feet, and supports him as they exit.

EXT.   CAMP COURTYARD

The seven prisoners are helping one another into the copter as Rambo and Brewer hobble up.

> RAMBO
> Can you handle the door gun?

> BREWER
> Duck soup.

Tay and Vinh are still face-down and De Fravio covers them with an AK-47, found in the rubble.

Smoke swirls in the idling rotor wash as the barracks begins to burn.

> DE FRAVIO
> Am I dreaming this?  This is not real, right?
> (to guards)
> I oughta grease you pricks, but I've known you too long.

> RAMBO
> Let's go, De Fravio.  Move it!

When De Fravio is aboard, crammed in with the others in the main bay, Rambo remounts the M-60 and jumps into the pilot's seat.

He brings up the RPMs.
The TURBINE WHINE INCREASES.

Brewer, crouched behind Rambo, yells forward.

> BREWER
> We got company.  You better pull some pitch, buddy.

Behind them, diving out of the sun's glare, is Podovsk's massive assault helicopter.

Rambo pops the Huey off the ground and runs hard at the treeline.

The MIL MI-24 NOSEGUN begins firing and the ground erupts behind the Huey, fountains of earth chasing it as it climbs out.

At full climb the laden Huey barely clears the trees and Rambo immediately banks tight to get out of the nosegun's field of fire.

LIGHTS001355

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

The Soviet chopper tightens its arc, but swings wide, and Rambo spirals back.
Brewer swings the door gun and gets off a long burst as the ground reels dizzyingly below and the horizon tilts.

                    RAMBO
                (shouting)
            Brewer!  You know what that thing's
            packing?

                    BREWER
            It's a Soviet MIL MI-24.  Probably
            has 12.7mm nose cannon, heat-seeking
            rockets and wire guided missiles,
            plus...

                    RAMBO
            Forget it.

Rambo noses the Huey down, building speed.  Tail high, it shoots across the treetops, its NOSE RADIO ANTENNA ripping through the uppermost foliage.

THE SOVIET COPTER

rolls on its side in a tight turn, despite its bulk.

Twice the size and power of the Huey, and faster at the top end, the high-performance assault ship is a formidable opponent.  But Rambo pits skill against technology, using the agility of his craft as his primary strategy.

ANGLE BACK

past the dodging Huey as the Soviet ship falls in behind, steadily gaining.

PAST BREWER

who flinches as trees rush by seemingly inches away at 120 MPH.  The POWs are flung against the bulkheads as the Huey plummets and swerves.

                    DE FRAVIO
            I think I'm gonna be sick.

INT.  SOVIET COPTER - COCKPIT AND WEAPONS BAY

The pilot turns to Podovsk.

                    PILOT
              (Russian/subtitled)
            They're approaching the border.
            Should we notify the Laotian Air
            Force?

                    PODOVSK
              (driven)
            No.  We'll take them ourselves.

Inside the COMPUTERIZED WEAPONS BAY the GUNNER hunches over his TRACKING SCREEN.  Rambo's Huey is a shimmering blob weaving behind a targeting reticle.

The RANGING RADAR emits a rhythmic PINGING which INCREASES in frequency.

EXT.  SOVIET COPTER

TWO AIR-TO-AIR ROCKETS flash from support pylons on the stub wings and roar toward the Huey two hundred meters ahead.

**LIGHTS001356**

**EXH. 20   PG. 298**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

ANGLE ON HUEY

as the rockets skim past, missing only barely, to explode
in the jungle.

OVER RAMBO'S SHOULDER

through the front canopy, as the Huey flies through the
rising fireballs.

Rambo sees what he needs, a narrow river, a tributary of
the Ca, slicing through the rain forest.

The Soviet juggernaut is gaining as Rambo dives his
gunship "onto the deck," tearing down through an opening
in the trees and skimming over the surface of the river.
The Soviet craft can't follow.

The enormous trees form a canyon, the walls of which
overhang the river.  Rambo is actually zig-zagging beneath
the jungle canopy in places.  They flash in and out of
dense shadows.

The landing skids throw up spurts of muddy water as the
Huey banks.  Two more rockets arrow toward them.  One
explodes in a tree above.  The other flashes past.  Hits
the river ahead.  They fly through a wall of spray.

Brewer gives his REBEL YELL.

> BREWER
> Hell.  This is just like fucking
> Star Wars, man!

> DE FRAVIO
> (puzzled)
> Star Wars?

Brewer grins, realizing.  Slaps him on the shoulder.

> BREWER
> You're gonna love it.

> RAMBO
> (shouting)
> How much we got left in that
> minigun?

Brewer opens the enormous ammunition canister.

> BREWER
> Pretty low.  Couple of seconds
> worth.

Rambo is plugged into some insane second sight, knowing
the curves before they curve.  He flies with absolute
concentration.

INT.  SOVIET COCKPIT

The pilot is sweating, trying to stay on Rambo's Huey.

> PILOT
> We're in Laos, sir.

> PODOVSK
> I know that!
> (to gunner)
> Fire all your rockets.  Take him
> down!

INT./ EXT.  HUEY

As the forest explodes around them.  The chopper is

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

buffeted.  The forward canopy is shattered by shrapnel.
Rambo is hit in the shoulder and chest.
His left arm broken above the elbow.
One of the prisoners is moaning, holding his bloody
forehead.

Rambo pulls up on the collective, sending blinding pain
through his arm.  The Huey shoots up out of the jungle,
spinning as it pops up.
It slips sideways through the air, seemingly going out of
control.
Then it arcs back, ROARING RIGHT AT THE CAMERA.

INT.  SOVIET COCKPIT

Podovsk watches Rambo's turn, realizing he has stood to
fight.

                    PODOVSK
                (Russian/subtitled)
            We've got him.

The pilot stares apprehensively as the Huey comes at them.

In the weapons bay, the tone of the ranging-radar rises to
a shriek.  The gunner tenses to fire.

EXT.  HUEY

Rambo throws the gunship sideways and climbs in one
motion... bringing the minigun to bear.

He is a samurai and the Huey his sword.

TIGHT ON RAMBO

facing the Soviet leviathan, clear-eyed, in the Void Way,
as they say.
It will be a battle of one stroke.  He waits.  Feeling his
breathing.  Feeling the ship like an extension of himself.

ANGLE

The minigun BLAST FORTH ITS STREAM OF FIRE.

ON RAMBO

watching.  A shadow passes over him.

WIDE

as the Soviet ship thunders over them and flies on.

ANGLE

The barrels of the minigun continue to rotate, dry-
firing... empty.  Clicking like an air-ratchet.

ANGLE ON SOVIET COPTER

showing the riddled, glassless cockpit... the slumped
bodies.

WIDE

as the MIL MI-24 slowly brodies sideways and drops,
gracefully, into the rain forest.

It shears through trees, breaking up, and EXPLODES
GLORIOUSLY.

INT.  HUEY

LIGHTS001358

EXH. 20   PG. 300

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

Rambo is tensed, like a thousand volts are flowing through him.  Slowly, he relaxes.  He knows they have made it.

> BREWER
> (exultant)
> The thrill of victory, the agony of defeat!

Rambo banks the Huey, ascending toward the mountain pass and, beyond, Thailand.

                                                    CUT TO:

EXT.  STAGING AREA - THAILAND - DAY

Lifer lounges in the gun door of the "Blackhawk" as the ship sits at ready, turbine idling.

> TRAUTMAN (O.S.)
> Getting ready to go somewhere?

Lifer turns to see Trautman step around the fuselage of the chopper.

> LIFER
> Hey, Colonel.  You're not cleared to be on this base anymore.

CLOSE ON TRAUTMAN

> TRAUTMAN
> (quietly)
> I know.

                                                    CUT TO:

EXT.  LAOS - NEAR MEKONG RIVER - DUSK

                    D-PLUS 60 HRS

The battered Huey lumbers and dips over the terrain, barely in control.

INT./ EXT.  HUEY

Rambo seems drained of color, sunken into the seat, flying on nerve.

Several of the prisoners are asleep.  The wounded man's forehead has been bandaged.  Brewer is holding court.

> BREWER
> ... and there's this guy with a black helmet and cape, right, and he's got this sword... except it's not a sword, it's light...

> DE FRAVIO
> There's the Mekong.

They look forward as a broad river appears beyond a ridge-line less than a kilometer ahead.  The Thai border.  A cheer goes up.  A home run.

ON RAMBO

seeing something as they approach the river.

EXT.  MEKONG - TREELINE

The BLACK SIKORSKY rises slowly above the trees directly ahead.

**LIGHTS001359**

**EXH. 20   PG. 301**

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

INT.  HUEY

C.U. RAMBO, he blinks, trying to clear his vision which
has become light and shimmery.
The hovering ship looks like the Archangel of Death.
It seems like a vision.  He flies straight toward it.

INT.  MOTC

Kirkhill has cleared the operations center.  He is alone.

>                    KIRKHILL
>                  (to mike)
>          When the unidentified helicopter has
>          crossed the river into Thailand,
>          shoot it down with air-to-air
>          rockets.  Then proceed to the crash
>          site and fire your remaining rockets
>          into the wreckage.  Is this
>          understood, Zen Hammer?

>                    DOYLE (V.O.)
>                  (filtered)
>          Ah, Sir... I'm experiencing a little
>          hearing problem.

>                    KIRKHILL
>          What are you talking about?  Why?

>                    DOYLE (V.O.)
>                  (filtered)
>          Well, uh... I've got something in my
>          ear.

INT./ EXT.  SIKORSKY

What Doyle has in his ear is the muzzle of Colonel
Trautman's M-16.

Behind them on the deck of the gun bay Lifer is out cold.
A tarpaulin among a stack of ammo cases where Trautman
had been hidden is thrown back.  Doyle knows better than
to mess with him.

Trautman switches off the radio as Kirkhill shouts
incoherently.

INT./ EXT.  HUEY

As he approaches the black Sikorsky Rambo sees Trautman
with a rifle to Doyle's head.
He nods as they pass.

INT./ EXT.  SIKORSKY

Rambo's Huey passes by them, crossing into Thailand.

>                    TRAUTMAN
>          Escort them on in.

EXT.  MOTC

Rambo's Huey, followed by the Sikorsky, descends toward
the landing field.  As the techs and other camp personnel
stand watching, Kirkhill raises a pair of powerful field
glasses.

KIRKHILL'S POV - TELEPHOTO

The image of the Huey seems to waver insubstantially

LIGHTS001360

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

through the long lens.  It looks like a death ship, the
Flying Dutchman with a crew of corpses and a demon at the
helm, coming in out of the dusk sky.

He slowly lowers the glasses.
Face ashen, Kirkhill backs into the command center and
closes the door.

The Huey sheers sideways across the staging area.
Its skids clip the top of the MOTC, shearing off
communications gear.
It hits the ground.  Bounces.
Slews around, scraping hideously.

And stops.
The Sikorsky settles behind it.

The two choppers whine-down.  Standing beside the cockpit,
Trautman gets on the Sikorsky's loudspeaker.

                    TRAUTMAN
            All base personnel.  Prepare medical
            facilities to receive American POWs.

A cheer is raised among the ground contingent as they
surge forward.

ON RAMBO

sliding painfully out of the flight seat.  Brewer gawks at
the pool of blood collected in the hollow of Rambo's seat.

Rambo goes to the gun door.  Takes De Fravio's AK-47.

DOLLYING WITH RAMBO as he limps toward the MOTC with
relentless determination.  The well-wishing ground
personnel fall back, letting him pass.

Trautman, B.G., sees him and strides forward to intercept.

OVER RAMBO'S SHOULDER

DOLLYING, as he approaches the command center.
Kirkhill's aide, in dark glasses, moves forward to
restrain him.

Rambo motions him aside with the AK.
Goes to the door.  It is locked.

INT.  MOTC

The lock is shattered by a LONG BLAST from Rambo's AK.
The door is kicked open.  Rambo stands silhouetted.

He looks like what we never saw in "The Monkey's Paw."
He moves into the humming command center, among the
mission control electronics, reeking of the jungle, blood
and death.

LOW ANGLE

as Rambo walks to Kirkhill, looming.  Stopping.

Kirkhill quails as Rambo grasps him by the collar and
flings him backward into a chair.
He raises the AK.  Muzzle to Kirkhill's forehead.

                    RAMBO
            Mission accomplished.

Pulls the trigger.
The weapon CLICKS, EMPTY.

HOLD ON KIRKHILL, trembling.

LIGHTS001361

http://www.imsdb.com/scripts/Rambo-First-Blood-II-The-Mission.html

EXT. MOTC

Rambo steps unsteadily out into the waning light.
He takes a deep, slow breath.  Starts to walk.  He salutes
as he passes Trautman but says nothing.

In the B.G. they are carrying the POWs in stretchers or
pushing them in wheelchairs toward the MEDICAL TRAILER.
Rambo watches Brewer posing with his arms around Jensen
and another POW for the grunt we saw earlier.  His pocket
Instamatic is clicking away.

                         BREWER
                      (expansively)
                 Cover of Time Magazine, baby!

Rambo walks away... alone.

                         DE FRAVIO (O.S.)
                 Hey, Rambo!

Rambo turns.  De Fravio, propped up on one elbow on his
stretcher as he is carried past, gives him a broad,
appreciative grin.

                         DE FRAVIO
                 You did good, buddy.  Real good!

Rambo stands blinking for a second.  He raises his hand in
a big "thumbs up" and allows himself to grin.

                                        CUT TO BLACK

END CREDITS

---

**Rambo: First Blood II: The Mission**

Writers : James Cameron
Genres : Action  Adventure

User Comments

---

Movie Scripts
Back to IMSDb

LIGHTS001362

EXH. 20   PG. 304

# EXHIBIT 21

# WIND WARRIORS

an original treatment
by

James Cameron
Randall Frakes
W.H. Wisher

Registered WGA

MORAWSKI V. LEI

# WIND WARRIORS

1

## ACT ONE

SOUTH AMERICA, 1927

RUSTY PANTELLI, a beautiful adventurous 40 year old aviatrix, who is circumnavigating the equator as a publicity stunt for the New York Times, crashes into the Brazilian rainforrest. She is captured by fierce Jivaro headhunters who tie her to a stake in a jungle clearing then retreat fearfully to nearby bushes as weird, terrifying chants echo through the trees... When they fade, a brave Jivaro warrior peers back into the clearing and sees that Rusty has been taken, by something that frightens even the Jivaros.

Rusty has been bound to a stone sacrificial altar at the top of an ancient pyramid covered with strange vines. Thick clouds, glowing with a sinister iridescence, descend upon the altar. A huge silhouetted shape moves within, its two burning eyes illuminating her as she struggles to break free. When the clouds ascend, the altar is bare.

CHICAGO, ONE WEEK LATER

VERONICA PANTELLI, Rusty's unglamorous but pretty twenty year old daughter, argues with her boss at the phone company about giving up the safety of her city job for the certain dangers of joining the futile search by the New York Times for her mother. Veronica defends her mother against the accusation that Rusty neglected her while seeking personal glory. Veronica considers her globe-hopping mother the ideal woman.

JAPURA BRAZIL, TWO WEEKS LATER

Veronica stands on the bank of the Amazon river pleading with the leader of the Times' rescue expedition not to abandon the search so soon. He explains that the rainy season is coming, and more importantly, the story is dead. He gives Veronica a steamer ticket and urges her to depart with the rest of the entourage. Desperate to find her mother, Veronica refuses to leave.

Before the steamer sails, IAN MACTERRY, a robust 50 year old archeologist, steps ashore. Two stove-like men in bowler hats debark close behind him. MacTerry is sure they are following him. With paranoid cleverness, he easily illudes the pair within the labyrinthine maze of the wharf, then heads directly for Japura's fly infested hotel-bar. Oblivious to the archeologist, the two men procede into town.

As MacTerry orders a beer, Veronica shoulders past him and asks the bartender how she can

MORAWSKI V. LEE

**CONFIDENTIAL**

# WIND WARRIORS

get upriver. He points to STRICKLAND BREWER, a rugged, cynical 35 year old bush pilot nursing a beer in a dark corner of the bar.

Veronica explains to Strick that she is the daughter of the missing aviatrix and that she has been told that he is the only way to get upriver. Strick warns that the jungle is too dangerous now; Jivaro headhunters have gone on a killing frenzy, attacking even the usually safe outlying areas. He caustically adds that Veronica's grand-standing mother probably got what she deserved as Veronica holds her temper and demands Strick's price. But it is more than she can raise. Dejected, Veronica heads for the door, but is stopped by MacTerry, who has overheard. He suggests that if they pool their money they'll have enough to charter Strick's plane. MacTerry introduces himself to the bush pilot and explains that he needs to get to FATHER MILCREAUX, a reclusive missionary who lives on the edge of the jungle. In need of money, and against his better judgement, Strick agrees to take them both. MacTerry hands over his cash, and Strick gives Veronica one hour to raise hers. They'll leave at dawn.

At the steamship office, Veronica hesitates. The decision she is about to make may lead to certain death. It is a test of her courage. An overwhelming emotion rises within her: terror. Resolutely, she pushes it away and cashes in her ticket for the money that may buy her mother a second chance.

Bone weary and ready for bed she returns to her hotel only to find that the New York Times is no longer paying for her room. Out of money, and unwilling to admit it to Strick, still in the bar drinking with MacTerry, she takes her bags and heads for his plane to wait for morning.

An enormous four engined bi-plane floats on pontoons in a nearby lagoon. It is a Sikorsky Grand, a cargo-converted World War One Russian bomber. The door to the warm, spacious cabin, and a possible bed, lies invitingly open. Veronica gratefully moves toward it, when...

A mysterious winged shadow dives at her, shrieking like a banshee. It is Jake, Strick's watchbird, a huge South American condor, defending its territory. Suitably intimidated, Veronica instead climbs into a dinghy tied to one of the Sikorsky's pontoons. Under Jake's baleful stare Veronica lowers her head on her suitcase and falls fast asleep.

Back in the bar...

With the aid of a few beers, Strick tells MacTerry why all women are trouble: they do not behave like gentlemen. He's about to elaborate when the same two men MacTerry thought were following him, enter the bar. Strick enlightens him. They're not after MacTerry. They're henchman sent by Strick's rich ex-wife to beat the back alimony out of him. Strick has eluded them several times before but no matter where he goes, sooner or later, they always show up, like homing pigeons. The first one approaches, smiling. Strick sends him crashing through a

*[handwritten margin note, right side]:* V. rows out to plane; this is the time she sinks off the side. Strick off finds her she tries to get m. to cut it free — they're too... Too much drama

*[handwritten note, bottom]:* └Strick thinks they're after him but they're agents of the German consortium out to silence McTerry

MOCK SAMPLE

LIGHTS001170

EXH. 21   PG. 307

# WIND WARRIORS                                                    3

window. The other one wisely pulls a gun. Strick and MacTerry just as wisely flee for their
lives, leading the men on a harrowing chase through the sleepy town to the plane.

Strick orders Jake to hold the detectives at bay as the huge Sikorsky takes off. MacTerry is
startled by Veronica's terrified scream, sees her clinging to the dangling boat where she had
fallen asleep. Too high to jump, too dangerous to land, Veronica hangs from the swinging dinghy
as the earth rapidly drops away.

Strick shouts for MacTerry to take the controls and keep the plane away from the trees.
Climbing down the fraying rope, Strick pulls the paralyzed Veronica from the swinging dinghy
as the Sikorsky pitches and yaws wildly, then begins to drift toward the trees. The pair scramble
to safety as the tiny boat is splintered against high branches. MacTerry gratefully returns the
controls to Strick. Jake catches up with the plane and calmly alights on the observation deck.

The journey has begun.

## ACT TWO

Veronica, Strick, and MacTerry arrive at Father Milcreaux's mission, a crude cathedral
jutting through the trees, a quarter mile from the river. The sixty year old Jesuit lives
reclusively with a small group of Jivaro converts. When Veronica asks him to provide them with
a guide, Milcreaux declines. It is too dangerous. The Jivaro savages have unleashed a bloodbath,
raiding women from villages all around. Their ancient belief in the Lajos, a mythical god-like
race of warriors has been suddenly rekindled, for unknown reasons. The Jivaros are in a frenzy
to provide female sacrifices for them.

Now, no one will journey inland. No one who wants to live.

That is all Strick needs to hear. Even if Rusty survived the crash she was probably captured
and killed. Veronica refuses to believe that great adventuress would allow herself to be killed
by mere savages, mythical or otherwise.

MacTerry explains why he thinks the Lajos are real. Months earlier he was present when
the Jivaros brought their feverish shaman to Milcreaux, in hopes that the Jesuit could exorcise
the Lajos demons possessing him. A single Lajos warrior had attacked the shaman's village,
killing many before he was felled. The shaman took two things from the warrior's corpse: a
talisman made of strange looking metal, and Yupumo, the hallucenogenic root of a wild vine that
the Lajos pound into a foul pudding and eat to make them invincible. In an attempt to conquer
Lajos magic, the shaman donned the talisman and ingested some of the Yupumo. The terrible,
beautiful visions drove him mad. He died a few hours later.

Against Milcreaux's warning that Yupumo is the tool of the devil, MacTerry tried a tiny
amount of the substance. He saw visions of vast landscapes dotted with awesome cities which

**CONFIDENTIAL**                              **LIGHTS001171**

# WIND WARRIORS

appeared to be built from the same metal as the talisman. When he saw an ancient pyramid on an island in a crater lake, he was compelled to draw complex patterns and symbols in the ground, the meaning of which eluded him.

MacTerry has taken the root only once since then; the location of the pyramid became clearer. He believes that it does exist, somewhere nearby in the Amazon jungle, and that its symbols, the Yupumo, and the strange metal all point to the existence of an ancient civilization as more advanced than our own. In hopes of getting funding for an expedition to locate the pyramid, MacTerry took the metal to a reknown laboratory in Germany to be analized.

When he returned for the test results, they denied receiving the metal; Soon after, all of his notes on the possible location of the metal's source were stolen. MacTerry was discredited by unknown enemies seeking to supress his theories. He is now obsessed with finding the source of the metal, solving the archeological mystery, and proving himself right in the eyes of the scientific community.

MacTerry says that if the Lajos have Rusty, and if she is still alive, then their purposes are one; Rusty will be where the mystery's answer lies. If Strick won't take Veronica further, she can accompany MacTerry on foot. Veronica agrees and demands her money back from Strick.

Testily, Strick asks how they intend to proceed without a guide. MacTerry suggests that by taking the Yupumo again he can get a clearer fix on exactly where the pyramid lies. Strick announces that if the two of them insist on continuing, he had better go with them, to keep them alive.

MacTerry's body is wracked by convulsions as he enters the Yupumo trance. Veronica is horrified at the cost Yupumo exacts for its knowledge.

At the edge of their camp, one of Milcreaux's Jivaro sentries stares curiously at a shiny black helmet that has just fallen from the sky and plopped near his feet. The sentry peers up as the wan moon is swallowed by a monstrous shadow.

MacTerry is coming to his senses, attended by Strick and Veronica, when they hear the warning shout of the Jivaro sentry. But it is too late.

Twin daggers of light suddenly stab down from an immense cloud, illuminating the churchground. They are accompanied by an unearthly howl that sends terror into all of Milcreaux's followers.

Strick hears the clatter of metal on clay coming from the roof of the cathedral. He grabs Veronica and MacTerry and throws them to the ground as the huge church disintegrates in a series of powerful explosions. Milcreaux is killed. His horrified Indians flee into the jungle, only to be cut down by automatic-rifle fire.

Cautiously, Strick leads Veronica and MacTerry past the carnage, toward the plane. A figure

# WIND WARRIORS

5

looms up in the foliage in front of them and demands that they halt. Before the phantom can raise its weapon, Strick delivers a roundhouse punch that ends the conversation. The felled man looks European, dressed in the uniform of an unkown army. Before they can investigate further, they are pushed onward by the sound of approaching men. Searchlights stab through the trees around them. Hunting, seeking.

Strick, Veronica, and MacTerry reach the Sikorsky. Someone had reached it before them, one of the uniformed attackers. He now lies in the mud, his face white, his throat slashed, eyes staring into the night. Jake squats proudly on his chest.

The trio leap aboard the plane and taxi away as their pursuers reach the bank. Amid a hail of gunfire, the Sikorsky climbs safely into the night.

On the bank, ropes descend from above. The soldiers attach themselves and are pulled silently into the sky.

As a shaken Strick and MacTerry, and an utterly horrified Veronica gather their wits, a thoroughly unruffled Jake retakes his perch on the observation deck.

Strick is all for turning back. Veronica is uncertain. But MacTerry obsessively points upriver, deeper into the wilderness, and says that their destination lies ahead. Veronica suddenly shouts. Impossibly, an island looms before them in the clouds.

Strick slams the rudder. The Sikorsky groans and shudders dangerously, then turns on its side and drops away at the last second, narrowly missing the levitating landmass.

Two sleek, black German pursuit planes dive out of the clouds and open fire on the Sikorsky. Bullets slam through the cabin, shattering the windscreen and splintering wood. MacTerry is grazed by debris and knocked unconcious. Veronica grabs Strick's Thompson sub-machine gun and takes a crash course in automatic weapons fire. A lucky burst brings down one of the fighters. But the remaining one shears the Sikorsky's control cables and the huge plane plummets earthward. Jake abandons his perch as the Sikorsky crashes into the jungle. He screeches for loorly, then flies away as the victorious black pursuit plane circles the wreckage and, satisfied, roars back into the clouds.

It seeks out the massive floating island. As it gets closer, it becomes clear that the island is really a great German zeppelin, camouflaged to blend into the jungle. The pursuit plane lands on a vast wooden flight deck built atop the airship.

The pilot jumps down from his plane and smartly salutes the zeppelin's 25 year old commander, CAPTAIN ROLF MAYER. Mayer listens eagerly to the report, then goes below, where the last of the groundtroops are being pulled aboard by ropes.

Satisfied that Milcreaux and his followers have been eliminated, and the cathedral razed, leaving no evidence, Mayer struts off to report to the zeppelin's owner.

# WIND WARRIORS

6

He is GUNTHER SPAHR, a slickly handsome 40 year old German playboy industrialist. He opens the door to his plush cabin and faces Mayer expectantly. Behind Spahr, reclining in a silky negligee and sipping champagne is Rusty Pantelli, alive and doing very well. Spahr is careful to hear Mayer's report out of Rusty's earshot. Delighted, he dismisses Mayer and returns to Rusty, informing her that one of their scoutplanes succumbed to engine failure and went down, the pilot giving his life valiantly in the cause of scientific research.

Spahr holds up MacTarry's talisman, claiming that the metal will revolutionize aviation technology. They will build super planes that can fly to the moon. He promises Rusty that she will be part of the momentous program when they locate the source of the metal, and the technology that created it.

Back on the river...

Strick and Veronica pull a groggy MacTerry from the wreckage of the plane. They are battered, bruised and bloody, but alive. Strick says that without the plane they must go back. Veronica slyly agrees. But she asks that if they had a boat would he go on? He says, with false bravado, that of course he would. She points to the Sikorsky, its wings sheared away, and says that their boat is right there. They can take one of the engines and attach it to the tail of the pontooned aircraft and continue the journey on the river. Caught, Strick agrees to try.

Later that night, beneath the jungle canopy overhanging the river's edge, the trio work on converting the plane. They hear the zeppelin's scout plane approaching. MacTerry hastily douses their campfire. Strick tackles Veronica onto a covered part of the deck. Excited by the danger, they impulsively kiss. Deep down they are kindred spirits. The scout plane moves on. Regaining his senses, Strick suddenly pulls away. He tells a confused and hurt Veronica that he's never had much luck with women, explaining how his ex-wife took him to the cleaners, pursuing him even to this day. Veronica says she would never do that. Strick retains his skepticism.

The zeppelin is moored in the jungle, tethered to the top of a tree. Rusty, Spahr and LUBIN, a sanctimonious little German anthropologist, are enjoying a sumptuous champagne brunch on the observation deck. Rusty is growing suspicious of her host's goodwill. She has noticed the mean impatience of the crew. Lubin reassures her that they will find the metal, and that she need not concern herself with the welfare of the savages they are manipulating. They are only regenerating the Lajos' faith in an ancient god. Tired of these intellectual attempts to placate her, Spahr takes Rusty back to his cabin for more pleasurable forms of persuasion.

The Sikorsky, now more of a boat than a plane, successfully navigates the river beneath razor sharp stars. Jake swoops down and retakes his perch. He croaks with surprise that they

CONFIDENTIAL

LIGHTS001174

EXH. 21  PG. 311

# WIND WARRIORS

are still alive. MacTerry is beginning to recognize landmarks from his visions. He is certain that the pyramid is near. Strick grudgingly admits that Veronica occasionally comes up with a good idea, though probably by accident. As an answer, Veronica silently cleans the sub-machine gun.

Jake cocks his head, listening to something they cannot yet hear. In a burst of feathers, he skyrockets out of the Sikorsky. Strick wonders where the hell Jake's going. He gets his answer when a scoutplane dives furiously at them from the treeline, the sound of its engines previously muffled by their own. It blows the Sikorsky in two. The trio dive into the river and swim toward shore as the scoutplane rakes the water with bullets. Nearby, groundtroops are dropped by the zeppelin to give chase.

While Strick leads Veronica and MacTerry through the almost black maze of rainforrest, the German troops beat the bushes behind them, gaining ground.

Strick and Veronica pull a tiring MacTerry to the top of a rise where they see a line of Jivaro warriors waiting for them. They turn and start back down, only to find the groundtroops pounding up the hill. Strick spins again, sees the Jivaros raise their blowguns, and Veronica and MacTerry to the jungle floor. Poisonous darts whizz overhead. When they look up, the Germans have all been cut down.

The Jivaros bind them and take them deeper into the jungle. Later, in a clearing, the Jivaros prepare to camp for the night. Veronica stays close to Strick while MacTerry absently traces in the dirt the complex symbols he saw in the Yupumo visions. Strange eyes watch him from the treeline, fascinated. The Jivaros become disturbed by his doodling and back away, frightened. Weird, terrifying chants echo through the trees. The Jivaros beat a hasty retreat.

Strick, Veronica and MacTerry, now alone in the clearing, glance around. When MacTerry looks up from his drawing he sees a majestically fierce Lajos warrior, bedecked with the legion bones and skulls of its victims. His body is covered with a fine blue ointment, over which are painted many of the symbols MacTerry has seen in his visions. Using the tip of his spear, the warrior casually completes MacTerry's drawing.

A look of hesitant understanding passes between them. More Lajos warriors glide wraith-like into the clearing and carry the trio away.

# ACT THREE

The Lajos lead Strick, Veronica, and MacTerry to the edge of a towering volcano. As they reach the top they see a gray, mist shrouded lake stretching before them.

They board primitive wooden rafts and cross the ominous waters to an island in the center of

# WIND WARRIORS

8

the crater lake.

Once on the island, they are led past vast open excavations where Lajos guards brutally force hundreds of captured natives to dig in the hardened earth. The trio is led further inland until they enter a clearing and face an enormous, Yupumo enshrouded pyramid, the same one upon which Rusty was "sacrificed".

The Lajos prepare for a ritual as the tribe's shaman approaches MacTerry. He and MacTerry converse in broken Jiverga. The shaman seems pleased and invites MacTerry and Strick into the circle of chanting elders. Veronica is excluded. She is a woman. Women are not worthy.

MacTerry tells a wary Strick that in order to survive, they must take the Yupumo with the Lajos to prove their acquaintance with the gods. Veronica is held back by the warriors as the two men are given the plant. While they chew, MacTerry warns Strick that his previously narrow perception of reality is about to be blown wide open by an awesome cosmic puzzle that will test his sanity. The price for gazing upon the medusa is physical agony.

They share a brutally beautiful vision of another world. Around them the Lajos elders howl like hysterical dogs and perform ritualistic gestures similar to the drawings MacTerry made, and the symbolic patterns that he and Strick are now both seeing.

Strick is wracked with painful convulsions, his body in a violent spasm of revelation. Veronica tries desperately to break through the cordon of warriors, crying out Strick's name as he goes through the feverish hell of Yupumo.

As Strick begins to come out of the trance, he sees a sleek monoplane diving right for him, guns chattering demonically. As he screams, the plane dissolves into Jake who circles and then lands beside his master with concern. The Lajos back away, assuming that Strick conjured this winged god. Veronica breaks through and cradles a semi-concious Strick in her arms. As her face swims into sharp focus, Strick admits that he has fallen in love with her. They kiss tenderly. Offended, Jake flies off in a flurry of feathers to perch on a nearby branch.

MacTerry and Strick have shared the same vision. The archeologist now believes he has definitely found the source of the talisman's metal and the remains of the ancient civilization. It is buried here, and that is what the Lajos are digging for. Before he can say more, a warrior runs up to the shaman and warns of the approach of the sky god.

The shaman would like to sacrifice Veronica, but is afraid of offending her companions. Veronica's eyes go wide with horror when she notices a shrunken, blackened head dangling from a tether around the shaman's neck. But most horrifying is the signet ring piercing the shrunken head's shrivelled nostrils.

It is her mother's signet ring. ← *Strick looks at it, it looks maybe a little like her mother.*

Veronica wants to get aboard the zeppelin because she believes her mother may still be on

LIGHTS001176

EXH. 21   PG. 313

# WIND WARRIORS

9

board. Strick reminds her that the zeppelin's crew has tried to kill them. Twice. They should get back to civilization and return with an army. Besides, there's no way they could get on board without being seen, and caught, and killed. Veronica asks that if she could find a way, would he be brave enough to go? Strick winces; this sounds familiar. Veronica smiles and turns to the shaman.

Later, as the zeppelin-god glides into view, Veronica lies atop the altar stone at the apex of the pyramid. A voice from the airship booms commands to the cringing Lajos, some of whom obediently rush back to the excavations, with orders to increase the pace of the work.

At the altar, two Germans descend from the zeppelin on ropes, wearing gas masks to protect them from the dense smoke they use as a shield. The men approach Veronica and are puzzled to find that there are no ropes binding her. She lunges at one of them, kneeing the soldier in the groin. Strick and MacTerry rush from cover and knock the other guard unconcious.

Inside the zeppelin's trap door, two men in uniforms and gas masks lift the now-bound Veronica onto the floor.

Strick and MacTerry have disguised themselves in the uniforms. They overcome the two other guards in the room, shoulder their weapons, hide the bodies, and lead the "captured" Veronica down the corridor. Captain Mayer intercepts them. Unsuspecting, he leads them directly to Spahr's cabin.

Mayer opens the door and announces that the guards have brought a surprise. Spahr dismisses Lubin, who is just finishing a final command to the Lajos over the airship's loudspeaker.

As Mayer and the trio enter, Lubin stops alongside MacTerry and briefly studies his face, obscured by the gas mask. He supresses surprise and quickly exits. Veronica anxiously scans the room. Strick and MacTerry lock the door, whip off their masks, raise their weapons and demand to see Rusty. The latter, unaware of what is happening, casually strolls in from the observation deck, sipping a glass of champagne.

Veronica happily embraces her astonished mother. When Veronica explains how and why they got there, Rusty realizes that her suspicions about Spahr and his intentions have been correct. She reflects on the fact that her *daughter* has come to save *her*, more heroically than she would ever have expected. Rusty is delighted.

Veronica is outraged that her ideal of the perfect woman has been shattered. Rusty was easily manipulated by Spahr and his decadence. Rusty simply replies that she is only human.

Spahr, for his part, lights a cigar, non-plussed, and blithely reminds them that *no one* is going to escape now.

**CONFIDENTIAL**

# WIND WARRIORS

10

Strick directs Veronica and MacTerry to tie Meyer and Spahr up. Rusty has a better idea. She tightly binds Spahr to the heavy bed they so recently shared. Spahr tries to seduce Rusty by reminding her of what she is throwing away. She hesitates, clearly tempted by his offer of even greater glory, but merely finishes the knot, and joins her daughter whom she asks for forgiveness. Veronica embraces her.

Strick checks the corridor, then herds them out the door behind MacTerry. Halfway down the hall, they are surrounded by Spahr's men and forced to surrender. Lubin approaches MacTerry and tells him that he recognized the archeologist from a lecture MacTerry gave long ago.

Back in Spahr's cabin, at gunpoint, MacTerry guesses Spahr's motives: using the zeppelin to frighten the natives into digging for more of the metal that Spahr would use to create a technology with which he could dominate the world. But MacTerry is not sure how the metal talisman got into Spahr's hands in the first place. The industrialist informs MacTerry that the laboratory is one of his vast corporation's holdings. The report was so enticing that Spahr dropped all other pressing business and organized a private army for his private airship and came to investigate personally.

*[handwritten in margin: realized that it was the technological find of the century]*

It was the anthropologist Lubin who suggested they play god. Lubin adds that they are very close to finding more of the metal. MacTerry laughs. Through the last, most vivid Yupumo vision, MacTerry now knows that there is no more metal. Only the Lajos' talismans, mere scraps from the superior ancient civilization, remain. The civilization itself will never be found. Because it was never here.

The tiny bits of metal that the Lajos found, perhaps thousands of years ago, is the debris of a great ship from another world. A world peopled by creatures far more refined than man. In the last vision he saw the ancient race journeying through infinite reaches, at incredible speeds, only to crash on earth. The sum of their vast technology, their arts, their civilization, are represented only by these fragments of metal. And that is all we will ever know of them.

Now it is Spahr's turn to laugh.

Strick, remembering the Yupumo vision he shared with MacTerry, asks whether the Yupumo vine might also be from another world. MacTerry shakes his head, still uncertain of this part of the mystery. Spahr says that MacTerry will never know because he and his friends are about to die. Rusty pleads with Spahr to let the others go, promising to stay with him.

As she speaks, she backs into a dresser and inches the drawer open, revealing her pistol. Spahr declines her offer, explaining that he's bored with her. Before he can order them out to be shot, Rusty, in a single swift movement, whips the pistol up to his temple and pulls the trigger. Unfortunately, there are no bullets in the gun. An embarrassing hollow "click" echoes off the

CONFIDENTIAL

LIGHTS001178

wallpaper. Rusty rolls her eyes in disgust.

Spahr is outraged that she would actually have killed him. He slaps the gun from her hand and punches her against the wall. While the guards are distracted, Strick grabs a grenade from one of their belts and pulls the pin. He threatens to blow everyone to hell unless Spahr lets them go. A soldier tackles Strick from behind, gets the grenade, and throws it off the observation deck.

Spahr orders his men to execute them on the spot. The guards cock their weapons as Jake comes flopping into view outside the observation deck. He clasps the grenade firmly in his talons and screeches playfully at the horrified group. The grenade plops onto the deck, hissing and rolling.

Everyone dives for cover. Strick grabs Veronica, Rusty takes hold of MacTerry, and the four of them tumble into the corridor just as the grenade explodes. They clamber to their feet and run like hell as the hydrogen tanks begin to erupt, one by one.

The Lajos stare up in amazement as their god plummets toward the pyramid in a massive ball of flame.

Strick and the other three leap onto the pyramid as the dying airship crashes into the altar stone above, before continuing over to the other side, where it disintegrates, spewing people and burning debris.

The Lajos shaman tells his people to revenge themselves against the perpetrators of this false god who so brutally terrorized them. The enraged warriors start up the face of the pyramid, killing the survivors. The soldiers try to defend themselves as the Lajos approach. MacTerry sees that the altar stone has been sheared away, revealing a possible escape, a passage way leading into the pyramid. Strick, Veronica and Rusty follow MacTerry into the opening as Spahr, and the last of his men, are slaughtered.

The Lajos reach the opening and halt, afraid to enter.

MacTerry recognises the place, as though he'd been there before. He leads them to a spot where the stone turns to metal, the same otherworldly metal as the talisman. They follow MacTerry, now in a waking trance, into a large room filled with strange equipment. As they walk across a smooth translucent floor, lights come on. Excited beyond measure, MacTerry realizes that this must be the alien's ship. But it did not crash.

The crew was stricken with an earth virus. Unable to return to their planet, for fear of infecting their race, they died here, leaving their ship as a monument for the primitives to worship. The savage natives built a pyramid around the spaceship and over the centuries, forgot what lay beneath it. *Yupomo as teaching mechanism (alien books are ordered molecules)*

MacTerry recognizes the Yupumo patterns all over the place. Rusty watches him, fascinated,

NOSTRANSKY VLEI

WIND WARRIORS                                                                12

as he traces a familiar pattern on the floor and pieces the last bit of the mystery together.

The Yupumo vines begin in the control room, growing in a frenzied tangle back through the corridors, out of the pyramid, and into Lejos myth. MacTerry traces the vines into another room where the walls are lined with sealed tanks, from which hoses protrude. The archeologist examines their ends. They're fitted with some kind of hypodermic for injecting whatever the tanks hold.

One of the tanks is broken; Yupumo vines take succor from it. MacTerry surmises that the tanks contain learning chemicals, through which complex information was biochemically administered. He guesses that the reason the visions were so disjointed and unclear was because they were filtered through the Yupumo vine, where the chemical structure of the information had been genetically altered by evolution throughout the many centuries.

Rusty listens avidly.

Meanwhile, Strick and Veronica search for something more prosaic: an escape route. As MacTerry continues to trace the patterns on the floor, remarking that they must have once operated the ship, a low rumble comes from somewhere beneath them. More lights flash on. The patterns on the floor rotate. The ship is coming alive.

MacTerry whoops with joy. The ship is operational. He can inject the undiluted mind-drug and learn how to navigate the ship back to its home world. He invites the others to accompany him on his adventure. Strick and Veronica politely decline. But Rusty unhesitatingly agrees.

As the ship's engines begin to bellow, Rusty and Veronica share a tearful farewell. They have each other's mutual respect at last, and forever.

Strick anxiously drags Veronica out of the control room as the entire pyramid begins to tremble. Veronica takes one last look at her mother; Rusty is throwing her arm around MacTerry's neck and asking him which side of the cockpit he likes to sit on.

Strick and Veronica race down the face of the crumbling pyramid. The Lejos have fled into the jungle. The pair run to a safe distance and cling to each other as the massive ship breaks free of the surrounding pyramid and, like a skyscraper on a pillar of fire, launches itself into the starry night.

In the aftermath, the Yupumo, the pyramid, and all traces of their adventure have been reduced to carbon ash.

The sudden silence is broken by a distant cry.

Jake is wheeling over the trees, just as stunned as Strick and Veronica.

## WIND WARRIORS                                                   13

JAPURA BRAZIL, THREE WEEKS LATER

Strick and Veronica stagger, half dead and covered with filth, into the sleepy village. They make their way to Japura's crumbling hotel, stumble into the lobby and collapse in each other's arms. Locked in an embrace, they kiss. The ordeal behind is them. They are safe at last.

But two shadows fall across them. The henchmen sent by Strick's ex-wife have finally cornered their prey. Veronica and Strick exchange weary glances, then simultaneously plough into the two men, disarming and pinning them to the floor.

The henchmen protest that they have only come down to Brazil to tell Strick that his ex-wife is remarrying and all is forgiven. Strick's violence forced them to defend themselves.

Strick lets them up. He can't make it to the wedding. However, he has the perfect wedding present for his ex-wife. He'll give it to them before they leave.

Alone again, Veronica happily hugs Strick, saying that now he is free to return to the States. They can plan a whole life together. Marriage. Children. Taking over her mother's business interests. Having adventures together, until they grow old. Its almost too wonderful. She asks Strick how he likes the idea.

Strick, white faced and in shock, staggers away from her toward the bar. Veronica wants to know if it was something she said.

He replies in a thin voice that he likes her idea just fine, but all of a sudden he doesn't feel very well. What he needs is a drink. A tall, undiluted glass of straight wiskey.

ONE WEEK LATER, ON A PAN-AM CLIPPER FLIGHT

Strick and Veronica, on their way back to the States, relax in the plush airliner. Strick gazes out the window as puffy clouds slowly drift by.

He has only one regret about the whole adventure: the present he gave his ex-wife. They were made for each other, but Strick doesn't think Jake will ever forgive him. Veronica giggles and they start to kiss when they hear a distant screech. Strick steals a glance out the window and shakes his head in disbelief.

As the plane flies into the clouds, a large bird gives hot pursuit.

-- James Cameron

Randall Frakes

W. H. Wisher

**CONFIDENTIAL**

**LIGHTS001181**

EXH. 21   PG. 318

# EXHIBIT 22

# EXHIBIT 22

# IS BEING FILED

# UNDER SEAL

# EXHIBIT 23

# EXHIBIT 23

# IS BEING FILED

# UNDER SEAL

# EXHIBIT 24

# EXHIBIT 24

# IS BEING FILED

# UNDER SEAL

# EXHIBIT 25

# EXHIBIT 25

# IS BEING FILED

# UNDER SEAL

# EXHIBIT 26

# EXHIBIT 26

# IS BEING FILED

# UNDER SEAL