ROBERT H. ROTSTEIN (72452)
  rxr@msk.com
ELAINE K. KIM (242066)
  ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants,
Lightstorm Entertainment, Inc. and
James Cameron

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION - ROYBAL FEDERAL BUILDING

| | |
|---|---|
| GERALD MORAWSKI,<br><br>              Plaintiff,<br><br>       v.<br><br>LIGHTSTORM ENTERTAINMENT, INC., JAMES CAMERON, and DOES 1 through 10,<br><br>              Defendants. | CASE NO. CV-11-10294 MMM (JCGx)<br><br>**NOTICE OF LODGING**<br><br>Time:        10:00 a.m.<br>Date:        January 14, 2013<br>Ctrm.:       780<br><br>Trial Date:  March 12, 2013<br>Time:        8:30 a.m. |

TO THE DISTRICT COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in connection with the above referenced action and the concurrently filed Notice of Motion and Motion of Defendants Lightstorm Entertainment, Inc. and James Cameron for Summary Judgment Under Fed. R. Civ. P. 56; Memorandum of Points and Authorities in Support Thereof, Defendants Lightstorm Entertainment, Inc. and James Cameron (collectively, "Defendants") hereby lodge the Exhibits in Support of Declaration of James Cameron in Support of Defendants Lightstorm Entertainment, Inc. and James Cameron's Motion for Summary Judgment:

Mitchell
Silberberg &
Knupp LLP

4961418.1

1

1        1.      Attached hereto as **Exhibit 16** is a true and correct copy of a short

2  film of a small portion of the Xenogensis script.

3

4        The above referenced action has been designated as an electronically filed

5  case.  In accordance with General Order 10-07 and Local Rule 5-4 the above listed

6  documents require manual filing.  The documents are not conducive to electronic

7  filing.

8

9  DATED:  November 9, 2012            ROBERT H. ROTSTEIN
                                        ELAINE K. KIM
10                                      MITCHELL SILBERBERG & KNUPP LLP

11

12                                 By: /s/ Robert H. Rotstein
                                       Robert H. Rotstein
13                                     Attorneys for Defendants,
                                       Lightstorm Entertainment, Inc. and
14                                     James Cameron

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

4961418.1

NOTICE OF LODGING