1  ROBERT H. ROTSTEIN (SBN 72452),
   rxr@msk.com
2  ELAINE K. KIM (SBN 242066),
   ekk@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendants
   Lightstorm Entertainment, Inc. and
7  James Cameron

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11  GERALD MORAWSKI,                    | CASE NO. CV 11-10294-MMM (JCGx)

12          Plaintiff,                  | Hon. Margaret M. Morrow

13     v.                              | **DECLARATION OF MICHAEL ROBERT (BOB) GALE IN SUPPORT OF DEFENDANTS LIGHTSTORM ENTERTAINMENT, INC. AND JAMES CAMERON'S MOTION FOR SUMMARY JUDGMENT**

14  LIGHTSTORM ENTERTAINMENT,
    INC., a California corporation; JAMES
15  CAMERON, an individual; and DOES 1
    through 10,
16
            Defendants.               | Time:      10:00 a.m.
17                                     | Date:      January 14, 2013
                                       | Ctrm.:     780
18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

DECLARATION OF MICHAEL ROBERT GALE

## DECLARATION OF MICHAEL ROBERT (BOB) GALE

I, Michael Robert (Bob) Gale, declare as follows:

1.    I have been retained as an expert witness on behalf of Defendants Lightstorm Entertainment, Inc. and James Cameron in this action.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as witness, I could and would competently testify thereto.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of my expert report in this matter as of October 31, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed October 31, 2012, at  Pacific Palisades  , California.

Michael Robert Gale

Mitchell
Silberberg &
Knupp LLP

4935714.1/42040-00006