ROBERT H. ROTSTEIN (SBN 72452),
rxr@msk.com
ELAINE K. KIM (SBN 242066),
ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants,
Lightstorm Entertainment, Inc. and
James Cameron

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERALD MORAWSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>LIGHTSTORM ENTERTAINMENT, INC., a California corporation; JAMES CAMERON, an individual; and DOES 1 through 10,<br><br>    Defendants. | CASE NO. CV 11-10294-MMM (JCGx)<br><br>Hon. Margaret M. Morrow<br><br>**DECLARATION OF ROBERT B. COHEN IN SUPPORT OF DEFENDANTS LIGHTSTORM ENTERTAINMENT, INC. AND JAMES CAMERON'S MOTION FOR SUMMARY JUDGMENT**<br><br>Time:   10:00 a.m.<br>Date:   January 14, 2013<br>Ctrm.:   780<br><br>[Notice of Motion and Motion for Summary Judgment; Separate Statement of Undisputed Facts and Conclusions of Law; Supporting Declarations, and [Proposed] Judgment filed concurrently herewith] |

Mitchell Silberberg & Knupp LLP

4929192.1/42040-00006

DECLARATION OF ROBERT B. COHEN

## DECLARATION OF ROBERT B. COHEN

I, Robert B. Cohen, declare as follows:

1. I am an Executive Vice President of Legal Affairs for Twentieth Century Fox Film Corporation ("TCFFC"). I have worked at TCFFC for over 15 years and have more than 30 years of experience working as a lawyer in the entertainment industry. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as witness, I could and would competently testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of an agreement dated December 5, 2005 between Lightstorm Entertainment, Inc. and TCFFC, which I signed on behalf of TCFFC in my position as Executive Vice President of Legal Affairs. This agreement transferred to TCFFC all rights in and to the *Avatar* project, also known as "Project 880," including James Cameron's "scriptment" for *Avatar*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed October 22, 2012, at Los Angeles, California.

Robert B. Cohen

# EXHIBIT 1



TWENTIETH CENTURY FOX

P.O. Box 900
Beverly Hills, California 90213-0900
Phone 310 369 1042 • Fax 310 369 3719

Legal Department

December 5, 2005

Lightstorm Entertainment     Via E-mail
919 Santa Monica Boulevard
Santa Monica, Ca. 90410
Attention: Rae Sanchini

Re: "PROJECT 880"

Dear Rae,

This will confirm the following with respect to the theatrical motion picture project currently entitled "Project 880" (the "Project") currently being developed by Lightstorm pursuant to the terms and conditions of the overall agreement between Lightstorm and Fox ("Agreement"), dated as of June 23, 2000:

1. RIGHTS: Lightstorm acknowledges and agrees that, notwithstanding that many, (if not all), of the agreements currently existing or being entered into with third parties in connection with the Project are in Lightstorm's name, that all the results and proceeds generated pursuant to those third party agreements (as well as to any third party agreements entered into in the future with respect to the Project until such time, if ever, as the Project reverts to Lightstorm pursuant to the terms and conditions of the Agreement), and all rights in and to the Project, belong exclusively to Fox (subject to the terms and conditions of the Agreement including, without limitation, Lightstorm's rights of reversion). For the avoidance of doubt, Lightstorm hereby assigns any and all of it's right, title and interest in and to the Project to Fox, subject to the terms and conditions of the Agreement, including without limitation, Lightstorm's rights of reversion.

2. INSURANCE: Fox agrees that Lightstorm shall be added to Fox's Errors and Omissions and general liability insurance policies for the Project as an additional named insured.

Please confirm your agreement with the foregoing by signing in the space provided below.

Sincerely,

Nancy S. Niederman

AGREED TO AND ACCEPTED:
LIGHTSTORM ENTERTAINMENT, INC.          TWENTIETH CENTURY FOX

By: /s/ Rae Sanchini                    By: /s/

                                        ROBERT B. COHEN
                                        EXECUTIVE VICE PRESIDENT
                                        LEGAL AFFAIRS

LGL\430561 v3 NSN 01-05-06
"Project 880"
Lightstorm Entertainment, Inc.           -1-

A NEWS CORPORATION COMPANY