ROBERT H. ROTSTEIN (SBN 72452),
rxr@msk.com
ELAINE K. KIM (SBN 242066),
ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants,
Lightstorm Entertainment, Inc. and
James Cameron

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERALD MORAWSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>LIGHTSTORM ENTERTAINMENT, INC., a California corporation; JAMES CAMERON, an individual; and DOES 1 through 10,<br><br>    Defendants. | CASE NO. CV 11-10294-MMM (JCGx)<br><br>Hon. Margaret M. Morrow<br><br>**DECLARATION OF RANDALL FRAKES IN SUPPORT OF DEFENDANTS LIGHTSTORM ENTERTAINMENT, INC. AND JAMES CAMERON'S MOTION FOR SUMMARY JUDGMENT**<br><br>Time:      10:00 a.m.<br>Date:      January 14, 2013<br>Ctrm.:      780<br><br>[Notice of Motion and Motion for Summary Judgment; Separate Statement of Undisputed Facts and Conclusions of Law; Supporting Declarations, and [Proposed] Judgment filed concurrently herewith] |

Mitchell
Silberberg &
Knupp LLP

4934688.1/42040-00006

DECLARATION OF RANDALL FRAKES

# DECLARATION OF RANDALL FRAKES

I, Randall Frakes, declare as follows:

1. I am a screenwriter in the motion picture industry. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as witness, I could and would competently testify thereto.

2. I met James Cameron ("Cameron") in California in 1974 while we were both students at Fullerton Junior College. Both of us were huge fans of science fiction, and we became friends talking about the many science fiction books we had read and movies that we had seen.

3. Cameron and I also had many conversations, starting in 1974, about the motion pictures that we wanted to make and about the ways that we might break into the entertainment industry. As detailed below, core ideas in Cameron's films, from *The Terminator* to *Avatar*, are ideas that Cameron already had, and discussed with me about, back in the 1970s and 1980s.

4. One of the first projects that Cameron and I talked about potentially developing into a motion picture was called *Chrysalis*, which was based on a story that Cameron had previously written. Exhibit 5 to the Declaration of James Cameron ("Cameron Declaration") is a true and correct copy of the short film script for *Chrysalis* that Cameron and I wrote in 1974. In *Chrysalis*, the protagonist is a paraplegic who undergoes scientific experiments so that he is in a state of sensory deprivation. He experiences hallucinations that are very real to him in which he travels to alien places and is able to use his legs. We envisioned that some parts of the movie would be animated, but we ultimately realized that the project was too ambitious and expensive, and *Chrysalis* was never produced.

5. Another early project that I worked on with Cameron in the 1970s was entitled *Xenogenesis*. Our plan was to write a treatment and script and to produce

a short pilot film, which we would then send out to potential investors, to finance the movie and give us the resources to produce the film with all of the visual effects that we wanted to do.

6. Cameron wanted to make a movie about space travel. I was also interested in that idea, and had written a short story called "I Wince in Limbo," about a spaceship controlled by a computer that after Earth's destruction travels to other planets, on which there is a male pilot and a female stowaway.

7. Cameron created various alien planets that the protagonists could visit and explore to determine whether the planet could support human life and was worthy of colonization. Cameron conceived of a dozen different alien planets and carefully thought out the ecosystems of each, from whether the atmosphere would be high-gravity or low-gravity, to the specific details of the life forms that would be found on the planets. Ultimately, having so many planets did not make sense financially, so only a handful of those planets made it into the treatment and scripts for *Xenogenesis*. Exhibits 6 and 7 to the Cameron Declaration are true and correct copies of portions of the treatment and a script for *Xenogenesis* that Cameron and I wrote in or about 1977-1979.

8. One of the planets that Cameron created for *Xenogenesis*, and which we had many discussions about in the 1970s, was a planet that I referred to as the Flora Planet, because it was covered with plants and trees, which were bioluminescent. As Cameron came from a science background, he always challenged me on ideas that he did not think were scientifically sound. When Cameron told me about having a planet with the bioluminescent plants in *Xenogenesis*, I challenged him on whether such plants could exist. He pointed to phosphorescent plankton in the sea, and showed me articles from scientific journals classifying plankton as plants. Cameron was very interested in plant life, and in fact, in an early version of *Xenogenesis*, the computer, which contains all

the knowledge of the human race, trained the female protagonist to become a botanist.

9.  Cameron had the idea that this planet could sense that outsiders had arrived and acts to repel the intruders. The trees and plants were essentially the planet's nerve endings, and were interconnected through visible roots. The idea of a neural network of trees or plants was actually an idea that Cameron told me about when I first met him in 1974.

10. During the time that we were working on *Xenogenesis*, Cameron showed me paintings and drawings that he had done of the landscape of the Flora Planet and its flora and fauna, as well as of other planets and scenes that he had created. These include the paintings and drawings attached as Exhibits 8 through 15 to the Cameron Declaration, all of which I saw in or about 1978-1979. At around that time, I also saw Cameron's drawing entitled "Spring on Planet Flora," which is attached as Exhibit 4 to the Cameron Declaration.

11. Cameron came up with the idea in *Xenogenesis* that the humans would need to be genetically engineered in order to survive on their new home planet. Cameron frequently discussed with me that he wanted to make a movie about blue-skinned aliens, an idea that Cameron initially mentioned to me when we first met in 1974. That is the reason why in our *Xenogenesis*, the humanoid aliens have blue skin.

12. In or around 1978-1979, Cameron and I made a short pilot film for *Xenogenesis*. Exhibit 16 to the Cameron Declaration is a true and correct copy of that film. Bill Wisher acted in that short film as the male protagonist. Because we could only afford to film one scene for the pilot, we included at the beginning of the film a montage of images from some of Cameron's artwork for *Xenogenesis*, including one showing a blue-skinned alien girl.

13.   I had many other discussions with Cameron in the 1970s and 1980s about themes and ideas he had in mind for future motion pictures. Something that Cameron has been interested since the 1970s is the idea that seemingly weaker groups of people could band together as a collective to beat a superior force. Both of us were children of the 1960s, and the Vietnam War and the popular movement against it had a profound effect on us, which we frequently talked about. In the 1970s and early 1980s, one of the story ideas that Cameron discussed with me was a story about an American military man who bombs Vietnamese villages, but then falls in love with a Vietnamese girl and works together with the Vietnamese to fight against the U.S. military. Cameron incorporated similar elements in his script for *Rambo II*, or *First Blood: Part II*, which I typed up for him.

14.   I also had discussions with Cameron when he was writing the script for *Aliens*. Although the subject matter of the film is futuristic, *i.e.*, it deals with space travel and aliens on another planet, Cameron told me back then, in the 1980s, that he wanted the Colonial Marines to look like Vietnam War-era soldiers drinking cokes, to draw a parallel between the Vietnam War and the Weyland-Yutani Corporation's misguided efforts to set up a colony on another planet and to collect alien specimens to create weapons.

15.   In or about 1979-1980, and then again in or about 1985-1988, I worked with Cameron, as well as Bill Wisher, on a project called *Wind Warriors*. Exhibit 1 attached to the Declaration of Bill Wisher is a true and correct copy of a draft of the treatment that the three of us wrote in or about 1985, and Exhibit 21 attached to the Cameron Declaration is a true and correct copy of a later version of the treatment that we wrote. *Wind Warriors* is an adventure story set in the Amazon jungle, in which a German industrialist with a private army who is mining for a mysterious metal in the jungle, and exploiting an indigenous tribe in that quest. Among other things, Cameron conceived of the idea that the industrialist

would have a zeppelin that the tribe initially believes to be a god, and when the zeppelin is destroyed, the tribe rises up against the industrialist and his mercenaries. In addition, Cameron conceived of the idea of the metal being something that cannot be found on Earth, but of alien origins. He also created the elements relating to the plants that the tribe ingests and that the scientist character is interested in.

16. In *Avatar*, the corporate interests are mining for unobtanium, a room-temperature superconductor. As far back as the 1970s, Cameron talked to me about the idea of a room-temperature superconductor and said that it would be a cool element to incorporate into a motion picture.

17. In short, the ideas of a paraplegic protagonist who is able to walk again in a journey through his mind, a sentient planet with a neural network of trees and bioluminescent plants, a scientist character who is interested in plant life, a love story between a military veteran and a girl on the other side of the conflict, seemingly more primitive or weaker people rising up against and prevailing over a superior force that seeks to exploit them, and a room-temperature superconductor are all ideas that Cameron has had in his repertoire for a long time and which he discussed with me in the 1970s and 1980s.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed October 27, 2012, at Los Angeles, California.

Randall Frakes