1  ROBERT H. ROTSTEIN (SBN 72452),
   rxr@msk.com
2  ELAINE K. KIM (SBN 242066),
   ekk@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendants,
   Lightstorm Entertainment, Inc. and
7  James Cameron

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11 | GERALD MORAWSKI,                | CASE NO. CV 11-10294-MMM (JCGx)
12 |           Plaintiff,            | Hon. Margaret M. Morrow
13 |      v.                         | **DECLARATION OF WILLIAM WISHER IN SUPPORT OF**
14 | LIGHTSTORM ENTERTAINMENT,       | **DEFENDANTS LIGHTSTORM**
   | INC., a California corporation; JAMES | **ENTERTAINMENT, INC. AND**
15 | CAMERON, an individual; and DOES 1 | **JAMES CAMERON'S MOTION**
   | through 10,                     | **FOR SUMMARY JUDGMENT**
16 |                                 |
   |           Defendants.           | Time:      10:00 a.m.
17 |                                 | Date:      January 14, 2013
   |                                 | Ctrm.:     780
18
19                                    [Notice of Motion and Motion for
                                      Summary Judgment; Separate Statement
20                                    of Undisputed Facts and Conclusions of
                                      Law; Supporting Declarations, and
21                                    [Proposed] Judgment filed concurrently
                                      herewith]
22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

4878924.1/42040-00006

# DECLARATION OF WILLIAM WISHER

I, William Wisher, declare as follows:

1.      I am a screenwriter in the motion picture industry.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as witness, I could and would competently testify thereto.

2.      I met James Cameron ("Cameron") in California in the early 1970s. When I met Cameron, he already had the idea of making a movie about space travel, colonization of an alien world, and blue aliens, which he and I discussed.

3.      In or about 1978-1979, I acted in a short pilot film for a project that Cameron and Randy Frakes co-wrote, called *Xenogenesis*.  I portrayed the male lead in the shot pilot film.

4.      In the 1980s, I worked with Cameron and Frakes on a treatment for a potential motion picture, entitled *Wind Warriors*.  Attached as **Exhibit 1** is a copy of the first draft of that treatment, which we wrote in 1985.

//
//
//
//
//
//
//
//
//
//

1      5.      The treatment that is attached as Exhibit 19 to the Declaration of

2  James Cameron ("Cameron Declaration") is a true and correct copy of a treatment

3  that we wrote later in the 1980s.  Attached as **Exhibit 2** is a copy of that treatment,

4  which I maintained in my files.

5

6      I declare under penalty of perjury under the laws of the United States that

7  the foregoing is true and correct.

8

9  Executed October 22, 2012, at Santa Monica, California.

10

11

12                          William Wisher

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

4878924.1/42040-00006

3

DECLARATION OF WILLIAM WISHER

# EXHIBIT 1

*Cameron*
*Frances*
*Wisher*

WIND WARRIORS

*1st*
*Draft*
*1-25-85*

1

SOUTH AMERICA 1927

RUSTY PANTELLI, a beautiful adventurous 40 year old aviatrix

who is circumnavigating the equator as a publicity stunt for

the New York Times, crashes into the Brazilian rainforest.

She is captured by fierce Jivaro  headhunters who tie her to

a stake in a jungle clearing then retreat fearfully to nearby

bushes as weird terrifying chants echo  through the trees..

when they fade, a brave warrior peers into the clearing and sees

that Rusty has been taken; by something that frightens even the

Jivaros.

   Rusty has been bound to a stone sacrificial altar at the

top of an ancient pyramid encrusted with strange flowers.

Thick clouds, glowing with a sinister iridescence, descend

upon the altar. A huge silhouetted shape moves within, its

two burning eyes illuminating her as she struggles to break free.

When the clouds ascend, the altar is bare.

CHICAGO, ONE WEEK LATER

VERONICA PANTELLI Rusty's unglamorous but pretty twenty

year old daughter, argues with her boss at the phone company

about giving up the safety of her city job for the certain

dangers of joining the futile search by the New York Times

for her mother.  Veronica defends her mother against the

boss's accusation that Rusty neglected her daughter while seeking

personal glory. Veronica considers her globe-hopping mother

the ideal woman.

**CONFIDENTIAL**                              **WISHER000030**

EXH. 1   PG. 4

WIND WARRIOS                                                              2

JAPURA BRAZIL, TWO WEEKS LATER

Veronica stands on the bank of the Amazon river pleading with
the leader of the New York Times rescue expidition not to
abandon the search so soon. He explains that the rainy season
is coming, and more importantly the story is dead. He gives
Veronica a steamer ticket and urges her to depart with the
rest of the entourage. Desperate to find her mother, Veronica
refuses to go.

Before the steamer sails, IAN MAC TERRY, a robust 50 year old
archeologist steps ashore. He is followed closely by two grim
stove-like men in bowler hats. With paranoid cleverness, Mac
Terry evades the pair within the labyrnthene maze of the wharf,
then heads directly for Japura's fly infested hotel-bar.

As Mac Terry orders a drink, Veronica shoulders past him
and asks the bartender how she can get upriver. The bartender
points to STRICKLAND BREWER, a rugged, cynical bush pilot
nursing a beer in a dark corner of the bar.

Veronica explains to Strick that she is the daughter of the
missing aviatrix and that she has been told that he is the
only way to get upriver. Strick warns that the jungle is too
dangerous now; Jivaro headhunters have gone on a killing frenzy,
attacking even the usually safe outlying areas. He ungently
adds that Rusty is certainly dead by now.

Undaunted, Veronica demands Strick's price. He tells her.
He always gets half up front, half on delivery and even half
is more than she can pay. Dejected, Veronica heads for the
door but is stopped by Mac Terry who has overheard. He says
that together they have enough for the downpayment to charter
Strick's plane. Mac Terry introduces himself to the bush pilot
and explains that he needs to get to Father Milcreaux, a
reclusive missionary on the edge of the jungle. Reluctantly
Strick agrees to take them both.

MORRISON v. NIEL

**CONFIDENTIAL**                                        **WISHER000031**

WIND WARRIORS                                                                3

At the steamship office, Veronica hesitates. The decision she
is about to make may lead to certain death. It is a test
of her courage. An overwhelming emotoin rises within her:
Terror. Resolutely, she pushes it away, and cashes in her
ticket for the money that may buy her mother a second chance.

When Veronica gives Strick the downpayment he tells her that
in two weeks he wants the rest of the money, whether they've
found her mother or not. He instructs her to meet him at the
plane at dawn.

Bone weary and ready for bed she returns to teh hotel only
to find that the New York Times is no longer paying for her
room. Out of money and unwilling to admit it to Strick and
Mac Terry, who are still drinking in the bar, she takes her
bags nad heads for the plane to wait for morning.

An enormous four engined bi-plane floats on pontoons in a
nearby lagoon. It is a Stkorsky Grand, a world war one Russian
bomber. The door to the warm, spacious cabin, and a possible
bed, lies open. Veronica moves toward it like a magnet when...

A mysterious winged shadow dives at her, shrieking like a
banshee. It is Jake, Strick's watchbird, defending his territory.
Suitably intimidated, Veronica instead climbs cautiously into
a dinghy tied to the rear of one of the plane's pontoons. Under
Jake's baleful stare Veronica lowers her head on her suitcase
nad instantly falls asleep.

Back in the bar...

With the aid of a few beers, Strick tells Mac Terry that
women are trouble; they just don't behave like gentlemen. He's

**CONFIDENTIAL**                               **WISHER000032**

EXH. 1   PG. 6

*about* explain further when the same two men *who were* ~~following Mc Terry enters the bar. Mc Terry~~ ~~WHO WAITERS~~ thinks they are after him, *but* Strick ~~everybody~~ enlightens him; they are two henchman sent by

Strick's rich ex-wife to beat the back-alimony out of him.
Strick has eluded them several times before but Mc Tarry
unwittingly led them to his latest hiding place. Strick sends
one crashing through a window, but the other pulls a gun.
Strick flees for ~~his life~~ *and Mc Tarry* *lives* leading the men on a harrowing
chase through the sleeping town to ~~his~~ *the* plane.

Strick orders Jake to hold the detectives at bay as the
huge plane takes off. Mc Tarry is ~~alarmed~~ *Startled* by Veronica's
terrified scream, sees her clinging to the dangling boat, *where*
*she had fallen asleep*
Too high to jump, too dangerous to land, Veronica hangs from
the swinging dinghy as the earth rapidly drops away.

*He* shouts for Mc Tarry to take the controls and keep
the plane away from the trees. Climbing down the fraying
rope, Strick pulls the paralyzed Veronica from the swinging
dinghy as the Sikorsky pitches and yaws wildly, then begins
to drift toward the trees. The pair scramble to safety as the
boat is splintered against high branches. Mc Tarry gratefully
returns the controls to Strick. Jake catches up with the
plane and calmly alights on the observation deck.

The journey has begun.

MORAWSKI v. LEI (watermark)

5

ACT TWO

Veronica Sluck and McTany arrive at Father Milcreaux's Mission, a crude cathedral jutting through the trees, a quarter mile from the River. The sixty year old Jesuit ~~lives~~ lives reclusively with a small group of Jivaros converts. ~~Veronica~~ asks him to provide them with a guide. Milcreaux declines ~~it~~ is too dangerous. The Jivaros savages have ~~been~~ unleashed a bloodbath; raiding women from the villages all around. Their belief in a mythical godlike race of warriors, the Lajos has been suddenly rekindled, for unknown reasons the Jivaros are in a frenzy to provide human sacrifices to the ancient Lajos. Now no one will journey inland. No one who wants to live.

That is all Sluck needs to hear. Even if Rusty survived the crash she was probably captured and killed. Veronica refuses to believe that Rusty the great adventurous would be killed by mere savages, mythical or otherwise.

McTany explains why he believes the Lajos are real. Martha earlier was present when the Jivaros brought their feverish shaman to Milcreaux, in hopes that the jesuit could exorcise his Lajos demons. the Lajos ~~Martha~~

6

A single Lajo warrior had attacked the Shamans village killing many before he was finally killed. The shaman, took two things from the warriors corpse: a talisman made of strange looking metal, and Yupuno blossoms, a hallucinogen the Lajos eat to make themselves invincible. Trying to gain and conquer the Lajo magic of the shaman donned the talisman and ate one of the Yupuno flowers. The terrible and beautiful visions drove him mad. He died shortly after.

Against Milcosan's warning, that it is a tool of the devil, McTerry tried a tiny amount of the yupuno. He saw visions of vast landscapes dotted with awesome cities which seemed to be built from the metal. When he saw an ancient pyramid on an island in a crater lake, he was compelled to draw complex patterns in the ground, the meaning of which eluded him.

McTerry has taken the drug only once since then. The location of the pyramid became clearer; he believes that it does exist somewhere nearby in the amazon jungle, and that the patterns, the metal and the yupuno all point to the existence of an ancient civilization more advanced than our own. In hopes of getting funding for an expedition to locate the pyramid McTerry took the talisman to be analyzed at a lab in Germany.

When he returned for the test results they denied receiving the metal, then all of his notes on the possible location of the metals source were stolen. McTerry was discredited by unknown enemies seeking to suppress his theories. He is now obsessed by finding the source of the metal, solving the archeological mystery and proving himself right in the eyes of the scientific community.

McTerry says that if the Lajos have Rusty and if she is still alive then their purposes are one; Rusty will be where the mysterie's answer lies. If Stock

CONFIDENTIAL

WISHER000035

EXH. 1   PG. 9

7

won't take Veronica further, she can accompany McTerry on foot. Veronica agrees, turns to Strick and demands her money back.

Testily Strick asks them how they intend to continue without a guide.

McTerry says by taking the Yupumo he can get a clearer fix on exactly where the pyramid lies. Strick announces that if they're bent on continuing, he'd better go along, to keep them alive.

McTerry's body is wracked with convulsions as he enters the Yupumo trance. Veronica is horrified at the cost Yupumo exacts for its knowledge.

A sentry sits at the edge of Mileuua's camp stares curiously at a glossy black helmet that has just dropped from the sky and landed at his feet. He stares up. The wan moon is swallowed by a gargantuan shadow.

As McTerry slowly regains his senses, attended to by Veronica and Strick, they hear the warning cry of the sentry. But it is too late.

Twin daggers of light suddenly illuminate the Churchyard. Strick hears the clatter of metal on clay coming from the roof of the Church. He grabs Veronica and McTerry and throws them to the ground as the Church disintegrates in a series of powerful explosions. Mileuua is killed. His terrified indians flee into the jungle, only to be cut down by automatic gunfire.

Strick leads Veronica and McTerry past the carnage, toward the plane. A figure looms up in the foliage in front of them. Before the phantom can raise its weapon Strick decks him with a deft punch. The felled man looks European, dressed in a uniform of

NOT DRAWN BY LEI

**CONFIDENTIAL**

WISHER000036

EXH. 1  PG. 10

8

Before they can investigate further, the sound of more men approaching, ~~even~~ pushes them onward. Searchlights stab through the trees around them, hunting.

Strick, Veronica and McTerry reach the plane. Some one had reached it before them, ~~he~~ ~~saw~~ one of the uniformed attackers. He now leys in the mud staring into the night, his face white, his throat slashed. Jacks squats ~~redly~~ proudly on his chest.

The trio leap aboard the plane and taxi away as their persuers reach the bank. Amid a hail of gunfire the Sikorsky safely climbs into the night. Ropes ~~lines~~ descend from above. The soldiers attach themselves and ~~are~~ silently ascend.

As Strick ~~and~~ a shaken McTerry, and an ~~shaken~~ ~~utterly~~ horrified Veronica ~~so~~ gather their wits, an unruffled Jo Peters his perch on the observation deck.

Strick is all for turning back. Veronica is uncertain. But McTerry, ~~as~~ ~~obsessed~~ ~~with~~ ~~them~~, points further upriver, deeper into the wildness and says their destination ~~the~~ ~~and~~ ~~of~~ lies ahead. Suddenly Veronica ~~states~~ shouts. ~~Can~~ ~~it~~ ~~stand~~ ~~hens~~ Impossibly, an island looms before them in the clouds.

Strick slams the rudder, the Sikorsky shudders, ~~and~~ turns on its side and chops away, just in time, ~~Then~~ swooping beneath the island and climbing away.

Two sleek black German pursuit planes dive out of the clouds and open fire on the Sikorsky. Bullets slam through the cabin, shattering glass, splintering wood ~~by~~ ~~Harps~~ ~~be~~ ~~rattling~~ ~~the~~ ~~to~~ ~~bp~~ ~~be~~ ~~so~~ McTerry is grazed, ~~and~~ ~~the~~ ~~thumb~~ ~~the~~ enacted encourages. Veronica Picks up ~~the~~ Stricks Thompson sub machine gun and takes a crash course in living the ~~moment~~ in [...]

Strick flies evening K

CONFIDENTIAL

9

shot brings down one of the attacking fighters. But the other shears off one of the Sikorsky's control cables and the huge plane plummets earthward ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ Jake abandons his perch as the Sikorsky crashes into the jungle. He ~~~~~~ screeches furiously ~~~~~~~~~~~~~~~~~~~~~~~~~ then flies away, as the victorious black pursuit plane circles the wreckage, ~~~ and satisfied climbs back into the clouds.

It ~~~~~~~~~~~~~~~~~~~~~~~ seeks out the massive floating island and as it gets closer it becomes clear that the island is really a great German zeppelin, camouflaged to blend into the jungle. The pursuit plane ~~~~~~~ lands on a vast wooden flight deck, which ~~~ built atop the airship.

The pilot jumps down from his plane and salutes the Zeppelin's 25 yr old captain ROLF MEYER. Rolf listens eagerly to the report then goes below where the crew of the ground attack troops are being pulled up by ropes. Satisfied that ~~~ Milacent and his followers have been ~~~ eliminated, and the camp razed, Meyer struts off to report to the Zeppelin's owner, ~~~~~~~~~~~~ . He is Gunther Spahr, a ~~~~~~~~~~~~ sixty, handsome 46 yr old German playboy industrialist. Spahr ~~~ the door to his plush cabin, and faces the Meyer expectantly. ~~~~~~~~~ Behind Spahr, ~~~ reclining in a silky negligee, ~~~ and sipping champagne, is Rusty Pantelli. Alive and well Spahr ~~~~~~~~~~~~~~~~~~~~~~~~~ is careful to have Meyer's report out of Rusty's earshot. Delighted he dismisses Meyer and returns to Rusty, informing her that one of their scout planes succumbed to engine failure and went down, the pilot giving his life valiantly in the cause of scientific research.

FOR M. WISKULLEI

**CONFIDENTIAL**

WISHER000038

EXH. 1   PG. 12

10

Spahr holds up Mc Terry's talisman, says that it's metal will revolutionize aviation technology. They will build super planes that can travel as far as the moon. He promises Rusty will be part of the momentous program when they locate the source of the metal and the technology that created it.

BACK ON THE RIVER

Strick and Veronica pull a groggy Mc Terry from the wreckage of the plane. They are battered, bruised and bloody, but alive. Strick says that without the plane they must go back. Veronica slyly agrees.But she asks if they had a boat would he go on? He says, with false bravado, that he would. She points to the Sikorsky, its wings sheared away, and says their boat is right there. They can take one of the engines and attach it to the tail of the pontooned aircraft and continue the journey on the river. Strick, caught, reluctantly agrees to try.

Later that night, the plane moored beneath the cover of overhanging trees, the trio work on converting the plane. They hear the Zepplin's scoutplane approaching. Mc Terry hastily douses a XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX THEIR CAMPFIRE. Strick tackles Veronica onto a covered part of the deck. Impusively, they kiss suddenly, Strick pulls out

CONFIDENTIAL                                            WISHER000039

EXH. 1   PG. 13

Excited by the danger, they impusively kiss.

Deep down, they are kindred spirits. The scout plane moves off. Regaining his senses, Strick suddenly pulls away.He tells a confused and hurt Veronica that he's never had any luck with women, explaining how his ex-wife took him to the cleaners, pursuing him even to this day. Veronica says she would nevert do that. Strick retains his sceptisism.

The Zeppelin is moored in the jungle, tethered to the top of a tree.Rusty Spahr, and LUBIN, a German anthropologist, are enjoying a sumptuous champagne brunch on the observation deck. Rusty is growing suspicious of the goodwill of her hosts. She has noticed the mean impatience of the crew. Lubin reassures her that they will find the metal and that she need not concern herself with the welfare of teh natives they are manip manipulating. They are onlyregenerating their faith in an ancient god. Tired of these intellectual attempts to persuade her, Spahr takes Rusty back to his cabin for more pleasurable forms of persuasion.

The Sikorsky, now more of a boat than a plane, successfully navigates the river beneath razor sharp stars. Jake swoops down, and retakes his perch. He croaks with surprise that they are still alive. McTerry is beginning to recognise landmarks. He is certain that the pyramid is not far. Strick admits, grudginly, that Veronica occasionally has a good idea, though probably by accident. As an answer, Veronica silently cleans the Thompson machine gun.

**CONFIDENTIAL**                                    **WISHER000040**

MORAWSKI v. LEE

12

yet hear. In a bu rst of feathers, he skyrockets out of the Sikorsky Strick wonders where the hell Jake's going. He gets his answer when a scoutplane dives at them furiously from the treeline, the sound of its engines previously muffled by their own. It blows the Sikorsky in two. The trio dive into teh river and swi toward shore as the scoutplane rakes the water with bullets. Ground troops are dropped by the Zeppelin nearby to give chase.

Strick leads Veronica and McTerry through the almost black maze of rainforest, the German troops beating the bushes behind them, gaining ground.

Strick and Veronica pull a tiring McTerry to the top of a rise where they see a line of Jivaro warrrios waiting for them. They] turn and start back dow, only to see the groundtroops pounding up the hill. Strick spins again, sees the Jivaros raise their blowguns and pulls both Veronica and McTerry to the jungle floor. Poisonous darts wiz overhead. When they look up, the Germnas have all been cut down.

The Jivaros bind them and take them deeper into the jungle. Later, in a clearing, the Jivaros prepare to camp for the night. Veronica stays close to Strick while MacTerry absently draws the complicated patterns he saw in the Yapumo visons. Strange eyes watch him from the treeline, fascinated. The Jivaros become disturbed by his doodling and back away, frightened. Weird, terrifying chants echo through the trees. The Jivaros hastily beat a retreat.

They look around, now alone in the clearing. When MacTerry looks up, he sees the tall, wraith-like Lajos warrior, bedecked with the bones and skulls of its many victims. His body is covered with a fine blush ash.

WIND WARRIORS                                          13

He uses the tip of his spear to complete MacTerry's drawing.

A look of hesitant understanding passes between them. More Lajos warrior glide ghost-like into the clearing. They carry the trio away.

ACT THREE

The Lajos lead Strick, Veronica and MacTerry to the edge of a towering volcano. As the reach the top, they see a gray mist-shrouded lake stretching before them.

They board wooden rafts and cross the ominous waters to an island in the center of the crater lake.

Once on the island, they push into a clearing and see an enormous, yopumo-shrouded pyramid, the same one Rusty upon which Rusty was "sacrificed".

The Lajos prepare for some ritual as the tribe's shaman approaches MacTerry. He and MacTerry confer in broken Jivaros. The old man seems pleaSED AND INVITES THEM INTO THE CIRCLE OF chanting elders. MacTerry tells a wary Strick that in order to survive, they must take yapumo with the Lajos to prove their acquaintence with the gods. Veronica is held back by warriors as the two men are given the plant. As they chew, MacTerry warns Strick that his previously narrow perceptions of reality is about to be exploded by a vision of an awesome ~~paradise.~~ a cosmic puzzle that will test his sanity, ~~and~~ the price for looking on the medusa is ~~high is~~ physical agony.

**CONFIDENTIAL**                                    **WISHER000042**

EXH. 1   PG. 16

They share a brutally beautiful vision of another world. Around them the Lajos elders howl like hysterical dogs and make ritualistic gestures like the drawings MacTerry made and the patterns Strick and MacTerry are now both seeing.

Strick is racked with painful convulsion, his body in a violent spasm of revelation.

Vedronica desperately tries to break through the cordon of Lajos, crying out Strick's name as he goes through the feverish hell of the Yapumo.

As Strick begins to come out of the drug-strance, he sees a sleek monoplane diving right for him, guns chattering deomically. As he screams, the plane dissolves into Jake who circles and then lands beside his master with concern. The Lajos back away, assuming that Strick conjured this winged god Veronica breaks through and cradles a semi-conscious Strick in her arms. As her face swims into sharp focus, Strick admits that he has fallen in love with her. They kiis tenderly.

Offended, Jake flies off in a flurry of feathers to perch indignantly on a nearby branch.

MacTerry and Strick share the same vison. The archeologist now belives he has definiately found the source of the talisman metal, that the ancient civilation, or what is left of it, is buried nearby.  and is what the Lajos are digging for. Before he can say more, a Lajos warrior rushes up to the Shaman and warns of the approach of the sky god. The shaman would like to sacrifice Veronica but is afraid of offending her companions. Veronica eyes go wide with horror when she sees a shrunken, blackened head dangling from a

WIND WARRIOR                                    15

tether around his neck. But most horrifying is the signet ring

piercing the shrunken head's shriveled nostrals.

It is her mother's signet ring.

MacTerry is told by the shaman that the ring's owner was

sacrificed to the sky-god.

   Veronica wants to get aboard the zeppelin because she believes

her mother may still be on board.

Strick reminds her that the zeppelin 's crew have tried to

kill them twice. They should get back to civilization

and return with an army. Besides, there's no way they could board

//Veronica/

without being seen and caught or killed.

Veronica asks if she could find a way, would he be brave

enough to try Strick winces, familiar with this litany.

Vernoica smiles and looks at the shaman.

   Later, as the zeppelin-god glides into view, Veronica

has been tied to the alatr stone at the apex of the pyramid.

A voice from the zairship booms goddly coomands to the

cringing Lajos. The natives obediently rush back to the

excavations. Germans descend from the zepplin on ropes, wearing

face masks to protect them from the dense smoke that they

use as a shield. They approach Veronica. and are puzzled

when they see no ropes binding her. She lunges at one of them,

kneeing him in the groin. Strick and MacTerry leap from

cover and knock the other guard unconscious.

   Inside the zeppelin's trap door, two men in German uniforms and

facemasks lift the now-bound Veronica onto the floor.

As the two guards reach down to help them with the girl,

**CONFIDENTIAL**                              WISHER000044

EXH. 1   PG. 18

WIND WARRIORS                                                    16

   Strick and MacTerry have disguised themselves in the uniforms.
They overcome the two guards, shoulder their wepaons,
hide the bodies, and lead the "captured" Veronica down a corridor.
Captain Mayer intercepts them. Unsuspecting, he leads them
directly to Spahr's cabin.

   Mayer announces that the guards have brought a surprise.
Inside, Spahr dismisses Lubin who is just finishing a final
command to the Lajos over the ship's microphone.
As Mayer and the trio enter, Lubin stops alongside MacTerry and
brielflly studies his face behind the mask. He represses surprise
and leaves quickly. Verronica anxiously scans the room.
Strick and MacTerry shut and lock the door, pulls out their
guns, whips off their masks and demand to see Rusty.
The latter, unaware of what is happening, casually strolls
in from the observation deck, sipping champagne.

   Veronica happily embraces her surprised and confused mother.
Then       explains how they got there. Rusty realizes that
Spahr that her suspicions about Spahr and his purpose here
have been correct. Rusty realizes that her duaghter
has come to save her, more heroically than she would ever
have expected. Veronica can not hide her disappointment
that rusty has done nothing to escape. Rusty can only
simply replies that she is only human.

   Spahr, for his part, lights a cigar, non-plussed, then
blithely reminds them that no one  is going to escape
now.

   Strick checks the corridor, sees that it is empty
Strick directs Veronica and macTerry  to tie Mayer and

**CONFIDENTIAL**                                    WISHER000045

                                                              EXH. 1   PG. 19

WIND WARRIORS                                                    17

Spahr up. Rusty has a better idea. She tightly binds
Spahr to the heavy bed they so recently shared. Spahr
tries to seduce her by reminding her of what she is trowing away.
She hesitates, clearly tempted by the offer of even greater
glory, but simply knots the ropes and joins her daughter.
Rusty asks for her daughter's forgiveness. Veronica
embraces her. Strick herds them out the door with MacTerry.
halfway down the corridor they are surrounded by Spahr's
soldiers and forced to surrender. Lubin approaches MacTerry.
He says he recognized the archeologist from a lecture
he attended long ago.

   Back in Spahr's cabin, but now under gunpoint, MacTerry
guesses Spahr motives: using the zepplein to frighten the
natives to dig for more of the metal that Spahr stole from
of the metal that Spahr would use to with he can
technology create technology with which he would can dominate
the world. But he doesn't quite know how Spahr the metal
originally got into Spahr's hands. The industrialist reminds
MacTerry that the lab is part of his vast corporation.
The report was was so enticing, that Spahr dropped
all other pressing business and organized a private army
and came in his private airship to investigate.
   It was the anthropologuists idea to play god.
   Lubin adds that they must be very close to finding more
of the metal. MacTerry laughs.  Through the last, most
vivid Yapumo vision, MacTerry now knows that there is
no more metal. Only the talismans, scraps from the ancient
superior civilization they have all been seeking.

CONFIDENTIAL                              WISHER000046

                                                    EXH. 1   PG. 20

WIND WARRIORS                                         18

A civilization that they will never find. Because it
was never here. The scraps of metal the Lajos found
thousands, perhaps hundreds of thousands of years ago,
were debris from a great ship from another world. A
                          far more refined
world peopled by creatures more *intelligent* than Man.
In the  last vision he saw the ancient race journeying
through infinite reaches at incredible speeds only
to ~~encounter~~ crash on earth, their technology, their
art, their civilization preserved now only in the
bits of metal ~~and/the~~.

    Now it is Spahr's turn to laugh.

    Strick, remmbering the vision he shared with MacTerry,
asks whether the Yapumo plant may also be from another
remnant of the other world.

    MacTerry shakes his head, uncertain of this mystery.
Spahr says MacTerry never will sovle the mystery, because
he and the others are going to die. Rusty pleads with Spahr
to let the others go, promising to stay weith him.
As she speaks, she backs into a dresser and inches the drawer
open, revealing  her pistol.  Spahr declines her offer,
now bored with her. Before he canrder the others out to be
shot, Rusty whips the gun up to his temple in one
movement and pulls the trigger.

The gun clicks against an empty chamber.

    Enraged that Rusty reaslly would have killed him,Spahr
slpas the gun out of her hands and punches her across the
room. While the guards are distracted, Strick grabs a grenade
~~off~~ off one of their belts and pulls the pin.

**CONFIDENTIAL**

**WISHER000047**

EXH. 1   PG. 21

WIND WARRIORS                                           19

He threatens to blow them all up unless they let them
go. A soldier tackles him from behind, and throws the grenade
off the observation deck.

Spahr orders the guards to execute them on the spot.
Jake comes flapping into view outside the observation deck,
with the grenade clapsped in its talons. It squawks playfully
at a horrified group. The grenade plops onto the deck,
hissing and rolling.

EWveryone dives for cover. Strick grabs Veronica, MacTerry
clutches Rusty and the four tumble into the corridor just
as the grenade explodes.

They clamber to their feet and run as the hydrogen
gas tanks begin to   erupt one by one.

The Lajos stare up in amazement as their god plummets toward
the pyramid in a massive ball of flames.

Strick and the others leap onto ~~the side of~~ the pyramid and the
stricken airship crashes into the altar stone and disnintegrates
on the far side, spewing people and burning debris.

The lajos Shaman tells his people to revenge themselves
against the flse god woaso brutally terrorized them.
As the warrior form a riung and start up the face of the
pyramid, killing the wounded. The surviving soldiers return fire
as they climb higher. MacTerry sees that the altar stone
has been torn away, revealing possible escape: a passageway
leading into the pyramid. They folow him up into the opening
as the Lajos kill the last of the soldiers, including
Spahr.

The lajos stop at the passageway, afraid to enter.

**CONFIDENTIAL**                                    WISHER000048

EXH. 1   PG. 22

WIND WARRIORS                                          20

   MaCTerry recognizes the place, as though he's been

there before. He leads them to a place where the

~~brick~/~in~/~~

stone turns to metal, the same otherworldy metal of the

talisman. They follow MacTerry, now in a waking trance,

~~as~/~~ into a large room lined with strange equipment.

As they walk across a smooth translucent floor, lights come on.

Excited byond measure, macTerry now realizes that this must

be the ship. But it didn not crash. ~~They~were~became~/~~

TRhey were stricken with a earth virus. Unable to return

to their planet for fear of infecting their race, ~~they~~

~~instead elected to die here, leaving the ship as~~

~~they~remained~~

they died on earth, leaving the ship as a momnument

for the primitives to worship. They built a pyramid

around the spaceship and threough the centuries, forgot

oit was there. He recognizes the Yapumo vision's patterns

all over the place. Rusty watches him in fASCINATION

as he traces a familiar pattern on the floor and pieces

the last bit of the mystery together. ~~The~plants~/~~

The Yapumo vines begin in the control room, growing

in a frenzied tangle back through the ~~dooen~/oo~/~~

corridors, out the pyramid and into Lajos legend.

~~But~MacTerry~says~the~/~The~source~is~a~broken~vat~~

~~of~~

MacTerry follows the vines into another room where the walls

are lined with ~~various~colored~/~~ tanks sealed tanks

from which hoses run. The archelogist examines the ends.

~~They~are~con~/~~units. They are some kind of hypodermic for

CONFIDENTIAL                          WISHER000049

·EXH. 1   PG. 23

WIND WARRIOR                                                        21

One of the tanks is broken, the vines take succor from

it. The tanks contain learning drugs, through which complex

history and information is exhcanged biochemically.

The visions were so disjointed and unclear because they were

werking in human brains, not alien.

   Rusty listens avidly.

   Meanwhile, Veronica and Strick engage in more practical

pursiuts: a way out. As MacTerry continues to trace the

patterns on the floor, saying they must have once operated the

ship, a low rumble begins somewhere deep far beneath them.

More lights flash on. Patterns on the floor roatate.

The ship is coming alive. MacTerry whoops with joy.

The ship is operational. He can take the undilluted mind-drug

and learn how to navigate the the ship back to its homeworld.

He invites the others to share his great adeentuitre.

Strick and Veronic have other plans, thank you. But Rusty

unhesitatingly agrees.

   As the ship begins to bellow, Rusty and Veronica ø have

a tearful fareweel, mutual respect established once and for all.

Veronica wants earthly adventures with Strick. Strick anxiously drags

hger out of the control room as the entire pyramid begins

to tremble.  Veronica's last view of her mother is

of Rusty throwing her arm around MacTerry and asking him

WHAt/

"What did you say your name was, Ctuie?"

   STedf/

   Strick and Veronica race down the side of the crumbling pyramid.

The Lajos has fled into the jungle.

WIND WARRIORS                                              22

Strick and Veronica run to ~~the edge~~ a safe distance
and cling to each other as the massive ship break free of
the surrounding pyramid and like a skyscraper on a cĺŏṵṁṇ̃ ŏf̃ ᵖⁱˡˡᵃʳ
fire, launches itself into the starry sky.

   In the aftermath, the Yapumo, the pyramid and all traces
of their adventure have been reduced to carbon ash.

   The sudden silence is broken by a distant cry. Jake
is wheeling over the tress, just as stunned as Strick and
Veronica are.

JAPURA, BRAZIL, THREE WEEKS LATER

   ~~A romantic moment~~

   They stagger, half-dead, covered with filth into the
sleepy village. Exhausted, they collapse in eah other's arms.
They kiss, the perfect conclusion to their ordeal.
~~But~~ safe at last. But two shadows fall across them.
The henchmen sent by Strick's ex-wife have finally cornered
their prey. Veronica and strick exchange weary
glances, then simulataneously plough into the two men
disarming them and pinning them to the ground.

   The henchmen protest that they have only come down to Brazil
to tell him that his ex-wife is remarrying and all is
forgiven. But Strick 's violence kept forcing them to
defend themselves.

   Strick lets them up, says he can't make it to the
wedding, but offers a gift instead. He'll give it to them
before they leave.

   Alone again, Veronica ~~happily lists plans~~ Veronica happily
hugs Strick, saying that now that he is free to return to the

WIND WARRIORS                                                      23

States, they can plan a whole life together, marrigae,
assuming her mother's business interests, having adventures
togehter, until they grow old in their romance. that idea.
She asks if he likes that idea.

   She is surprised when a sobered Strick starts to stagger toward
the bar. white-faced, in shock.

   She demands to know where he is going.
He replies in a thin, wavering voive, He
that he likes the idea just fine but he needs to go get
drunk right now.

ON A STEAMER, MOVING DOWNRIVER, AWAY FROM JAPURA,

STRICK and Veronica stand by the rail, waving goodbye to

A WEEK LATER, ON A PAN=AM CLIOPPER FLIGHT,
Strick and Veronica relax in the pluish airliner, near a
window revealing beautiful clouds.
Now heading back to the states.

   Strick has only one regret about the entire adventure:
The present he gave his ex-wife. They were made for each
other, but he doesn't think Jake will ever forgive him.
Veronica giggles and they start to kiss when they hear a
distant screach. Strick steals a glance out of the airplane.
He shakes his head in disbelief.

   As the plane flies into the clouds, a large bird
gives hot puruit.

**CONFIDENTIAL**                                   **WISHER000052**

EXH. 1   PG. 26

# EXHIBIT 2

# WIND WARRIORS

an original treatment

by

James Cameron

Randall Frakes

W.H. Wisher

Registered WGA

CONFIDENTIAL

WISHER000016

EXH. 2   PG. 27

**WIND WARRIORS**                                                                1

## ACT ONE

SOUTH AMERICA, 1927

RUSTY PANTELLI, a beautiful adventurous 40 year old aviatrix, who is circumnavigating the
equator as a publicity stunt for the New York Times, crashes into the Brazilian rainforrest. She
is captured by fierce Jivaro headhunters who tie her to a stake in a jungle clearing then retreat
fearfully to nearby bushes as weird, terrifying chants echo through the trees... When they fade,
a brave Jivaro warrior peers back into the clearing and sees that Rusty has been taken; by
something that frightens even the Jivaros.

Rusty has been bound to a stone sacrificial altar at the top of an ancient pyramid covered
with strange vines. Thick clouds, glowing with a sinister iridescence, descend upon the altar. A
huge silhouetted shape moves within, its two burning eyes illuminating her as she struggles to
break free. When the clouds ascend, the altar is bare.

CHICAGO, ONE WEEK LATER

VERONICA PANTELLI, Rusty's unglamorous but pretty twenty year old daughter, argues with
her boss at the phone company about giving up the safety of her city job for the certain dangers
of joining the futile search by the New York Times for her mother. Veronica defends her mother
against the accusation that Rusty neglected her while seeking personal glory. Veronica considers
her globe-hopping mother the ideal woman.

JAPURA BRAZIL, TWO WEEKS LATER

Veronica stands on the bank of the Amazon river pleading with the leader of the Times'
rescue expedition not to abandon the search so soon. He explains that the rainy season is coming,
and more importantly, the story is dead. He gives Veronica a steamer ticket and urges her to
depart with the rest of the entourage. Desperate to find her mother, Veronica refuses to leave.

Before the steamer sails, IAN MACTERRY, a robust 50 year old archeologist, steps ashore.
Two stove-like men in bowler hats debark close behind him. MacTerry is sure they are
following him. With paranoid cleverness, he easily illudes the pair within the labyrinthine maze
of the wharf, then heads directly for Japura's fly infested hotel-bar. Oblivious to the
archeologist, the two men procede into town.

As MacTerry orders a beer, Veronica shoulders past him and asks the bartender how she can

CONFIDENTIAL                                            WISHER000017

EXH. 2   PG. 28

## WIND WARRIORS                                                2

get upriver. He points to STRICKLAND BREWER, a rugged, cynical 35 year old bush pilot nursing a beer in a dark corner of the bar.

Veronica explains to Strick that she is the daughter of the missing aviatrix and that she has been told that he is the only way to get upriver. Strick warns that the jungle is too dangerous now; Jivaro headhunters have gone on a killing frenzy, attacking even the usually safe outlying areas. He caustically adds that Veronica's grand-standing mother probably got what she deserved.

Veronica holds her temper and demands Strick's price. But it is more than she can raise. Dejected, Veronica heads for the door, but is stopped by MacTerry, who has overheard. He suggests that if they pool their money they'll have enough to charter Strick's plane. MacTerry introduces himself to the bush pilot and explains that he needs to get to FATHER MILCREAUX, a reclusive missionary who lives on the edge of the jungle. In need of money, and against his better judgement, Strick agrees to take them both. MacTerry hands over his cash, and Strick gives Veronica one hour to raise hers. They'll leave at dawn.

At the steamship office, Veronica hesitates. The decision she is about to make may lead to certain death. It is a test of her courage. An overwhelming emotion rises within her: terror. Resolutely, she pushes it away and cashes in her ticket for the money that may buy her mother a second chance.

Bone weary and ready for bed she returns to her hotel only to find that the New York Times is no longer paying for her room. Out of money, and unwilling to admit it to Strick, still in the bar drinking with MacTerry, she takes her bags and heads for his plane to wait for morning.

An enormous four engined bi-plane floats on pontoons in a nearby lagoon. It is a Sikorsky Grand, a cargo-converted World War One Russian bomber. The door to the warm, spacious cabin, and a possible bed, lies invitingly open. Veronica gratefully moves toward it, when...

A mysterious winged shadow dives at her, shrieking like a banshee. It is Jake, Strick's watchbird, a huge South American condor, defending its territory. Suitably intimidated, Veronica instead climbs into a dinghy tied to one of the Sikorsky's pontoons. Under Jake's baleful stare Veronica lowers her head on her suitcase and falls fast asleep.

Back in the bar...

With the aid of a few beers, Strick tells MacTerry why all women are trouble: they do not behave like gentlemen. He's about to elaborate when the same two men MacTerry thought were following him, enter the bar. Strick enlightens him. They're not after MacTerry. They're henchman sent by Strick's rich ex-wife to beat the back alimony out of him. Strick has eluded them several times before but no matter where he goes, sooner or later, they always show up, like homing pigeons. The first one approaches, smiling. Strick sends him crashing through a

NOT WORKING FILE

## WIND WARRIORS                                               3

window. The other one wisely pulls a gun. Strick and MacTerry just as wisely flee for their lives, leading the men on a harrowing chase through the sleepy town to the plane.

Strick orders Jake to hold the detectives at bay as the huge Sikorsky takes off. MacTerry is startled by Veronica's terrified scream, sees her clinging to the dangling boat where she had fallen asleep. Too high to jump, too dangerous to land, Veronica hangs from the swinging dinghy as the earth rapidly drops away.

Strick shouts for MacTerry to take the controls and keep the plane away from the trees. Climbing down the fraying rope, Strick pulls the paralyzed Veronica from the swinging dinghy as the Sikorsky pitches and yaws wildly, then begins to drift toward the trees. The pair scramble to safety as the tiny boat is splintered against high branches. MacTerry gratefully returns the controls to Strick. Jake catches up with the plane and calmly alights on the observation deck.

The journey has begun.

## ACT TWO

Veronica, Strick, and MacTerry arrive at Father Milcreaux's mission, a crude cathedral jutting through the trees, a quarter mile from the river. The sixty year old Jesuit lives reclusively with a small group of Jivaro converts. When Veronica asks him to provide them with a guide, Milcreaux declines. It is too dangerous. The Jivaro savages have unleashed a bloodbath; raiding women from villages all around. Their ancient belief in the Lajos, a mythical god-like race of warriors has been suddenly rekindled, for unknown reasons. The Jivaros are in a frenzy to provide female sacrifices for them.

Now, no one will journey inland. No one who wants to live.

That is all Strick needs to hear. Even if Rusty survived the crash she was probably captured and killed. Veronica refuses to believe that the great adventuress would allow herself to be killed by mere savages, mythical or otherwise.

MacTerry explains why he thinks the Lajos are real. Months earlier he was present when the Jivaros brought their feverish shaman to Milcreaux, in hopes that the Jesuit could exorcise the Lajos demons possessing him. A single Lajos warrior had attacked the shaman's village, killing many before he was felled. The shaman took two things from the warrior's corpse: a talisman made of strange looking metal, and Yupumo, the hallucenogenic root of a wild vine that the Lajos pound into a foul pudding and eat to make them invincible. In an attempt to conquer Lajos magic, the shaman donned the talisman and ingested some of the Yupumo. The terrible, beautiful visions drove him mad. He died a few hours later.

Against Milcreaux's warning that Yupumo is the tool of the devil, MacTerry tried a tiny amount of the substance. He saw visions of vast landscapes dotted with awesome cities which

**CONFIDENTIAL**                                    WISHER000019

EXH. 2   PG. 30

## WIND WARRIORS                                                    4

appeared to be built from the same metal as the talisman. When he saw an ancient pyramid on an island in a crater lake, he was compelled to draw complex patterns and symbols in the ground, the meaning of which illuded him.

MacTerry has taken the root only once since then; the location of the pyramid became clearer. He believes that it does exist, somewhere nearby in the Amazon jungle, and that it, the symbols, the Yupumo, and the strange metal all point to the existence of an ancient civilization more advanced than our own. In hopes of getting funding for an expedition to locate the pyramid, MacTerry took the metal to a reknown laboratory in Germany to be analized.

When he returned for the test results, they denied receiving the metal; Soon after, all of his notes on the possible location of the metal's source were stolen. MacTerry was discredited by unknown enemies seeking to supress his theories. He is now obsessed with finding the source of the metal, solving the archeological mystery, and proving himself right in the eyes of the scientific community.

MacTerry says that if the Lajos have Rusty, and if she is still alive, then their purposes are one; Rusty will be where the mystery's answer lies. If Strick won't take Veronica further, she can accompany MacTerry on foot. Veronica agrees and demands her money back from Strick.

Testily, Strick asks how they intend to proceed without a guide. MacTerry suggests that by taking the Yupumo again he can get a clearer fix on exactly where the pyramid lies. Strick announces that if the two of them insist on continuing, he had better go with them, to keep them alive.

MacTerry's body is wracked by convulsions as he enters the Yupumo trance. Veronica is horrified at the cost Yupumo exacts for its knowledge.

At the edge of their camp, one of Milcreaux's Jivaro sentries stares curiously at a shiny black helmet that has just fallen from the sky and plopped near his feet. The sentry peers up as the wan moon is swallowed by a monstrous shadow.

MacTerry is coming to his senses, attended by Strick and Veronica, when they hear the warning shout of the Jivaro sentry. But it is too late.

Twin daggers of light suddenly stab down from an immense cloud, illuminating the churchground. They are accompanied by an unearthly howl that sends terror into all of Milcreaux's followers.

Strick hears the clatter of metal on clay coming from the roof of the cathedral. He grabs Veronica and MacTerry and throws them to the ground as the huge church disintegrates in a series of powerful explosions. Milcreaux is killed. His horrified Indians flee into the jungle, only to be cut down by automatic-rifle fire.

Catiously, Strick leads Veronica and MacTerry past the carnage, toward the plane. A figure

CONFIDENTIAL

WISHER000020

## WIND WARRIORS                                                      5

looms up in the foliage in front of them and demands that they halt. Before the phantom can raise
its weapon, Strick delivers a roundhouse punch that ends the conversation. The felled man looks
European, dressed in the uniform of an unkown army. Before they can investigate further, they
are pushed onward by the sound of approaching men. Searchlights stab through the trees around
them. Hunting, seeking.

Strick, Veronica, and MacTerry reach the Sikorsky. Someone had reached it before them; one
of the uniformed attackers. He now lies in the mud, his face white, his throat slashed, eyes
staring into the night. Jake squats proudly on his chest.

The trio leap aboard the plane and taxi away as their pursuers reach the bank. Amid a hail of
gunfire, the Sikorsky climbs safely into the night.

On the bank, ropes descend from above. The soldiers attach themselves and are pulled
silently into the sky.

As a shaken Strick and MacTerry, and an utterly horrified Veronica gather their wits, a
thoroughly unruffled Jake retakes his perch on the observation deck.

Strick is all for turning back. Veronica is uncertain. But MacTerry obsessively points
upriver, deeper into the wilderness, and says that their destination lies ahead. Veronica suddenly
shouts. Impossibly, an island looms before them in the clouds.

Strick slams the rudder. The Sikorsky groans and shudders dangerously, then turns on its
side and drops away at the last second, narrowly missing the levitating landmass.

Two sleek, black German pursuit planes dive out of the clouds and open fire on the Sikorsky.
Bullets slam through the cabin, shattering the windscreen and splintering wood. MacTerry is
grazed by debris and knocked unconcious. Veronica grabs Strick's Thompson sub-machine gun
and takes a crash course in automatic weapons fire. A lucky burst brings down one of the
fighters. But the remaining one shears the Sikorsky's control cables and the huge plane
plummets earthward. Jake abandons his perch as the Sikorsky crashes into the jungle. He
screeches forlornly then flies away as the victorious black pursuit plane circles the wreckage
and, satisfied, roars back into the clouds.

It seeks out the massive floating island. As it gets closer, it becomes clear that the island is
really a great German zeppelin, camouflaged to blend into the jungle. The pursuit plane lands on
a vast wooden flight deck built atop the airship.

The pilot jumps down from his plane and smartly salutes the zeppelin's 25 year old
commander, CAPTAIN ROLF MAYER. Mayer listens eagerly to the report, then goes below, where
the last of the groundtroops are being pulled aboard by ropes.

Satisfied that Milcreaux and his followers have been eliminated, and the cathedral razed,
leaving no evidence, Mayer struts off to report to the zeppelin's owner.

CONFIDENTIAL                                    WISHER000021

                                                                    EXH. 2   PG. 32

WIND WARRIORS                                                                6

He is GUNTHER SPAHR, a slickly handsome 40 year old German playboy industrialist. He opens the door to his plush cabin and faces Mayer expectantly. Behind Spahr, reclining in a silky negligee and sipping champagne is Rusty Pantelli, alive and doing very well. Spahr is careful to hear Mayer's report out of Rusty's earshot. Delighted, he dismisses Mayer and returns to Rusty, informing her that one of their scoutplanes succumbed to engine failure and went down, the pilot giving his life valiantly in the cause of scientific research.

Spahr holds up MacTerry's talisman, claiming that the metal will revolutionize aviation technology. They will build super planes that can fly to the moon. He promises Rusty that she will be part of the momentous program when they locate the source of the metal, and the technology that created it.

Back on the river...

Strick and Veronica pull a groggy MacTerry from the wreckage of the plane. They are battered, bruised and bloody, but alive. Strick says that without the plane they must go back. Veronica slyly agrees. But she asks that if they had a boat would he go on? He says, with false bravado, that of course he would. She points to the Sikorsky, its wings sheared away, and says that their boat is right there. They can take one of the engines and attach it to the tail of the pontooned aircraft and continue the journey on the river. Caught, Strick agrees to try.

Later that night, beneath the jungle canopy overhanging the river's edge, the trio work on converting the plane. They hear the zeppelin's scout plane approaching. MacTerry hastily douses their campfire. Strick tackles Veronica onto a covered part of the deck. Excited by the danger, they impulsively kiss. Deep down they are kindred spirits. The scout plane moves on. Regaining his senses, Strick suddenly pulls away. He tells a confused and hurt Veronica that he's never had much luck with women, explaining how his ex-wife took him to the cleaners, pursuing him even to this day. Veronica says she would never do that. Strick retains his skepticism.

The zeppelin is moored in the jungle, tethered to the top of a tree. Rusty, Spahr and LUBIN, a sanctimonious little German anthropologist, are enjoying a sumptuous champagne brunch on the observation deck. Rusty is growing suspicious of her host's goodwill. She has noticed the mean impatience of the crew. Lubin reassures her that they will find the metal, and that she need not concern herself with the welfare of the savages they are manipulating. They are only regenerating the Lajos' faith in an ancient god. Tired of these intellectual attempts to placate her, Spahr takes Rusty back to his cabin for more pleasurable forms of persuasion.

The Sikorsky, now more of a boat than a plane, successfully navigates the river beneath razor sharp stars. Jake swoops down and retakes his perch. He croaks with surprise that they

are still alive. MacTerry is beginning to recognise landmarks from his visions. He is certain
that the pyramid is near. Strick grudgingly admits that Veronica occasionally comes up with a
good idea, though probably by accident. As an answer, Veronica silently cleans the sub-machine
gun.

Jake cocks his head, listening to something they cannot yet hear. In a burst of feathers, he
skyrockets out of the Sikorsky. Strick wonders where the hell Jake's going. He gets his answer
when a scoutplane dives furiously at them from the treeline, the sound of its engines previously
muffled by their own. It blows the Sikorsky in two. The trio dive into the river and swim toward
shore as the scoutplane rakes the water with bullets. Nearby, groundtroops are dropped by the
zeppelin to give chase.

While Strick leads Veronica and MacTerry through the almost black maze of rainforrest, the
German troops beat the bushes behind them, gaining ground.

Strick and Veronica pull a tiring MacTerry to the top of a rise where they see a line of
Jivaro warriors waiting for them. They turn and start back down, only to find the groundtroops
pounding up the hill. Strick spins again, sees the Jivaros raise their blowguns, and pulls both
Veronica and MacTerry to the jungle floor. Poisonous darts wiz overhead. When they look up, the
Germans have all been cut down.

The Jivaros bind them and take them deeper into the jungle. Later, in a clearing, the Jivaros
prepare to camp for the night. Veronica stays close to Strick while MacTerry absently traces in
the dirt the complex symbols he saw in the Yupuma visions. Strange eyes watch him from the
treeline, fascinated. The Jivaros become disturbed by his doodling and back away, frightened.
Weird, terrifying chants echo through the trees. The Jivaros beat a hasty retreat.

Strick, Veronica and MacTerry, now alone in the clearing, glance around. When MacTerry
looks up from his drawing he sees a majestically fierce Lajos warrior, bedecked with the legion
bones and skulls of its victims. His body is covered with a fine blue ointment, over which are
painted many of the symbols MacTerry has seen in his visions. Using the tip of his spear, the
warrior casually completes MacTerry's drawing.

A look of hesitant understanding passes between them. More Lajos warriors glide
wraith-like into the clearing and carry the trio away.

## ACT THREE

The Lajos lead Strick, Veronica, and MacTerry to the edge of a towering volcano. As they
reach the top they see a gray, mist shrouded lake stretching before them.

They board primitive wooden rafts and cross the ominous waters to an island in the center of

# WIND WARRIORS                                                              8

the crator lake.

Once on the island, they are led past vast open excavations where Lajos guards brutally force
hundreds of captured natives to dig in the hardened earth. The trio is led further inland until
they enter a clearing and face an enormous, Yupumo enshrouded pyramid, the same one upon
which Rusty was "sacrificed".

The Lajos prepare for a ritual as the tribe's shaman approaches MacTerry. He and MacTerry
converse in broken Jivaros. The shaman seems pleased and invites MacTerry and Strick into the
circle of chanting elders. Veronica is excluded. She is a woman. Women are not worthy.

MacTerry tells a wary Strick that in order to survive, they must take the Yupumo with the
Lajos to prove their aquaintance with the gods. Veronica is held back by the warriors as the two
men are given the plant. While they chew, MacTerry warns Strick that his previously narrow
perception of reality is about to be blown wide open by an awesome cosmic puzzle that will test
his sanity. The price for gazing upon the medusa is physical agony.

They share a brutally beautiful vision of another world. Around them the Lajos elders howl
like hysterical dogs and perform ritualistic gestures similar to the drawings MacTerry made,
and the symbolic patterns that he and Strick are now both seeing.

Strick is wracked with painful convulsions, his body in a violent spasm of revelation.
Veronica tries desperately to break through the cordon of warriors, crying out Strick's name as
he goes through the feverish hell of Yupumo.

As Strick begins to come out of the trance, he sees a sleek monoplane diving right for him,
guns chattering demonically. As he screams, the plane dissolves into Jake who circles and then
lands beside his master with concern. The Lajos back away, assuming that Strick conjured this
winged god. Veronica breaks through and cradles a semi-concious Strick in her arms. As her face
swims into sharp focus, Strick admits that he has fallen in love with her. They kiss tenderly.

Offended, Jake flies off in a flurry of feathers to perch on a nearby branch.

MacTerry and Strick have shared the same vision. The archeologist now believes he has
definitely found the source of the talisman's metal and the remains of the ancient civilization. It
is buried here, and that is what the Lajos are digging for. Before he can say more, a warrior
runs up to the shaman and warns of the approach of the sky god.

The shaman would like to sacrifice Veronica, but is afraid of offending her companions.
Veronica's eyes go wide with horror when she notices a shrunken, blackened head dangling from
a tether around the shaman's neck. But most horrifying is the signet ring piercing the shrunken
head's shrivelled nostrils.

It is her mother's signet ring.

Veronica wants to get aboard the zeppelin because she believes her mother may still be on

**CONFIDENTIAL**                                              WISHER000024

EXH. 2   PG. 35

**WIND WARRIORS**                                                                 9

board. Strick reminds her that the zeppelin's crew has tried to kill them. Twice. They should get back to civilization and return with an army. Besides, there's no way they could get on board without being seen, and caught, and killed. Veronica asks that if she could find a way, would he be brave enough to go? Strick winces; this sounds familiar. Veronica smiles and turns to the shaman.

Later, as the zeppelin-god glides into view, Veronica lies atop the altar stone at the apex of the pyramid. A voice from the airship booms commands to the cringing Lajos, some of whom obediently rush back to the excavations, with orders to increase the pace of the work.

At the altar, two Germans descend from the zeppelin on ropes, wearing gas masks to protect them from the dense smoke they use as a shield. The men approach Veronica and are puzzled to find that there are no ropes binding her. She lunges at one of them, kneeing the soldier in the groin. Strick and MacTerry rush from cover and knock the other guard unconcious.

Inside the zeppelin's trap door, two men in uniforms and gas masks lift the now bound Veronica onto the floor.

Strick and MacTerry have disguised themselves in the uniforms. They overcome the two other guards in the room, shoulder their weapons, hide the bodies, and lead the "captured" Veronica down the corridor. Captain Mayer intercepts them. Unsuspecting, he leads them directly to Spahr's cabin.

Mayer opens the door and announces that the guards have brought a surprise. Spahr dismisses Lubin, who is just finishing a final command to the Lajos over the airship's loudspeaker.

As Mayer and the trio enter, Lubin stops alongside MacTerry and briefly studies his face, obscured by the gas mask. He supresses surprise and quickly exits. Veronica anxiously scans the room. Strick and MacTerry lock the door, whip off their masks, raise their weapons and demand to see Rusty. The latter, unaware of what is happening, casually strolls in from the observation deck, sipping a glass of champagne.

Veronica happily embraces her astonished mother. When Veronica explains how and why they got there, Rusty realizes that her suspicions about Spahr and his intentions have been correct. She reflects on the fact that her *daughter* has come to save *her*, more heroically than she would ever have expected. Rusty is delighted.

Veronica is outraged that her ideal of the perfect woman has been shattered. Rusty was easily manipulated by Spahr and his decadence. Rusty simply replies that she is only human.

Spahr, for his part, lights a cigar, non-plussed, and blithely reminds them that *no one* is going to escape now.

MORAWSKI & WISHER

## WIND WARRIORS                                                10

Strick directs Veronica and MacTerry to tie Mayer and Spahr up. Rusty has a better idea. She tightly binds Spahr to the heavy bed they so recently shared. Spahr tries to seduce Rusty by reminding her of what she is throwing away. She hesitates, clearly tempted by his offer of even greater glory, but merely finishes the knot, and joins her daughter whom she asks for forgiveness. Veronica embraces her.

Strick checks the corridor, then herds them out the door behind MacTerry. Halfway down the hall, they are surrounded by Spahr's men and forced to surrender. Lubin approaches MacTerry and tells him that he recognized the archeologist from a lecture MacTerry gave long ago.

Back in Spahr's cabin, at gunpoint, MacTerry guesses Spahr's motives: using the zeppelin to frighten the natives into digging for more of the metal that Spahr would use to create a technology with which he could dominate the world. But MacTerry is not sure how the metal talisman got into Spahr's hands in the first place. The industrialist informs MacTerry that the laboratory is one of his vast corporation's holdings. The report was so enticing that Spahr dropped all other pressing business and organized a private army for his private airship and came to investigate personally.

It was the anthropologist Lubin who suggested they play god. Lubin adds that they are very close to finding more of the metal. MacTerry laughs. Through the last, most vivid Yupumo vision, MacTerry now knows that there is no more metal. Only the Lejos' talismans, mere scraps from the superior ancient civilization, remain. The civilization itself will never be found. Because it was never here.

The tiny bits of metal that the Lejos found, perhaps thousands of years ago, is the debris of a great ship from another world. A world peopled by creatures far more refined than man. In the last vision he saw the ancient race journeying through infinite reaches, at incredible speeds, only to crash on earth. The sum of their vast technology, their arts, their civilization, are represented only by these fragments of metal. And that is all we will ever know of them.

Now it is Spahr's turn to laugh.

Strick, remembering the Yupumo vision he shared with MacTerry, asks whether the Yupumo vine might also be from another world. MacTerry shakes his head, still uncertain of this part of the mystery. Spahr says that MacTerry will never know because he and his friends are about to die. Rusty pleads with Spahr to let the others go, promising to stay with him.

As she speaks, she backs into a dresser and inches the drawer open, revealing her pistol. Spahr declines her offer, explaining that he's bored with her. Before he can order them out to be shot, Rusty, in a single swift movement, whips the pistol up to his temple and pulls the trigger.

Unfortunately, there are no bullets in the gun. An embarrassing hollow "click" echoes off the

**WIND WARRIORS**                                                              11

wallpaper. Rusty rolls her eyes in disgust.

Spahr is outraged that she would actually have killed him. He slaps the gun from her hand
and punches her against the wall. While the guards are distracted, Strick grabs a grenade from
one of their belts and pulls the pin. He threatens to blow everyone to hell unless Spahr lets them
go. A soldier tackles Strick from behind, gets the grenade, and throws it off the observation deck.

Spahr orders his men to execute them on the spot. The guards cock their weapons as Jake
comes flapping into view outside the observation deck. He clasps the grenade firmly in his talons
and screeches playfully at the horrified group. The grenade plops onto the deck, hissing and
rolling.

Everyone dives for cover. Strick grabs Veronica, Rusty takes hold of MacTerry, and the four
of them tumble into the corridor just as the grenade explodes. They clamber to their feet and run
like hell as the hydrogen tanks begin to erupt, one by one.

The Lajos stare up in amazement as their god plummets toward the pyramid in a massive
ball of flame.

Strick and the other three leap onto the pyramid as the dying airship crashes into the altar
stone above, before continuing over to the other side, where it disintegrates, spewing people and
burning debris.

The Lajos shaman tells his people to revenge themselves against the perpetrators of this
false god who so brutally terrorized them. The enraged warriors start up the face of the
pyramid, killing the survivors. The soldiers try to defend themselves as the Lajos approach.
MacTerry sees that the altar stone has been sheared away, revealing a possible escape, a passage
way leading into the pyramid. Strick, Veronica and Rusty follow MacTerry into the opening as
Spahr, and the last of his men, are slaughtered.

The Lajos reach the opening and halt, afraid to enter.

MacTerry recognises the place, as though he'd been there before. He leads them to a spot
where the stone turns to metal, the same otherworldly metal as the talisman. They follow
MacTerry, now in a waking trance, into a large room filled with strange equipment. As they walk
across a smooth translucent floor, lights come on. Excited beyond measure, MacTerry realizes
that this must be the alien's ship. But it did not crash.

The crew was stricken with an earth virus. Unable to return to their planet, for fear of
infecting their race, they died here, leaving their ship as a monument for the primitives to
worship. The savage natives built a pyramid around the spaceship and over the centuries, forgot
what lay beneath it.

MacTerry recognizes the Yupumo patterns all over the place. Rusty watches him, fascinated,

MORAWSKI EXHIBIT E

**WIND WARRIORS**                                                        12

as he traces a familiar pattern on the floor and pieces the last bit of the mystery together.

The Yupumo vines begin in the control room, growing in a frenzied tangle back through the corridors, out of the pyramid, and into Lajos myth. MacTerry traces the vines into another room where the walls are lined with sealed tanks, from which hoses protrude. The archeologist examines their ends. They're fitted with some kind of hypodermic for injecting whatever the tanks hold.

One of the tanks is broken; Yupumo vines take succor from it. MacTerry surmises that the tanks contain learning chemicals, through which complex information was biochemically administered. He guesses that the reason the visions were so disjointed and unclear was because they were filtered through the Yupumo vine, where the chemical structure of the information had been genetically altered by evolution throughout the many centuries.

Rusty listens avidly.

Meanwhile, Strick and Veronica search for something more prosaic: an escape route. As MacTerry continues to trace the patterns on the floor, remarking that they must have once operated the ship, a low rumble comes from somewhere beneath them. More lights flash on. The patterns on the floor rotate. The ship is coming alive.

MacTerry whoops with joy. The ship is operational. He can inject the undiluted mind-drug and learn how to navigate the ship back to its home world. He invites the others to accompany him on his adventure. Strick and Veronica politely decline. But Rusty unhesitatingly agrees.

As the ship's engines begin to bellow, Rusty and Veronica share a tearful farewell. They have each other's mutual respect at last, and forever.

Strick anxiously drags Veronica out of the control room as the entire pyramid begins to tremble. Veronica takes one last look at her mother; Rusty is throwing her arm around MacTerry's neck and asking him which side of the cockpit he likes to sit on.

Strick and Veronica race down the face of the crumbling pyramid. The Lajos have fled into the jungle. The pair run to a safe distance and cling to each other as the massive ship breaks free of the surrounding pyramid and, like a skyscraper on a pillar of fire, launches itself into the starry night.

In the aftermath, the Yupumo, the pyramid, and all traces of their adventure have been reduced to carbon ash.

The sudden silence is broken by a distant cry.

Jake is wheeling over the trees, just as stunned as Strick and Veronica.

CONFIDENTIAL

WISHER000028

**WIND WARRIORS**                                                    13

JAPURA BRAZIL, THREE WEEKS LATER

Strick and Veronica stagger, half dead and covered with filth, into the sleepy village. They make their way to Japura's crumbling hotel, stumble into the lobby and collapse in each other's arms. Locked in an embrace, they kiss. The ordeal behind is them. They are safe at last.

But two shadows fall across them. The henchmen sent by Strick's ex-wife have finally cornered their prey. Veronica and Strick exchange weary glances, then simultaneously plough into the two men, disarming and pinning them to the floor.

The henchmen protest that they have only come down to Brazil to tell Strick that his ex-wife is remarrying and all is forgiven. Strick's violence forced them to defend themselves.

Strick lets them up. He can't make it to the wedding. However, he has the perfect wedding present for his ex-wife. He'll give it to them before they leave.

Alone again, Veronica happily hugs Strick, saying that now he is free to return to the States. They can plan a whole life together. Marriage. Children. Taking over her mother's business interests. Having adventures together, until they grow old. Its almost too wonderful. She asks Strick how he likes the idea.

Strick, white faced and in shock, staggers away from her toward the bar. Veronica wants to know if it was something she said.

He replies in a thin voice that he likes her idea just fine, but all of a sudden he doesn't feel very well. What he needs is a drink. A tall, undiluted glass of straight wiskey.

ONE WEEK LATER, ON A PAN-AM CLIPPER FLIGHT

Strick and Veronica, on their way back to the States, relax in the plush airliner. Strick gazes out the window as puffy clouds slowly drift by.

He has only one regret about the whole adventure: the present he gave his ex-wife. They were made for each other, but Strick doesn't think Jake will ever forgive him. Veronica giggles and they start to kiss when they hear a distant screach. Strick steals a glance out the window and shakes his head in disbelief.

As the plane flies into the clouds, a large bird gives hot pursuit.

-- James Cameron
Randall Frakes
W. H. Wisher