1 ROBERT H. ROTSTEIN (72452)
rxr@msk.com
2 ELAINE K. KIM (242066)
ekk@msk.com
3 MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
4 Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
5 Facsimile: (310) 312-3100

6 Attorneys for Defendants,
Lightstorm Entertainment, Inc. and James
7 Cameron

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| GERALD MORAWSKI, | CASE NO. CV-11-10294 MMM (JCGx) |
|---|---|
| Plaintiff, | Hon. Margaret M. Morrow |
| v. | **DEFENDANTS' APPLICATION TO FILE UNDER SEAL (1) EXHIBITS I AND K TO DECLARATION OF PETER SHIMAMOTO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; (2) EXHIBITS I, J, AND K TO DECLARATION OF GERALD MOROWSKI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| LIGHTSTORM ENTERTAINMENT, INC., a California corporation; JAMES CAMERON, an individual; and DOES 1 through 10, | |
| Defendants. | |
| | Time: 10:00 a.m.<br>Date: January 14, 2013<br>Ctrm.: 780 |
| | Trial Date: March 12, 2013<br>Time: 8:30 a.m. |

Mitchell
Silberberg &
Knupp LLP

5017870.2

1
DEFENDANTS' APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Court's December 10, 2012 Order Granting in Part and Denying in Part Applications to File Documents under Seal, Defendants Lightstorm Entertainment, Inc. and James Cameron (collectively, "Defendants") hereby respectfully request that the Court order the following documents lodged by Plaintiff Gerald Morawski in support of his Opposition to Defendants' Motion for Summary Judgment to be filed under seal:[1]

 **(1)** Exhibits I and K to the Declaration of Peter Shimamoto in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment; and

 **(2)** Exhibits I, J, and K to the Declaration of Gerald Morawski in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

**First**, compelling reasons support Defendants' request that Exhibits I and K to the Declaration of Peter Shimamoto in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment ("Shimamoto Decl.") be filed under seal. Exhibit I consists of Cameron's confidential and proprietary notes, the disclosure of which would harm Cameron by revealing his methodology and creative process for the creation of his films. *See Bauer Bros. LLC v. Nike, Inc.*, No. 09CV500-WQH-BGS, 2012 WL 1899838, at *2 (S.D. Cal. May 24, 2012) (sealing declarations "describ[ing] the method through which the campaign was conceived and approved by Nike"); Declaration of James Cameron in Support of Defendants Lightstorm Entertainment, Inc. and James Cameron's Motion for Summary Judgment ("Cameron Decl."), ¶ 86. The Court has already granted Defendants' request to seal a redacted version of this document (Exhibit 22 to Cameron Declaration). Additional compelling reasons exist for sealing the version submitted as Exhibit K to the Declaration of Peter Shimamoto, as it contains

---

[1] Plaintiff previously submitted filed these exhibits under seal on December 6, 2012. *See* ECF Nos. 154-3 (Morawski Decl.); 154-1 (Shimamoto Decl.).

sections that contain Defendants' proprietary and confidential material that was not used in the *Avatar* film, but may be used in *Avatar* sequels. *See Bauer Bros.*, 2012 WL 1899838, at *2 (sealing Nike's confidential business materials, including "product development plans, unused prototypes, and detailed testimony regarding the same," since disclosure "could result in improper use by business competitors seeking to replicate Nike's business practices and circumvent the considerable time and resources necessary in product and marketing development"); Cameron Decl., ¶ 86. Similarly, publicly filing Exhibit I to the Declaration of Peter Shimamoto, which is a list of Cameron's potential projects, would harm Defendants by revealing confidential and proprietary information about those projects. *See* Shimamoto Decl. Ex. D (Cameron Dep. at 197:16-198:12 (document discusses projects "that I consider to be trade secrets")).

**Second**, compelling reasons support Defendants' request that Exhibits I, J, and K to the Declaration of Gerald Morawski in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment be filed under seal ("Morawski Decl."). Exhibit I is a CD containing recordings of private telephone conversations unlawfully made by Plaintiff without the consent of the Lightstorm Entertainment, Inc. ("LEI") employees who were recorded (as well as other third persons), and Exhibits J and K are transcripts of two of those unlawfully recorded conversations with LEI's employee Larry Kasanoff. Under California Penal Code section 632(d), the recordings of the telephone conversations with the LEI employees is not admissible in this action, and neither are the transcripts that Plaintiff prepared of those recordings. Moreover, as is clear from those recordings and transcript, Mr. Kasanoff did not authorize the telephone discussions with Plaintiff to be recorded, and Mr. Kasanoff made clear the confidential nature of topics discussed. *See, e.g.*, Morawski Decl., Ex. K, LK_8, LK_30. Plaintiff's contention that Mr. Kasonoff gave him authorization at the beginning of the December 13, 1991

conversation is demonstrably untrue: The recording of that conversation begins with the following exchange:

    Kasanoff:    Hi Jerry, this is Larry Kasanoff calling.

    Plaintiff:    Hi Larry, how's it going?

    Kasanoff:    Good, how are you?

Allowing public filing of Exhibits I, J, and K to the Declaration of Gerald Morawski would harm Defendants' employees by publicly disclosing conversations that they expected to be private.

DATED: December 14, 2012        RESPECTFULLY SUBMITTED,

ROBERT H. ROTSTEIN
ELAINE K. KIM
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Robert H. Rotstein
     Robert H. Rotstein
     Attorneys for Defendants
     Lightstorm Entertainment, Inc. and
     James Cameron