1 | BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
2 |    pross@bgrfirm.com
Peter Shimamoto (State Bar No. 123422)
3 |    pshimamoto@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
4 | Los Angeles, California 90067
Telephone: (310) 274-7100
5 | Facsimile: (310) 275-5697

6 | Attorneys for Plaintiff Gerald Morawski

7 |

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10 |

11 | GERALD MORAWSKI,

12 |        Plaintiff,

13 |    vs.

14 | LIGHTSTORM ENTERTAINMENT,
INC., JAMES CAMERON and DOES 1
15 | through 10,

16 |        Defendants.

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

352622.1

Case No. CV-11-10294 MMM (JCGx)
Hon. Margaret M. Morrow

**PLAINTIFF'S APPLICATION TO FILE REDACTED VERSIONS OF: (1) EXHIBITS P, R AND V TO THE DECLARATION OF PETER SHIMAMOTO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; (2) EXHIBIT F TO THE DECLARATION OF GERALD MORAWSKI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; (3) EXHIBIT 22 TO THE DECLARATION OF ELAINE KIM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF PETER SHIMAMOTO**

Judge: Hon. Margaret M. Morrow
Date:   January 14, 2013
Time:   10:00 a.m.
Crtrm.: 780

Trial Date:   March 12, 2013
Time:         8:30 a.m.
Ctrm.:        780

PLAINTIFF'S APPLICATION TO  FILE REDACTED VERSIONS OF CERTAIN EXHIBITS TO THE
SHIMAMOTO AND MORAWSKI DECLARATIONS

1    Pursuant to Local Rule 5.2-1, the Protective Order in this case (Doc. No. 27),

2  and the Court's December 10, 2012 Order in this action (Doc. No. 159), Plaintiff

3  Gerald Morawski ("Plaintiff") files this Application to file redacted versions of:

4    (1) Exhibits P, R and V to the Declaration of Peter Shimamoto In Support of

5  Plaintiff's Opposition To Defendants' Motion For Summary Judgment (Doc. No.

6  154-1);

7    (2) Exhibit F to the Declaration of Gerald Morawski In Support of Plaintiff's

8  Opposition To Defendants' Motion For Summary Judgment (Doc. No. 154-3); and

9    (3) Exhibit 22 to the Declaration of Elaine Kim in Support of Defendants

10  Lightstorm Entertainment, Inc. and James Cameron.

11    Plaintiff originally filed an Application to Seal that included a request to seal

12  the Exhibits in categories (1) and (2) in their entirety.  Defendants originally filed an

13  Application to seal that included a request to seal the Exhibit in category (3) in its

14  entirety.  In connection with the Applications, the parties lodged unredacted

15  versions with the Court.  Pursuant to the Court's December 10, 2012 Order, Plaintiff

16  now seeks to file redacted versions of these Exhibits with the Court.  The

17  information that has been redacted are (1) home addresses, (2) certain other personal

18  information in the deposition transcript that is not cited by either party in connection

19  with Defendants' motion for summary judgment, but happens to be on the same

20  page as excerpts that are cited, and (3) certain financial and/or business related

21  information in the deposition transcript concerning a non-party.

22    Plaintiff therefore respectfully requests leave to file the redacted versions of

23  the aforesaid redacted Exhibits, copies of which are attached hereto.

24

25

26

27

28

352622.1

1

2    DATED:  December 17, 2012            BROWNE GEORGE ROSS LLP
                                              Peter W. Ross
3                                             Peter Shimamoto

4

5                                        By _____/s/ Peter Shimamoto_____
                                                   Peter Shimamoto
6                                        Attorneys for Gerald Morawski

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

352622.1

## DECLARATION OF PETER SHIMAMOTO

I, Peter Shimamoto, declare and state as follows:

1.     I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California.  I am a partner with the firm of Browne George Ross LLP, counsel of record for Plaintiff Gerald Morawski in this matter.  I have personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2.     The information redacted from the attached versions of Exhibits P, R and V to the Declaration of Peter Shimamoto In Support of Plaintiff's Opposition To Defendants' Motion For Summary Judgment (Doc. No. 154-1) and Exhibit F to the Declaration of Gerald Morawski In Support of Plaintiff's Opposition To Defendants' Motion For Summary Judgment (Doc. No. 154-3), are the witnesses' home addresses.

3.     The information redacted from the attached version of Exhibit 22 to the Declaration of Elaine Kim in Support of Defendants Lightstorm Entertainment, Inc. and James Cameron is (a) certain personal information regarding the witness that is not cited by Defendants, and simply happens to be contained on the same page as other testimony Defendants cite, and (b) certain financial and business information concerning a non-party.

Executed this 17th day of December, 2012, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                        /s/ Peter Shimamoto
                                        Peter Shimamoto

352622.1

1

## PROOF OF SERVICE

2

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3       At the time of service, I was over 18 years of age and not a party to this
action.  I am employed in the County of Los Angeles, State of California.  My
4    business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

5    On December 17, 2012, I served true copies of the following document(s) described
as **PLAINTIFF'S APPLICATION TO FILE REDACTED VERSIONS OF:**
6    **(1) EXHIBITS P, R AND V TO THE DECLARATION OF PETER
SHIMAMOTO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO**
7    **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;**
**(2) EXHIBIT F TO THE DECLARATION OF GERALD MORAWSKI IN**
8    **SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT;  (3) EXHIBIT 22 TO THE DECLARATION**
9    **OF ELAINE KIM IN SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT; DECLARATION OF PETER SHIMAMOTO** on
10   the interested parties in this action as follows:

11   Robert H. Rotstein, Esq.              Attorneys for Defendants Lightstorm
Elaine K. Kim, Esq.                    Entertainment, Inc. and James Cameron
12   MITCHELL SILBERBERG & KNUPP
LLP
13   11377 West Olympic Boulevard
Los Angeles, California 90064-1683
14   Tel.: 310.312.2000
Fax: 310.312.3100
15   rxr@msk.com
ekk@msk.com
16

17       **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed
the document(s) with the Clerk of the Court by using the CM/ECF system.
18   Participants in the case who are registered CM/ECF users will be served by the
CM/ECF system.  Participants in the case who are not registered CM/ECF users will
19   be served by mail or by other means permitted by the court rules.

20       I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct and that I am employed in the office
21   of a member of the bar of this Court at whose direction the service was made.

22       Executed on December 17, 2012, at Los Angeles, California.

23

24

25                                        Diane Torosvan

26

27

28
352622.1

PLAINTIFF'S APPLICATION TO FILE REDACTED VERSIONS OF CERTAIN EXHIBITS TO THE
SHIMAMOTO AND MORAWSKI DECLARATIONS