Peter W. Ross   SBN 109741
Peter Shimamoto   SBN 123422
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Tel 310.274.7100 -- Fax 310.275.5697
email: pross@bgrfirm.com/pshimamoto@bgrfirm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GERALD MORAWSKI | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 11-10294-MMM (JCGx) |
| v. | |
| LIGHTSTORM ENTERTAINMENT, INC.; JAMES CAMERON; and DOES 1 through 10, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

1) PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAl AND/OR REDACT EXHIBITS 57, 59, AND 60 TO REPLY DECLARATION OF ELAINE KIM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF PETER SHIMAMOTO IN SUPPORT THEREOF;

2) EXHIBITS TO PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAl AND/OR REDACT EXHIBITS 57, 59, AND 60 TO REPLY DECLARATION OF ELAINE KIM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF PETER SHIMAMOTO IN SUPPORT THEREOF [Filed Under Seal]

2) (PROPOSED) ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☒ Other

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required ( *reason* ):

| January 25, 2013 | /s/ Peter Shimamoto |
|---|---|
| Date | Attorney Name |
| | Peter Shimamoto |
| | Party Represented |
| | Plaintiff Gerald Morawski |

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*

356328.1 G-92 (6/12)   NOTICE OF MANUAL FILING



## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On January 25, 2013, I served true copies of the following document(s) described as **NOTICE OF MANUAL FILING** on the interested parties in this action as follows:

| | |
|---|---|
| Robert H. Rotstein, Esq.<br>Elaine K. Kim, Esq.<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>Tel.: 310.312.2000<br>Fax: 310.312.3100<br>rxr@msk.com<br>ekk@msk.com | Attorneys for Defendants Lightstorm Entertainment, Inc. and James Cameron |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 25, 2013, at Los Angeles, California.

/s/ Kathy Hall
Kathy Hall

