FILED ORIGINAL
2013 JAN 25 PM 4:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
 pross@bgrfirm.com
Peter Shimamoto (State Bar No. 123422)
 pshimamoto@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Gerald Morawski

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GERALD MORAWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>LIGHTSTORM ENTERTAINMENT, INC., JAMES CAMERON and DOES 1 through 10,<br><br>Defendants. | Case No. CV-11-10294 MMM (JCGx)<br>Hon. Margaret M. Morrow<br><br>**PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL AND/OR REDACT EXHIBITS 57, 59, AND 60 TO REPLY DECLARATION OF ELAINE KIM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF PETER SHIMAMOTO IN SUPPORT THEREOF**<br><br>Judge: Hon. Margaret M. Morrow<br>Date: January 14, 2013<br>Time: 10:00 a.m.<br>Crtrm.: 780<br><br>Trial Date: March 12, 2013<br>Time: 8:30 a.m.<br>Ctrm.: 780 |

356294.1

PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL AND/OR REDACT

## APPLICATION FOR FILING UNDER SEAL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 79-5.1, the Stipulated Protective Order entered by the Court in this action (Dkt. No. 27), and the Court's January 14, 2013 Order in this action (Dkt. No. 177), Plaintiff Gerald Morawski ("Morawski") hereby requests that portions of the following documents be filed under seal and/or redacted:

1. Pages 36 and 37 of Exhibit 57 to the Reply Declaration of Elaine Kim In Support of Defendants Lightstorm Entertainment, Inc. and James Cameron's Motion For Summary Judgment.

2. Pages 329, 330 and 363 of Exhibit 59 to the Reply Declaration of Elaine Kim In Support of Defendants Lightstorm Entertainment, Inc. and James Cameron's Motion For Summary Judgment; and

3. Exhibit 60 to the Reply Declaration of Elaine Kim In Support of Defendants Lightstorm Entertainment, Inc. and James Cameron's Motion For Summary Judgment.

This application is based on the attached memorandum of points and authorities and the attached Declaration of Peter Shimamoto, all files and records in this case, and such further information as may be provided to the Court with respect to this application.

DATED: January 25, 2013

BROWNE GEORGE ROSS LLP
Peter W. Ross
Peter Shimamoto

By _____/s/ Peter Shimamoto_____
Peter Shimamoto
Attorneys for Gerald Morawski

356294.1

PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL AND/OR REDACT

## MEMORANDUM OF POINTS AND AUTHORITIES

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See In re Copley Press, Inc.*, 518 F.3d 1022 (9th Cir. 2008); *United States v. Shryock*, 342 F.3d 948, 983 (9th Cir. 2003); *United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Local Rule 79-5.1 provides that a party may request that documents be filed under seal. Applications and Orders To Seal, along with the document to be placed under seal, are not to be electronically filed but instead must be filed manually. *See* General Order 08-02, §V.D.

Plaintiff Gerald Morawski respectfully requests that portions of the following documents be filed under seal and/or redacted: Exhibits 57, 59, and 60 to the Reply Declaration of Elaine Kim In Support of Defendants Lightstorm Entertainment, Inc. and James Cameron's Motion For Summary Judgment ("Kim Reply Declaration").

Good cause exists to seal and/or redact these documents because they contain confidential information that has been designated "Confidential" or "Restricted Confidential Information" pursuant to the June 11, 2012 protective order in this case (Dkt. No. 27).

Exhibit 57 to the Kim Reply Declaration contains excerpts from the July 12, 2012 deposition of Plaintiff in this Action. Pages 36 and 37 of the transcript contain Plaintiff's testimony regarding projects that Plaintiff has developed, but has not yet used. That is confidential, proprietary information that could cause harm to Plaintiff if disclosed. *See, e.g., Bauer Bros. LLC v. Nike, Inc.*, 2012 WL 1899838, at *2 (S.D. Cal. May 24, 2012) (sealing Nike's confidential business materials, including "product development plans, unused prototypes, and detailed testimony regarding the same," since disclosure "could result in improper use by business competitors seeking to replicate Nike's business practices and circumvent the considerable time and resources necessary in product and marketing development"). *See also, e.g., Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978) (holding that it is

1  often appropriate to seal "sources of business information that might harm a
2  litigant's competitive standing"). Plaintiff therefore requests that those portions of
3  Exhibit 57 be sealed. Plaintiff has attached as Exhibit A to the accompanying
4  declaration of Peter Shimamoto a version of that Exhibit which redacts those pages.

5      Exhibit 59 to the Kim Reply Declaration contains excerpts from the
6  December 11, 2012 deposition of Plaintiff in this Action. Pages 329, 330, and 363
7  of the transcript contain information regarding Plaintiff's finances, including
8  communications with his bank regarding such finances. Such information is
9  confidential and should be sealed. Plaintiff has attached as Exhibit B to the
10 accompanying declaration of Peter Shimamoto a version of that Exhibit which
11 redacts those pages.

12     Exhibit 60 to the Kim Reply Declaration is a report that contains an analysis
13 of information contained on the hard drive of Plaintiff's personal computer.
14 Plaintiff has designated that document as "Confidential" pursuant to the Protective
15 Order in this case. That Exhibit should be sealed in its entirely, as it contains certain
16 personal information on the hard drive of Plaintiff's computer. In the alternative,
17 certain information contained on the Exhibit should be redacted, as attached as
18 Exhibit C to the Shimamoto Declaration.

19     Plaintiff therefore respectfully requests that these documents be permitted to
20 be sealed and/or redacted.

DATED: January 25, 2013

BROWNE GEORGE ROSS LLP
Peter W. Ross
Peter Shimamoto

By  *Peter Shimamoto* (signature)
Peter Shimamoto
Attorneys for Plaintiff Gerald Morawski

356294.1

-3-

PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL AND/OR REDACT

# DECLARATION OF PETER SHIMAMOTO

I, Peter Shimamoto, declare as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with the firm of Browne George Ross LLP, counsel of record for Plaintiff Gerald Morawski in this matter. I have personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Exhibit 57 to the Reply Declaration of Elaine Kim In Support of Defendants Lightstorm Entertainment, Inc. and James Cameron's Motion For Summary Judgment ("Kim Reply Declaration") contains excerpts from the July 12, 2012 deposition of Plaintiff in this Action. Pages 36 and 37 of the transcript contain Plaintiff's testimony regarding projects that Plaintiff has developed, but has not yet used. Attached hereto as Exhibit A is a true and correct copy of Exhibit 57 to the Kim Reply Declaration with those pages redacted.

3. Exhibit 59 to the Kim Reply Declaration contains excerpts from the December 11, 2012 deposition of Plaintiff in this Action. Pages 329, 330, and 363 of the transcript contain information regarding Plaintiff's finances, including communications with his bank regarding such finances. Attached hereto as Exhibit B is a true and correct copy of Exhibit 59 to the Kim Reply Declaration with those pages redacted.

4. Exhibit 60 to the Kim Reply Declaration is a report that contains an analysis of information contained on the hard drive of Plaintiff's personal computer. Plaintiff has designated that document as "Confidential" pursuant to the Protective Order in this case. That Exhibit contains certain personal information from the hard drive of Plaintiff's computer. Plaintiff has requested that the entire Exhibit be sealed. In the event the Court declines to seal the entire Exhibit, attached hereto as

1 | Exhibit C is a true and correct copy of Exhibit 60 that redacts certain information
2 | contained therein.
3 |     Executed this 18th day of January, 2013 at Los Angeles, California.
4 |     I declare under penalty of perjury under the laws of the United States of
5 | America that the foregoing is true and correct.

*/s/ Peter Shimamoto*
Peter Shimamoto

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is Express Connection Messenger Service, 12021 Wilshire Blvd., No. 922, Los Angeles, CA 90025.

On January 25, 2013, I served true copies of the following document(s) described as **PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL AND/OR REDACT EXHIBITS 57, 59, AND 60 TO REPLY DECLARATION OF ELAINE KIM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF PETER SHIMAMOTO IN SUPPORT THEREOF** on the interested parties in this action as follows:

| | |
|---|---|
| Robert H. Rotstein, Esq.<br>Elaine K. Kim, Esq.<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>Tel.: 310.312.2000<br>Fax: 310.312.3100<br>rxr@msk.com<br>ekk@msk.com | Attorneys for Defendants<br>Lightstorm Entertainment,<br>Inc. and James Cameron |

**BY PERSONAL SERVICE:** I personally delivered the document(s) to the person being at the addresses listed in the Service List. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 25, 2013, at Los Angeles, California.

_____
Adolfo Alvarez

356294.1

PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL