ROBERT H. ROTSTEIN (72452)
rxr@msk.com
ELAINE K. KIM (242066)
ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants,
Lightstorm Entertainment, Inc. and James Cameron

*Lodged proposed ORDER and under seal envelope*

FILED
2013 JAN 22 PM 2:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GERALD MORAWSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>LIGHTSTORM ENTERTAINMENT, INC., a California corporation; JAMES CAMERON, an individual; and DOES 1 through 10,<br><br>    Defendants. | CASE NO. CV-11-10294 MMM (JCGx)<br><br>Hon. Margaret M. Morrow<br><br>**DEFENDANTS' APPLICATION TO FILE UNDER SEAL PORTION OF EXHIBIT 61 TO REPLY DECLARATION OF ELAINE K. KIM IN SUPPORT OF DEFENDANTS LIGHTSTORM ENTERTAINMENT, INC. AND JAMES CAMERON'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFF'S OPPOSITION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Time:      10:00 a.m.<br>Date:      January 14, 2013<br>Ctrm.:     780<br><br>Trial Date: March 12, 2013<br>Time:      8:30 a.m. |

ORIGINAL

Mitchell Silberberg & Knupp LLP
5076008.1

1

DEFENDANTS' APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Order Granting in Part and Denying
2  in Part Applications to File Documents under Seal (ECF No. 177), Defendants
3  Lightstorm Entertainment, Inc. and James Cameron (collectively, "Defendants")
4  hereby respectfully request that the Court order the following document to be filed
5  under seal:

7  **(1)**  Pages 159-164 of Exhibit 61 to Reply Declaration of Elaine K. Kim in
8  Support of Defendants Lightstorm Entertainment, Inc. and James
9  Cameron's Motion for Summary Judgment and Defendants'
10  Evidentiary Objections to Plaintiff's Opposition.

12  This Court has already determined that compelling reasons support
13  Defendants' request that pages 159-164 of Exhibit 61 to Reply Declaration of
14  Elaine K. Kim in Support of Defendants Lightstorm Entertainment, Inc. and James
15  Cameron's Motion for Summary Judgment and Defendants' Evidentiary
16  Objections to Plaintiff's Opposition be filed under seal. *See* Order Granting in Part
17  and Denying in Part Applications to File Documents under Seal at 5, ECF No. 177.
18  Specifically, pages 159-164 of Exhibit 61 to the Reply Declaration of Elaine K.
19  Kim contain descriptions of a confidential and proprietary James Cameron project,
20  portions of which were not used in the *Avatar* film, but may be used in *Avatar*
21  sequels. *See Bauer Bros.*, 2012 WL 1899838, at *2 (sealing Nike's confidential
22  business materials, including "product development plans, unused prototypes, and
23  detailed testimony regarding the same," since disclosure "could result in improper
24  use by business competitors seeking to replicate Nike's business practices and
25  circumvent the considerable time and resources necessary in product and
26  marketing development"); *see* Declaration of James Cameron in Support of
27  Defendants Lightstorm Entertainment, Inc. and James Cameron's Motion for
28  Summary Judgment ("Cameron Decl."), ¶ 19. The Court has previously granted

Defendants' request to seal portions of the treatment and draft script for this project, as well as artwork related to this project (Exhibits 6, 7, 11, and 12 to Cameron Declaration).

DATED: January 22, 2013

RESPECTFULLY SUBMITTED,

ROBERT H. ROTSTEIN
ELAINE K. KIM
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Elaine K. Kim
Attorneys for Defendants
Lightstorm Entertainment, Inc. and
James Cameron