JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD MORAWSKI, an individual, | CASE NO. CV 11-10294 MMM (JCGx) |
| Plaintiff, | |
| vs. | JUDGMENT FOR DEFENDANTS |
| LIGHTSTORM ENTERTAINMENT, INC., a California corporation; JAMES CAMERON, an individual; DOES 1-10 | |
| Defendants. | |

On January 31, 2013, the court entered an order granting defendants' motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of his complaint; and
2. That the action be, and it hereby is, dismissed.

DATED: January 31, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE